IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS DEUTSCHLAND GMBH, and SANOFI WINTHROP INDUSTRIE,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 16-812-RGA |

**FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs/Counterclaim Defendants, Sanofi-Aventis U.S. LLC ("Sanofi U.S."), Sanofi-Aventis Deutschland GmbH ("Sanofi GmbH"), and Sanofi Winthrop Industrie ("SWIND") (collectively, "Plaintiffs" or "Sanofi"), by and through their attorneys, for their First Amended and Supplemental Complaint against Merck Sharp & Dohme Corp. ("Merck"), hereby allege as follows:

**THE PARTIES**

1.      Plaintiff Sanofi U.S. is a Delaware limited liability corporation with its principal place of business located at 55 Corporate Drive, Bridgewater, New Jersey 08807.

2.      Plaintiff Sanofi GmbH is a German corporation with its principal place of business located at Industriepark Hoechst, Frankfurt Am Main, Germany D-65926.

3.      Plaintiff SWIND is a French corporation with its principal place of business located at 20 avenue Raymond Aron, 92160 Antony, France.

4.    On information and belief, Defendant Merck is a New Jersey corporation with its principal place of business located at 2000 Galloping Hill Rd, Kenilworth, NJ 07033.

5.    On information and belief, Merck conducts business operations throughout the United States, including in the State of Delaware.

## JURISDICTION AND VENUE

5.    This is an action for patent infringement and for a declaratory judgement of patent infringement and arises under the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

6.    This Court has personal jurisdiction over Merck because, *inter alia*, Merck maintains continuous and systematic contacts with this judicial district.  Either directly, or through its subsidiaries, agents, and/or affiliates, Merck has conducted and continues to conduct business in this judicial district, including, upon information and belief, by manufacturing, marketing, and selling drug products throughout the United States and in the District of Delaware.  In addition, Merck, on information and belief, intends to market the infringing insulin glargine product in this judicial district upon approval of such product by the Federal Food and Drug Administration ("FDA").  This Court also has personal jurisdiction over Merck for the additional reasons set forth below.

7.    Merck is registered to do business in the State of Delaware.

8.    The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, New Castle County, Wilmington, Delaware 19801, serves as Merck's Registered Agent in the State of Delaware.

9.    In addition to not contesting personal jurisdiction for purposes of this dispute, Merck has previously elected to avail itself of the benefits of litigating its patent disputes in the District of Delaware. *See, e.g., Merck Sharp & Dohme Corp. v. Royalty Pharma Collection Trust,* C.A. No. 15-00757-GMS; *Merck Sharp & Dohme Corp. v. Amneal Pharms. L.L.C.,* C.A. No. 15-00250-SLR-SRF; *Merck Sharp & Dohme Corp. v. Fresenius Kabi USA, L.L.C.*, C.A. No. 14-01018-UNA; *Merck Sharp Dohme Corp. v. Sandoz Inc.,* C.A. No. 14-00916-RGA.

10.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b). Merck has not contested venue for purposes of this dispute.

## ORIGINAL PATENTS-IN-SUIT

11.    On December 10, 2013, United States Patent No. 8,603,044 ("the '044 Patent"), entitled "Pen-Type Injector," was duly and legally issued by the PTO. A true and correct copy of the '044 Patent is attached as **Exhibit A** to this First Amended and Supplemental Complaint.

12.    On March 31, 2015, United States Patent No. 8,992,486 ("the '486 Patent"), entitled "Pen-Type Injector," was duly and legally issued by the PTO. A true and correct copy of the '486 Patent is attached as **Exhibit B** to this First Amended and Supplemental Complaint.

13.    On March 25, 2014, United States Patent No. 8,679,069 ("the '069 Patent"), entitled "Pen-Type Injector," was duly and legally issued by the PTO. A true and correct copy of the '069 Patent is attached as **Exhibit C** to this First Amended and Supplemental Complaint.

14.    On January 13, 2009, United States Patent No. 7,476,652 ("the '652 Patent"), entitled "Acidic Insulin Preparations Having Improved Stability," was duly and legally issued by the PTO. A true and correct copy of the '652 Patent is attached as **Exhibit D** to this First Amended and Supplemental Complaint.

3

15.    On May 11, 2010, United States Patent No. 7,713,930 ("the '930 Patent"), entitled "Acidic Insulin Preparations Having Improved Stability," was duly and legally issued by the PTO.  A true and correct copy of the '930 Patent is attached as **Exhibit E** to this First Amended and Supplemental Complaint.

16.    The '044, '486, '069,'652 and '930 Patents are collectively referred to herein as the "Original Patents-in-Suit."  By assignment, Sanofi GmbH owns all right, title, and interest in and to the Original Patents-in-Suit.  Sanofi U.S. and/or SWIND are the exclusive licensees of certain rights in or to the Original Patents-in-Suit.  Plaintiffs have the right to sue and recover damages and other relief for the infringement of the Original Patents-in-Suit.

### SUPPLEMENTAL PATENTS-IN-SUIT

17.    On December 27, 2016, after the Original Complaint was filed, United States Patent No. 9,526,844 ("the '844 Patent"), entitled "Pen-Type Injector," was duly and legally issued by the United States Patent and Trademark Office ("PTO").  A true and correct copy of the '844 Patent is attached as **Exhibit F** to this First Amended and Supplemental Complaint.

18.    On January 3, 2017, after the Original Complaint was filed, United States Patent No. 9,533,105 ("the '105 Patent"), entitled "Drive Mechanisms Suitable for Use in Drug Delivery Devices," was duly and legally issued by the PTO.  A true and correct copy of the '105 Patent is attached as **Exhibit G** to this First Amended and Supplemental Complaint.

19.    On October 4, 2016, after the Original Complaint was filed, United States Patent No. 9,457,152 ("the '152 Patent"), entitled "Drive Mechanism for a Medication Delivery Device and Medication Delivery device," was duly and legally issued by the PTO.  A true and correct copy of the '152 Patent is attached as **Exhibit H** to this First Amended and Supplemental Complaint.

4

20. On November 8, 2016, after the Original Complaint was filed, United States Patent No. 9,486,587 ("the '587 Patent"), entitled "Assembly for a Drug Delivery Device and Drug Delivery Device," was duly and legally issued by the PTO. A true and correct copy of the '587 Patent is attached as **Exhibit I** to this First Amended and Supplemental Complaint.

21. On March 14, 2017, after the Original Complaint was filed, United States Patent No. 9,592,348 ("the '348 Patent"), entitled "Assembly for a Drug Delivery Device and Drug Delivery Device," was duly and legally issued by the PTO. A true and correct copy of the '348 Patent is attached as **Exhibit J** to this First Amended and Supplemental Complaint.

22. The '844, '105, '152, '587, and '348 Patents are collectively referred to herein as the "Supplemental Patents-in-Suit." By assignment, Sanofi GmbH owns all right, title, and interest in and to the Supplemental Patents-in-Suit. Sanofi U.S. and/or SWIND are the exclusive licensees of certain rights in or to the Supplemental Patents-in-Suit. Plaintiffs have the right to sue and recover damages and other relief for the infringement of the Supplemental Patents-in-Suit.

23. The Original Patents-in-Suit and the Supplemental Patents-in-Suit are collectively referred to herein as the "Patents-in-Suit."

## BACKGROUND

24. Sanofi U.S. is the holder of approved New Drug Application ("NDA") No. 21-081 for insulin glargine [rDNA origin] for injection, which is prescribed and sold in the United States under the trademarks Lantus® and Lantus® SoloSTAR®. Currently, there is one follow-on version of Lantus® or Lantus® SoloSTAR® on the market in the United States, manufactured and distributed by Eli Lilly and Company.

5

25.     The publication *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book") identifies drug products approved on the basis of safety and effectiveness by FDA under the Federal Food, Drug, and Cosmetic Act ("FFDCA").  Sanofi U.S. has listed each of the Original Patents-In-Suit and the '844 and '105 Patents in the Orange Book as covering its Lantus® and/or Lantus® SoloSTAR® products.

26.     On information and belief, Merck submitted NDA No. 208-722 to the FDA under 21 U.S.C. § 355(b)(2) (§ 505(b)(2) of the FFDCA) seeking FDA's approval to manufacture commercially and sell its proposed product—insulin glargine injection 300 Units/3mL (100 units/ml) combination product with pen injector ("Proposed Product")—that contains data from bioavailability or bioequivalence studies conducted in connection with Sanofi U.S.'s NDA No. 21-081.

27.     On information and belief, on August 4, 2016, Merck sent a first "Notice of Certification" pursuant to § 505(b)(2)(A)(iv) of the FFDCA to Sanofi U.S. and Sanofi GmbH, which discloses that Merck's NDA No. 208-722 contained Paragraph IV certifications for the Original Patents-in-Suit ("First Notice of Certification" or "First Notice").  In its First Notice, Merck stated that its certifications to the FDA alleged that each of the Original Patents-In-Suit was invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, importation, offer for sale, or sale of Merck's Proposed Product before their respective expirations.

28.     Sanofi U.S. received Merck's First Notice of Certification on August 8, 2016.

29.     Sanofi GmbH received Merck's First Notice of Certification on August 8, 2016.

30.     Merck's First Notice of Certification was accompanied by an Offer of Confidential Access ("OCA").

6

31.    After receiving Merck's First Notice of Certification and the accompanying OCA, Sanofi negotiated in good faith with Merck to procure a copy of NDA No. 208-722 and related product information under restrictions as would apply had a protective order been issued.  Sanofi timely responded to all correspondence with Merck and sought to reach reasonable compromise with Merck regarding its OCA.  These negotiations were unsuccessful.

32.    Because of the onerous and unreasonable restrictions on disclosure and use of the information in the OCA insisted upon by Merck, which Sanofi could not reasonably accept, no information in the OCA was supplied by Merck to Sanofi before Sanofi filed the Original Complaint.

33.    In the absence of such information, Plaintiffs resorted to the judicial process and the aid of discovery to obtain, under appropriate judicial safeguards, such information as is required to confirm its allegations of infringement and to present to the Court evidence that the Proposed Product falls within the scope of one or more claims of the Original Patents-in-Suit.

34.    Each of the Original Patents-in-Suit was submitted for listing and listed in the Orange Book for Sanofi's NDA No. 21-081 prior to Merck's submission of NDA No. 208-722.

35.    The filing of Merck's NDA No. 208-722 constituted an act of infringement under 35 U.S.C. § 271(e)(2)(A).

36.    Plaintiffs commenced this action by filing the Original Complaint on September 16, 2016, which is within 45 days after receiving Merck's First Notice of Certification.

37.    On information and belief, on or about February 21, 2017, while this litigation has been pending, Merck submitted to the FDA an Amendment to its NDA No. 208-722 pursuant to 21 U.S.C. § 355(b)(3)(D) and 21 C.F.R. § 314.52 ("Amended NDA No. 208-722").

38. On information and belief, on or about February 21, 2017, Merck sent a Second Notice of Certification pursuant to § 505(b)(2)(A)(iv) of the FFDCA to Sanofi U.S. and Sanofi GmbH, which discloses that Merck's Amended NDA No. 208-722 contained additional Paragraph IV certifications to the '844 and '105 Patents. The '152, '587, and '348 Patents, identified in paragraphs 19-21, *supra*, are not listed in the Orange Book and therefore, Merck's Second Notice of Certification did not reference those three patents.

39. The filing of Merck's Amended NDA No. 208-722 constituted an act of infringement under 35 U.S.C. § 271(e)(2)(A).

40. In its Second Notice of Certification, Merck stated that its additional certifications to the FDA allege that each of the '844 and '105 Patents is invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, sale, offer for sale or importation of Merck's Proposed Product before their respective expirations.

41. Sanofi U.S. received Merck's Second Notice of Certification on February 27, 2017.

42. Sanofi GmbH received Merck's Second Notice of Certification on February 27, 2017.

43. The '844 and '105 Patents were submitted for listing and listed in the Orange Book for Sanofi's NDA No. 21-081 prior to Merck's submission of its Amended NDA No. 208-722.

44. Plaintiffs filed this First Amended and Supplemental Complaint within 45 days from their receipt of Merck's Second Notice of Certification.

45. FDA's approval of Merck's NDA 208-722 or Merck's Amended NDA 208-722 may only be made effective upon a date consistent with 21 U.S.C. § 355(c)(3)(C).

8

46.     On information and belief, Merck's manufacture, use, sale and/or offer to sell in the United States, and/or importation into the United States, of its Proposed Product infringes and/or would infringe one or more claims of each of the Patents-in-Suit, directly or indirectly.

## COUNT I

### (Infringement of U.S. Patent No. 8,992,486)

47.     Plaintiffs repeat and re-allege paragraphs 1-46 above as if fully set forth herein.

48.     On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '486 Patent, before the expiration of the '486 Patent.  On information and belief, Merck filed NDA No. 208-722 and Amended NDA No. 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '486 Patent.  Merck's submission of NDA No. 208-722 and Amended NDA No. 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

49.     On information and belief, Merck was aware of the '486 Patent prior to filing NDA No. 208-722 and Amended NDA No. 208-722.  If Merck's NDA No. 208-722 or Amended NDA No. 208-722 is approved, Merck's manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '486 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

50.     The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm will continue unless FDA's approval of NDA No. 208-722 or Amended NDA No. 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '486 Patent, or any later date of exclusivity to which Plaintiffs and/or the '486 Patent are, or become, entitled.

## COUNT II

### (Infringement of U.S. Patent No. 8,603,044)

51.     Plaintiffs repeat and re-allege paragraphs 1-50 above as if fully set forth herein.

52.     On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '044 Patent, before the expiration of the '044 Patent.  On information and belief, Merck filed NDA No. 208-722 and Amended NDA No. 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '044 Patent.  Merck's submission of NDA No. 208-722 and Amended NDA No. 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

53.     On information and belief, Merck was aware of the '044 Patent prior to filing NDA No. 208-722 and Amended NDA No. 208-722.  If Merck's NDA No. 208-722 or Amended NDA No. 208-722 is approved, Merck's manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would

10

infringe the '044 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

54.    The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm will continue unless FDA's approval of NDA No. 208-722 or Amended NDA No. 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '044 Patent, or any later date of exclusivity to which Plaintiffs and/or the '044 Patent are, or become, entitled.

## COUNT III

### (Infringement of U.S. Patent No. 8,679,069)

55.    Plaintiffs repeat and re-allege paragraphs 1-54 above as if fully set forth herein.

56.    On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722  to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '069 Patent, before the expiration of the '069 Patent.  On information and belief, Merck filed NDA No. 208-722 and Amended NDA No. 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '069 Patent.  Merck's submission of NDA No. 208-722 and Amended NDA No. 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

57.    On information and belief, Merck was aware of the '069 Patent prior to filing NDA No. 208-722 and Amended NDA No. 208-722.  If Merck's NDA No. 208-722 or Amended

11

NDA No. 208-722 is approved, Merck's manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '069 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

58.    The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm will continue unless FDA's approval of NDA No. 208-722 or Amended NDA No. 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '069 Patent, or any later date of exclusivity to which Plaintiffs and/or the '069 Patent are, or become, entitled.

## **COUNT IV**

### **(Infringement of U.S. Patent No. 9,526,844)**

59.    Plaintiffs repeat and re-allege paragraphs 1-58 above as if fully set forth herein.

60.    On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '844 Patent, before the expiration of the '844 Patent.  On information and belief, Merck filed NDA No. 208-722 and Amended NDA No. 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '844 Patent.  Merck's submission of NDA 208-722 and Amended NDA No. 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

12

61.     On information and belief, Merck was aware of the '844 Patent prior to filing Amended NDA No. 208-722.  If Merck's NDA No. 208-722 or Amended NDA 208-722 is approved, Merck's commercial manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '844 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

62.     The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm continue unless FDA's approval of NDA No. 208-722 or Amended NDA No. 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '844 Patent, or any later date of exclusivity to which Plaintiffs and/or the '844 Patent are, or become, entitled.

## COUNT V

### (Infringement of U.S. Patent No. 9,533,105)

63.     Plaintiffs repeat and re-allege paragraphs 1-62 above as if fully set forth herein.

64.     On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '105 Patent, before the expiration of the '105 Patent.  On information and belief, Merck filed NDA 208-722 and Amended NDA No. 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '105 Patent.  Merck's

13

submission of NDA No. 208-722 and Amended NDA No. 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

65.    On information and belief, Merck was aware of the '105 Patent prior to filing Amended NDA No. 208-722.  If Merck's NDA No. 208-722 or Amended NDA 208-722 is approved, Merck's commercial manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '105 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

66.    The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm will continue unless FDA's approval of Merck's NDA No. 208-722 or Amended NDA No. 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '105 Patent, or any later date of exclusivity to which Plaintiffs and/or the '105 Patent are, or become, entitled.

## COUNT VI

### (Infringement of U.S. Patent No. 7,476,652)

67.    Plaintiffs repeat and re-allege paragraphs 1-66 above as if fully set forth herein.

68.    On information and belief, Merck submitted NDA No. 208-722 and Amended NDA No. 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '652 Patent, before the expiration of the '652 Patent.  On information and belief, Merck filed NDA No. 208-722 and Amended NDA 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or

14

sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '652 Patent. Merck's submission of NDA No. 208-722 and Amended NDA 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

69.     On information and belief, Merck was aware of the '652 Patent prior to filing NDA No. 208-722 and Amended NDA 208-722. If Merck's NDA No. 208-722 or Amended NDA 208-722 is approved, Merck's manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '652 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

70.     The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law. Such infringement and resulting irreparable harm will continue unless FDA's approval of NDA No. 208-722 or Amended NDA 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '652 Patent, or any later date of exclusivity to which Plaintiffs and/or the '652 Patent are, or become, entitled.

## COUNT VII

### (Infringement of U.S. Patent No. 7,713,930)

71.     Plaintiffs repeat and re-allege paragraphs 1-70 above as if fully set forth herein.

72.     On information and belief, Merck submitted NDA No. 208-722 and Amended NDA 208-722 to obtain approval under the FFDCA to engage in the commercial manufacture, use, importation, offer to sell and/or sale of its Proposed Product, which is claimed in the '930 Patent, before the expiration of the '930 Patent. On information and belief, Merck filed NDA

15

No. 208-722 and Amended NDA 208-722 pursuant to § 505(b)(2) of the FFDCA seeking approval to engage in the commercial manufacture, use, importation, offer to sell and/or sale of the Proposed Product using data from bioavailability or bioequivalence studies conducted in connection with Sanofi's NDA No. 21-081 before the expiration of the '930 Patent.  Merck's submission of NDA No. 208-722 and Amended NDA 208-722 are acts of infringement under 35 U.S.C. § 271(e)(2)(A).

73.    On information and belief, Merck was aware of the '930 Patent prior to filing NDA No. 208-722 and Amended NDA 208-722.  If Merck's NDA No. 208-722 or Amended NDA 208-722 is approved, Merck's manufacture, use, sale and/or offer to sell in the United States of its Proposed Product, and/or importation into the United States of its Proposed Product, would infringe the '930 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

74.    The acts of infringement set forth above will cause Plaintiffs irreparable harm for which they have no adequate remedy at law.  Such infringement and resulting irreparable harm continue unless FDA's approval of NDA No. 208-722 or Amended NDA 208-722 is stayed, and Merck is enjoined by the Court from engaging in further infringing acts, pending a date that is not earlier than the expiration of the '930 Patent, or any later date of exclusivity to which Plaintiffs and/or the '930 Patent are, or become, entitled.

**COUNT VIII**

**(Declaratory Judgment of Infringement of U.S. Patent No. 9,457,152)**

75.    Plaintiffs repeat and re-allege paragraphs 1-74 above as if fully set forth herein.

76.    This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

77.    There is an actual case or controversy regarding the '152 Patent between Plaintiffs and Merck such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution.

78.    Merck has made and will continue to make substantial preparation in the United States to manufacture, use, offer to sell, sell and/or import its Proposed Product prior to expiry of the '152 Patent.

79.    Merck's actions, including but not limited to filing NDA No. 208-722 and Amended NDA No. 208-722 and engaging in litigation to obtain authorization to manufacture, use, offer to sell, sell and/or import Merck's Proposed Product prior to the expiry of the '152 Patent indicate a refusal to change the course of its action in the face of acts by Plaintiffs, including the filing of the Original Complaint for patent infringement by Merck's Proposed Product.

80.    Any commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '152 Patent will constitute infringement of the '152 patent under 35 §§ U.S.C. 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

81.    Plaintiffs seek a declaratory judgment that the commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '152 Patent would infringe the '152 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

## COUNT IX

### (Declaratory Judgment of Infringement of U.S. Patent No. 9,486,587)

82.    Plaintiffs repeat and re-allege paragraphs 1-81 above as if fully set forth herein.

17

83.     This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

84.     There is an actual case or controversy regarding the '587 Patent between Plaintiffs and Merck such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution.

85.     Merck has made and will continue to make substantial preparation in the United States to manufacture, use, offer to sell, sell and/or import its Proposed Product prior to expiry of the '587 Patent.

86.     Merck's actions, including but not limited to filing NDA No. 208-722 and Amended NDA No. 208-722 and engaging in litigation to obtain authorization to manufacture, use, offer to sell, sell and/or import its Proposed Product prior to the expiry of the '587 Patent indicate a refusal to change the course of its action in the face of acts by Plaintiffs, including the filing of the Original Complaint for patent infringement by Merck's Proposed Product.

87.     Any commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '587 Patent will constitute infringement of the '587 Patent under 35 §§ U.S.C. 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

88.     Plaintiffs seek a declaratory judgment that the commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '587 Patent would infringe the '587 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

## COUNT X

**(Declaratory Judgment of Infringement of U.S. Patent No. 9,592,348)**

89. Plaintiffs repeat and re-allege paragraphs 1-88 above as if fully set forth herein.

90. This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

91. There is an actual case or controversy regarding the '348 Patent between Plaintiffs and Merck such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution.

92. Merck has made and will continue to make substantial preparation in the United States to manufacture, use, offer to sell, sell and/or import its Proposed Product prior to expiry of the '348 Patent.

93. Merck's actions, including but not limited to filing NDA No. 208-722 and Amended NDA No. 208-722 and engaging in litigation to obtain authorization to manufacture, use, offer to sell, sell and/or import its Proposed Product prior to the expiry of the '348 Patent indicate a refusal to change the course of its action in the face of acts by Plaintiffs, including the filing of the Original Complaint for patent infringement by Merck's Proposed Product.

94. Any commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '348 Patent will constitute infringement of the '587 Patent under 35 §§ U.S.C. 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

95. Plaintiffs seek a declaratory judgment that the commercial manufacture, use, offer for sale, sale, and/or importation of Merck's Proposed Product prior to expiry of the '587 Patent

would infringe the '348 Patent under 35 U.S.C. §§ 271(a), (b), and/or (c), literally and/or under the doctrine of equivalents.

**REQUESTED RELIEF**

Plaintiffs respectfully seek the following relief:

a)    The entry of judgment holding that Merck has infringed each of the '044, '486, '069, '844, '105, '652 and '930 Patents;

b)    The entry of judgment declaring that Merck has infringed and will infringe the '152, '587, and '348 Patents.

c)    The entry of an order pursuant to 35 U.S.C. § 271(e)(4)(A), declaring that the effective date of any approval of Merck's NDA No. 208-722 or Amended NDA No. 208-722 shall be a date that is not earlier than the last date of expiration of any of the '044, '486, '069, '844, '105, '652 and '930 Patents or any additional period of exclusivity to which Plaintiffs and/or '044, '486, '069, '844, '105, '652 and '930 Patents are, or become, entitled;

d)    The entry of a preliminary injunction, enjoining Merck, its officers, agents, attorneys, and employees, and those acting or attempting to act in active concert with them or acting on their behalf, from infringing any of the '044, '486, '069, '844, '105, '652 and '930 Patents by engaging in any commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States of its Proposed Product as claimed by the '044, '486, '069, '844, '105, '652 and '930 Patents for the full terms thereof (and any additional period of exclusivity to which Sanofi and/or the '044, '486, '069, '844, '105, '652 and '930 Patents are, or become, entitled), and from inducing or contributing to such activities.

e)    The entry of a preliminary injunction, enjoining Merck, its officers, agents, attorneys, and employees, and those acting or attempting to act in active concert with them or

20

acting on their behalf, from infringing any of the '152, '587, and '348 Patents by engaging in any commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States of any device covered by the '152, '587, and '348 Patents for the full terms thereof (and any additional period of exclusivity to which Sanofi and/or the '152, '587, and '348 Patents are, or become, entitled), and from inducing or contributing to such activities.

f)    The entry of a permanent injunction enjoining Merck, its officers, agents, attorneys, and employees, and those acting or attempting to act in active concert with them or acting on their behalf, from infringing any of the '044, '486, '069, '844, '105, '652 and '930 Patents by engaging in any commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of its Proposed Product as claimed by any of the '044, '486, '069, '844, '105, '652 and '930 Patents for the full terms thereof (and any additional period of exclusivity to which Plaintiffs and/or '044, '486, '069, '844, '105, '652 and '930 Patents are, or become, entitled), and from inducing or contributing to such activities;

g)    The entry of a permanent injunction enjoining Merck, its officers, agents, attorneys, and employees, and those acting or attempting to act in active concert with them or acting on their behalf, from infringing any of the '152, '587, and '348 Patents by engaging in any commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any device covered by any of the '152, '587, and '348 Patents for the full terms thereof (and any additional period of exclusivity to which Plaintiffs and/or '152, '587, and '348 Patents are, or become, entitled), and from inducing or contributing to such activities;

h)    The entry of an order declaring that this is an exceptional case and awarding Plaintiffs its costs, expenses, and reasonable attorney fees under 35 U.S.C. § 285 and all other applicable statutes, rules, and common law;

21

i)      The taxation of all allowable costs against Merck; and

j)      The award to Plaintiffs of any other relief that the Court deems just and proper

under the circumstances.

Dated:  April 4, 2017                                    FISH & RICHARDSON P.C.


                                                         By: */s/ Ronald P. Golden III*
                                                         _____
*Of Counsel:*                                            Douglas E. McCann (#3852)
                                                         Ronald P. Golden III (No. 6254)
BOIES SCHILLER & FLEXNER LLP                             222 Delaware Avenue, 17th Floor
D. Michael Underhill                                     P.O. Box 1114
Jon R. Knight                                            Wilmington, DE 19899-1114
5301 Wisconsin Ave, Suite 800                            (302) 652-5070
Washington, DC 20015                                     dmccann@fr.com; golden@fr.com
(202) 237-2727
                                                         John S. Goetz
William D. Marsillo                                      Brian D. Coggio
Alex Potter                                              601 Lexington Avenue - 52nd Floor
333 Main Street                                          New York, New York 10022
Armonk, NY  10504                                        (212) 765-5070
(914) 749-8200                                           goetz@fr.com; coggio@fr.com

Bill Ward, Ph.D.                                         Ahmed J. Davis
401 East Las Olas Blvd, Suite 1200                       Min Woo Park
Los Angeles, CA 90401                                    Sarah M. Cork
(310) 752-2400                                           1425 K Street, NW - 11th Floor
                                                         Washington, DC 20005
                                                         (202) 783-5070
                                                         davis@fr.com; cork@fr.com; mwpark@fr.com

                                                         Matt Colvin
                                                         1717 Main Street - Suite 5000
                                                         Dallas, TX 75201
                                                         (214) 747-5070
                                                         colvin@fr.com

                                                         Juanita Brooks
                                                         12390 El Camino Real
                                                         San Diego, CA 92130
                                                         (858) 678-5070
                                                         brooks@fr.com

**ATTORNEYS FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS SANOFI-AVENTIS U.S. LLC,
SANOFI-AVENTIS DEUTSCHLAND GMBH, AND SANOFI WINTHROP INDUSTRIE**

                                                                                          23

# Exhibit A

US008603044B2

## (12) United States Patent
### Veasey et al.

(10) **Patent No.:**   **US 8,603,044 B2**
(45) **Date of Patent:**   **Dec. 10, 2013**

(54) **PEN-TYPE INJECTOR**

(71) Applicants:**Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Oxfordshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(72) Inventors: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Oxfordshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/909,649**

(22) Filed: **Jun. 4, 2013**

(65) **Prior Publication Data**

US 2013/0274680 A1   Oct. 17, 2013

### Related U.S. Application Data

(63) Continuation of application No. 12/944,544, filed on Nov. 11, 2010, which is a continuation of application No. 11/483,546, filed on Jul. 11, 2006, now Pat. No. 7,918,833, which is a continuation of application No. 10/790,225, filed on Mar. 2, 2004, now abandoned.

(30) **Foreign Application Priority Data**

Mar. 3, 2003   (GB) ................................... 0304822.0

(51) **Int. Cl.**
 *A61M 5/00*   (2006.01)
(52) **U.S. Cl.**
 USPC ........................................................ **604/209**

(58) **Field of Classification Search**
 USPC .......... 604/187, 207–211, 218, 221, 224, 232
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,304,152 A | 4/1994 | Sams | |
| 5,320,609 A | 6/1994 | Haber et al. | |
| 5,480,387 A | 1/1996 | Gabriel et al. | |
| 5,505,704 A | 4/1996 | Pawelka et al. | |
| 5,626,566 A | 5/1997 | Petersen et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0937471 A2 | 8/1999 | |
| EP | 0937476 A2 | 8/1999 | |

(Continued)

OTHER PUBLICATIONS

EP 0937471A2, Walters et al., date of publication: Aug. 25, 1999.*

*Primary Examiner* — Manuel Mendez

(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57)   **ABSTRACT**

A housing for a dispensing apparatus. The housing comprising a main housing and a dose dial sleeve. The dose dial sleeve comprising a helical groove configured to engage a threading provided by the housing. A dose knob is disposed near a proximal end of the dose dial sleeve and a piston rod is provided within the housing. The piston rod is non-rotatable during a dose setting step. A driver comprises an internal threading near a distal portion of the driver and is adapted to engage an external thread of the piston rod. A tubular clutch is located adjacent a distal end of the dose knob and operatively coupled to the dose knob. The dose dial sleeve may extend circumferentially around at least a portion of the tubular clutch.

**20 Claims, 7 Drawing Sheets**



## US 8,603,044 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,674,204 A | 10/1997 | Chanoch |
| 5,688,251 A | 11/1997 | Chanoch |
| 6,083,197 A | 7/2000 | Umbaugh |
| 6,193,698 B1 | 2/2001 | Kirchhofer et al. |
| 6,221,046 B1 | 4/2001 | Burroughs et al. |
| 6,248,095 B1 | 6/2001 | Giambattista et al. |
| 6,899,698 B2 | 5/2005 | Sams |
| 7,241,278 B2 | 7/2007 | Moller |

| | | | |
|---|---|---|---|
| 7,918,833 B2 * | 4/2011 | Veasey et al. | ................. 604/209 |
| 2002/0052578 A1 | 5/2002 | Moller | |
| 2004/0059299 A1 | 3/2004 | Moller et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 91/14467 A1 | 10/1991 |
| WO | 99/38554 A1 | 8/1999 |
| WO | 9938554 A1 | 8/1999 |

* cited by examiner

Case 1:16-cv-00812-RGA-MPT   Document 58   Filed 04/05/17   Page 27 of 203 PageID #: 679



FIG. 1          FIG. 2



FIG. 3          FIG. 4



FIG. 5



**FIG. 6**

**FIG. 7**



**FIG. 8**



FIG. 9

FIG. 10

FIG. 11



FIG. 12



FIG. 13



FIG. 14

U.S. Patent            Dec. 10, 2013        Sheet 7 of 7            US 8,603,044 B2



FIG. 15



FIG. 16

US 8,603,044 B2

# PEN-TYPE INJECTOR

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation application of U.S. patent application Ser. No. 12/944,544, filed Nov. 11, 2010, entitled "Pen-Type Injector", which is a continuation application of U.S. patent application Ser. No. 11/483,546, filed Jul. 11, 2006, now U.S. Pat. No. 7,918,833, which is a continuation application of U.S. patent application Ser. No. 10/790,225, filed Mar. 2, 2004, abandoned, and claims priority to GB Patent Application No. 0304822.0, filed Mar. 3, 2003, the entire contents of each of which are incorporated herein by reference.

## BACKGROUND

Improvements in and Relating to a Pen-Type Injector

The present invention relates to pen-type injectors, that is to injectors of the kind that provide for administration by injection of medicinal products from a multidose cartridge. In particular, the present invention relates to such injectors where a user may set the dose.

Such injectors have application where regular injection by persons without formal medical training occurs. This is increasingly common amongst those having diabetes where self-treatment enables such persons to conduct effective management of their diabetes.

These circumstances set a number of requirements for pen-type injectors of this kind. The injector must be robust in construction, yet easy to use both in terms of the manipulation of the parts and understanding by a user of its operation. In the case of those with diabetes, many users will be physically infirm and may also have impaired vision. Where the injector is to be disposable rather than reusable, the injector should be cheap to manufacture and easy to dispose of (preferably being suitable for recycling).

## OVERVIEW

It is an advantage of the present invention that an improved pen-type injector is provided.

According to a first aspect of the present invention, a pen-type injector comprises a housing;

a piston rod adapted to operate through the housing;

a dose dial sleeve located between the housing and the piston rod, the dose dial sleeve having a helical thread of first lead;

a drive sleeve located between the dose dial sleeve and the piston rod, the drive sleeve having a helical groove of second lead;

characterized in that the first lead of the helical thread and the second lead of the helical groove are the same.

Preferably, the piston rod has a first threaded portion at a first end and a second threaded portion at a second end;

an insert or radially inwardly extending flange is located in the housing and through which the first threaded portion of the piston rod may rotate;

the dose dial sleeve being rotatable with respect to the housing and the insert;

the drive sleeve being releasably connected to the dose dial sleeve and connected to the piston rod for rotation with respect thereto along the second threaded portion of the piston rod;

a button is located on the dose dial sleeve and rotatable with respect to the dose dial sleeve; and

clutch means are provided which upon depression of the button permit rotation between the dose dial sleeve and the drive sleeve.

Preferably, the injector further comprises a nut which is rotatable with respect to the drive sleeve and axially displaceable but not rotatable with respect to the housing.

More preferably, the drive sleeve is provided at a first end with first and second flanges with an intermediate thread between the first and second flanges, the nut being disposed between the first and second flanges and keyed to the housing by spline means. Additionally, a first radial stop may be provided on a second face of the nut and a second radial stop may be provided on a first face of the second flange.

Preferably, the first thread of the piston rod is oppositely disposed to the second thread of the piston rod.

Preferably, a second end of the clutch is provided with a plurality of dog teeth adapted to engage with a second end of the dose dial sleeve.

Preferably, the pen-type injector further includes clicker means disposed between the clutch means and spline means provided on the housing.

More preferably, the clicker means comprises a sleeve provided at a first end with a helically extending arm, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially saw teeth provided on the clutch means.

Alternatively, the clicker means comprises a sleeve provided at a first end with at least one helically extending arm and at least one spring member, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially directed saw teeth provided on the clutch means.

Preferably, the main housing is provided with a plurality of maximum dose stops adapted to be abutted by a radial stop provided on the dose dial sleeve. More preferably, at least one of the maximum dose stops comprises a radial stop located between a helical rib and spline means provided at a second end of the housing. Alternatively, at least one of the maximum dose stops comprises a part of a raised window portion provided at a second end of the housing.

Preferably, the dose dial sleeve is provided with a plurality of radially extending members adapted to abut a corresponding plurality of radial stops provided at a second end of the housing.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described with reference to the accompanying drawings, in which:

FIG. 1 shows a sectional view of a pen-type injector in accordance with the present invention in a first, cartridge full, position;

FIG. 2 shows a sectional view of the pen-type injector of FIG. 1 in a second, maximum first dose dialed, position;

FIG. 3 shows a sectional view of the pen-type injector of FIG. 1 in a third, first maximum first dose dispensed, position;

FIG. 4 shows a sectional view of the pen-type injector of FIG. 1 in a fourth, final dose dialed, position;

FIG. 5 shows a sectional view of the pen-type injector of FIG. 1 in a fifth, final dose dispensed, position;

FIG. 6 shows a cut-away view of a first detail of the pen-type injector of FIG. 1;

FIG. 7 shows a partially cut-away view of a second detail of the pen-type injector of FIG. 1;

US 8,603,044 B2

3

FIG. **8** shows a partially cut-away view of a third detail of the pen-type injector of FIG. **1**;

FIG. **9** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing up of a dose;

FIG. **10** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing down of a dose;

FIG. **11** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dispensing of a dose;

FIG. **12** shows a partially cut-away view of the pen-type injector of FIG. **1** in the second, maximum first dose dialed, position;

FIG. **13** shows a partially cut-away view of the pen-type injector of FIG. **1** in the fourth, final dose dialed, position;

FIG. **14** shows a partially cut-away view of the pen-type injector of FIG. **1** in one of the first, third or fifth positions;

FIG. **15** shows a cut-away view of a first part of a main housing of the pen-type injector of FIG. **1**; and

FIG. **16** shows a cut-away view of a second part of the main housing of the pen-type injector of FIG. **1**.

DETAILED DESCRIPTION

Referring first to FIGS. **1** to **5**, there may be seen a pen-type injector in accordance with the present invention in a number of positions.

The pen-type injector comprises a housing having a first cartridge retaining part **2**, and second main housing part **4**. A first end of the cartridge retaining means **2** and a second end of the main housing **4** are secured together by retaining features **6**. In the illustrated embodiment, the cartridge retaining means **2** is secured within the second end of the main housing **4**.

A cartridge **8** from which a number of doses of medicinal product may be dispensed is provided in the cartridge retaining part **2**. A piston **10** is retained in a first end of the cartridge **8**.

A removable cap **12** is releasably retained over a second end of the cartridge retaining part **2**. In use the removable cap **12** can be replaced by a user with a suitable needle unit (not shown). A replaceable cap **14** is used to cover the cartridge retaining part **2** extending from the main housing **4**. Preferably, the outer dimensions of the replaceable cap **14** are similar or identical to the outer dimensions of the main housing **4** to provide the impression of a unitary whole when the replaceable cap **14** is in position covering the cartridge retaining part **2**.

In the illustrated embodiment, an insert **16** is provided at a first end of the main housing **4**. The insert **16** is secured against rotational or longitudinal motion. The insert **16** is provided with a threaded circular opening **18** extending therethrough. Alternatively, the insert may be formed integrally with the main housing **4** the form of a radially inwardly directed flange having an internal thread.

A first thread **19** extends from a first end of a piston rod **20**. The piston rod **20** is of generally circular section. The first end of the piston rod **20** extends through the threaded opening **18** in the insert **16**. A pressure foot **22** is located at the first end of the piston rod **20**. The pressure foot **22** is disposed to abut a second end of the cartridge piston **10**. A second thread **24** extends from a second end of the piston rod **20**. In the illustrated embodiment the second thread **24** comprises a series of part threads rather than a complete thread. The illustrated embodiment is easier to manufacture and helps reduce the overall force required for a user to cause medicinal product to be dispensed.

4

The first thread **19** and the second thread **24** are oppositely disposed. The second end of the piston rod **20** is provided with a receiving recess **26**.

A drive sleeve **30** extends about the piston rod **20**. The drive sleeve **30** is generally cylindrical. The drive sleeve **30** is provided at a first end with a first radially extending flange **32**. A second radially extending flange **34** is provided spaced a distance along the drive sleeve **30** from the first flange **32**. An intermediate thread **36** is provided on an outer part of the drive sleeve **30** extending between the first flange **32** and the second flange **34**. A helical groove **38** extends along the internal surface of the drive sleeve **30**. The second thread **24** of the piston rod **20** is adapted to work within the helical groove **38**.

A first end of the first flange **32** is adapted to conform to a second side of the insert **16**.

A nut **40** is located between the drive sleeve **30** and the main housing **2**, disposed between the first flange **32** and the second flange **34**. In the illustrated embodiment the nut **40** is a half-nut. This assists in the assembly of the injector. The nut **40** has an internal thread matching the intermediate thread **36**. The outer surface of the nut **40** and an internal surface of the main housing **4** are keyed together by splines **42** (see FIGS. **10**, **11**, **15** and **16**) to prevent relative rotation between the nut **40** and the main housing **4**, while allowing relative longitudinal movement therebetween.

A shoulder **37** is formed between a second end of the drive sleeve **30** and an extension **38** provided at the second end of the drive sleeve **30**. The extension **38** has reduced inner and outer diameters in comparison to the remainder of the drive sleeve **30**. A second end of the extension **38** is provided with a radially outwardly directed flange **39**.

A clicker **50** and a clutch **60** are disposed about the drive sleeve **30**, between the drive sleeve **30** and a dose dial sleeve **70** (to be described below).

The clicker **50** is located adjacent the second flange **34** of the drive sleeve **30**. The clicker **50** is generally cylindrical and is provided at a first end with a flexible helically extending arm **52** (shown most clearly in FIG. **6**). A free end of the arm **52** is provided with a radially directed toothed member **54**. A second end of the clicker **50** is provided with a series of circumferentially directed saw teeth **56** (cf FIG. **7**). Each saw tooth comprises a longitudinally directed surface and an inclined surface.

In an alternative embodiment (not shown) the clicker means further includes at least one spring member. The at least one spring member assists in the resetting of the clutch means **60** following dispense.

The clutch means **60** is located adjacent the second end of the drive sleeve **30**. The clutch means **60** is generally cylindrical and is provided at a first end with a series of circumferentially directed saw teeth **66** (see FIG. **7**). Each saw tooth comprises a longitudinally directed surface and an inclined surface. Towards the second end **64** of the clutch means **60** there is located a radially inwardly directed flange **62**. The flange **62** of the clutch means **60** is disposed between the shoulder **37** of the drive sleeve **30** and the radially outwardly directed flange **39** of the extension **38**. The second end of the clutch means **60** is provided with a plurality of dog teeth **65** (FIG. **8**). The clutch **60** is keyed to the drive sleeve **30** by way of splines (not shown) to prevent relative rotation between the clutch **60** and the drive sleeve **30**.

In the illustrated embodiment, the clicker **50** and the clutch **60** each extend approximately half the length of the drive sleeve **30**. However, it will be understood that other arrangements regarding the relative lengths of these parts are possible.

US 8,603,044 B2

5                                                                6

The clicker **50** and the clutch means **60** are normally engaged, that is as shown in FIG. **7**.

A dose dial sleeve **70** is provided outside of the clicker **50** and clutch means **60** and radially inward of the main housing **4**. A helical groove **74** is provided about an outer surface of the dose dial sleeve **70**.

The main housing **4** is provided with a window **44** through which a part of the outer surface of the dose dial sleeve may be seen. The main housing **4** is further provided with a helical rib **46**, adapted to be seated in the helical groove **74** on the outer surface of the dose dial sleeve **70**. The helical rib **46** extends for a single sweep of the inner surface of the main housing **4**. A first stop **100** is provided between the splines **42** and the helical rib **46** (FIG. **15**). A second stop **102**, disposed at an angle of 180° to the first stop **100** is formed by a frame surrounding the window **44** in the main housing **4** (FIG. **16**).

Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown), is provided on the outer surface of the dose dial sleeve **70**. The window **44** conveniently only allows to be viewed a visual indication of the dose currently dialed.

A second end of the dose dial sleeve **70** is provided with an inwardly directed flange in the form of number of radially extending members **75**. A dose dial grip **76** is disposed about an outer surface of the second end of the dose dial sleeve **70**. An outer diameter of the dose dial grip **76** preferably corresponds to the outer diameter of the main housing **4**. The dose dial grip **76** is secured to the dose dial sleeve **70** to prevent relative movement therebetween. The dose dial grip **76** is provided with a central opening **78**. An annular recess **80** located in the second end of the dose dial grip **76** extends around the opening **78**.

A button **82** of generally 'T' section is provided at a second end of the pen-type injector. A stem **84** of the button **82** may extend through the opening **78** in the dose dial grip **76**, through the inner diameter of the extension **38** of the drive sleeve **30** and into the receiving recess **26** of the piston rod **20**. The stem **84** is retained for limited axial movement in the drive sleeve **30** and against rotation with respect thereto. A head **85** of the button **82** is generally circular. A skirt **86** depends from a periphery of the head **85**. The skirt **86** is adapted to be seated in the annular recess **80** of the dose dial grip **76**.

Operation of the pen-type injector in accordance with the present invention will now be described. In FIGS. **9**, **10** and **11** arrows A, B, C, D, E, F and G represent the respective movements of the button **82**, the dose dial grip **76**, the dose dial sleeve **70**, the drive sleeve **30**, the clutch means **60**, the clicker **50** and the nut **40**.

To dial a dose (FIG. **9**) a user rotates the dose dial grip **76** (arrow A). With the clicker **50** and clutch means **60** engaged, the drive sleeve **30**, the clicker **50**, the clutch means **60** and the dose dial sleeve **70** rotate with the dose dial grip **76**.

Audible and tactile feedback of the dose being dialed is provided by the clicker **50** and the clutch means **60**. Torque is transmitted through the saw teeth **56,66** between the clicker **50** and the clutch means **60**. The flexible arm **52** deforms and drags the toothed member **54** over the splines **42** to produce a click. Preferably, the splines **42** are disposed such that each click corresponds to a unit dose.

The helical groove **74** on the dose dial sleeve **70** and the helical groove **38** in the drive sleeve **30** have the same lead. This allows the dose dial sleeve **70** (arrow C) to extend from the main housing **4** and the drive sleeve **30** (arrow D) to climb the piston rod **20** at the same rate. At the limit of travel, a radial stop **104** on the dose dial sleeve **70** engages either the first stop **100** or the second stop **102** provided on the main housing **4** to prevent further movement. Rotation of the piston rod **20** is prevented due to the opposing directions of the overhauled and driven threads on the piston rod **20**.

The nut **40**, keyed to the main housing **4**, is advanced along the intermediate thread **36** by the rotation of the drive sleeve **30** (arrow D). When the final dose dispensed position (FIGS. **4**, **5** and **13**) is reached, a radial stop **106** formed on a second surface of the nut **40** abuts a radial stop **108** on a first surface of the second flange **34** of the drive sleeve **30**, preventing both the nut **40** and the drive sleeve **30** from rotating further.

In an alternative embodiment (not shown) a first surface of the nut **40** is provided with a radial stop for abutment with a radial stop provided on a second surface of the first flange **32**. This aids location of the nut **40** at the cartridge full position during assembly of the pen-type injector.

Should a user inadvertently dial beyond the desired dosage, the pen-type injector allows the dosage to be dialed down without dispense of medicinal product from the cartridge (FIG. **10**). The dose dial grip **76** is counter rotated. This causes the system to act in reverse. The flexible arm **52** now acts as a ratchet preventing the clicker from rotating. The torque transmitted through the clutch means **60** causes the saw teeth **56**, **66** to ride over one another to create the clicks corresponding to dialed dose reduction. Preferable the saw teeth **56**, **66** are so disposed that the circumferential extent of each saw tooth corresponds to a unit dose.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button **82** (FIG. **11**). This displaces the clutch means **60** axially with respect to the dose dial sleeve **70** causing the dog teeth **65** to disengage. However the clutch means **60** remains keyed in rotation to the drive sleeve **30**. The dose dial sleeve **70** and associated dose dial grip **76** are now free to rotate (guided by the helical rib **46** located in helical groove **74**).

The axial movement deforms the flexible arm **52** of the clicker **50** to ensure the saw teeth **56,66** cannot be overhauled during dispense. This prevents the drive sleeve **30** from rotating with respect to the main housing **4** though it is still free to move axially with respect thereto. This deformation is subsequently used to urge the clicker **50**, and the clutch **60**, back along the drive sleeve **30** to restore the connection between the clutch **60** and the dose dial sleeve **70** when pressure is removed from the button **82**.

The longitudinal axial movement of the drive sleeve **30** causes the piston rod **20** to rotate though the opening **18** in the insert **16**, thereby to advance the piston **10** in the cartridge **8**. Once the dialed dose has been dispensed, the dose dial sleeve **70** is prevented from further rotation by contact of a plurality of members **110** (FIG. **14**) extending from the dose dial grip **76** with a corresponding plurality of stops **112** formed in the main housing **4** (FIGS. **15** and **16**). In the illustrated embodiment, the members **110** extend axially from the dose dial grip **76** and have an inclined end surface. The zero dose position is determined by the abutment of one of the axially extending edges of the members **110** with a corresponding stop **112**.

What is claimed is:

1. A housing part for a medication dispensing apparatus, said housing part comprising:

a main housing, said main housing extending from a distal end to a proximal end;

a dose dial sleeve positioned within said housing, said dose dial sleeve comprising a helical groove configured to engage a threading provided by said main housing, said helical groove provided along an outer surface of said dose dial sleeve;

a dose dial grip disposed near a proximal end of said dose dial sleeve;

US 8,603,044 B2

7

a piston rod provided within said housing, said piston rod is non-rotatable during a dose setting step relative to said main housing;

a drive sleeve extending along a portion of said piston rod, said drive sleeve comprising an internal threading near a distal portion of said drive sleeve, said internal threading adapted to engage an external thread of said piston rod;

a tubular clutch located adjacent a distal end of said dose dial grip, said tubular clutch operatively coupled to said dose dial grip, wherein said dose dial sleeve extends circumferentially around at least a portion of said tubular clutch; and

a cartridge retaining part operatively coupled to said main housing, said cartridge retaining part comprising a fluid container,

wherein said fluid container defines a medicament filled reservoir with a movable cartridge piston at a proximal end and an outlet at a distal end,

said cartridge piston movable by said piston rod to be advanced toward an outlet of said fluid container when said piston rod is moved distally.

2. The housing part of claim 1, wherein during a dose dispensing step, said dose dial grip is activated in a distal direction and said tubular clutch disengages such that said dose dial sleeve rotates back towards said proximal end of said main housing.

3. The housing part of claim 1, wherein

during a dose dispensing step, said drive sleeve advances axially in a distal direction relative to said main housing, and

said drive sleeve advances said piston rod in said distal direction so as to dispense said medicament from said outlet at said distal end of said fluid container.

4. The housing part of claim 1, further comprising a clicker, said clicker providing at least an audible feedback to a user when said dose dial grip is rotated.

5. The housing part of claim 4, wherein said clicker comprises,

at least one flexible arm, said flexible arm comprising at least one tooth member, and

at least one spline,

wherein when said dose dial grip is rotated, said at least one flexible arm deforms and drags said tooth member over said at least one spline so as to provide said audible feedback.

6. The housing part of claim 1, wherein

said tubular clutch comprises a plurality of teeth formed near an end of said tubular clutch,

said plurality of teeth remaining meshed during a dose setting step, and

said plurality of teeth becoming unmeshed during a dose dispensing step.

7. The housing part of claim 1,

wherein said piston rod comprises a first thread and a second thread, and

wherein at least one of said first or said second thread comprises at least one part threads rather than a complete thread.

8. The housing part of claim 1, wherein said dose dial sleeve is provided outside said tubular clutch and radially inward of said main housing.

9. The housing part of claim 1, wherein said main housing further comprises a helical rib, said helical rib adapted to be seated in said helical groove provided along said outer surface of said dose dial sleeve.

10. The housing part of claim 1, wherein said dose dial sleeve comprises at least one radial stop, said radial stop

8

positioned near an end of said helical groove, wherein when said dose dial sleeve is rotated to set a maximum dose of said medication dispensing apparatus, said radial stop near said end of said helical groove abuts an end of said threading provided on said inner surface of said main housing and thereby prevents rotation of said dose dial sleeve.

11. A housing part for a medication dispensing apparatus, said housing part comprising:

a main housing, said main housing extending from a distal end to a proximal end;

a dose dial sleeve positioned within said housing, said dose dial sleeve comprising a helical groove configured to engage a threading provided by said main housing, said helical groove provided along an outer surface of said dose dial sleeve;

a dose dial grip disposed near a proximal end of said dose dial sleeve;

a piston rod provided within said housing, said piston rod is non-rotatable during a dose setting step relative to said main housing;

a drive sleeve extending along a portion of said piston rod, said drive sleeve comprising an internal threading near a distal portion of said drive sleeve, said internal threading adapted to engage an external thread of said piston rod; and,

a tubular clutch located adjacent a distal end of said dose dial grip, said tubular clutch operatively coupled to said dose dial grip,

wherein said dose dial sleeve extends circumferentially around at least a portion of said tubular clutch, and wherein said helical groove of the dose dial sleeve has a first lead and said internal threading of said drive sleeve has a second lead, and wherein said first lead and said second lead are different.

12. The housing part of claim 11, wherein during a dose dispensing step, said dose dial grip is activated in a distal direction and said tubular clutch disengages such that said dose dial sleeve rotates back towards said proximal end of said main housing.

13. The housing part of claim 11, wherein

during a dose dispensing step, said drive sleeve advances axially in a distal direction relative to said main housing, and

said drive sleeve advances said piston rod in said distal direction so as to dispense a medicament from said outlet at said distal end of a fluid container.

14. The housing part of claim 11, further comprising a clicker, said clicker providing at least an audible feedback to a user when said dose dial grip is rotated.

15. The housing part of claim 14, wherein said clicker comprises,

at least one flexible arm, said flexible arm comprising at least one tooth member, and

at least one spline,

wherein when said dose dial grip is rotated, said at least one flexible arm deforms and drags said tooth member over said at least one spline so as to provide said audible feedback.

16. The housing part of claim 11, wherein

said tubular clutch comprises a plurality of teeth formed near an end of said tubular clutch,

said plurality of teeth remaining meshed during a dose setting step, and

said plurality of teeth becoming unmeshed during a dose dispensing step.

US 8,603,044 B2

9

10

17. The housing part of claim 11,

wherein said piston rod comprises a first thread and a second thread, and

wherein at least one of said first or said second thread comprises at least one part threads rather than a complete thread.

18. The housing part of claim 11, wherein said dose dial sleeve is provided outside said tubular clutch and radially inward of said main housing.

19. The housing part of claim 11, wherein said main housing further comprises a helical rib, said helical rib adapted to be seated in said helical groove provided along said outer surface of said dose dial sleeve.

20. The housing part of claim 11, wherein said dose dial sleeve comprises at least one radial stop, said radial stop positioned near an end of said helical groove, wherein when said dose dial sleeve is rotated to set a maximum dose of said medication dispensing apparatus, said radial stop near said end of said helical groove abuts an end of said threading provided on said inner surface of said main housing and thereby prevents rotation of said dose dial sleeve.

* * * * *

# Exhibit B

US008992486B2

## (12) United States Patent
### Veasey et al.

(10) **Patent No.:** **US 8,992,486 B2**
(45) **Date of Patent:** **Mar. 31, 2015**

(54) **PEN-TYPE INJECTOR**

(71) Applicants: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Oxfordshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(72) Inventors: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Oxfordshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

(21) Appl. No.: **13/909,681**

(22) Filed: **Jun. 4, 2013**

(65) **Prior Publication Data**

US 2013/0267906 A1    Oct. 10, 2013

### Related U.S. Application Data

(63) Continuation of application No. 12/944,544, filed on Nov. 11, 2010, now Pat. No. 8,679,069, which is a continuation of application No. 11/483,546, filed on Jul. 11, 2006, now Pat. No. 7,918,833, which is a continuation of application No. 10/790,225, filed on Mar. 2, 2004, now abandoned.

(30) **Foreign Application Priority Data**

Mar. 3, 2003    (GB) .................................. 0304822.0

(51) **Int. Cl.**
*A61M 5/00* (2006.01)
*A61M 5/315* (2006.01)
*A61M 5/24* (2006.01)

(52) **U.S. Cl.**
CPC ............. *A61M 5/31533* (2013.01); *A61M 5/24* (2013.01); *A61M 5/31535* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .................... A61M 5/31533; A61M 5/31536; A61M 5/31535; A61M 5/31551; A61M 5/31541; A61M 5/31585
USPC .......... 604/187, 207–211, 218, 221, 224, 232
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,304,152 A | 4/1994 | Sams | |
| 5,320,609 A | 6/1994 | Haber et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0937471 A2 | 8/1999 | |
| EP | 0937476 A2 | 8/1999 | |

(Continued)

*Primary Examiner* — Manuel Mendez

(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

A housing for a dispensing apparatus. The housing comprising a main housing and a dose dial sleeve. The dose dial sleeve comprising a helical groove configured to engage a threading provided by the housing. A dose knob is disposed near a proximal end of the dose dial sleeve and a piston rod is provided within the housing. The piston rod is non-rotatable during a dose setting step. A driver comprises an internal threading near a distal portion of the driver and is adapted to engage an external thread of the piston rod. A tubular clutch is located adjacent a distal end of the dose knob and operatively coupled to the dose knob. The dose dial sleeve may extend circumferentially around at least a portion of the tubular clutch.

**57 Claims, 7 Drawing Sheets**



**US 8,992,486 B2**

Page 2

(52) **U.S. Cl.**
CPC ...... *A61M 5/31541* (2013.01); *A61M 5/31551* (2013.01); *A61M 5/3156* (2013.01); *A61M 5/31575* (2013.01); *A61M 5/31585* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2205/581* (2013.01); *A61M 2205/582* (2013.01); *A61M 5/31536* (2013.01)
USPC ........................................................ **604/209**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,480,387 | A | 1/1996 | Gabriel et al. |
| 5,505,704 | A | 4/1996 | Pawelka et al. |
| 5,626,566 | A | 5/1997 | Petersen et al. |
| 5,674,204 | A | 10/1997 | Chanoch |
| 5,688,251 | A | 11/1997 | Chanoch |
| 6,083,197 | A | 7/2000 | Umbaugh |
| 6,193,698 | B1 | 2/2001 | Kirchhofer et al. |
| 6,221,046 | B1 | 4/2001 | Burroughs et al. |
| 6,248,095 | B1 | 6/2001 | Giambattista et al. |
| 6,899,698 | B2 | 5/2005 | Sams |
| 7,241,278 | B2 | 7/2007 | Moller |
| 8,679,069 | B2 * | 3/2014 | Veasey et al. ................. 604/209 |
| 2002/0052578 | A1 | 5/2002 | Moller |
| 2004/0059299 | A1 | 3/2004 | Moller et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 91/14467 A1 | 10/1991 |
| WO | 99/38554 A1 | 8/1999 |
| WO | 9938554 A1 | 8/1999 |

* cited by examiner



FIG. 1 FIG. 2



FIG. 3          FIG. 4



FIG. 5



**FIG. 6**

**FIG. 7**



**FIG. 8**



FIG. 9

FIG. 10

FIG. 11

**U.S. Patent**     **Mar. 31, 2015**     **Sheet 6 of 7**     **US 8,992,486 B2**



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16

US 8,992,486 B2

**1**

## PEN-TYPE INJECTOR

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation application of U.S. patent application Ser. No. 12/944,544, filed Nov. 11, 2010, entitled "Pen-Type Injector", which is a continuation application of U.S. patent application Ser. No. 11/483,546, filed Jul. 11, 2006, now U.S. Pat. No. 7,918,833, which is a continuation application of U.S. patent application Ser. No. 10/790,225, filed Mar. 2, 2004, abandoned, and claims priority to GB Patent Application No. 0304822.0, filed Mar. 3, 2003, the entire contents of each of which are incorporated herein by reference.

### BACKGROUND

Improvements in and Relating to a Pen-Type Injector

The present invention relates to pen-type injectors, that is to injectors of the kind that provide for administration by injection of medicinal products from a multidose cartridge. In particular, the present invention relates to such injectors where a user may set the dose.

Such injectors have application where regular injection by persons without formal medical training occurs. This is increasingly common amongst those having diabetes where self-treatment enables such persons to conduct effective management of their diabetes.

These circumstances set a number of requirements for pen-type injectors of this kind. The injector must be robust in construction, yet easy to use both in terms of the manipulation of the parts and understanding by a user of its operation. In the case of those with diabetes, many users will be physically infirm and may also have impaired vision. Where the injector is to be disposable rather than reusable, the injector should be cheap to manufacture and easy to dispose of (preferably being suitable for recycling).

### Overview

It is an advantage of the present invention that an improved pen-type injector is provided.

According to a first aspect of the present invention, a pen-type injector comprises a housing;
a piston rod adapted to operate through the housing;
a dose dial sleeve located between the housing and the piston rod, the dose dial sleeve having a helical thread of first lead;
a drive sleeve located between the dose dial sleeve and the piston rod, the drive sleeve having a helical groove of second lead;
characterized in that the first lead of the helical thread and the second lead of the helical groove are the same.

Preferably, the piston rod has a first threaded portion at a first end and a second threaded portion at a second end;
an insert or radially inwardly extending flange is located in the housing and through which the first threaded portion of the piston rod may rotate;
the dose dial sleeve being rotatable with respect to the housing and the insert;
the drive sleeve being releasably connected to the dose dial sleeve and connected to the piston rod for rotation with respect thereto along the second threaded portion of the piston rod;
a button is located on the dose dial sleeve and rotatable with respect to the dose dial sleeve; and

**2**

clutch means are provided which upon depression of the button permit rotation between the dose dial sleeve and the drive sleeve.

Preferably, the injector further comprises a nut which is rotatable with respect to the drive sleeve and axially displaceable but not rotatable with respect to the housing.

More preferably, the drive sleeve is provided at a first end with first and second flanges with an intermediate thread between the first and second flanges, the nut being disposed between the first and second flanges and keyed to the housing by spline means. Additionally, a first radial stop may be provided on a second face of the nut and a second radial stop may be provided on a first face of the second flange.

Preferably, the first thread of the piston rod is oppositely disposed to the second thread of the piston rod.

Preferably, a second end of the clutch is provided with a plurality of dog teeth adapted to engage with a second end of the dose dial sleeve.

Preferably, the pen-type injector further includes clicker means disposed between the clutch means and spline means provided on the housing.

More preferably, the clicker means comprises a sleeve provided at a first end with a helically extending arm, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially saw teeth provided on the clutch means.

Alternatively, the clicker means comprises a sleeve provided at a first end with at least one helically extending arm and at least one spring member, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially directed saw teeth provided on the clutch means.

Preferably, the main housing is provided with a plurality of maximum dose stops adapted to be abutted by a radial stop provided on the dose dial sleeve. More preferably, at least one of the maximum dose stops comprises a radial stop located between a helical rib and spline means provided at a second end of the housing. Alternatively, at least one of the maximum dose stops comprises a part of a raised window portion provided at a second end of the housing.

Preferably, the dose dial sleeve is provided with a plurality of radially extending members adapted to abut a corresponding plurality of radial stops provided at a second end of the housing.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described with reference to the accompanying drawings, in which:—

FIG. 1 shows a sectional view of a pen-type injector in accordance with the present invention in a first, cartridge full, position;

FIG. 2 shows a sectional view of the pen-type injector of FIG. 1 in a second, maximum first dose dialed, position;

FIG. 3 shows a sectional view of the pen-type injector of FIG. 1 in a third, first maximum first dose dispensed, position;

FIG. 4 shows a sectional view of the pen-type injector of FIG. 1 in a fourth, final dose dialed, position;

FIG. 5 shows a sectional view of the pen-type injector of FIG. 1 in a fifth, final dose dispensed, position;

FIG. 6 shows a cut-away view of a first detail of the pen-type injector of FIG. 1;

FIG. 7 shows a partially cut-away view of a second detail of the pen-type injector of FIG. 1;

US 8,992,486 B2

3

FIG. **8** shows a partially cut-away view of a third detail of the pen-type injector of FIG. **1**;

FIG. **9** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing up of a dose;

FIG. **10** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing down of a dose;

FIG. **11** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dispensing of a dose;

FIG. **12** shows a partially cut-away view of the pen-type injector of FIG. **1** in the second, maximum first dose dialed, position;

FIG. **13** shows a partially cut-away view of the pen-type injector of FIG. **1** in the fourth, final dose dialed, position;

FIG. **14** shows a partially cut-away view of the pen-type injector of FIG. **1** in one of the first, third or fifth positions;

FIG. **15** shows a cut-away view of a first part of a main housing of the pen-type injector of FIG. **1**; and

FIG. **16** shows a cut-away view of a second part of the main housing of the pen-type injector of FIG. **1**.

DETAILED DESCRIPTION

Referring first to FIGS. **1** to **5**, there may be seen a pen-type injector in accordance with the present invention in a number of positions.

The pen-type injector comprises a housing having a first cartridge retaining part **2**, and second main housing part **4**. A first end of the cartridge retaining means **2** and a second end of the main housing **4** are secured together by retaining features **6**. In the illustrated embodiment, the cartridge retaining means **2** is secured within the second end of the main housing **4**.

A cartridge **8** from which a number of doses of medicinal product may be dispensed is provided in the cartridge retaining part **2**. A piston **10** is retained in a first end of the cartridge **8**.

A removable cap **12** is releasably retained over a second end of the cartridge retaining part **2**. In use the removable cap **12** can be replaced by a user with a suitable needle unit (not shown). A replacable cap **14** is used to cover the cartridge retaining part **2** extending from the main housing **4**. Preferably, the outer dimensions of the replaceable cap **14** are similar or identical to the outer dimensions of the main housing **4** to provide the impression of a unitary whole when the replaceable cap **14** is in position covering the cartridge retaining part **2**.

In the illustrated embodiment, an insert **16** is provided at a first end of the main housing **4**. The insert **16** is secured against rotational or longitudinal motion. The insert **16** is provided with a threaded circular opening **18** extending therethrough. Alternatively, the insert may be formed integrally with the main housing **4** the form of a radially inwardly directed flange having an internal thread.

A first thread **19** extends from a first end of a piston rod **20**. The piston rod **20** is of generally circular section. The first end of the piston rod **20** extends through the threaded opening **18** in the insert **16**. A pressure foot **22** is located at the first end of the piston rod **20**. The pressure foot **22** is disposed to abut a second end of the cartridge piston **10**. A second thread **24** extends from a second end of the piston rod **20**. In the illustrated embodiment the second thread **24** comprises a series of part threads rather than a complete thread. The illustrated embodiment is easier to manufacture and helps reduce the overall force required for a user to cause medicinal product to be dispensed.

4

The first thread **19** and the second thread **24** are oppositely disposed. The second end of the piston rod **20** is provided with a receiving recess **26**.

A drive sleeve **30** extends about the piston rod **20**. The drive sleeve **30** is generally cylindrical. The drive sleeve **30** is provided at a first end with a first radially extending flange **32**. A second radially extending flange **34** is provided spaced a distance along the drive sleeve **30** from the first flange **32**. An intermediate thread **36** is provided on an outer part of the drive sleeve **30** extending between the first flange **32** and the second flange **34**. A helical groove **38** extends along the internal surface of the drive sleeve **30**. The second thread **24** of the piston rod **20** is adapted to work within the helical groove **38**.

A first end of the first flange **32** is adapted to conform to a second side of the insert **16**.

A nut **40** is located between the drive sleeve **30** and the main housing **2**, disposed between the first flange **32** and the second flange **34**. In the illustrated embodiment the nut **40** is a half-nut. This assists in the assembly of the injector. The nut **40** has an internal thread matching the intermediate thread **36**. The outer surface of the nut **40** and an internal surface of the main housing **4** are keyed together by splines **42** (see FIGS. **10**, **11**, **15** and **16**) to prevent relative rotation between the nut **40** and the main housing **4**, while allowing relative longitudinal movement therebetween.

A shoulder **37** is formed between a second end of the drive sleeve **30** and an extension **38** provided at the second end of the drive sleeve **30**. The extension **38** has reduced inner and outer diameters in comparison to the remainder of the drive sleeve **30**. A second end of the extension **38** is provided with a radially outwardly directed flange **39**.

A clicker **50** and a clutch **60** are disposed about the drive sleeve **30**, between the drive sleeve **30** and a dose dial sleeve **70** (to be described below).

The clicker **50** is located adjacent the second flange **34** of the drive sleeve **30**. The clicker **50** is generally cylindrical and is provided at a first end with a flexible helically extending arm **52** (shown most clearly in FIG. **6**). A free end of the arm **52** is provided with a radially directed toothed member **54**. A second end of the clicker **50** is provided with a series of circumferentially directed saw teeth **56** (cf FIG. **7**). Each saw tooth comprises a longitudinally directed surface and an inclined surface.

In an alternative embodiment (not shown) the clicker means further includes at least one spring member. The at least one spring member assists in the resetting of the clutch means **60** following dispense.

The clutch means **60** is located adjacent the second end of the drive sleeve **30**. The clutch means **60** is generally cylindrical and is provided at a first end with a series of circumferentially directed saw teeth **66** (see FIG. **7**). Each saw tooth comprises a longitudinally directed surface and an inclined surface. Towards the second end **64** of the clutch means **60** there is located a radially inwardly directed flange **62**. The flange **62** of the clutch means **60** is disposed between the shoulder **37** of the drive sleeve **30** and the radially outwardly directed flange **39** of the extension **38**. The second end of the clutch means **60** is provided with a plurality of dog teeth **65** (FIG. **8**). The clutch **60** is keyed to the drive sleeve **30** by way of splines (not shown) to prevent relative rotation between the clutch **60** and the drive sleeve **30**.

In the illustrated embodiment, the clicker **50** and the clutch **60** each extend approximately half the length of the drive sleeve **30**. However, it will be understood that other arrangements regarding the relative lengths of these parts are possible.

US 8,992,486 B2

5

The clicker 50 and the clutch means 60 are normally engaged, that is as shown in FIG. 7.

A dose dial sleeve 70 is provided outside of the clicker 50 and clutch means 60 and radially inward of the main housing 4. A helical groove 74 is provided about an outer surface of the dose dial sleeve 70.

The main housing 4 is provided with a window 44 through which a part of the outer surface of the dose dial sleeve may be seen. The main housing 4 is further provided with a helical rib 46, adapted to be seated in the helical groove 74 on the outer surface of the dose dial sleeve 70. The helical rib 46 extends for a single sweep of the inner surface of the main housing 4. A first stop 100 is provided between the splines 42 and the helical rib 46 (FIG. 15). A second stop 102, disposed at an angle of 180° to the first stop 100 is formed by a frame surrounding the window 44 in the main housing 4 (FIG. 16).

Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown), is provided on the outer surface of the dose dial sleeve 70. The window 44 conveniently only allows to be viewed a visual indication of the dose currently dialed.

A second end of the dose dial sleeve 70 is provided with an inwardly directed flange in the form of number of radially extending members 75. A dose dial grip 76 is disposed about an outer surface of the second end of the dose dial sleeve 70. An outer diameter of the dose dial grip 76 preferably corresponds to the outer diameter of the main housing 4. The dose dial grip 76 is secured to the dose dial sleeve 70 to prevent relative movement therebetween. The dose dial grip 76 is provided with a central opening 78. An annular recess 80 located in the second end of the dose dial grip 76 extends around the opening 78.

A button 82 of generally 'T' section is provided at a second end of the pen-type injector. A stem 84 of the button 82 may extend through the opening 78 in the dose dial grip 76, through the inner diameter of the extension 38 of the drive sleeve 30 and into the receiving recess 26 of the piston rod 20. The stem 84 is retained for limited axial movement in the drive sleeve 30 and against rotation with respect thereto. A head 85 of the button 82 is generally circular. A skirt 86 depends from a periphery of the head 85. The skirt 86 is adapted to be seated in the annular recess 80 of the dose dial grip 76.

Operation of the pen-type injector in accordance with the present invention will now be described. In FIGS. 9, 10 and 11 arrows A, B, C, D, E, F and G represent the respective movements of the button 82, the dose dial grip 76, the dose dial sleeve 70, the drive sleeve 30, the clutch means 60, the clicker 50 and the nut 40.

To dial a dose (FIG. 9) a user rotates the dose dial grip 76 (arrow A). With the clicker 50 and clutch means 60 engaged, the drive sleeve 30, the clicker 50, the clutch means 60 and the dose dial sleeve 70 rotate with the dose dial grip 76.

Audible and tactile feedback of the dose being dialed is provided by the clicker 50 and the clutch means 60. Torque is transmitted through the saw teeth 56, 66 between the clicker 50 and the clutch means 60. The flexible arm 52 deforms and drags the toothed member 54 over the splines 42 to produce a click. Preferably, the splines 42 are disposed such that each click corresponds to a unit dose.

The helical groove 74 on the dose dial sleeve 70 and the helical groove 38 in the drive sleeve 30 have the same lead. This allows the dose dial sleeve 70 (arrow C) to extend from the main housing 4 and the drive sleeve 30 (arrow D) to climb the piston rod 20 at the same rate. At the limit of travel, a radial stop 104 on the dose dial sleeve 70 engages either the first stop 100 or the second stop 102 provided on the main housing 4 to

6

prevent further movement. Rotation of the piston rod 20 is prevented due to the opposing directions of the overhauled and driven threads on the piston rod 20.

The nut 40, keyed to the main housing 4, is advanced along the intermediate thread 36 by the rotation of the drive sleeve 30 (arrow D). When the final dose dispensed position (FIGS. 4, 5 and 13) is reached, a radial stop 106 formed on a second surface of the nut 40 abuts a radial stop 108 on a first surface of the second flange 34 of the drive sleeve 30, preventing both the nut 40 and the drive sleeve 30 from rotating further.

In an alternative embodiment (not shown) a first surface of the nut 40 is provided with a radial stop for abutment with a radial stop provided on a second surface of the first flange 32. This aids location of the nut 40 at the cartridge full position during assembly of the pen-type injector.

Should a user inadvertently dial beyond the desired dosage, the pen-type injector allows the dosage to be dialed down without dispense of medicinal product from the cartridge (FIG. 10). The dose dial grip 76 is counter rotated. This causes the system to act in reverse. The flexible arm 52 now acts as a ratchet preventing the clicker from rotating. The torque transmitted through the clutch means 60 causes the saw teeth 56, 66 to ride over one another to create the clicks corresponding to dialed dose reduction. Preferable the saw teeth 56, 66 are so disposed that the circumferential extent of each saw tooth corresponds to a unit dose.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button 82 (FIG. 11). This displaces the clutch means 60 axially with respect to the dose dial sleeve 70 causing the dog teeth 65 to disengage. However the clutch means 60 remains keyed in rotation to the drive sleeve 30. The dose dial sleeve 70 and associated dose dial grip 76 are now free to rotate (guided by the helical rib 46 located in helical groove 74).

The axial movement deforms the flexible arm 52 of the clicker 50 to ensure the saw teeth 56, 66 cannot be overhauled during dispense. This prevents the drive sleeve 30 from rotating with respect to the main housing 4 though it is still free to move axially with respect thereto. This deformation is subsequently used to urge the clicker 50, and the clutch 60, back along the drive sleeve 30 to restore the connection between the clutch 60 and the dose dial sleeve 70 when pressure is removed from the button 82.

The longitudinal axial movement of the drive sleeve 30 causes the piston rod 20 to rotate though the opening 18 in the insert 16, thereby to advance the piston 10 in the cartridge 8. Once the dialed dose has been dispensed, the dose dial sleeve 70 is prevented from further rotation by contact of a plurality of members 110 (FIG. 14) extending from the dose dial grip 76 with a corresponding plurality of stops 112 formed in the main housing 4 (FIGS. 15 and 16). In the illustrated embodiment, the members 110 extend axially from the dose dial grip 76 and have an inclined end surface. The zero dose position is determined by the abutment of one of the axially extending edges of the members 110 with a corresponding stop 112.

The invention claimed is:

1. A housing part for a medication dispensing apparatus, said housing part comprising:

a main housing, said main housing extending from a distal end to a proximal end;

a dose dial sleeve positioned within said housing, said dose dial sleeve comprising a helical groove configured to engage a threading provided by said main housing;

a dose knob disposed near a proximal end of said dose dial sleeve;

US 8,992,486 B2

7

a piston rod provided within said housing, said piston rod is non-rotatable during a dose setting step relative to said main housing;

a driver extending along a portion of said piston rod, said driver comprising an internal threading near a distal portion of said driver, said internal threading adapted to engage an external thread of said piston rod; and,

a tubular clutch located adjacent a distal end of said dose knob, said tubular clutch operatively coupled to said dose knob,

wherein said dose dial sleeve extends circumferentially around at least a portion of said tubular clutch.

2. The housing part of claim 1, wherein said tubular clutch is directly coupled to said dose knob.

3. The housing part of claim 1, wherein said main housing comprises a window through which at least a portion of an outer surface of said dose dial sleeve may be viewable.

4. The housing part of claim 3, wherein said window is located near a proximal end of said main housing and near a helical rib provided on an inner surface of said outer housing.

5. The housing part of claim 1, wherein said driver comprises a cylindrical shape.

6. The housing part of claim 1, wherein said dose knob extends circumferentially around at least a portion of said tubular clutch.

7. The housing part of claim 1, wherein during a dose dispensing step, said dose knob is activated in a distal direction and said tubular clutch disengages such that said dose dial sleeve rotates back towards said proximal end of said main housing.

8. The housing part of claim 7, wherein during said dose dispensing step, said dose dial sleeve and said tubular clutch rotate together.

9. The housing part of claim 1, further comprising

a container housing operatively coupled to said main housing, said container housing comprising a fluid container,

wherein said fluid container defines a medicament filled reservoir with a movable plunger at a proximal end and an outlet at a distal end,

said plunger movable by said piston rod to be advanced toward an outlet of said fluid container when said piston rod is moved distally, wherein

during a dose dispensing step, said driver advances axially in a distal direction relative to said main housing, and

said driver advances said piston rod in said distal direction so as to dispense said medicament from said outlet at said distal end of said fluid container.

10. The housing part of claim 1, wherein said dose setting knob is coupled in part by said clutch to said dose dial sleeve so as to prevent relative movement between said dose setting knob and said dose dial sleeve during a dose setting step.

11. The housing part of claim 1, wherein said dose setting knob is partially secured to said dose dial sleeve so as to allow relative movement between said dose setting knob and said dose dial sleeve during a dose dispensing step.

12. The housing part of claim 1, wherein said driver comprises at least one flange.

13. The housing part of claim 12, wherein said at least one flange is located near a distal portion of said driver.

14. The housing part of claim 1, further comprising a clicker, said clicker providing at least an audible feedback to a user when said dose knob is rotated.

15. The housing part of claim 14, wherein said clicker provides tactile feedback to a user when said dose knob is rotated.

8

16. The housing part of claim 14, wherein said clicker provides audible feedback when said dose knob is rotated in a dose increasing direction.

17. The housing part of claim 14, wherein said clicker provides audible feedback when said dose knob is rotated in a dose decreasing direction.

18. The housing part of claim 14, wherein said clicker comprises,

at least one flexible arm, said flexible arm comprising at least one tooth member, and

at least one spline,

wherein when said dose knob is rotated, said at least one flexible arm deforms and drags said tooth member over said at least one spline so as to provide said audible feedback.

19. The housing part of claim 14, wherein said clicker is disposed between said clutch and a proximal end of said piston rod.

20. The housing part of claim 14, wherein

said clicker generally comprises a cylindrical shape having a first and a second end, and

said cylindrical shape is provided at said first end with at least one flexible extending arm.

21. The housing part of claim 1, wherein

said tubular clutch comprises a plurality of teeth formed near an end of said tubular clutch,

said plurality of teeth remaining meshed during a dose setting step, and

said plurality of teeth becoming unmeshed during a dose dispensing step.

22. The housing part of claim 21, wherein said plurality of teeth comprise a plurality of dog teeth.

23. The housing part of claim 1, wherein said piston rod comprises a generally circular cross section.

24. The housing part of claim 1 wherein said external thread of said piston rod comprises a part thread.

25. The housing part of claim 1,

wherein said piston rod comprises a first thread and a second thread, and

wherein at least one of said first or said second thread comprises at least one part threads rather than a complete thread.

26. The housing part of claim 1, wherein said dose dial sleeve is provided outside said tubular clutch and radially inward of said main housing.

27. The housing part of claim 1, wherein said main housing further comprises a helical rib, said helical rib adapted to be seated in said helical groove provided along an outer surface of said dose dial sleeve.

28. The housing part of claim 27, wherein said helical rib extends for at least a single sweep of said inner surface of said main housing.

29. The housing part of claim 27, wherein said helical rib comprises a single start helical rib.

30. The housing part of claim 1, wherein said dose dial sleeve comprises at least one radial stop, said radial stop positioned near an end of said helical groove.

31. The housing part of claim 30, wherein when said dose dial sleeve is rotated to set a maximum dose of said medication dispensing apparatus, said radial stop near said end of said helical groove abuts an end of said threading provided on said inner surface of said main housing and thereby prevents rotation of said dose dial sleeve.

32. The housing part of claim 30, wherein said radial stop is positioned near a distal end of said helical groove.

33. The housing part of claim 1, wherein if a user inadvertently dials said dose knob in one direction beyond a desired

US 8,992,486 B2

9

dose, said dose knob may be rotated in a second direction so as to allow said dialed dose to be reduced.

34. The housing part of claim 1, wherein, to dispense a set dose, said dose knob is activated, and wherein activation of said dose knob disengages said tubular clutch in an axially direction with respect to said dose dial sleeve.

35. The housing part of claim 1, further comprising

a container housing operatively coupled to said main housing, said container housing comprising a fluid container,

wherein said fluid container defines a medicament filled reservoir with a movable plunger at a proximal end and an outlet at a distal end,

said plunger movable by said piston rod to be advanced toward an outlet of said fluid container when said piston rod is moved distally, wherein said housing part is configured such that a user is prevented from dialing a dose of medicament greater than said medicament remaining in said fluid container.

36. The housing part of claim 1, wherein said housing part and said container comprises a disposable device.

37. The housing part of claim 1, wherein said housing part and said container comprises a re-usable device.

38. The housing part of claim 1, further comprising an insert, said insert provided at a distal end of the main housing, said insert secured against rotation.

39. The housing part of claim 1, further comprising an insert, said insert provided at a distal end of the main housing, and said insert secured against longitudinal motion.

40. The housing part of claim 39, wherein said insert comprises an opening extending therethrough, such that said piston rod is configured to extend through said opening.

41. The housing part of claim 40, wherein said opening comprises a threaded opening, and wherein during a dose dispense step, an external thread of said piston rod threadingly engages said threaded opening so that said piston rod rotates during a dose dispense step.

42. The housing part of claim 1, wherein said helical groove of the dose dial sleeve has a first lead and said internal threading of said driver has a second lead, and wherein said first lead and said second lead are the same.

43. A pen type drug delivery device, said device comprising:

an external housing comprising a threading along a portion of an inner surface of said external housing, said external housing extending from a distal end to a proximal end;

a dialing element positioned within said housing, said dialing element comprising an outer surface extending from a distal end to a proximal end of said dialing element,

wherein said outer surface comprises a helical threading that defines a groove configured to engage said threading provided on said inner surface of said external housing;

an actuator disposed about an outer surface of an end of said dialing element near said proximal end of said main housing;

a driver extending along at least a portion of a piston rod, said driver comprising a thread adapted to threadingly engage an external thread of a piston rod; and,

a clutch positioned at least partially within an open proximal end of said dialing element and located adjacent a distal end of said actuator and operatively coupled to said actuator,

10

wherein said dialing element extends circumferentially around at least a portion of said clutch;

a tubular barrel retainer operatively coupled to said external housing, said tubular barrel retainer comprising a cartridge containing a medicament, said cartridge comprising a reservoir, a piston, a septum, and a cap;

said piston movable by said piston rod to be advanced toward an outlet of said cartridge when said piston rod is moved distally.

44. The pen type drug delivery device of claim 43, wherein said tubular barrel retainer is permanently coupled to said external housing.

45. The pen type drug delivery device of claim 43, wherein said tubular barrel retainer is removably coupled to said external housing.

46. The pen type drug delivery device of claim 43, wherein said pen type drug delivery device comprises a prefilled, variable dose pen type drug delivery device.

47. The pen type drug delivery device of claim 43, wherein said outer surface of said dialing element further comprises dosage indicator markings.

48. The pen type drug delivery device of claim 43, wherein said external housing further comprises a housing window, and wherein said housing window allows said dosage indicator markings to be visible during use of said pen type drug delivery device.

49. The pen type drug delivery device of claim 43, wherein said driver comprises a cylindrical, tube-shaped body.

50. The pen type drug delivery device of claim 43, wherein said clutch comprises a cylindrical clutch.

51. A clutch for use within a pen type drug delivery device, said clutch comprising

a tubular body, said tubular body extending from a distal end to a proximal end; and said distal end of said tubular body having a diameter sized such that said distal end of said tubular body may be positioned within a proximal end of a dial member.

52. The clutch of claim 51, wherein said proximal end of said tubular body is configured to reside within an inner space of a dose knob.

53. The clutch of claim 52, wherein when said dose knob is activated to dispense a dose of a medicament contained within said pen type delivery device, said clutch is moved in a distal direction.

54. The clutch of claim 52, wherein said pen type drug delivery device further comprises

a cartridge containing a medicament, said cartridge comprising a reservoir, a stopper, a septum and a ferrule.

55. The clutch of claim 54, wherein said cartridge comprises a multidose cartridge.

56. The clutch of claim 51, further comprising a plurality of axially extending teeth formed in an interior of a flange of said clutch.

57. The clutch of claim 51, wherein said clutch is positioned within an open proximal end of said dial member and located adjacent a distal end of said dose knob and operatively coupled to said dose knob, and wherein said dial member extends circumferentially around at least a portion of said clutch.

* * * * *

# Exhibit C

US008679069B2

## (12) United States Patent
### Veasey et al.

(10) **Patent No.:** **US 8,679,069 B2**
(45) **Date of Patent:** **Mar. 25, 2014**

(54) **PEN-TYPE INJECTOR**

(75) Inventors: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Oxfordshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(73) Assignee: **DCA Design International, Ltd.**, Warwick (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 406 days.

(21) Appl. No.: **12/944,544**

(22) Filed: **Nov. 11, 2010**

(65) **Prior Publication Data**

US 2012/0089100 A1    Apr. 12, 2012

### Related U.S. Application Data

(63) Continuation of application No. 11/483,546, filed on Jul. 11, 2006, now Pat. No. 7,918,833, and a continuation of application No. 10/790,225, filed on Mar. 2, 2004, now abandoned.

(30) **Foreign Application Priority Data**

Mar. 3, 2003    (GB) .................................. 0304822.0

(51) **Int. Cl.**
*A61M 5/00* (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **604/209**; 604/207

(58) **Field of Classification Search**
USPC .......... 604/187, 207–211, 218, 221, 224, 232
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,304,152 A | 4/1994 | Sams | |
| 5,320,609 A | 6/1994 | Haber et al. | |
| 5,480,387 A | 1/1996 | Gabriel et al. | |
| 5,505,704 A | 4/1996 | Pawelka et al. | |
| 5,626,566 A | 5/1997 | Petersen et al. | |
| 5,674,204 A | 10/1997 | Chanoch | |
| 5,688,251 A | 11/1997 | Chanoch | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0937471 | A2 | 8/1999 |
| EP | 0937476 | | 8/1999 |

(Continued)

OTHER PUBLICATIONS

EP 0937471A2, Walters et al., date of publication: Aug. 25, 1999.*

*Primary Examiner* — Manuel Mendez

(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

A housing for a dispensing apparatus. The housing comprising a main housing and a dose dial sleeve. The dose dial sleeve comprising a helical groove configured to engage a threading provided by the housing. A dose knob is disposed near a proximal end of the dose dial sleeve and a piston rod is provided within the housing. The piston rod is non-rotatable during a dose setting step. A driver comprises an internal threading near a distal portion of the driver and is adapted to engage an external thread of the piston rod. A tubular clutch is located adjacent a distal end of the dose knob and operatively coupled to the dose knob. The dose dial sleeve may extend circumferentially around at least a portion of the tubular clutch.

**3 Claims, 7 Drawing Sheets**



## US 8,679,069 B2

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

6,083,197  A       7/2000  Umbaugh
6,193,698  B1      2/2001  Kirchhofer et al.
6,221,046  B1      4/2001  Burroughs et al.
6,248,095  B1      6/2001  Giambattista et al.
6,899,698  B2      5/2005  Sams
7,241,278  B2      7/2007  Moller
7,918,833  B2 *    4/2011  Veasey et al. ................. 604/209

2002/0052578  A1    5/2002  Moller
2004/0059299  A1    3/2004  Moller

FOREIGN PATENT DOCUMENTS

WO        91/14467          10/1991
WO        99/38554          8/1999
WO        9938554  A1       8/1999

* cited by examiner



FIG. 1        FIG. 2

**U.S. Patent**          Mar. 25, 2014          **Sheet 2 of 7**          **US 8,679,069 B2**



FIG. 3          FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

FIG. 10

FIG. 11



**FIG. 12**



**FIG. 13**



**FIG. 14**



FIG. 15



FIG. 16

US 8,679,069 B2

## 1

### PEN-TYPE INJECTOR

#### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation application of U.S. patent application Ser. No. 11/483,546, filed Jul. 11, 2006, currently pending, which is a continuation application of U.S. patent application Ser. No. 10/790,225, filed Mar. 2, 2004, abandoned, and claims priority to GB Patent Application No. 0304822.0, filed Mar. 3, 2003, the entire contents of each of which are incorporated herein by reference.

The present invention relates to pen-type injectors, that is to injectors of the kind that provide for administration by injection of medicinal products from a multidose cartridge. In particular, the present invention relates to such injectors where a user may set the dose.

Such injectors have application where regular injection by persons without formal medical training occurs. This is increasingly common amongst those having diabetes where self-treatment enables such persons to conduct effective management of their diabetes.

These circumstances set a number of requirements for pen-type injectors of this kind. The injector must be robust in construction, yet easy to use both in terms of the manipulation of the parts and understanding by a user of its operation. In the case of those with diabetes, many users will be physically infirm and may also have impaired vision. Where the injector is to be disposable rather than reusable, the injector should be cheap to manufacture and easy to dispose of (preferably being suitable for recycling).

It is an advantage of the present invention that an improved pen-type injector is provided.

According to a first aspect of the present invention, a pen-type injector comprises a housing;

a piston rod adapted to operate through the housing;

a dose dial sleeve located between the housing and the piston rod, the dose dial sleeve having a helical thread of first lead;

a drive sleeve located between the dose dial sleeve and the piston rod, the drive sleeve having a helical groove of second lead;

characterised in that the first lead of the helical thread and the second lead of the helical groove are the same.

Preferably, the piston rod has a first threaded portion at a first end and a second threaded portion at a second end;

an insert or radially inwardly extending flange is located in the housing and through which the first threaded portion of the piston rod may rotate;

the dose dial sleeve being rotatable with respect to the housing and the insert;

the drive sleeve being releasably connected to the dose dial sleeve and connected to the piston rod for rotation with respect thereto along the second threaded portion of the piston rod;

a button is located on the dose dial sleeve and rotatable with respect to the dose dial sleeve; and

clutch means are provided which upon depression of the button permit rotation between the dose dial sleeve and the drive sleeve.

Preferably, the injector further comprises a nut which is rotatable with respect to the drive sleeve and axially displaceable but not rotatable with respect to the housing.

More preferably, the drive sleeve is provided at a first end with first and second flanges with an intermediate thread between the first and second flanges, the nut being disposed between the first and second flanges and keyed to the housing by spline means. Additionally, a first radial stop may be

## 2

provided on a second face of the nut and a second radial stop may be provided on a first face of the second flange.

Preferably, the first thread of the piston rod is oppositely disposed to the second thread of the piston rod.

Preferably, a second end of the clutch is provided with a plurality of dog teeth adapted to engage with a second end of the dose dial sleeve.

Preferably, the pen-type injector further includes clicker means disposed between the clutch means and spline means provided on the housing.

More preferably, the clicker means comprises a sleeve provided at a first end with a helically extending arm, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially saw teeth provided on the clutch means.

Alternatively, the clicker means comprises a sleeve provided at a first end with at least one helically extending arm and at least one spring member, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially directed saw teeth provided on the clutch means.

Preferably, the main housing is provided with a plurality of maximum dose stops adapted to be abutted by a radial stop provided on the dose dial sleeve. More preferably, at least one of the maximum dose stops comprises a radial stop located between a helical rib and spline means provided at a second end of the housing. Alternatively, at least one of the maximum dose stops comprises a part of a raised window portion provided at second end of the housing.

Preferably, the dose dial sleeve is provided with a plurality of radially extending members adapted to abut a corresponding plurality of radial stops provided at a second end of the housing.

The invention will now be described with reference to the accompanying drawings, in which:—

FIG. **1** shows a sectional view of a pen-type injector in accordance with the present invention in a first, cartridge full position;

FIG. **2** shows a sectional view of the pen-type injector of FIG. **1** in a second, maximum first dose dialed, position;

FIG. **3** shows a sectional view of the pen-type injector of FIG. **1** in a third, first maximum first dose dispensed, position;

FIG. **4** shows a sectional view of the pen-type injector of FIG. **1** in a fourth, final dose dialed, position;

FIG. **5** shows a sectional view of the pen-type injector of FIG. **1** in a fifth, final dose dispensed, position;

FIG. **6** shows a cut-away view of a first detail of the pen-type injector of FIG. **1**;

FIG. **7** shows a partially cut-away view of a second detail of the pen-type injector of FIG. **1**;

FIG. **8** shows a partially cut-away view of a third detail of the pen-type injector of FIG. **1**;

FIG. **9** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing up of a dose;

FIG. **10** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dialing down of a dose;

FIG. **11** shows the relative movement of parts of the pen-type injector shown in FIG. **1** during dispensing of a dose;

FIG. **12** shows a partially cut-away view of the pen-type injector of FIG. **1** in the second, maximum first dose dialed, position;

FIG. **13** shows a partially cut-away view of the pen-type injector of FIG. **1** in the fourth, final dose dialed, position;

FIG. **14** shows a partially cut-away view of the pen-type injector of FIG. **1** in one of the first, third or fifth positions;

US 8,679,069 B2

3

FIG. 15 shows a cut-away view of a first part of a main housing of the pen-type injector of FIG. 1; and

FIG. 16 shows a cut-away view of a second part of the main housing of the pen-type injector of FIG. 1.

Referring first to FIGS. 1 to 5, there may be seen a pen-type injector in accordance with the present invention in a number of positions.

The pen-type injector comprises a housing having a first cartridge retaining part 2, and second main housing part 4. A first end of the cartridge retaining means 2 and a second end of the main housing 4 are secured together by retaining features 6. In the illustrated embodiment, the cartridge retaining means 2 is secured within the second end of the main housing 4.

A cartridge 8 from which a number of doses of medicinal product may be dispensed is provided in the cartridge retaining part 2. A piston 10 is retained in a first end of the cartridge 8.

A removable cap 12 is releasably retained over a second end of the cartridge retaining part 2. In use the removable cap 12 can be replaced by a user with a suitable needle unit (not shown). A replaceable cap 14 is used to cover the cartridge retaining part 2 extending from the main housing 4. Preferably, the outer dimensions of the replaceable cap 14 are similar or identical to the outer dimensions of the main housing 4 to provide the impression of a unitary whole when the replaceable cap 14 is in position covering the cartridge retaining part 2.

In the illustrated embodiment, an insert 16 is provided at a first end of the main housing 4. The insert 16 is secured against rotational or longitudinal motion. The insert 16 is provided with a threaded circular opening 18 extending therethrough. Alternatively, the insert may be formed integrally with the main housing 4 the form of a radially inwardly directed flange having an internal thread.

A first thread 19 extends from a first end of a piston rod 20. The piston rod 20 is of generally circular section. The first end of the piston rod 20 extends through the threaded opening 18 in the insert 16. A pressure foot 22 is located at the first end of the piston rod 20. The pressure foot 22 is disposed to abut a second end of the cartridge piston 10. A second thread 24 extends from a second end of the piston rod 20. In the illustrated embodiment the second thread 24 comprises a series of part threads rather than a complete thread. The illustrated embodiment is easier to manufacture and helps reduce the overall force required for a user to cause medicinal product to be dispensed.

The first thread 19 and the second thread 24 are oppositely disposed. The second end of the piston rod 20 is provided with a receiving recess 26.

A drive sleeve 30 extends about the piston rod 20. The drive sleeve 30 is generally cylindrical. The drive sleeve 30 is provided at a first end with a first radially extending flange 32. A second radially extending flange 34 is provided spaced a distance along the drive sleeve 30 from the first flange 32. An intermediate thread 36 is provided on an outer part of the drive sleeve 30 extending between the first flange 32 and the second flange 34. A helical groove 38 extends along the internal surface of the drive sleeve 30. The second thread 24 of the piston rod 20 is adapted to work within the helical groove 38.

A first end of the first flange 32 is adapted to conform to a second side of the insert 16.

A nut 40 is located between the drive sleeve 30 and the main housing 2, disposed between the first flange 32 and the second flange 34. In the illustrated embodiment the nut 40 is a half-nut. This assists in the assembly of the injector. The nut 40 has an internal thread matching the intermediate thread 36.

4

The outer surface of the nut 40 and an internal surface of the main housing 4 are keyed together by splines 42 (see FIGS. 10, 11, 15 and 16) to prevent relative rotation between the nut 40 and the main housing 4, while allowing relative longitudinal movement therebetween.

A shoulder 37 is formed between a second end of the drive sleeve 30 and an extension 38 provided at the second end of the drive sleeve 30. The extension 38 has reduced inner and outer diameters in comparison to the remainder of the drive sleeve 30. A second end of the extension 38 is provided with a radially outwardly directed flange 39.

A clicker 50 and a clutch 60 are disposed about the drive sleeve 30, between the drive sleeve 30 and a dose dial sleeve 70 (to be described below).

The clicker 50 is located adjacent the second flange 34 of the drive sleeve 30. The clicker 50 is generally cylindrical and is provided at a first end with a flexible helically extending arm 52 (shown most clearly in FIG. 6). A free end of the arm 52 is provided with a radially directed toothed member 54. A second end of the clicker 50 is provided with a series of circumferentially directed saw teeth 56 (cf FIG. 7). Each saw tooth comprises a longitudinally directed surface and an inclined surface.

In an alternative embodiment (not shown) the clicker means further includes at least one spring member. The at least one spring member assists in the resetting of the clutch means 60 following dispense.

The clutch means 60 is located adjacent the second end of the drive sleeve 30. The clutch means 60 is generally cylindrical and is provided at a first end with a series of circumferentially directed saw teeth 66 (see FIG. 7). Each saw tooth comprises a longitudinally directed surface and an inclined surface. Towards the second end 64 of the clutch means 60 there is located a radially inwardly directed flange 62. The flange 62 of the clutch means 60 is disposed between the shoulder 37 of the drive sleeve 30 and the radially outwardly directed flange 39 of the extension 38. The second end of the clutch means 60 is provided with a plurality of dog teeth 65 (FIG. 8). The clutch 60 is keyed to the drive sleeve 30 by way of splines (not shown) to prevent relative rotation between the clutch 60 and the drive sleeve 30.

In the illustrated embodiment, the clicker 50 and the clutch 60 each extend approximately half the length of the drive sleeve 30. However, it will be understood that other arrangements regarding the relative lengths of these parts are possible.

The clicker 50 and the clutch means 60 are normally engaged, that is as shown in FIG. 7.

A dose dial sleeve 70 is provided outside of the clicker 50 and clutch means 60 and radially inward of the main housing 4. A helical groove 74 is provided about an outer surface of the dose dial sleeve 70.

The main housing 4 is provided with a window 44 through which a part of the outer surface of the dose dial sleeve may be seen. The main housing 4 is further provided with a helical rib 46, adapted to be seated in the helical groove 74 on the outer surface of the dose dial sleeve 70. The helical rib 46 extends for a single sweep of the inner surface of the main housing 4. A first stop 100 is provided between the splines 42 and the helical rib 46 (FIG. 15). A second stop 102, disposed at an angle of 180° to the first stop 100 is formed by a frame surrounding the window 44 in the main housing 4 (FIG. 16).

Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown); is provided on the outer surface of the dose dial sleeve 70. The window 44 conveniently only allows to be viewed a visual indication of the dose currently dialed.

US 8,679,069 B2

5

A second end of the dose dial sleeve **70** is provided with an inwardly directed flange in the form of number of radially extending members **75**. A dose dial grip **76** is disposed about an outer surface of the second end of the dose dial sleeve **70**. An outer diameter of the dose dial grip **76** preferably corresponds to the outer diameter of the main housing **4**. The dose dial grip **76** is secured to the dose dial sleeve **70** to prevent relative movement therebetween. The dose dial grip **76** is provided with a central opening **78**. An annular recess **80** located in the second end of the dose dial grip **76** extends around the opening **78**.

A button **82** of generally 'T' section is provided at a second end of the pen-type injector. A stem **84** of the button **82** may extend through the opening **78** in the dose dial grip **76**, through the inner diameter of the extension **38** of the drive sleeve **30** and into the receiving recess **26** of the piston rod **20**. The stem **84** is retained for limited axial movement in the drive sleeve **30** and against rotation with respect thereto. A head **85** of the button **82** is generally circular: A skirt **86** depends from a periphery of the head **85**. The skirt **86** is adapted to be seated in the annular recess **80** of the dose dial grip **76**.

Operation of the pen-type injector in accordance with the present invention will now be described. In FIGS. **9**, **10** and **11** arrows A, B, C, D, E, F and G represent the respective movements of the button **82**, the dose dial grip **76**, the dose dial sleeve **70**, the drive sleeve **30**, the clutch means **60**, the clicker **50** and the nut **40**.

To dial a dose (FIG. **9**) a user rotates the dose dial grip **76** (arrow A). With the clicker **50** and clutch means **60** engaged, the drive sleeve **30**, the clicker **50**, the clutch means **60** and the dose dial sleeve **70** rotate with the dose dial grip **76**.

Audible and tactile feedback of the dose being dialed is provided by the clicker **50** and the clutch means **60**. Torque is transmitted through the saw teeth **56,66** between the clicker **50** and the clutch means **60**. The flexible arm **52** deforms and drags the toothed member **54** over the splines **42** to produce a click. Preferably, the splines **42** are disposed such that each click corresponds to a unit dose.

The helical groove **74** on the dose dial sleeve **70** and the helical groove **38** in the drive sleeve **30** have the same lead. This allows the dose dial sleeve **70** (arrow C) to extend from the main housing **4** and the drive sleeve **30** (arrow D) to climb the piston rod **20** at the same rate. At the limit of travel, a radial stop **104** on the dose dial sleeve **70** engages either the first stop **100** or the second stop **102** provided on the main housing **4** to prevent further movement. Rotation of the piston rod **20** is prevented due to the opposing directions of the overhauled and driven threads on the piston rod **20**.

The nut **40**, keyed to the main housing **4**, is advanced along the intermediate thread **36** by the rotation of the drive sleeve **30** (arrow D). When the final dose dispensed position (FIGS. **4**, **5** and **13**) is reached, a radial stop **106** formed on a second surface of the nut **40** abuts a radial stop **108** on a first surface of the second flange **34** of the drive sleeve **30**, preventing both the nut **40** and the drive sleeve **30** from rotating further.

In an alternative embodiment (not shown) a first surface of the nut **40** is provided with a radial stop for abutment with a radial stop provided on a second surface of the first flange **32**. This aids location of the nut **40** at the cartridge full position during assembly of the pen-type injector.

Should a user inadvertently dial beyond the desired dosage, the pen-type injector allows the dosage to be dialed down without dispense of medicinal product from the cartridge (FIG. **10**). The dose dial grip **76** is counter rotated. This causes the system to act in reverse. The flexible arm **52** now acts as a ratchet preventing the clicker from rotating. The torque trans-

6

mitted through the clutch means **60** causes the saw teeth **56,66** to ride over one another to create the clicks corresponding to dialed dose reduction. Preferably the saw teeth **56,66** are so disposed that the circumferential extent of each saw tooth corresponds to a unit dose.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button **82** (FIG. **11**). This displaces the clutch means **60** axially with respect to the dose dial sleeve **70** causing the dog teeth **65** to disengage. However the clutch means **60** remains keyed in rotation to the drive sleeve **30**. The dose dial sleeve **70** and associated dose dial grip **76** are now free to rotate (guided by helical rib **46** located in helical groove **74**).

The axial movement deforms the flexible arm **52** of the clicker **50** to ensure the saw teeth **56,66** cannot be overhauled during dispense. This prevents the drive sleeve **30** from rotating with respect to the main housing **4** though it is still free to move axially with respect thereto. This deformation is subsequently used to urge the clicker **50**, and the clutch **60**, back along the drive sleeve **30** to restore the connection between the clutch **60** and the dose dial sleeve **70** when pressure is removed from the button **82**.

The longitudinal axial movement of the drive sleeve **30** causes the piston rod **20** to rotate though the opening **18** in the insert **16**, thereby to advance the piston **10** in the cartridge **8**. Once the dialed dose has been dispensed, the dose dial sleeve **70** is prevented from further rotation by contact of a plurality of members **110** (FIG. **14**) extending from the dose dial grip **76** with a corresponding plurality of stops **112** formed in the main housing **4** (FIGS. **15** and **16**). In the illustrated embodiment, the members **110** extend axially from the dose dial grip **76** and have an inclined end surface. The zero dose position is determined by the abutment of one of the axially extending edges of the members **110** with a corresponding stop **112**.

The invention claimed is:

1. A housing part for a medication dispensing apparatus, said housing part comprising:
   a main housing, said main housing extending from a distal end to a proximal end;
   a dose dial sleeve positioned within said housing, said dose dial sleeve comprising a helical groove configured to engage a threading provided by said main housing, said helical groove provided along an outer surface of said dose dial sleeve;
   a dose dial grip disposed near a proximal end of said dose dial sleeve;
   a piston rod provided within said housing, said piston rod is non-rotatable during a dose setting step relative to said main housing;
   a drive sleeve extending along a portion of said piston rod, said drive sleeve comprising an internal threading near a distal portion of said drive sleeve, said internal threading adapted to engage an external thread of said piston rod; and,
   a tubular clutch located adjacent a distal end of said dose dial grip, said tubular clutch operatively coupled to said dose dial grip,
      wherein said dose dial sleeve extends circumferentially around at least a portion of said tubular clutch.

2. The housing part of claim **1**, further comprising
   a cartridge retaining part operatively coupled to said main housing, said cartridge retaining part comprising a fluid container,
   wherein said fluid container defines a medicament filled reservoir with a movable plunger at a proximal end and an outlet at a distal end,

US 8,679,069 B2

7

said cartridge piston movable by said piston rod to be advanced toward an outlet of said fluid container when said piston rod is moved distally, wherein during a dose setting step, said dose dial grip, is rotated and moves away from said proximal end of said main housing so that a dose of a medicament contained within said medicament filled reservoir can be selected.

3. The housing part of claim 2, wherein said dose dial grip is operatively configured to said tubular clutch so that, during said dose setting step, said tubular clutch, said dose dial sleeve, and said dose dial grip rotate and move in a proximal direction in relation to said main housing.

\* \* \* \* \*

8

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,679,069 B2                                    Page 1 of 1
APPLICATION NO.   : 12/944544
DATED             : March 25, 2014
INVENTOR(S)       : Robert Frederick Veasey et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item 73, Assignee:

delete "DCA DESIGN INTERNATIONAL LTD."

replace with -- SANOFI-AVENTIS DEUTSCHLAND GMBH --

Signed and Sealed this
Twenty-second Day of July, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# Exhibit D

US007476652B2

(12) **United States Patent**
Brunner-Schwarz et al.

(10) Patent No.: **US 7,476,652 B2**
(45) **Date of Patent:** **Jan. 13, 2009**

(54) **ACIDIC INSULIN PREPARATIONS HAVING IMPROVED STABILITY**

(75) Inventors: **Anette Brunner-Schwarz**, Frankfurt (DE); **Norbert Lill**, Kronberg (DE)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 40 days.

(21) Appl. No.: **11/089,777**

(22) Filed: **Mar. 25, 2005**

(65) **Prior Publication Data**

US 2005/0171009 A1      Aug. 4, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/461,740, filed on Jun. 13, 2003, now abandoned.

(60) Provisional application No. 60/409,338, filed on Sep. 9, 2002.

(30) **Foreign Application Priority Data**

Jun. 18, 2002      (DE)      ................................ 102 27 232

(51) **Int. Cl.**
**A61K 38/28**      (2006.01)
(52) **U.S. Cl.** ............................................. **514/3**; 514/4
(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,758,683 A | 9/1973 | Jackson |
| 3,868,358 A | 2/1975 | Jackson |
| 4,153,689 A * | 5/1979 | Hirai et al. ...................... 514/3 |
| 4,608,364 A | 8/1986 | Grau |
| 4,614,730 A | 9/1986 | Hansen et al. |
| 4,644,057 A | 2/1987 | Bicker et al. |
| 4,701,440 A | 10/1987 | Grau |
| 4,731,405 A | 3/1988 | Kirsch et al. |
| 4,783,441 A | 11/1988 | Thurow |
| 4,839,341 A * | 6/1989 | Massey et al. .................. 514/4 |
| 4,885,164 A | 12/1989 | Thurow |
| 4,959,351 A | 9/1990 | Grau |
| 4,994,439 A | 2/1991 | Longenecker et al. |
| 5,008,241 A | 4/1991 | Markussen et al. |
| 5,034,415 A | 7/1991 | Rubin |
| 5,101,013 A | 3/1992 | Dorschug et al. |
| 5,177,058 A | 1/1993 | Dorschug |
| 5,358,857 A | 10/1994 | Stengelin et al. |
| 5,397,771 A | 3/1995 | Bechgaard et al. |
| 5,428,006 A | 6/1995 | Bechgaard et al. |
| 5,473,049 A | 12/1995 | Obermeier et al. |
| 5,474,978 A | 12/1995 | Bakaysa et al. |
| 5,496,924 A | 3/1996 | Habermann et al. |
| 5,506,203 A | 4/1996 | Backstrom et al. |
| 5,514,646 A | 5/1996 | Chance et al. |
| 5,534,488 A | 7/1996 | Hoffmann |

| 5,547,929 A | 8/1996 | Anderson, Jr. et al. |
| 5,559,094 A | 9/1996 | Brems et al. |
| 5,597,796 A | 1/1997 | Brange |
| 5,614,219 A | 3/1997 | Wunderlich et al. |
| 5,656,722 A | 8/1997 | Dorschug |
| 5,663,291 A | 9/1997 | Obermeier et al. |
| 5,693,608 A | 12/1997 | Bechgaard et al. |
| 5,700,662 A | 12/1997 | Chance et al. |
| 5,707,641 A | 1/1998 | Gertner et al. |
| 5,783,556 A * | 7/1998 | Clark et al. ..................... 514/4 |
| 5,824,638 A * | 10/1998 | Burnside et al. ............... 514/3 |
| 5,948,751 A | 9/1999 | Kimer et al. |
| 5,985,309 A | 11/1999 | Edwards et al. |
| 6,034,054 A | 3/2000 | DeFelippis et al. |
| 6,043,214 A * | 3/2000 | Jensen et al. .................... 514/3 |
| 6,051,551 A | 4/2000 | Hughes et al. |
| 6,100,376 A | 8/2000 | Doerschug |
| 6,174,856 B1 | 1/2001 | Langballe et al. |
| 6,211,144 B1 | 4/2001 | Havelund |
| 6,248,363 B1 | 6/2001 | Patel et al. |
| 6,267,981 B1 * | 7/2001 | Okamoto et al. ............ 424/426 |
| 6,309,663 B1 | 10/2001 | Patel et al. |
| 6,310,038 B1 | 10/2001 | Havelund |
| 6,335,316 B1 | 1/2002 | Hughes et al. |
| 6,468,959 B1 | 10/2002 | Wunderlich et al. |
| 6,489,292 B1 | 12/2002 | Havelund et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| AU | 62066/86 | 3/1987 |
| AU | 75916/87 | 1/1988 |
| CA | 1173388 | 8/1984 |
| CA | 1258427 | 8/1989 |
| CA | 1336329 | 7/1995 |
| CA | 1341203 | 3/2001 |

(Continued)

OTHER PUBLICATIONS

Brange, et al., Toward Understanding Insulin Fibrillation, Journal of Pharmaceutical Sciences, 86:517-525 (1997).
Schubert-Zsilavecz, et al., Insulin Glargin Ein Langwirksames Insulinanalogon, Pharmazie 2:125-130 (2001).
Sluzky, et al., Kinetics Of Insulin Aggregation In Aqueous Solutions Upon Agitation In The Presence Of Hydrophobic Surfaces, Proc. Natl. Acad. Sci. USA. vol. 88, pp. 9377-9381, Nov. 1991.

(Continued)

*Primary Examiner*—Jeffrey E Russel
(74) *Attorney, Agent, or Firm*—Balaram Gupta

(57) **ABSTRACT**

The invention relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin metabolite, an insulin analog, an insulin derivative and combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffers or further excipients or combinations thereof, the pharmaceutical formulation having a pH in the acidic range.

**25 Claims, No Drawings**

## US 7,476,652 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,734,162 B2 | 5/2004 | Van Antwerp et al. | |
| 6,818,738 B2 | 11/2004 | Havelund | |
| 6,908,897 B2 | 6/2005 | Brandenburg et al. | |
| 6,960,561 B2 * | 11/2005 | Boderke | 514/3 |
| 7,205,276 B2 | 4/2007 | Boderke | |
| 7,205,277 B2 | 4/2007 | Boderke | |
| 2001/0033868 A1 | 10/2001 | Rossling et al. | |
| 2001/0039260 A1 | 11/2001 | Havelund | |
| 2002/0107265 A1 | 8/2002 | Chen et al. | |
| 2002/0198140 A1 | 12/2002 | Havelund | |
| 2003/0004096 A1 | 1/2003 | Boderke | |
| 2007/0155653 A1 | 7/2007 | Boderke | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 2 219 635 | | 11/1972 |
| DE | 3 240 177 | | 5/1983 |
| EP | 0 018 609 | | 11/1980 |
| EP | 0 046 979 | | 3/1982 |
| EP | 0 166 529 | | 1/1986 |
| EP | 0 180 920 | | 5/1986 |
| EP | 0 194 864 | | 9/1986 |
| EP | 0 200 383 | | 12/1986 |
| EP | 0 211 299 | | 2/1987 |
| EP | 0 224 885 | A1 | 6/1987 |
| EP | 0 227 938 | | 7/1987 |
| EP | 0 229 956 | | 7/1987 |
| EP | 0 254 516 | | 1/1988 |
| EP | 0 305 760 | | 3/1989 |
| EP | 0 368 187 | | 5/1990 |
| EP | 0 383 472 | | 8/1990 |
| EP | 0419504 | | 1/1994 |
| EP | 0 600 372 | | 6/1994 |
| EP | 0214826 | | 10/1994 |
| EP | 0 668 292 | | 8/1995 |
| EP | 0678522 | | 10/1995 |
| EP | 0 837 072 | | 4/1998 |
| EP | 0375437 | | 9/1998 |
| EP | 1 172 114 | | 1/2002 |
| FR | 2456522 | | 12/1980 |
| GB | 1527605 | * | 10/1978 |
| WO | WO 83/00288 | | 7/1982 |
| WO | WO 88/06599 | | 9/1988 |
| WO | WO 90/07522 | | 7/1990 |
| WO | WO 91/16929 | | 11/1991 |
| WO | WO 92/00321 | | 1/1992 |
| WO | WO 94/14461 | | 7/1994 |
| WO | WO 96/04307 | | 2/1996 |
| WO | WO 96/07399 | | 3/1996 |
| WO | WO 96/11705 | | 4/1996 |
| WO | WO 96/41606 | | 12/1996 |
| WO | WO 97/01331 | | 1/1997 |
| WO | WO 98/42749 | | 10/1998 |
| WO | WO 98/56406 | | 12/1998 |
| WO | WO 99/24071 | | 5/1999 |
| WO | WO 00/23098 | | 4/2000 |
| WO | WO 00/23099 | | 4/2000 |
| WO | WO 00/29013 | | 5/2000 |
| WO | WO 00/74736 | | 12/2000 |
| WO | WO 01/00223 | | 1/2001 |
| WO | WO 01/12155 | | 2/2001 |
| WO | WO 01/21154 | | 3/2001 |
| WO | WO 01/28555 | | 4/2001 |
| WO | WO 01/37808 | | 5/2001 |
| WO | WO 01/43762 | | 6/2001 |
| WO | WO 01/52937 | | 7/2001 |
| WO | WO 01/93837 | | 12/2001 |
| WO | WO 02/064115 | | 8/2002 |
| WO | WO 02/076495 | | 10/2002 |
| WO | WO 03/035028 | | 5/2003 |
| WO | WO 03/035051 | | 5/2003 |

### OTHER PUBLICATIONS

The Diabetes Control and Complications Trial Research Group, The Effect Of Intensive Treatment Of Diabetes On The Development And Progression Of Long-Term Complications In Insulin-Dependent Diabetes Mellitus, The New England Journal of Medicine, 329, 977-986 (1993).

Aoki, K, et al., Hydrolysis of Nonionic Surfactants, Ann. Rept. Takeda Res. Lab. 27, 172-176 (1968).

Garriques, L. N., et. al., The Effect of Mutations on the Structure of Insulin Fibrils Studied by Fourier Transform Infrared (FTIR) Spectroscopy and Electron Microscopy , Journal of Pharmaceutical Sciences, vol. 91, No. 12 (2002), pp. 2473-2480.

Whittingham, J. L., et al., Insulin at PH2: Structural Analysis of the Conditions Promoting Insulin Fibre Formation, J. Mol. Biol., (2002), vol. 318, pp. 479-490.

Bakaysa et al., "Physicochemical basis for the rapid time-action of LysB28ProB29-insulin: Dissociation of a protein-ligand complex," Protein Science, 1996, 5:2521-31.

Beintema and Campagne, "Molecular Evolution of Rodent Insulins," Mol. Biol. Evol. 4(1): 10-18, 1987.

Berger, "Towards more physiological insulin therapy in the 1990s—A comment," Diabetes Research and Clinical Practice, 6(1989), pp. S25-S31.

Bolli, "The pharmacokinetic basis of insulin therapy in diabetes mellitus," Diabetes Research and Clinical Practice, 9(1989), pp. S3-S16.

Brange et al., "Monomeric insulins and their experimental and clinical implications," Diabetes Care, 13(9): 923-45 (1990).

Brange, "Galenics of Insulin" 1987, p. 35-36.

Burgermeister et al. "D: The Isolation of Insuin from the Pancreas," Insulin, Part 2, 1975, p. 715-727.

Burke et al., "Nature of the B10 amino acid residue," Int. J. Peptide Protein Res., 23, 1984, p. 394-401.

Dixon et al., "Regeneration of Insulin Activity From the Separated and Inactive A and B Chains," Nature, vol. 188, No. 4752 (1960), pp. 721-724.

Drury et al., "Diabetic nephropathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 127-147.

EP Search Report for Application 98110889.7-2105, Oct. 14, 1998.

Geiger, Chem. Zeitung, 100(3), p. 54-56. (Jan. 1976).

German Search Report for Application 19726167.1, Nov. 24, 1997.

Home et al., "Insulin treatment: a decade of change," British Medical Bulletin, 1989, vol. 45, No. 1, pp. 92-110.

Kang et al., "Subcutaneous Insulin Absorption Explained by Insulin's Physicochemical Properties-Evidence from Absorption Studies of Soluble Human Insulin and Insulin Analogues in Humans," Diabetes Care, vol. 14, No. 11, 1991, pp. 942-948.

Kemmler et al., "Studies on the Conversion of Proinsulin to Insulin," The Journal of Biological Chemistry, vol. 246, No. 22, 1971, pp. 6786-6791.

Kohner, "Diabetic retinopathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 148-173.

Markussen et al., "Soluble, prolonged-acting insulin derivatives. I. Degree of protraction and crystallizability of insulins substituted in the termini of the B-chain," Prot. Eng. 1(3), 1987, pp. 205-213.

Markussen et al., "Soluble, prolonged-acting insulin derivatives. II. Degree of protraction and crystallizability of insulins substituted in positions A17, B8, B13, B27 and B30," Prot. Eng. 1(3), 1987, pp. 215-223.

Markussen et al., "Soluble, prolonged-acting insulin derivatives. III. Degree of protraction, crystallizability and chemical stability of insulins substituted in positions A21, B13, B23, B27 and B30," Prot. Eng. 2(2), 1988, pp. 157-166.

Müller et al., "Insulin Signaling in the Yeast Saccharomyces cerevisiae—1. Stimulation of Glucose Metabolism and snf 1 Kinase by Human Insulin," Biochemistry, vol. 37, No. 24, 1998, pp. 8683-8695.

**US 7,476,652 B2**

Page 3

Pillion et al., "Dodecylmaltoside-mediated Nasal and Ocular Absorption of Lyspro-Insulin: Independence of Surfactant from Multimer Dissociation," Pharmaceutical Research, vol. 15, No. 10, 1998, pp. 1637-1639.

Schartz et al., "A superactive insulin: [B10-Aspartic acid]insulin(human)," Proc. Natl. Acad. Sci. USA, v84, 1987, pp. 6408-6411.

Sundby, "Separation and Characterization of Acid-Induced Insulin Transformation Products by Paper Electrophoresis in 7 M Urea," J. Biol. Chem. 237(11), 1962, p. 3406-3411.

Volund et al., "In Vitro and In Vivo Potency of Insulin Analogues Designed for Clinical Use," Diab. Med. 8, 1991, p. 839-847.

Ward, "Diabetic neuropathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 111-126.

Zinman, "The Physiologic Replacement of Insulin," the New England J. Med. 321(6), 1989, p. 363-370.

Thurow and Geisen, "Stabilisation of dissolved proteins against denaturation at hydrophobic interfaces," Diabetologia, 27: 212-18 (1984).

Hinds et al., "Synthesis and Characterization of Poly(ethylene-glycol)-Insulin Conjugates," 2000, vol. 11, pp. 195-201.

Brange and Langkjaer, "Chemical stability of insulin—3. Influence of excipients, formulation and pH," Acta Pharm. Nord., 1992, 4(3): 149-158.

Brange et al. "Neutral insulin solutions physically stabilized by addition of Zn2+," Diabetic Medicine, 1986, pp. 532-536.

Lougheed et al. "Physical Stability of Insulin Formulations," Diabetes, 1983, 32:424-32.

Kadima "Role of Metal Ions in the T- to R-Allosteric Transition in the Insulin Hexamer," Biochem. 38(41), 1999, p. 13443.

Nettleton et al. "Characterization of the Oligomeric States of Insulin in Self-Assembly and Amyloid Fibril Formation by Mass Spectrometry," Biophysical J., v79, 2000, p. 1053-1065.

* cited by examiner

US 7,476,652 B2

## 1

### ACIDIC INSULIN PREPARATIONS HAVING IMPROVED STABILITY

This application is entitled to the benefit of U.S. Provisional Application 60/409,338, filed Sep. 9, 2002, and Federal Republic of Germany Application 10227232.8-41, filed Jun. 18, 2002.

### SUMMARY OF THE INVENTION

The invention relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin metabolite, an insulin analog, an insulin derivative or combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffers or further excipients or combinations thereof, the pharmaceutical formulation having a pH in the acidic range. These formulations can be employed for the treatment of diabetes, and are particularly suitable for preparations in which a high stability to thermal and/or physico-mechanical stress is necessary. The invention likewise relates to parenteral preparations which contain such formulations and can be used in diabetes and to methods for producing the preparations and for improving the stability of insulin preparations.

### BACKGROAND OF THE INVENTION

Worldwide, approximately 120 million people suffer from diabetes mellitus. Among these, approximately 12 million are type I diabetics, for whom the substitution of the lacking endocrine insulin secretion is the only currently possible therapy. The affected persons are dependent lifelong on insulin injections, as a rule a number of times daily. In contrast to type I diabetes, there is not basically a deficiency of insulin in type II diabetes, but in a large number of cases, especially in the advanced stage, treatment with insulin, optionally in combination with an oral antidiabetic, is regarded as the most favorable form of therapy.

In the healthy person, the release of insulin by the pancreas is strictly coupled to the concentration of blood glucose. Elevated blood glucose levels, such as occur after meals, are rapidly compensated by a corresponding increase in insulin secretion. In the fasting state, the plasma insulin level falls to a basal value which is adequate to guarantee a continuous supply of insulin-sensitive organs and tissue with glucose and to keep hepatic glucose production low at night. The replacement of endogenous insulin secretion by exogenous, mostly subcutaneous administration of insulin, as a rule does not approximate the quality of the physiological regulation of the blood glucose described above. Often, deviations of blood glucose upward or downward occur, which in their severest forms can be life-threatening. In addition, however, blood glucose levels which are increased for years without initial symptoms are a considerable health risk. The large-scale DCCT study in the USA (The Diabetes Control and Complications Trial Research Group (1993) N. Engl. J. Med. 329, 977-986) demonstrated clearly that chronically elevated blood glucose levels are essentially responsible for the development of diabetic late damage. Diabetic late damage is microvascular and macrovascular damage which is manifested, ander certain circumstances, as retinopathy, nephropathy or neuropathy and leads to loss of sight, kidney failure and the loss of extremities and is moreover accompanied by an increased risk of cardiovascular diseases. In view of this, an improved therapy of diabetes should be aimed at keeping

## 2

the blood glucose as closely as possible in the physiological range. According to the concept of intensified insulin therapy, this should be achieved by repeated daily injections of rapid- and slow-acting insulin preparations. Rapid-acting formulations are given at meals in order to level out the postprandial increase in the blood glucose. Slow-acting basal insulins should ensure the basic supply with insulin, in particular during the night, without leading to hypoglycemia.

Insulin is a polypeptide of 51 amino acids, which are divided into 2 amino acid chains: the A chain having 21 amino acids and the B chain having 30 amino acids. The chains are connected to one another by means of 2 disulfide bridges. Insulin preparations have been employed for diabetes therapy for many years. Not only are naturally occurring insulins used, but recently also insulin derivatives and analogs.

Insulin analogs are analogs of naturally occurring insulins, namely human insulin or animal insulins, which differ by substitution of at least one naturally occurring amino acid residue with other amino acids and/or addition/removal of at least one amino acid residue from the corresponding, otherwise identical, naturally occurring insulin. The amino acids can in this case also be those which do not occur naturally.

Insulin derivatives are derivatives of naturally occurring insulin or an insulin analog which are obtained by chemical modification. This chemical modification can consist, for example, of the addition of one or more specific chemical groups to one or more amino acids. As a rule, insulin derivatives and insulin analogs have a somewhat modified action compared with human insulin.

Insulin analogs having an accelerated onset of action are described in EP 0 214 826, EP 0 375 437 and EP 0 678 522. EP 0 124 826 relates, inter alia, to substitutions of B27 and B28. EP 0 678 522 describes insulin analogs which in position B29 have various amino acids, preferably proline, but not glutamic acid. EP 0 375 437 includes insulin analogs with lysine or arginine in B28, which can optionally be additionally modified in B3 and/or A21.

In EP 0 419 504, insulin analogs are disclosed which are protected against chemical modifications, in which asparagine in B3 and at least one further amino acid in the positions A5, A15, A18 or A21 are modified.

In WO 92/00321, insulin analogs are described in which at least one amino acid of the positions B1-B6 is replaced by lysine or arginine. According to WO 92/00321, insulins of this type have a prolonged action. The insulin analogs described in EP-A 0 368 187 also have a delayed action.

The insulin preparations of naturally occurring insulins on the market for insulin substitution differ in the origin of the insulin (e.g. bovine, porcine, human insulin), and also the composition, whereby the profile of action (onset of action and duration of action) can be influenced. By combination of various insulin preparations, very different profiles of action can be obtained and blood sugar values which are as physiological as possible can be established. Recombinant DNA technology today makes possible the preparation of such modified insulins. These include insulin glargine (Gly(A21)-Arg(B31)-Arg(B32)-human insulin) with a prolonged duration of action. Insulin glargine is injected as an acidic, clear solution and precipitates on account of its solution properties in the physiological pH range of the subcutaneous tissue as a stable hexamer associate. Insulin glargine is injected once daily and is distinguished compared with other long-acting insulins by its flat serum profile and the reduction of the danger of nightly hypoglycemia associated therewith (Schubert-Zsilavecz et al., 2: 125-130(2001)).

The specific preparation of insulin glargine, which leads to the prolonged duration of action, is characterized, in contrast

US 7,476,652 B2

3

to previously described preparations, by a clear solution having an acidic pH. Especially at acidic pH, insulins, however, show a decreased stability and an increased proneness to aggregation on thermal and physicomechanical stress, which can make itself felt in the form of turbidity and precipitation (particle formation) (Brange et al., J. Ph. Sci 86:517-525 (1997)).

The proneness to aggregation can additionally be promoted by hydrophobic surfaces which are in contact with the solution (Sluzky et al., Proc. Natl. Acad. Sci. 88:9377-9381 (1991). Surfaces which can be considered as hydrophobic are the glass vessels of the preparations, the stopper material of the sealing caps or the boundary surface of the solution with the air supernatant. In addition, very fine silicone oil droplets can function as additional hydrophobic aggregation nuclei in the taking of the daily insulin dose by means of customary, siliconized insulin syringes and accelerate the process.

WO 01/43762 describes aqueous, parenteral pharmaceutical preparations comprising a polypeptide and glycerol, in which the stabilization of the preparation is to be achieved by purifying off destabilizing constituents of the glycerol.

WO 00/23098 describes insulin preparations stabilized using polysorbate 20 or poloxamer 188 for pulmonary administration, but does not describe the stabilization in an acidic solution against aggregation nuclei.

Published International patent application WO 02/076495 describes zinc-free and low-zinc insulin preparations having improved stability at room and body temperature and to mechanical stress by the addition of surfactants, but does not describe the stabilization of acidic insulin preparations against hydrophobic aggregation nuclei.

The present invention was thus based on the object of finding preparations for acid-soluble insulins containing surfactants, which are distinguished by a high long-term stability to stress due to temperature or physicomechanical stressing and tolerate a high stress with hydrophobic aggregation nuclei.

DETAILED DESCRIPTION OF THE INVENTION

It has now surprisingly been found that the addition of surfactants can greatly increase the stability of acidic insulin preparations and thus preparations can be produced which guarantee superior stability to hydrophobic aggregation nuclei for several months ander temperature stress.

The pharmaceutical preparations of the present invention contain 60-6000 nmol/ml, preferably 240-3000 nmol/ml, of an insulin, an insulin metabolite, an insulin analog or an insulin derivative.

The surfactants which can be used are, inter alia, nonionic surfactants. In particular, pharmaceutically customary surfactants are preferred, such as, for example: partial and fatty acid esters and ethers of polyhydric alcohols such as of glycerol, sorbitol and the like (Span®, Tween®, in particular Tween® 20 and Tween® 80, Myrj®, Brij®), Cremophor® or poloxamers. The surfactants are present in the pharmaceutical composition in a concentration of 5-200 µg/ml, preferably of 5-120 µg/ml and particularly preferably of 20-75 µg/ml.

The preparation can additionally optionally contain preservatives (e.g. phenol, cresol, parabens), isotonicizing agents (e.g. mannitol, sorbitol, lactose, dextrose, trehalose, sodium chloride, glycerol), buffer substances, salts, acids and alkalis and also further excipients. These substances can in each case be present individually or alternatively as mixtures.

Glycerol, dextrose, lactose, sorbitol and mannitol are customarily present in the pharmaceutical preparation in a concentration of 100-250 mM, NaCl in a concentration of up to

4

150 mM. Buffer substances, such as, for example, phosphate, acetate, citrate, arginine, glycylglycine or TRIS (i.e. 2-amino-2-hydroxymethyl-1,3-propanediol) buffer and corresponding salts, are present in a concentration of 5-250 mM, preferably 10-100 mM. Further excipients can be, inter alia, salts or arginine.

The invention therefore relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin analog, an insulin derivative, an active insulin metabolite and combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffer substances and/or further excipients or combinations thereof, the pharmaceutical formulation being a clear solution which has a pH in the acidic range (pH 1-6.8), preferably pH 3.5-6.8, very particularly preferably 3.5-4.5.

Preferred pharmaceutical formulations of the present invention are those wherein the surfactant is selected from the group consisting of partial and fatty acid esters and ethers of polyhydric alcohols such as of glycerol and sorbitol, and polyols; the partial and fatty acid esters and ethers of glycerol and sorbitol being selected from the group consisting of Span®, Tween®, Myrj®, Brij®, Cremophor®; the polyols being selected from the group consisting of polypropylene glycols, polyethylene glycols, poloxamers, Pluronics®, and Tetronics®; the preservative being selected from the group consisting of phenol, cresol, and parabens; the isotonicizing agent being selected from the group consisting of mannitol, sorbitol, sodium chloride, and glycerol; the excipients being selected from the group consisting of buffer substances, acids, and alkalis; the insulin analog being selected from the group consisting of Gly(A21)-Arg(B31)-Arg(B32)-human insulin; Lys(B3)-Glu(B29)-human insulin; $Lys^{B28}Pro^{B29}$ human insulin, B28 Asp-human insulin, human insulin in which proline in position B28 has been substituted by Asp, Lys, Leu, Val or Ala and where in position B29 Lys can be substituted by Pro; AlaB26-human insulin; des(B28-B30)-human insulin; des(B27)-human insulin and des(B30)-human insulin; the insulin derivative being selected from the group consisting of B29-N-myristoyl-des(B30) human insulin, B29-N-palmitoyl-des(B30) human insulin, B29-N-myristoyl human insulin, B29-N-palmitoyl human insulin, B28-N-myristoyl $Lys^{B28}Pro^{B29}$ human insulin, B28-N-palmitoyl-$Ly^{B28}Pro^{B29}$ human insulin, B30-N-myristoyl-$Thr^{B29}Lys^{B30}$ human insulin, B30-N-palmitoyl-$Thr^{B29}Lys^{B30}$ human insulin, B29-N-(N-palmitoyl-γ-glutamyl)-des(B30) human insulin, B29-N-(N-lithocholyl-γ-glutamyl)-des(B30) human insulin, B29-N-(ω-carboxyheptadecanoyl)-des(B30) human insulin and B29-N-(ω-carboxyheptadecanoyl) human insulin.

A further subject of the invention is a pharmaceutical formulation such as described above, in which the insulin, the insulin analog, the active insulin metabolite and/or the insulin derivative is present in a concentration of 60-6000 nmol/ml, preferably in a concentration of 240-3000 nmol/ml (this corresponds approximately to a concentration of 1.4-35 mg/ml or 40-500 units/ml);

in which the surfactant is present in a concentration of 5-200 µg/ml, preferably of 5-120 µg/ml and particularly preferably of 20-75 µg/ml.

A further subject of the invention is a pharmaceutical formulation such as mentioned above, in which glycerol and/or mannitol is present in a concentration of 100-250 mM, and/or NaCl is preferably present in a concentration of up to 150 mM.

US 7,476,652 B2

**5**

A further subject of the invention is a pharmaceutical formulation such as mentioned above, in which a buffer substance is present in a concentration of 5-250 mM.

A further subject of the invention is a pharmaceutical insulin formulation which contains further additives such as, for example, salts which delay the release of insulin. Mixtures of such delayed-release insulins with formulations described above are included therein.

A further subject of the invention is a method for the production of such pharmaceutical formulations. Likewise, a further subject of the invention is the use of such formulations for the treatment of diabetes mellitus.

A further subject of the invention is the use or the addition of surfactants as stabilizer during the process for the production of insulin, insulin analogs or insulin derivatives or their preparations.

EXAMPLES

The following examples illustrate, but by no means limit, the present invention.

Comparison investigations: Different preparations containing the insulin analog insulin glargine (Gly(A21),Arg (B31),Arg(B32)-human insulin) are prepared. To this end, insulin glargine is suspended in one part of water for injection, dissolved at pH 3-4, the other constituents are added, the pH is adjusted to 4.0+/−0.2 using hydrochloric acid/NaOH and the mixture is made up to the final volume. The concentration of insulin glargine in each of the experiments described below is 3.6378 mg/ml (corresponds to 100 units/ ml). A second preparation is produced identically, but a specific amount of a surfactant is additionally added. The solutions are filled into 10 ml glass vessels (vials) and fitted with crimp caps. These vessels are now exposed to simulated in use or physicomechanical stress conditions:

1. In use test: The vessels are sorted into boxes with turned-up lids and stored during the investigation period of 28 days at +25° C. and controlled room humidity with exclusion of light. To simulate taking by the patient, once daily about 5 IU of the solutions are withdrawn using a customary insulin syringe and discarded. At the beginning and end of the working week this procedure is carried out twice in order to to simulate taking at the weekend. Before each withdrawal, visual assessment of the solution in the vessels for turbidity and/or particle formation is carried out.

2. Shaking test: The vessels are placed in a box with a turned-up lid lying on a laboratory shaker having an incubator and thermostat and shaken at 25° C. with 90 movements/min parallel to the horizontal movement for a period of time of 10 days. After defined times, the turbidity value of the samples is determined by means of a laboratory turbidity photometer (nephelometer) in formaldazine nephelometric units (formaldazine nephelometric unit=FNU). The turbidity value corresponds to the intensity of the scattered radiation of the light incident on suspended particles in the sample.

Example 1

Stabilization of the in Use Period of Insulin Glargine Using Polysorbate 20 (Tween® 20)

a) The solution is sterile-filtered through a combination of 0.2 μm and 0.1 μm filters. It is then poured into 10 ml injection vials and sealed using crimp caps having an inserted sealing disk.

**6**

b) A comparison solution is prepared identically, but first a suitable amount of surfactant (10-30 ppm of polysorbate 20) is suspended in water for injection. The samples are stored at +5° C., 25° C. and 37° C. for a fixed period of time. 10 samples in each case are then subjected to an in use test. The results are shown in the table below.

Storage for 3 Months at 5° C.

| | Number of vials with particle formation after | | | |
| Test sample | 7 days | 14 days | 21 days | 28 days |
|---|---|---|---|---|
| Insulin glargine | 7 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

storage for 6 months at 5° C.

| | Number of vials with particle formation after | | | |
| Test sample | 7 days | 14 days | 21 days | 28 days |
|---|---|---|---|---|
| Insulin glargine | 1 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |

Storage for 3 Months at 25° C.

| | Number of vials with particle formation after | | | |
| Test sample | 7 days | 14 days | 21 days | 28 days |
|---|---|---|---|---|
| Insulin glargine | 9 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 2 | 2 | 2 | 2 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 6 Months at 25° C.

| | Number of vials with particle formation after | | | |
| Test sample | 7 days | 14 days | 21 days | 28 days |
|---|---|---|---|---|
| Insulin glargine | 10 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |

US 7,476,652 B2

**7**

-continued

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 1 Month at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 0 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 3 | 3 | 5 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 3 Months at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 5 | 9 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 1 | 1 | 1 | 1 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

**8**

Storage for 6 Months at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 10 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 1 | 1 | 1 | 1 |

Without addition of polysorbate 20, particle formation can occur in the solution even after 7 days in use. By addition of polysorbate 20, the particle formation can be markedly suppressed during the in use period.

The stabilizing action of polysorbate 20 is retained even on storage at elevated temperatures for a period of 3 months.

A decline in the stabilizing action due to possible hydrolysis of the polysorbate in the acidic medium of the solution cannot be determined in comparison with the data after storage for 1 month.

Example 2

Stabilization of Insulin Glargine Using Polysorbate 20 Ander Physico-Mechanical Stress Loading

a) The solution is sterile-filtered through a combination of 0.2 μm and 0.1 μm filters. It is then poured into 10 ml injection vials and sealed using crimp caps having an inserted sealing disk.

b) A comparison solution is prepared identically, but first a suitable amount of surfactant (0.010-0.030 mg/ml of polysorbate 20) is suspended in water for injection.

The samples are stored at +5° C., 25° C. and 37° C. for a fixed period of time. 5 samples in each case are then subjected to a shaking test. The results are shown in the table below, the limit 15 FNU corresponds to turbidities which are discernible in daylight.

Storage for 1 Month at 5° C.

| Test sample | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 2 | 3 | 3 | 4 | 4 | 4 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 4 | 5 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

US 7,476,652 B2

**9**

Storage for 1 Month at 25° C.

| | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test sample | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 3 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Storage for 1 Month at 37° C.

| | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test sample | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 2 | 5 | 5 | 5 | 5 | 5 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Without addition of polysorbate 20, even after 2 days of severe physicomechanical stress, a visible turbidity can occur in the solution. By addition of polysorbate 20, the formation of turbidity during physicomechanical stressing can be markedly delayed. The stabilizing action of polysorbate 20 is retained even on storage at elevated temperatures.

A decline in the stabilizing action due to possible hydrolysis of the polysorbate in the acidic medium of the solution cannot be detected.

### Example 3

Comparison of the Stabilization of the in Use Period of Insulin Glargine Using Polysorbate 20 (Tween® 20) and Using Polysorbate 80 (Tween® 20)

Open 10 vials in each case to give 5 ml of insulin glargine injection solution and
a) addition of 0.001 mg/ml of polysorbate 20
b) addition of 0.01 mg/ml of polysorbate 20
c) addition of 0.001 mg/ml of polysorbate 80
d) addition of 0.01 mg/ml of polysorbate 80

in the form of a concentrated stock solution.

The samples are then subjected to an in use test.

**10**

The results are shown in the table below.

| | Vials with particle formation after | | | |
|---|---|---|---|---|
| Test sample | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine + 0.001 mg/ml of polysorbate 20 | no | yes | Yes, particles increasingly occur | Yes, particles increasingly occur |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | no | no | no | no |
| Insulin glargine + 0.001 mg/ml of polysorbate 80 | no | yes | Yes, particles increasingly occur | Yes, particles increasingly occur |
| Insulin glargine + 0.010 mg/ml of polysorbate 80 | no | no | no | no |

An addition of polysorbate 20 or of polysorbate 80 in a concentration of 0.001 mg/ml are equally able to stabilize the solution against particle formation during the in use period.

US 7,476,652 B2

11

What is claimed is:

1. A pharmaceutical formulation comprising Gly(A21), Arg(B31), Arg(B32)-human insulin;

at least one chemical entity chosen from polysorbate 20 and polysorbate 80;

at least one preservative; and

water,

wherein the pharmaceutical formulation has a pH in the acidic range from 1 to 6.8.

2. The pharmaceutical formulation as claimed in claim 1, wherein the at least one chemical entity comprises polysorbate 20.

3. The pharmaceutical formulation as claimed in claim 2, wherein the at least one preservative is chosen from phenols.

4. The pharmaceutical formulation as claimed in claim 3, wherein at least one preservative is cresol.

5. The pharmaceutical formulation as claimed in claim 4, further including zinc.

6. The pharmaceutical formulation as claimed in claim 1 further including at least one isotonicizing agent.

7. A pharmaceutical formulation comprising Gly(A21), Arg(B31), Arg(B32)-human insulin,

at least one chemical entity chosen from polysorbate and poloxamers;

at least one preservative; and

water,

wherein the pharmaceutical formulation has a pH in the acidic range from 1 to 6.8.

8. The pharmaceutical formulation as claimed in claim 2, wherein the polysorbate 20 is present in an effective amount to avoid turbidity.

9. The pharmaceutical formulation as claimed in claim 5, wherein the pharmaceutical formulation has a pH in the acidic range from 3.5 to 6.8.

10. The pharmaceutical formulation as claimed in claim 9, wherein the pharmaceutical formulation has a pH in the acidic range from 3.5 to 4.5.

11. The pharmaceutical formulation as claimed in claim 1, wherein the at least one preservative is chosen from phenol, cresol, chlorocresol, benzyl alcohol, and parabens.

12. The pharmaceutical formulation as claimed in claim 6, wherein the at least one isotonicizing agent is chosen from mannitol, sorbitol, lactose, dextrose, trehalose, sodium chloride, and glycerol.

13. The pharmaceutical formulation as claimed in claim 1, further comprising a buffer.

12

14. The pharmaceutical formulation as claimed in claim 13, wherein the buffer is chosen from TRIS, phosphate, citrate, acetate, and glycylglycine.

15. The pharmaceutical formulation as claimed in claim 1, wherein the Gly(A21), Arg(B31), Arg(B32)-human insulin is present in a concentration of 60-6000 nmol/ml.

16. The pharmaceutical formulation as claimed in claim 15, wherein the Gly(A21), Arg(B31), Arg(B32)-human insulin is present in a concentration of 240-3000 nmol/ml.

17. The pharmaceutical formulation as claimed in claim 1, wherein the at least one chemical entity is present in a concentration of 5-200 μg/ml.

18. The pharmaceutical formulation as claimed in claim 17, wherein the at least one chemical entity is present in a concentration of 5-120 μg/ml.

19. The pharmaceutical formulation as claimed in claim 18, wherein the at least one chemical entity is present in a concentration of 20-75 μg/ml.

20. The pharmaceutical formulation as claimed in claim 12, wherein at least one isotonicizing agent is chosen from glycerol and mannitol and wherein said at least one isotonicizing agent is present in a concentration of 100-250 mM.

21. The pharmaceutical formulation as claimed in claim 1, wherein NaCl is present in a concentration of up to 150 mM.

22. The pharmaceutical formulation as claimed in claim 13, wherein said buffer is present in a concentration of 5-250 mM.

23. The pharmaceutical formulation as claimed in claim 6, wherein the at least one chemical entity comprises polysorbate 20, at least one preservative is cresol, and the pharmaceutical formulation has a pH in the acidic range from 3.5 to 4.5.

24. A pharmaceutical formulation comprising Gly(A21), Arg(B31), Arg(B32)-human insulin:

at least one chemical entity chosen from polysorbate and poloxamers;

at least one preservative chosen from cresol; and

water,

wherein the pharmaceutical formulation has a pH in the acidic range from 3.5 to 4.5.

25. The pharmaceutical formulation as claimed in claim 1, further comprising one or more excipients chosen from acids, alkalis and salts.

\*    \*    \*    \*    \*

# Exhibit E

US007713930B2

(12) **United States Patent**
Brunner-Schwarz et al.

(10) **Patent No.:**      **US 7,713,930 B2**
(45) **Date of Patent:**          *May 11, 2010

(54) **ACIDIC INSULIN PREPARATIONS HAVING IMPROVED STABILITY**

(75) Inventors: **Anette Brunner-Schwarz**, Frankfurt (DE); **Norbert Lill**, Kronberg (DE)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/328,208**

(22) Filed: **Dec. 4, 2008**

(65) **Prior Publication Data**

US 2009/0082255 A1      Mar. 26, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/089,777, filed on Mar. 25, 2005, now Pat. No. 7,476,652, which is a continuation of application No. 10/461,740, filed on Jun. 13, 2003, now abandoned.

(60) Provisional application No. 60/409,338, filed on Sep. 9, 2002.

(30) **Foreign Application Priority Data**

Jun. 18, 2002      (DE)      .................................. 10227232

(51) **Int. Cl.**
*A61K 38/28*          (2006.01)
(52) **U.S. Cl.** ........................................................ **514/3**
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,758,683 A | 9/1973 | Jackson | |
| 3,868,358 A | 2/1975 | Jackson | |
| 4,153,689 A | 5/1979 | Hirai et al. | |
| 4,608,364 A | 8/1986 | Grau | |
| 4,614,730 A | 9/1986 | Hansen et al. | |
| 4,644,057 A | 2/1987 | Bicker et al. | |
| 4,701,440 A | 10/1987 | Grau | |
| 4,731,405 A | 3/1988 | Kirsch et al. | |
| 4,783,441 A | 11/1988 | Thurow | |
| 4,839,341 A | 6/1989 | Massey et al. | |
| 4,885,164 A | 12/1989 | Thurow | |
| 4,959,351 A | 9/1990 | Grau | |
| 4,994,439 A | 2/1991 | Longenecker et al. | |
| 5,008,241 A | 4/1991 | Markussen et al. | |
| 5,034,415 A | 7/1991 | Rubin | |
| 5,101,013 A | 3/1992 | Dorschug et al. | |
| 5,177,058 A | 1/1993 | Dorschug | |
| 5,358,857 A | 10/1994 | Stengelin et al. | |
| 5,397,771 A | 3/1995 | Bechgaard et al. | |
| 5,428,006 A | 6/1995 | Bechgaard et al. | |
| 5,473,049 A | 12/1995 | Obermeier et al. | |

| | | | |
|---|---|---|---|
| 5,474,978 A | 12/1995 | Bakaysa et al. | |
| 5,496,924 A | 3/1996 | Habermann et al. | |
| 5,506,203 A | 4/1996 | Backstrom et al. | |
| 5,514,656 A | 5/1996 | Chance et al. | |
| 5,534,488 A | 7/1996 | Hoffmann | |
| 5,547,929 A | 8/1996 | Anderson, Jr. et al. | |
| 5,559,094 A | 9/1996 | Brems et al. | |
| 5,597,796 A | 1/1997 | Brange | |
| 5,614,219 A | 3/1997 | Wunderlich et al. | |
| 5,656,722 A * | 8/1997 | Dorschug ................... 530/303 |
| 5,663,291 A | 9/1997 | Obermeier et al. | |
| 5,693,608 A | 12/1997 | Bechgaard et al. | |
| 5,700,662 A | 12/1997 | Chance et al. | |
| 5,707,641 A | 1/1998 | Gertner et al. | |
| 5,783,556 A | 7/1998 | Clark et al. | |
| 5,824,638 A | 10/1998 | Burnside et al. | |
| 5,948,751 A | 9/1999 | Kimer et al. | |
| 5,985,309 A | 11/1999 | Edwards et al. | |
| 6,034,054 A | 3/2000 | DeFelippis et al. | |
| 6,043,214 A | 3/2000 | Jensen et al. | |
| 6,051,551 A | 4/2000 | Hughes et al. | |
| 6,100,376 A | 8/2000 | Doerschug et al. | |
| 6,174,856 B1 | 1/2001 | Langballe et al. | |
| 6,211,144 B1 | 4/2001 | Havelund | |
| 6,248,363 B1 | 6/2001 | Patel et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 62066/86 | | 3/1987 |
| AU | 75916/87 | | 1/1988 |
| CA | 1173388 | | 8/1984 |
| CA | 1258427 | * | 8/1989 |
| CA | 1336329 | | 7/1995 |
| CA | 1341203 | | 3/2001 |
| EP | 0 166 529 | | 1/1986 |
| EP | 0 180 920 | | 5/1986 |
| EP | 0 194 864 | | 9/1986 |
| EP | 0 200 383 | | 12/1986 |
| EP | 0 224 885 A1 | | 6/1987 |
| EP | 0 254 516 | | 1/1988 |
| EP | 0 383 472 | | 8/1990 |
| EP | 0419504 | | 1/1994 |
| EP | 0214826 | | 10/1994 |

(Continued)

OTHER PUBLICATIONS

Brange, et al., Toward Understanding Insulin Fibrillation, Journal of Pharmaceutical Sciences, 86:517-525 (1997).

(Continued)

*Primary Examiner*—Christopher R. Tate
*Assistant Examiner*—Roy Teller
(74) *Attorney, Agent, or Firm*—Balaram Gupta

(57) **ABSTRACT**

The invention relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin metabolite, an insulin analog, an insulin derivative and combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffers or further excipients or combinations thereof, the pharmaceutical formulation having a pH in the acidic range.

**20 Claims, No Drawings**

## US 7,713,930 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,267,981 B1 | 7/2001 | Okamoto et al. | |
| 6,309,663 B1 | 10/2001 | Patel et al. | |
| 6,310,038 B1 | 10/2001 | Havelund | |
| 6,335,316 B1 | 1/2002 | Hughes et al. | |
| 6,468,959 B1 | 10/2002 | Wunderlich et al. | |
| 6,489,292 B1 | 12/2002 | Havelund et al. | |
| 6,734,162 B2 | 5/2004 | Van Antwerp et al. | |
| 6,818,738 B2 | 11/2004 | Havelund | |
| 6,908,897 B2 | 6/2005 | Brandenburg et al. | |
| 6,960,561 B2 | 11/2005 | Boderke et al. | |
| 7,205,276 B2 | 4/2007 | Boderke | |
| 7,205,277 B2 | 4/2007 | Boderke | |
| 7,476,652 B2 * | 1/2009 | Brunner-Schwarz et al. | ... 514/3 |
| 2001/0033868 A1 | 10/2001 | Rossling et al. | |
| 2001/0039260 A1 | 11/2001 | Havelund | |
| 2002/0107265 A1 | 8/2002 | Chen et al. | |
| 2002/0198140 A1 | 12/2002 | Havelund | |
| 2003/0004096 A1 | 1/2003 | Boderke et al. | |
| 2004/0097410 A1 | 5/2004 | Zheng et al. | |
| 2007/0155653 A1 | 7/2007 | Boderke | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0678522 | 10/1995 |
| EP | 0 837 072 | 4/1998 |
| EP | 0846265 | 6/1998 |
| EP | 0375437 | 9/1998 |
| EP | 1 172 114 | 1/2002 |
| FR | 2456522 | 12/1980 |
| GB | 1527605 | 10/1978 |
| GB | 1554157 | 10/1979 |
| WO | WO 83/00288 | 2/1983 |
| WO | WO 88/06599 | 9/1988 |
| WO | WO 90/07522 | 7/1990 |
| WO | WO 91/16929 | 11/1991 |
| WO | WO 92/00321 | 1/1992 |
| WO | WO 94/14461 | 7/1994 |
| WO | WO 96/04307 | 2/1996 |
| WO | WO 96/07399 | 3/1996 |
| WO | WO 96/11705 | 4/1996 |
| WO | WO 96/41606 | 12/1996 |
| WO | WO 97/01331 | 1/1997 |
| WO | WO 98/42749 | 10/1998 |
| WO | WO 98/56406 | 12/1998 |
| WO | WO 99/24071 | 5/1999 |
| WO | WO 00/23098 | 4/2000 |
| WO | WO 00/23099 | 4/2000 |
| WO | WO 00/29013 | 5/2000 |
| WO | WO 00/74736 | 12/2000 |
| WO | WO 01/00223 | 1/2001 |
| WO | WO 01/12155 | 2/2001 |
| WO | WO 01/21154 | 3/2001 |
| WO | WO 01/28555 | 4/2001 |
| WO | WO 01/37808 | 5/2001 |
| WO | WO 01/43762 | 6/2001 |
| WO | WO 01/52937 | 7/2001 |
| WO | WO 01/93837 | 12/2001 |
| WO | WO 02/064115 | 8/2002 |
| WO | WO 02/076495 | 10/2002 |
| WO | WO 03/035028 | 5/2003 |
| WO | WO 03/035051 | 5/2003 |

### OTHER PUBLICATIONS

Schubert-Zsilavecz, et al., Insulin Glargin Ein Langwirksames Insulinanalogon, Pharmazie 2:125-130 (2001).

Sluzky, et al., Kinetics of Insulin Aggregation in Aqueous Solutions Upon Agitation In The Presence of Hydrophobic Surfaces, Proc. Natl. Acad. Sci. USA. vol. 88, pp. 9377-9381, Nov. 1991.

The Diabetes Control and Complications Trial Research Group, The Effect Of Intensive Treatment of Diabetes On The Development And Progression Of Long-Term Complications In Insulin-Dependent Diabetes Mellitus, The New England Journal of Medicine, 329, 977-986 (1993).

Aoki, K, et al., Hydrolysis of Nonionic Surfactants, Ann. Rept. Takeda Res. Lab. 27, 172-176 (1968).

Garriques, L. N., et. al., The Effect of Mutations on the Structure of Insulin Fibrils Studied by Fourier Transform Infrared (FTIR) Spectroscopy and Electron Microscopy, Journal of Pharmaceutical Sciences, vol. 91, No. 12, (2002), pp. 2473-2480.

Whittingham, J. L., et. al., Insulin at PH2: Structure Analysis of the Conditions Promoting Insulin Fibre Formation, J. Mol. Biol., (2002), vol. 318, pp. 479-480.

Thurow and Geisen, "Stabilisation of dissolved proteins against denaturation at hydrophobic interfaces," Diabetologia, 27: 212-18 (1984).

Hinds et al., "Synthesis and Characterization of Poly(ethylene-glycol)-Insulin Conjugates," 2000, vol. 11, pp. 195-201.

Brange and Langkjaer, "Chemical stability of insulin—3. Influence of excipients, formulation and pH," Acta Pharm. Nord., 1992, 4(3): 149-158.

Brange et al. "Neutral insulin solutions physically stabilized by addition of Zn2+," Diabetic Medicine, 1986, pp. 532-536.

Lougheed et al. "Physical Stability of Insulin Formulations," Diabetes, 1983, 32: 424-32.

Kadima "Role of Metal Ions in the T- to R-Allosteric Transition in the Insulin Hexamer," Biochem. 38(41), 1999, p. 13443.

Nettleton et al. "Characterization of the Oligomeric States of Insulin in Self-Assembly and Amyloid Fibril Formation by Mass Spectrometry," Biophysical J., v79, 2000, p. 1053-1065.

Bakaysa et al., "Physicochemical basis for the rapid time-action of LysB28ProB29-insulin: Dissociation of a protein-ligand complex," Protein Science,1996, 5:2521-31.

Beintema and Campagne, "Molecular Evolution of Rodent Insulins," Mol. Biol. Evol. 4(1): 10-18, 1987.

Berger, "Towards more physiological insulin therapy in the 1990s—A comment," Diabetes Research and Clinical Practice, 6(1989), pp. S25-S31.

Bolli, "The pharmacokinetic basis of insulin therapy in diabetes mellitus," Diabetes Research and Clinical Practice, 9(1989), pp. S3-S16.

Brange et al., "Monomeric insulins and their experimental and clinical implications," Diabetes Care, 13(9): 923-45 (1990).

Brange, "Galenics of Insulin" 1987, p. 35-36.

Burgermeister et al. "D: The Isolation of Insulin from the Pancreas," Insulin, Part 2, 1975, p. 715-727.

Burke et al., "Nature of the B10 amino acid residue," Int. J. Peptide Protein Res., 23, 1984, p. 394-401.

Dixon et al., "Regeneration of Insulin Activity From the Separated and Inactive A and B Chains," Nature, vol. 188, No. 4752 (1960), pp. 721-724.

Drury et al., "Diabetic nephropathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 127-147.

EP Search Report for Application 98110889.7-2105, Oct. 14, 1998.

Geiger, Chem. Zeitung, 100(3), p. 54-56.

German Search Report for Application 19726167.1, Nov. 24, 1997.

Home et al., "Insulin treatment: a decade of change," British Medical Bulletin, 1989, vol. 45, No. 1, pp. 92-110.

Kang et al., "Subcutaneous Insulin Absorption Explained by Insulin's Physicochemical Properties-Evidence from Absorption Studies of Soluble Human Insulin and Insulin Analogues in Humans," Diabetes Care, vol. 14, No. 11, 1991, pp. 942-948.

Kemmler et al., "Studies on the Conversion of Proinsulin to Insulin," The Journal of Biological Chemistry, vol. 246, No. 22, 1971, pp. 6786-6791.

Kohner, "Diabetic retinopathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 148-173.

Markussen et al., "Soluble, prolonged-acting insulin derivatives. I. Degree of protraction and crystallizability of insulins substituted in the termini of the B-chain," Prot. Eng. 1(3), 1987, p. 205-213.

Markussen et al., "Soluble, prolonged-acting insulin derivatives. II. Degree of protraction and crystallizability of insulins substituted in positions A17, B8, B13, B27 and B30," Prot. Eng. 1(3), 1987, p. 215-223.

**US 7,713,930 B2**

Page 3

Markussen et al., "Soluble, prolonged-acting insulin derivatives. III. Degree of protraction, crystallizability and chemical stability of insulins substituted in positions A21, B13, B23, B27 and B30," Prot. Eng. 2(2), 1988, p. 157-166.

Müller et al., "Insulin Signaling in the Yeast Saccharomyces cerevisiae—1. Stimulation of Glucose Metabolism and Snf 1 Kinase by Human Insulin," Biochemistry, vol. 37, No. 24, 1998, pp. 8683-8695.

Pillion et al., "Dodecylmaltoside-mediated Nasal and Ocular Absorption of Lyspro-Insulin: Independence of Surfactant from Multimer Dissociation," Pharmaceutical Research, vol. 15, No. 10, 1998, pp. 1637-1639.

Schartz et al., "A superactive insulin: [B10-Aspartic acid]insulin(human)," Proc. Natl. Acad. Sci. USA, v84, 1987, pp. 6408-6411.

Sundby, "Separation and Characterization of Acid-Induced Insulin Transformation Products by Paper Electrophoresis in 7 M Urea," J. Biol. Chem. 237(11), 1962, p. 3406-3411.

Volund et al., "In Vitro and In Vivo Potency of Insulin Analogues Designed for Clinical Use," Diab. Med. 8, 1991, p. 839-847.

Ward, "Diabetic neuropathy," British Medical Bulletin, vol. 45, No. 1, 1989, pp. 111-126.

Zinman, "The Physiologic Replacement of Insulin," The New England J. Med. 321(6), 1989, p. 363-370.

* cited by examiner

US 7,713,930 B2

1

## ACIDIC INSULIN PREPARATIONS HAVING IMPROVED STABILITY

This application is a continuation of U.S. application Ser. No. 11/089,777, filed Mar. 25, 2005, now allowed, which is a continuation of Ser. No. 10/461,740, filed Jun. 13, 2003, now abandoned; both of which are incorporated herein by reference in their entirety which claims the benefit of U.S. Provisional Application No. 60/409,338, filed Sep. 9, 2002, and Federal Republic of Germany Application 10227232.8, filed Jun. 18, 2002.

### SUMMARY OF THE INVENTION

The invention relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin metabolite, an insulin analog, an insulin derivative or combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffers or further excipients or combinations thereof, the pharmaceutical formulation having a pH in the acidic range. These formulations can be employed for the treatment of diabetes, and are particularly suitable for preparations in which a high stability to thermal and/or physico-mechanical stress is necessary. The invention likewise relates to parenteral preparations which contain such formulations and can be used in diabetes and to methods for producing the preparations and for improving the stability of insulin preparations.

### BACKGROUND OF THE INVENTION

Worldwide, approximately 120 million people suffer from diabetes mellitus. Among these, approximately 12 million are type I diabetics, for whom the substitution of the lacking endocrine insulin secretion is the only currently possible therapy. The affected persons are dependent lifelong on insulin injections, as a rule a number of times daily. In contrast to type I diabetes, there is not basically a deficiency of insulin in type II diabetes, but in a large number of cases, especially in the advanced stage, treatment with insulin, optionally in combination with an oral antidiabetic, is regarded as the most favorable form of therapy.

In the healthy person, the release of insulin by the pancreas is strictly coupled to the concentration of blood glucose. Elevated blood glucose levels, such as occur after meals, are rapidly compensated by a corresponding increase in insulin secretion. In the fasting state, the plasma insulin level falls to a basal value which is adequate to guarantee a continuous supply of insulin-sensitive organs and tissue with glucose and to keep hepatic glucose production low at night. The replacement of endogenous insulin secretion by exogenous, mostly subcutaneous administration of insulin, as a rule does not approximate the quality of the physiological regulation of the blood glucose described above. Often, deviations of blood glucose upward or downward occur, which in their severest forms can be life-threatening. In addition, however, blood glucose levels which are increased for years without initial symptoms are a considerable health risk. The large-scale DCCT study in the USA (The Diabetes Control and Complications Trial Research Group (1993) N. Engl. J. Med. 329, 977-986) demonstrated clearly that chronically elevated blood glucose levels are essentially responsible for the development of diabetic late damage. Diabetic late damage is microvascular and macrovascular damage which is manifested, under certain circumstances, as retinopathy, nephr-

2

opathy or neuropathy and leads to loss of sight, kidney failure and the loss of extremities and is moreover accompanied by an increased risk of cardiovascular diseases. In view of this, an improved therapy of diabetes should be aimed at keeping the blood glucose as closely as possible in the physiological range. According to the concept of intensified insulin therapy, this should be achieved by repeated daily injections of rapid- and slow-acting insulin preparations. Rapid-acting formulations are given at meals in order to level out the postprandial increase in the blood glucose. Slow-acting basal insulins should ensure the basic supply with insulin, in particular during the night, without leading to hypoglycemia.

Insulin is a polypeptide of 51 amino acids, which are divided into 2 amino acid chains: the A chain having 21 amino acids and the B chain having 30 amino acids. The chains are connected to one another by means of 2 disulfide bridges. Insulin preparations have been employed for diabetes therapy for many years. Not only are naturally occurring insulins used, but recently also insulin derivatives and analogs.

Insulin analogs are analogs of naturally occurring insulins, namely human insulin or animal insulins, which differ by substitution of at least one naturally occurring amino acid residue with other amino acids and/or addition/removal of at least one amino acid residue from the corresponding, otherwise identical, naturally occurring insulin. The amino acids can in this case also be those which do not occur naturally.

Insulin derivatives are derivatives of naturally occurring insulin or an insulin analog which are obtained by chemical modification. This chemical modification can consist, for example, of the addition of one or more specific chemical groups to one or more amino acids. As a rule, insulin derivatives and insulin analogs have a somewhat modified action compared with human insulin.

Insulin analogs having an accelerated onset of action are described in EP 0 214 826, EP 0 375 437 and EP 0 678 522. EP 0 124 826 relates, inter alia, to substitutions of B27 and B28. EP 0 678 522 describes insulin analogs which in position B29 have various amino acids, preferably proline, but not glutamic acid.

EP 0 375 437 includes insulin analogs with lysine or arginine in B28, which can optionally be additionally modified in B3 and/or A21.

In EP 0 419 504, insulin analogs are disclosed which are protected against chemical modifications, in which asparagine in B3 and at least one further amino acid in the positions A5, A15, A18 or A21 are modified.

In WO 92/00321, insulin analogs are described in which at least one amino acid of the positions B1-B6 is replaced by lysine or arginine. According to WO 92/00321, insulins of this type have a prolonged action. The insulin analogs described in EP-A 0 368 187 also have a delayed action.

The insulin preparations of naturally occurring insulins on the market for insulin substitution differ in the origin of the insulin (e.g. bovine, porcine, human insulin), and also the composition, whereby the profile of action (onset of action and duration of action) can be influenced. By combination of various insulin preparations, very different profiles of action can be obtained and blood sugar values which are as physiological as possible can be established. Recombinant DNA technology today makes possible the preparation of such modified insulins. These include insulin glargine (Gly(A21)-Arg(B31)-Arg(B32)-human insulin) with a prolonged duration of action. Insulin glargine is injected as an acidic, clear solution and precipitates on account of its solution properties in the physiological pH range of the subcutaneous tissue as a stable hexamer associate. Insulin glargine is injected once daily and is distinguished compared with other long-acting

US 7,713,930 B2

3

insulins by its flat serum profile and the reduction of the danger of nightly hypoglycemia associated therewith (Schubert-Zsilavecz et al., 2:125-130(2001)).

The specific preparation of insulin glargine, which leads to the prolonged duration of action, is characterized, in contrast to previously described preparations, by a clear solution having an acidic pH. Especially at acidic pH, insulins, however, show a decreased stability and an increased proneness to aggregation on thermal and physicomechanical stress, which can make itself felt in the form of turbidity and precipitation (particle formation) (Brange et al., J. Ph. Sci 86:517-525 (1997)).

The proneness to aggregation can additionally be promoted by hydrophobic surfaces which are in contact with the solution (Sluzky et al., Proc. Natl. Acad. Sci. 88:9377-9381 (1991). Surfaces which can be considered as hydrophobic are the glass vessels of the preparations, the stopper material of the sealing caps or the boundary surface of the solution with the air supernatant. In addition, very fine silicone oil droplets can function as additional hydrophobic aggregation nuclei in the taking of the daily insulin dose by means of customary, siliconized insulin syringes and accelerate the process.

WO 01/43762 describes aqueous, parenteral pharmaceutical preparations comprising a polypeptide and glycerol, in which the stabilization of the preparation is to be achieved by purifying off destabilizing constituents of the glycerol.

WO 00/23098 describes insulin preparations stabilized using polysorbate 20 or poloxamer 188 for pulmonary administration, but does not describe the stabilization in an acidic solution against aggregation nuclei.

WO 02/076495 describes zinc-free and low-zinc insulin preparations having improved stability at room and body temperature and to mechanical stress by the addition of surfactants, but does not describe the stabilization of acidic insulin preparations against hydrophobic aggregation nuclei.

The present invention was thus based on the object of finding preparations for acid-soluble insulins containing surfactants, which are distinguished by a high long-term stability to stress due to temperature or physicomechanical stressing and tolerate a high stress with hydrophobic aggregation nuclei.

DETAILED DESCRIPTION OF THE INVENTION

It has now surprisingly been found that the addition of surfactants can greatly increase the stability of acidic insulin preparations and thus preparations can be produced which guarantee superior stability to hydrophobic aggregation nuclei for several months under temperature stress.

The pharmaceutical preparations of the present invention contain 60-6000 nmol/ml, preferably 240-3000 nmol/ml, of an insulin, an insulin metabolite, an insulin analog or an insulin derivative.

The surfactants which can be used are, inter alia, nonionic surfactants. In particular, pharmaceutically customary surfactants are preferred, such as, for example: partial and fatty acid esters and ethers of polyhydric alcohols such as of glycerol, sorbitol and the like (SPAN®, TWEEN®, in particular TWEEN® 20 and TWEEN® 80, MYRJ®, BRIJ®), CREMOPHOR® or poloxamers. The surfactants are present in the pharmaceutical composition in a concentration of 5-200 μg/ml, preferably of 5-120 μg/ml and particularly preferably of 20-75 μg/ml.

The preparation can additionally optionally contain preservatives (e.g. phenol, cresol, parabens), isotonicizing agents (e.g. mannitol, sorbitol, lactose, dextrose, trehalose, sodium chloride, glycerol), buffer substances, salts, acids and alkalis

4

and also further excipients. These substances can in each case be present individually or alternatively as mixtures.

Glycerol, dextrose, lactose, sorbitol and mannitol are customarily present in the pharmaceutical preparation in a concentration of 100-250 mM, NaCl in a concentration of up to 150 mM. Buffer substances, such as, for example, phosphate, acetate, citrate, arginine, glycylglycine or TRIS (i.e. 2-amino-2-hydroxymethyl-1,3-propanediol) buffer and corresponding salts, are present in a concentration of 5-250 mM, preferably 10-100 mM. Further excipients can be, inter alia, salts or arginine.

The invention therefore relates to a pharmaceutical formulation comprising a polypeptide selected from the group consisting of insulin, an insulin analog, an insulin derivative, an active insulin metabolite and combinations thereof; a surfactant or combinations of two or more surfactants; optionally a preservative or combinations of two or more preservatives; and optionally an isotonicizing agent, buffer substances and/or further excipients or combinations thereof, the pharmaceutical formulation being a clear solution which has a pH in the acidic range (pH 1-6.8), preferably pH 3.5-6.8, very particularly preferably 3.5-4.5.

Preferred pharmaceutical formulations of the present invention are those wherein the surfactant is selected from the group consisting of partial and fatty acid esters and ethers of polyhydric alcohols such as of glycerol and sorbitol, and polyols; the partial and fatty acid esters and ethers of glycerol and sorbitol being selected from the group consisting of SPAN®, TWEEN®, MYRJ®, BRIJ®, CREMOPHOR®; the polyols being selected from the group consisting of polypropylene glycols, polyethylene glycols, poloxamers, PLURONICS®, and TETRONICS®; the preservative being selected from the group consisting of phenol, cresol, and parabens; the isotonicizing agent being selected from the group consisting of mannitol, sorbitol, sodium chloride, and glycerol; the excipients being selected from the group consisting of buffer substances, acids, and alkalis; the insulin analog being selected from the group consisting of Gly(A21)-Arg(B31)-Arg(B32)-human insulin; Lys(B3)-Glu(B29)-human insulin; $Lys^{B28}Pro^{B29}$ human insulin, B28 Asp-human insulin, human insulin in which proline in position B28 has been substituted by Asp, Lys, Leu, Val or Ala and where in position B29 Lys can be substituted by Pro; AlaB26-human insulin; des(B28-B30)-human insulin; des(B27)-human insulin and des(B30)-human insulin; the insulin derivative being selected from the group consisting of B29-N-myristoyl-des(B30) human insulin, B29-N-palmitoyl-des(B30) human insulin, B29-N-myristoyl human insulin, B29-N-palmitoyl human insulin, B28-N-myristoyl $Lys^{B28}Pro^{B29}$ human insulin, B28-N-palmitoyl-$Lys^{B28}Pro^{B29}$ human insulin, B30-N-myristoyl-$Thr^{B29}Lys^{B30}$ human insulin, B30-N-palmitoyl-$Thr^{B29}Lys^{B30}$ human insulin, B29-N-(N-palmitoyl-γ-glutamyl)-des(B30) human insulin, B29-N-(N-lithocholyl-γ-glutamyl)-des(B30) human insulin, B29-N-(ω-carboxyheptadecanoyl)-des(B30) human insulin and B29-N-(ω-carboxyheptadecanoyl) human insulin.

A further subject of the invention is a pharmaceutical formulation such as described above, in which the insulin, the insulin analog, the active insulin metabolite and/or the insulin derivative is present in a concentration of 60-6000 nmol/ml, preferably in a concentration of 240-3000 nmol/ml (this corresponds approximately to a concentration of 1.4-35 mg/ml or 40-500 units/ml);

in which the surfactant is present in a concentration of 5-200 μg/ml, preferably of 5-120 μg/ml and particularly preferably of 20-75 μg/ml.

US 7,713,930 B2

**5**

A further subject of the invention is a pharmaceutical formulation such as mentioned above, in which glycerol and/or mannitol is present in a concentration of 100-250 mM, and/or NaCl is preferably present in a concentration of up to 150 mM.

A further subject of the invention is a pharmaceutical formulation such as mentioned above, in which a buffer substance is present in a concentration of 5-250 mM.

A further subject of the invention is a pharmaceutical insulin formulation which contains further additives such as, for example, salts which delay the release of insulin. Mixtures of such delayed-release insulins with formulations described above are included therein.

A further subject of the invention is a method for the production of such pharmaceutical formulations. Likewise, a further subject of the invention is the use of such formulations for the treatment of diabetes mellitus.

A further subject of the invention is the use or the addition of surfactants as stabilizer during the process for the production of insulin, insulin analogs or insulin derivatives or their preparations.

EXAMPLES

The following examples illustrate, but by no means limit, the present invention.

Comparison investigations: Different preparations containing the insulin analog insulin glargine (Gly(A21), Arg (B31), Arg(B32)-human insulin) are prepared. To this end, insulin glargine is suspended in one part of water for injection, dissolved at pH 3-4, the other constituents are added, the pH is adjusted to 4.0+/−0.2 using hydrochloric acid/NaOH and the mixture is made up to the final volume. The concentration of insulin glargine in each of the experiments described below is 3.6378 mg/ml (corresponds to 100 units/ml). A second preparation is produced identically, but a specific amount of a surfactant is additionally added. The solutions are filled into 10 ml glass vessels (vials) and fitted with crimp caps. These vessels are now exposed to simulated in use or physicomechanical stress conditions:

1. In use test: The vessels are sorted into boxes with turned-up lids and stored during the investigation period of 28 days at +25° C. and controlled room humidity with exclusion of light. To simulate taking by the patient, once daily about 5 IU of the solutions are withdrawn using a customary insulin syringe and discarded. At the beginning and end of the working week this procedure is carried out twice in order to simulate taking at the weekend. Before each withdrawal, visual assessment of the solution in the vessels for turbidity and/or particle formation is carried out.

2. Shaking test: The vessels are placed in a box with a turned-up lid lying on a laboratory shaker having an incubator and thermostat and shaken at 25° C. with 90 movements/min parallel to the horizontal movement for a period of time of 10 days. After defined times, the turbidity value of the samples is determined by means of a laboratory turbidity photometer (nephelometer) in formaldazine nephelometric units (formaldazine nephelometric unit=FNU). The turbidity value corresponds to the intensity of the scattered radiation of the light incident on suspended particles in the sample.

**6**

Example 1

Stabilization of the in Use Period of Insulin Glargine Using Polysorbate 20 (Tween® 20)

a) The solution is sterile-filtered through a combination of 0.2 μm und 0.1 μm filters. It is then poured into 10 ml injection vials and sealed using crimp caps having an inserted sealing disk.

b) A comparison solution is prepared identically, but first a suitable amount of surfactant (10-30 ppm of polysorbate 20) is suspended in water for injection. The samples are stored at +5° C., 25° C. and 37° C. for a fixed period of time.

10 samples in each case are then subjected to an in use test. The results are shown in the table below.

Storage for 3 months at 5° C.

| Test sample | Number of vials with particle formation after | | | |
| | 7 days | 14 days | 21 days | 28 days |
| --- | --- | --- | --- | --- |
| Insulin glargine | 7 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 6 months at 5° C.

| Test sample | Number of vials with particle formation after | | | |
| | 7 days | 14 days | 21 days | 28 days |
| --- | --- | --- | --- | --- |
| Insulin glargine | 1 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |

Storage for 3 months at 25° C.

| Test sample | Number of vials with particle formation after | | | |
| | 7 days | 14 days | 21 days | 28 days |
| --- | --- | --- | --- | --- |
| Insulin glargine | 9 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 2 | 2 | 2 | 2 |

US 7,713,930 B2

7

-continued

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 6 months at 25° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 10 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 1 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 1 month at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 0 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 3 | 3 | 5 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 3 months at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 5 | 9 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 1 | 1 | 1 | 1 |

8

-continued

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |

Storage for 6 months at 37° C.

| Test sample | Number of vials with particle formation after | | | |
|---|---|---|---|---|
| | 7 days | 14 days | 21 days | 28 days |
| Insulin glargine | 10 | 10 | 10 | 10 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 1 | 0 |
| Insulin glargine + 0.020 mg/mlof polysorbate 20 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.0030 mg/ml of polysorbate 20 | 1 | 1 | 1 | 1 |

Without addition of polysorbate 20, particle formation can occur in the solution even after 7 days in use. By addition of polysorbate 20, the particle formation can be markedly suppressed during the in use period.

The stabilizing action of polysorbate 20 is retained even on storage at elevated temperatures for a period of 3 months.

A decline in the stabilizing action due to possible hydrolysis of the polysorbate in the acidic medium of the solution cannot be determined in comparison with the data after storage for 1 month.

Example 2

Stabilization of Insulin Glargine Using Polysorbate 20 Under Physico-mechanical Stress Loading

a) The solution is sterile-filtered through a combination of 0.2 μm und 0.1 μm filters. It is then poured into 10 ml injection vials and sealed using crimp caps having an inserted sealing disk.

b) A comparison solution is prepared identically, but first a suitable amount of surfactant (0.010-0.030 mg/ml of polysorbate 20) is suspended in water for injection.

The samples are stored at +5° C., 25° C. und 37° C. for a fixed period of time. 5 samples in each case are then subjected to a shaking test. The results are shown in the table below, the limit 15 FNU corresponds to turbidities which are discernible in daylight.

US 7,713,930 B2

**9**

Storage for 1 month at 5° C.

| Test sample | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 2 | 3 | 3 | 4 | 4 | 4 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 4 | 5 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Storage for 1 month at 25° C.

| Test sample | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 3 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Storage for 1 month at 37° C.

| Test sample | Number of vials > 15 FNU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 days | 0.5 days | 1 day | 2 days | 3 days | 4 days | 6 days | 8 days | 10 days |
| Insulin glargine | 0 | 0 | 0 | 2 | 5 | 5 | 5 | 5 | 5 |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.015 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.020 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insulin glargine + 0.030 mg/ml of polysorbate 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**10**

US 7,713,930 B2

11

Without addition of polysorbate 20, even after 2 days of severe physicomechanical stress, a visible turbidity can occur in the solution. By addition of polysorbate 20, the formation of turbidity during physicomechanical stressing can be markedly delayed. The stabilizing action of polysorbate 20 is retained even on storage at elevated temperatures.

A decline in the stabilizing action due to possible hydrolysis of the polysorbate in the acidic medium of the solution cannot be detected.

Example 3

Comparison of the Stabilization of the in Use Period of Insulin Glargine using Polysorbate 20 (Tween® 20) Und Using Polysorbate 80 (Tween® 20)

Open 10 vials in each case to give 5 ml of insulin glargine injection solution and
a) addition of 0.001 mg/ml of polysorbate 20
b) addition of 0.01 mg/ml of polysorbate 20
c) addition of 0.001 mg/ml of polysorbate 80
d) addition of 0.01 mg/ml of polysorbate 80

in the form of a concentrated stock solution.
The samples are then subjected to an in use test.
The results are shown in the table below.

| Test sample | Vials with particle formation after | | | |
| | 7 days | 14 days | 21 days | 28 days |
|---|---|---|---|---|
| Insulin glargine + 0.001 mg/ml of polysorbate 20 | no | yes | Yes, particles increasingly occur | Yes, particles increasingly occur |
| Insulin glargine + 0.010 mg/ml of polysorbate 20 | no | no | no | no |
| Insulin glargine + 0.001 mg/ml of polysorbate 80 | no | yes | Yes, particles increasingly occur | Yes, particles increasingly occur |
| Insulin glargine + 0.010 mg/ml of polysorbate 80 | no | no | no | no |

An addition of polysorbate 20 or of polysorbate 80 in a concentration of 0.001 mg/ml are equally able to stabilize the solution against particle formation during the in use period.

What is claimed is:

1. A pharmaceutical formulation comprising Gly(A21), Arg(B31), Arg(B32)-human insulin;
   at least one chemical entity chosen from esters and ethers of polyhydric alcohols;
   at least one preservative; and
   water,
   wherein the pharmaceutical formulation has a pH in the acidic range from 1 to 6.8.

12

2. The pharmaceutical formulation as claimed in claim 1, wherein the at least one preservative is chosen from phenols.

3. The pharmaceutical formulation as claimed in claim 1, wherein the at least one preservative is cresol.

4. The pharmaceutical formulation as claimed in claim 3, further including zinc.

5. The pharmaceutical formulation as claimed in claim 1, further including at least one isotonicizing agent.

6. The pharmaceutical formulation as claimed in claim 4, wherein the pharmaceutical formulation has a pH in the acidic range from 3.5 to 6.8.

7. The pharmaceutical formulation as claimed in claimed 6, wherein the pharmaceutical formulation has a pH in the acidic range from 3.5 to 4.5.

8. The pharmaceutical formulation as claimed in claim 1, wherein the at least one preservative is chosen from phenol, cresol, chlorocresol, benzyl alcohol, and parabens.

9. The pharmaceutical formulation as claimed in claim 5, wherein the at least one isotonicizing agent is chosen from mannitol, sorbitol, lactose, dextrose, trehalose, sodium chloride, and glycerol.

10. The pharmaceutical formulation as claimed in claim 1, further comprising a buffer.

11. The pharmaceutical formulation as claimed in claim 10, wherein the buffer is chosen from TRIS, phosphate, citrate, acetate, and glycylglycine.

12. The pharmaceutical formulation as claimed in claim 1, wherein the Gly(A21), Arg(B31), Arg(B32)-human insulin is present in a concentration of 60-6000 nmol/ml.

13. The pharmaceutical formulation as claimed in claim 12, wherein the Gly(A21), Arg(B31), Arg(B32)-human insulin is present in a concentration of 240-3000 nmol/ml.

14. The pharmaceutical formulation as claimed in claim 1, wherein the at least one chemical entity is present in a concentration of 5-200 µg/ml.

15. The pharmaceutical formulation as claimed in claim 14, wherein the at least one chemical entity is present in a concentration of 5-120 µg/ml.

16. The pharmaceutical formulation as claimed in claim 15, wherein the at least one chemical entity is present in a concentration of 20-75 µg/ml.

17. The pharmaceutical formulation as claimed in claim 9, wherein at least one isotonicizing agent is chosen from glycerol and mannitol and wherein said at least one isotonicizing agent is present in a concentration of 100-250 mM.

18. The pharmaceutical formulation as claimed in claim 1, further comprising one or more excipients chosen from acids, alkalis and salts.

19. The pharmaceutical formulation as claimed in claim 18, wherein the excipient is NaCl which is present in a concentration of up to 150 mM.

20. The pharmaceutical formulation as claimed in claim 10, wherein said buffer is present in a concentration of 5-250 mM.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 7,713,930 B2       Page 1 of 1
APPLICATION NO. : 12/328208
DATED : May 11, 2010
INVENTOR(S) : Anette Brunner-Schwarz et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page 2, Item (56) under "Other Publications", line 1, delete "Glargin" and insert -- Glargine --, therefor.

In column 8, line 31, delete "mg/mlof" and insert -- mg/ml of --, therefor.

In column 8, line 34, delete "0.0030" and insert -- 0.030 --, therefor.

In column 11, line 35, delete "Und" and insert -- And --, therefor.

Signed and Sealed this
Thirty-first Day of May, 2011

David J. Kappos
Director of the United States Patent and Trademark Office

# Exhibit F

US009526844B2

## (12) United States Patent
### Veasey et al.

(10) **Patent No.:** **US 9,526,844 B2**
(45) **Date of Patent:** **\*Dec. 27, 2016**

(54) **PEN-TYPE INJECTOR**

(71) Applicant: **SANOFI-AVENTIS DEUTSCHLAND GMBH**, Frankfurt am Main (DE)

(72) Inventors: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Warwickshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(73) Assignee: **SANOFI-AVENTIS DEUTSCHLAND GMBH**, Frankfurt am Main (DE)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/156,616**

(22) Filed: **May 17, 2016**

(65) **Prior Publication Data**

US 2016/0256633 A1      Sep. 8, 2016

### Related U.S. Application Data

(60) Continuation of application No. 14/946,203, filed on Nov. 19, 2015, now Pat. No. 9,408,979, which is a (Continued)

(30) **Foreign Application Priority Data**

Mar. 3, 2003     (GB) .................................. 0304822.0

(51) **Int. Cl.**
**A61M 5/315** (2006.01)
**A61M 5/24** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... **A61M 5/31551** (2013.01); **A61M 5/24** (2013.01); **A61M 5/3157** (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ..................... A61M 5/31551; A61M 5/31533; A61M 5/31535; A61M 5/31536; A61M 5/31541; A61M 5/31546; A61M 5/31585; A61M 2005/2407; A61M 2205/581; A61M 2205/582
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 533,575 A | 2/1895 | Wilkens |
| 2,717,597 A | 9/1955 | Hein, Jr. |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 3609555 | 9/1987 |
| EP | 0673482 | 4/1998 |

(Continued)

OTHER PUBLICATIONS

Reissue U.S. Appl. No. 10/442,855, "Injection Syringe", filed May 21, 2003.

(Continued)

*Primary Examiner* — Manuel Mendez
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

The present invention relates to injectors, such as pen-type injectors, that provide for administration of medicinal products from a multidose-cartridge and permit a user to set the delivery dose. The injector may include a housing, a piston rod adapted to operate through the housing, a dose dial sleeve located between the housing and the piston rod, and a drive sleeve located between the dose dial sleeve and the piston rod. The dose dial sleeve may have a helical thread of first lead and the drive sleeve may have a helical groove of second lead. The first lead of the helical thread and the second lead of the helical groove may be the same.

**30 Claims, 7 Drawing Sheets**



US 9,526,844 B2

Page 2

## Related U.S. Application Data

continuation of application No. 14/635,573, filed on Mar. 2, 2015, now Pat. No. 9,233,211, which is a continuation of application No. 13/919,251, filed on Jun. 17, 2013, now Pat. No. 9,011,391, which is a division of application No. 13/040,198, filed on Mar. 3, 2011, now Pat. No. 8,512,297, which is a continuation of application No. 11/483,546, filed on Jul. 11, 2006, now Pat. No. 7,918,833, which is a continuation of application No. 10/790,225, filed on Mar. 2, 2004, now abandoned.

(51) **Int. Cl.**
*A61M 5/32* (2006.01)
*A61M 5/31* (2006.01)

(52) **U.S. Cl.**
CPC .... *A61M 5/31528* (2013.01); *A61M 5/31533* (2013.01); *A61M 5/31535* (2013.01); *A61M 5/31536* (2013.01); *A61M 5/31541* (2013.01); *A61M 5/31546* (2013.01); *A61M 5/31563* (2013.01); *A61M 5/31568* (2013.01); *A61M 5/31585* (2013.01); *A61M 5/31593* (2013.01); *A61M 5/32* (2013.01); *A61M 5/3156* (2013.01); *A61M 5/31565* (2013.01); *A61M 5/31575* (2013.01); *A61M 5/31578* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2005/3126* (2013.01); *A61M 2205/581* (2013.01); *A61M 2205/582* (2013.01)

(58) **Field of Classification Search**
USPC ...... 604/208–211, 68; 128/DIG. 12, DIG. 13
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,722,931 A | 11/1955 | May |
| 3,815,785 A | 6/1974 | Gilmont |
| 4,470,317 A | 9/1984 | Sabloewski et al. |
| 4,498,904 A | 2/1985 | Turner et al. |
| 4,568,335 A | 2/1986 | Updike et al. |
| 4,585,439 A | 4/1986 | Michel |
| 4,592,745 A | 6/1986 | Rex et al. |
| 4,833,379 A | 5/1989 | Kaibel et al. |
| 4,863,072 A | 9/1989 | Perler |
| 4,865,591 A | 9/1989 | Sams |
| 4,883,472 A | 11/1989 | Michel |
| 4,919,596 A | 4/1990 | Slate et al. |
| 4,936,833 A | 6/1990 | Sams |
| 4,973,318 A | 11/1990 | Holm et al. |
| 4,994,033 A | 2/1991 | Shockey et al. |
| 5,030,209 A | 7/1991 | Wanderer et al. |
| 5,112,317 A | 5/1992 | Michel |
| 5,207,752 A | 5/1993 | Sorenson et al. |
| 5,226,895 A | 7/1993 | Harris |
| 5,246,417 A | 9/1993 | Haak et al. |
| 5,257,987 A | 11/1993 | Athayde et al. |
| 5,271,527 A | 12/1993 | Haber et al. |
| 5,279,585 A | 1/1994 | Balkwill |
| 5,279,586 A | 1/1994 | Balkwill |
| 5,281,198 A | 1/1994 | Haber et al. |
| 5,304,152 A | 4/1994 | Sams |
| 5,308,340 A | 5/1994 | Harris |
| 5,314,412 A | 5/1994 | Rex |
| 5,318,540 A | 6/1994 | Athayde et al. |
| 5,320,609 A | 6/1994 | Haber et al. |
| 5,328,486 A | 7/1994 | Woodruff |
| 5,331,954 A | 7/1994 | Rex et al. |
| 5,370,629 A | 12/1994 | Michel et al. |
| 5,383,865 A | 1/1995 | Michel |
| 5,440,976 A | 8/1995 | Giuliano et al. |
| 5,445,606 A | 8/1995 | Haak et al. |

| | | | |
|---|---|---|---|
| 5,447,150 A | 9/1995 | Bacon |
| 5,478,316 A | 12/1995 | Bitdinger et al. |
| 5,480,387 A | 1/1996 | Gabriel et al. |
| 5,492,534 A | 2/1996 | Athayde et al. |
| 5,505,704 A | 4/1996 | Pawelka et al. |
| 5,546,932 A | 8/1996 | Galli |
| 5,547,131 A | 8/1996 | Brace |
| 5,549,575 A | 8/1996 | Giambattista et al. |
| 5,582,598 A | 12/1996 | Chanoch |
| 5,584,815 A | 12/1996 | Pawelka et al. |
| 5,591,136 A | 1/1997 | Gabriel |
| 5,599,314 A | 2/1997 | Neill |
| 5,611,783 A | 3/1997 | Mikkelsen |
| 5,626,566 A | 5/1997 | Petersen et al. |
| 5,645,052 A | 7/1997 | Kersey |
| 5,674,204 A | 10/1997 | Chanoch |
| 5,681,285 A | 10/1997 | Ford et al. |
| 5,688,251 A | 11/1997 | Chanoch |
| 5,709,662 A | 1/1998 | Olive et al. |
| 5,716,990 A | 2/1998 | Bagshawe et al. |
| 5,728,075 A | 3/1998 | Levander |
| 5,743,889 A | 4/1998 | Sams |
| 5,755,692 A | 5/1998 | Manicom |
| 5,823,998 A | 10/1998 | Yamagata |
| 5,843,036 A | 12/1998 | Olive et al. |
| 5,882,718 A | 3/1999 | Pommer et al. |
| 5,898,028 A | 4/1999 | Jensen et al. |
| 5,921,966 A | 7/1999 | Bendek et al. |
| 5,928,201 A | 7/1999 | Poulsen et al. |
| 5,947,934 A | 9/1999 | Hansen et al. |
| 5,951,530 A | 9/1999 | Steengaard et al. |
| 5,954,689 A | 9/1999 | Poulsen |
| 5,957,896 A | 9/1999 | Bendek et al. |
| 5,961,495 A | 10/1999 | Walters et al. |
| 5,961,496 A | 10/1999 | Nielsen et al. |
| 5,980,491 A | 11/1999 | Hansen |
| 5,984,900 A | 11/1999 | Mikkelsen |
| 6,001,089 A | 12/1999 | Burroughs et al. |
| 6,003,736 A | 12/1999 | Ljunggren |
| 6,004,297 A | 12/1999 | Steenfeldt-Jensen et al. |
| 6,010,485 A | 1/2000 | Buch-Rasmussen et al. |
| 6,033,376 A | 3/2000 | Rockley |
| 6,033,377 A | 3/2000 | Rasmussen et al. |
| 6,059,755 A | 5/2000 | Michel |
| 6,074,372 A | 6/2000 | Hansen |
| 6,083,197 A | 7/2000 | Umbaugh |
| 6,110,149 A | 8/2000 | Klitgaard et al. |
| 6,129,080 A | 10/2000 | Pitcher et al. |
| 6,146,361 A | 11/2000 | DiBiasi et al. |
| 6,193,698 B1 | 2/2001 | Kirchhofer et al. |
| 6,221,046 B1 | 4/2001 | Burroughs et al. |
| 6,221,053 B1 | 4/2001 | Walters et al. |
| 6,231,540 B1 | 5/2001 | Smedegaard |
| 6,235,004 B1 | 5/2001 | Steenfeldt-Jensen et al. |
| 6,248,090 B1 | 6/2001 | Jensen et al. |
| 6,248,095 B1 | 6/2001 | Giambattista et al. |
| 6,258,062 B1 | 7/2001 | Thielen et al. |
| 6,269,340 B1 | 7/2001 | Ford et al. |
| 6,277,097 B1 | 8/2001 | Mikkelsen et al. |
| 6,277,098 B1 | 8/2001 | Klitmose et al. |
| 6,277,099 B1 | 8/2001 | Strowe et al. |
| 6,277,101 B1 | 8/2001 | Kirchhofer et al. |
| 6,281,225 B1 | 8/2001 | Hearst et al. |
| 6,283,941 B1 | 9/2001 | Schoenfeld et al. |
| 6,287,283 B1 | 9/2001 | Ljunggreen et al. |
| 6,302,869 B1 | 10/2001 | Klitgaard |
| 6,312,413 B1 | 11/2001 | Jensen et al. |
| 6,340,357 B1 | 1/2002 | Poulsen et al. |
| 6,383,167 B2 | 5/2002 | Kirchhofer et al. |
| 6,514,230 B1 | 2/2003 | Munk et al. |
| 6,547,763 B2 | 4/2003 | Steenfeldt-Jensen et al. |
| 6,547,764 B2 | 4/2003 | Larsen et al. |
| 6,562,011 B1 | 5/2003 | Buch-Rasmussen et al. |
| 6,569,126 B1 | 5/2003 | Poulsen et al. |
| 6,582,404 B1 | 6/2003 | Klitgaard et al. |
| 6,605,067 B1 | 8/2003 | Larsen |
| 6,613,019 B2 | 9/2003 | Munk |
| 6,663,602 B2 | 12/2003 | Moller |
| 6,692,472 B2 | 2/2004 | Hansen et al. |

## US 9,526,844 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,716,198 B2 | 4/2004 | Larsen |
| 6,726,661 B2 | 4/2004 | Munk et al. |
| 6,770,288 B2 | 8/2004 | Duirs |
| 6,796,970 B1 | 9/2004 | Klitmose et al. |
| 6,893,415 B2 | 5/2005 | Madsen et al. |
| 6,899,698 B2 | 5/2005 | Sams |
| 6,899,699 B2 | 5/2005 | Enggaard |
| 6,936,032 B1 | 8/2005 | Bush, Jr. et al. |
| 6,945,961 B2 | 9/2005 | Miller et al. |
| 7,008,399 B2 | 3/2006 | Larsen et al. |
| 7,090,662 B2 | 8/2006 | Wimpenny et al. |
| 7,094,221 B2 | 8/2006 | Veasey et al. |
| 7,104,972 B2 | 9/2006 | Moller et al. |
| 7,133,329 B2 | 11/2006 | Skyggebjerg et al. |
| 7,175,055 B2 | 2/2007 | Hansen et al. |
| 7,195,616 B2 | 3/2007 | Diller et al. |
| 7,241,278 B2 | 7/2007 | Moller |
| 7,361,161 B2 | 4/2008 | Bainton |
| 7,771,400 B2 | 8/2010 | Nielsen |
| 7,905,867 B2 | 3/2011 | Veasey et al. |
| 7,918,833 B2 * | 4/2011 | Veasey .............. A61M 5/31546 604/209 |
| 7,935,088 B2 | 5/2011 | Veasey et al. |
| 8,021,345 B2 | 9/2011 | Veasey et al. |
| 8,512,297 B2 | 8/2013 | Veasey et al. |
| 8,608,709 B2 | 12/2013 | Moller et al. |
| 8,679,069 B2 | 3/2014 | Veasey et al. |
| 9,233,211 B2 | 1/2016 | Veasey et al. |
| 2001/0034507 A1 | 10/2001 | Kirchhofer et al. |
| 2002/0052578 A1 | 5/2002 | Moller |
| 2002/0077852 A1 | 6/2002 | Ford et al. |
| 2002/0120235 A1 | 8/2002 | Enggaard |
| 2002/0165499 A1 | 11/2002 | Slate et al. |
| 2003/0039679 A1 | 2/2003 | Duirs |
| 2003/0050609 A1 | 3/2003 | Sams |
| 2003/0172924 A1 | 9/2003 | Staniforth et al. |
| 2004/0059299 A1 | 3/2004 | Moller et al. |
| 2004/0186431 A1 | 9/2004 | Graf et al. |
| 2004/0210199 A1 | 10/2004 | Atterbury et al. |
| 2004/0236282 A1 | 11/2004 | Braithwaite |
| 2004/0249348 A1 | 12/2004 | Wimpenny et al. |
| 2004/0260247 A1 | 12/2004 | Veasey et al. |
| 2004/0267207 A1 | 12/2004 | Veasey et al. |
| 2004/0267208 A1 | 12/2004 | Veasey et al. |
| 2005/0004529 A1 | 1/2005 | Veasey et al. |
| 2005/0019400 A1 | 1/2005 | Deveney et al. |
| 2005/0033244 A1 | 2/2005 | Veasey et al. |
| 2005/0055011 A1 | 3/2005 | Enggaard |
| 2005/0113765 A1 | 5/2005 | Veasey et al. |
| 2005/0205083 A1 | 9/2005 | Staniforth et al. |
| 2005/0209570 A1 | 9/2005 | Moller |
| 2005/0268915 A1 | 12/2005 | Wassenaar et al. |
| 2007/0123829 A1 | 5/2007 | Atterbury et al. |
| 2009/0275916 A1 | 11/2009 | Harms et al. |
| 2010/0042054 A1 | 2/2010 | Elahi et al. |
| 2012/0053528 A1 | 3/2012 | Bollenbach et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0937471 | 8/1999 |
| EP | 0937476 | 8/1999 |
| EP | 0937477 A2 | 8/1999 |
| EP | 1294418 | 7/2005 |
| EP | 1855743 B1 | 12/2008 |
| FR | 2583291 | 12/1986 |
| FR | 2767479 | 2/1999 |
| JP | 05-337179 | 12/1993 |
| JP | 06-296691 | 10/1994 |
| RU | 2111019 | 5/1998 |
| WO | 90/09202 | 8/1990 |
| WO | 91/10460 | 7/1991 |
| WO | 91/14467 | 10/1991 |
| WO | 96/25965 A1 | 8/1996 |
| WO | 96/26754 | 9/1996 |
| WO | 98/57688 | 12/1998 |
| WO | 99/16487 | 4/1999 |
| WO | 99/38554 | 8/1999 |
| WO | 01/10484 | 7/2000 |
| WO | 01/10484 A1 | 2/2001 |
| WO | 02/053214 A1 | 7/2002 |
| WO | 02/092153 A2 | 11/2002 |
| WO | 03/080160 A1 | 10/2003 |
| WO | 2011/051366 A2 | 5/2011 |

OTHER PUBLICATIONS

Reissue U.S. Appl. No. 10/960,900, "Injection Syringe", filed Oct. 7, 2004.
Reissue U.S. Appl. No. 11/121,331, "Injection Syringe", filed May 3, 2005.
Reissue U.S. Appl. No. 11/640,610, "Injection Syringe", filed Dec. 18, 2006.
First Office Action on merits mailed Mar. 14, 2006 in U.S. Appl. No. 10/790,866 (11 pages).

* cited by examiner

Case 1:16-cv-00812-RGA-MPT    Document 58    Filed 04/05/17    Page 94 of 203 PageID #: 746



FIG. 1          FIG. 2



FIG. 3        FIG. 4



FIG. 5



**FIG. 6**



**FIG. 7**



**FIG. 8**



FIG. 9

FIG. 10

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16

US 9,526,844 B2

**1**

## PEN-TYPE INJECTOR

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 14/946,203, filed Nov. 19, 2015, now U.S. Pat. No. 9,408,979, which is a continuation of U.S. patent application Ser. No. 14/635,573, filed Mar. 2, 2015, now U.S. Pat. No. 9,233,211, which is a continuation of U.S. patent application Ser. No. 13/919,251, filed Jun. 17, 2013, now U.S. Pat. No. 9,011,391, which is a divisional of U.S. patent application Ser. No. 13/040,198, filed Mar. 3, 2011, now U.S. Pat. No. 8,512,297, which is a continuation of U.S. patent application Ser. No. 11/483,546, filed Jul. 11, 2006, now U.S. Pat. No. 7,918,833, which is a continuation of U.S. patent application Ser. No. 10/790,225, filed Mar. 2, 2004, which claims priority to GB 0304822.0 filed Mar. 3, 2003, the entire contents of which are incorporated herein by reference.

### BACKGROUND

The present invention relates to pen-type injectors, that is, to injectors of the kind that provide for administration by injection of medicinal products from a multidose cartridge. In particular, the present invention relates to such injectors where a user may set the dose.

Such injectors have application where regular injection by persons without formal medical training occurs. This is increasingly common amongst those having diabetes where self-treatment enables such persons to conduct effective management of their diabetes.

These circumstances set a number of requirements for pen-type injectors of this kind. The injector must be robust in construction, yet easy to use both in terms of the manipulation of the parts and understanding by a user of its operation. In the case of those with diabetes, many users will be physically infirm and may also have impaired vision. Where the injector is to be disposable rather than reusable, the injector should be cheap to manufacture and easy to dispose of (preferably being suitable for recycling).

### SUMMARY

It is an advantage of the present invention that an improved pen-type injector is provided.

According to a first aspect of the present invention, a pen-type injector comprises

a housing;

a piston rod adapted to operate through housing;

a dose dial sleeve located between the housing and the piston rod, the dose dial sleeve having a helical thread of first lead;

a drive sleeve located between the dose dial sleeve and the piston rod, the drive sleeve having a helical groove of second lead;

characterized in that the first lead of the helical thread and the second lead of the helical groove are the same.

Preferably, the piston rod has a first threaded portion at a first end and a second threaded portion at a second end;

an insert or radially inwardly extending flange is located in the housing and through which the first threaded portion of the piston rod may rotate;

the dose dial sleeve being rotatable with respect to the housing and the insert;

**2**

the drive sleeve being releasably connected to the dose dial sleeve and connected to the piston rod for rotation with respect thereto along the second threaded portion of the piston rod;

a button is located on the dose dial sleeve and rotatable with respect to the does dial sleeve; and

clutch means are provided which upon depression of the button permit rotation between the dose dial sleeve and the drive sleeve.

Preferably, the injector further comprises a nut which is rotatable with respect to the drive sleeve and axially displaceable but not rotatable with respect to the housing.

More preferably, the drive sleeve is provided at a first end with first and second flanges with an intermediate thread between the first and second flanges, the nut being disposed between the first and second flanges and keyed to the housing by spline means. Additionally, a first radial stop may be provided on a second face of the nut and a second radial stop may be provided on a first face of the second flange.

Preferably, the first thread of the piston rod is oppositely disposed to the second thread of the piston rod.

Preferably, a second end of the clutch is provided with a plurality of dog teeth adapted to engage with a second end of the dose dial sleeve.

Preferably, the pen-type injector further includes clicker means disposed between the clutch means and spline means provided on the housing.

More preferably, the clicker means comprises a sleeve provided at a first end with a helically extending arm, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially saw teeth provided on the clutch means.

Alternatively, the clicker means comprises a sleeve provided at a first end with at least one helically extending arm and at least one spring member, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially directed saw teeth provided on the clutch means.

Preferably, the main housing is provided with a plurality of maximum dose stops adapted to be abutted by a radial stop provided on the dose dial sleeve. More preferably, at least one of the maximum dose stops comprises a radial stop located between a helical rib and spline means provided at a second end of the housing. Alternatively, at least one of the maximum dose stops comprises a part of a raised window portion provided at a second end of the housing.

Preferably, the dose dial sleeve is provided with a plurality of radially extending members adapted to abut a corresponding plurality of radial stops provided at a second end of the housing.

### BRIEF DESCRIPTION OF THE FIGURES

The invention will now be described with reference to the accompanying drawings in which:

FIG. **1** shows a sectional view of a pen-type injector in accordance with the present invention in a first, cartridge full, position;

FIG. **2** shows a sectional view of the pen-type injector of FIG. **1** in a second, maximum first dose dialed, position;

FIG. **3** shows a sectional view of the pen-type injector of FIG. **1** in a third, first maximum first dose dispensed, position;

US 9,526,844 B2

3

FIG. 4 shows a sectional view of the pen-type injector of FIG. 1 in a fourth, final dose dialed, position;

FIG. 5 shows a sectional view of the pen-type injector of FIG. 1 in a fifth, final dose dispensed, position;

FIG. 6 shows a cut-away view of a first detail of the pen-type injector of FIG. 1;

FIG. 7 shows a partially cut-away view of a second detail of the pen-type injector of FIG. 1;

FIG. 8 shows a partially cut-away view of a third detail of the pen-type injector of FIG. 1;

FIG. 9 shows the relative movement of parts of the pen-type injector shown in FIG. 1 during dialing up of a dose;

FIG. 10 shows the relative movement of parts of the pen-type injector shown in FIG. 1 during dialing down of a dose;

FIG. 11 shows the relative movement of parts of the pen-type injector shown in FIG. 1 during dispensing of a dose;

FIG. 12 shows a partially cut-away view of the pen-type injector of FIG. 1 in the second, maximum first dose dialed, position;

FIG. 13 shows a partially cut-away view of the pen-type injector of FIG. 1 in the fourth, final dose dialed, position;

FIG. 14 shows a partially cut-away view of the pen-type injector of FIG. 1 in one of the first, third or fifth positions;

FIG. 15 shows a cut-away view of a first part of a main housing of the pen-type injector of FIG. 1; and

FIG. 16 shows a cut-away view of a second part of the main housing of the pen-type injector of FIG. 1.

DETAILED DESCRIPTION

Referring first to FIGS. 1 to 5, there may be seen a pen-type injector in accordance with the present invention in a number of positions.

The pen-type injector comprises a housing having a first cartridge retaining part 2, and second main housing part 4. A first end of the cartridge retaining means 2 and a second end of the main housing 4 are secured together by retaining features 6. In the illustrated embodiment, the cartridge retaining means 2 is secured within the second end of the main housing 4.

A cartridge 8 from which a number of doses of medicinal product may be dispensed is provided in the cartridge retaining part 2. A piston 10 is retained in a first end of the cartridge 8.

A removable cap 12 is releasably retained over a second end of the cartridge retaining part 2. In use the removable cap 12 can be replaced by a user with a suitable needle unit (not shown). A replaceable cap 14 is used to cover the cartridge retaining part 2 extending from the main housing 4. Preferably, the outer dimensions of the replaceable cap 14 are similar or identical to the outer dimensions of the main housing 4 to provide the impression of a unitary whole when the replaceable cap 14 is in position covering the cartridge retaining part 2.

In the illustrated embodiment, an insert 16 is provided at a first end of the main housing 4. The insert 16 is secured against rotational or longitudinal motion. The insert 16 is provided with a threaded circular opening 18 extending therethrough. Alternatively, the insert may be formed integrally with the main housing 4 the form of a radially inwardly directed flange having an internal thread.

A first thread 19 extends from a first end of a piston rod 20. The piston rod 20 is of generally circular section. The first end of the piston rod 20 extends through the threaded

4

opening 18 in the insert 16. A pressure foot 22 is located at the first end of the piston rod 20. The pressure foot 22 is disposed to abut a second end of the cartridge piston 10. A second thread 24 extends from a second end of the piston rod 20. In the illustrated embodiment the second thread 24 comprises a series of part threads rather than a complete thread. The illustrated embodiment is easier to manufacture and helps reduce the overall force required for a user to cause medicinal product to be dispensed.

The first thread 19 and the second thread 24 are oppositely disposed. The second end of the piston rod 20 is provided with a receiving recess 26.

A drive sleeve 30 extends about the piston rod 20. The drive sleeve 30 is generally cylindrical. The drive sleeve 30 is provided at a first end with a first radially extending flange 32. A second radially extending flange 34 is provided spaced a distance along the drive sleeve 30 from the first flange 32. An intermediate thread 36 is provided on an outer part of the drive sleeve 30 extending between the first flange 32 and the second flange 34. A helical groove 38 extends along the internal surface of the drive sleeve 30. The second thread 24 of the piston rod 20 is adapted to work within the helical groove 38.

A first end of the first flange 32 is adapted to conform to a second side of the insert 16.

A nut 40 is located between the drive sleeve 30 and the main housing 2, disposed between the first flange 32 and the second flange 34. In the illustrated embodiment the nut 40 is a half-nut. This assists in the assembly of the injector. The nut 40 has an internal thread matching the intermediate thread 36. The outer surface of the nut 40 and an internal surface of the main housing 4 are keyed together by splines 42 (see FIGS. 10, 11, 15 and 16) to prevent relative rotation between the nut 40 and the main housing 4, while allowing relative longitudinal movement therebetween.

A shoulder 37 is formed between a second end of the drive sleeve 30 and an extension 38 provided at the second end of the drive sleeve 30. The extension 38 has reduced inner and outer diameters in comparison to the remainder of the drive sleeve 30. A second end of the extension 38 is provided with a radially outwardly directed flange 39.

A clicker 50 and a clutch 60 are disposed about the drive sleeve 30, between the drive sleeve 30 and a dose dial sleeve 70 (to be described below).

The clicker 50 is located adjacent the second flange 34 of the drive sleeve 30. The clicker 50 is generally cylindrical and is provided at a first end with a flexible helically extending arm 52 (shown most clearly in FIG. 6). A free end of the arm 52 is provided with a radially directed toothed member 54. A second end of the clicker 50 is provided with a series of circumferentially directed saw teeth 56 (of FIG. 7). Each saw tooth comprises a longitudinally directed surface and an inclined surface.

In an alternative embodiment (not shown) the clicker means further includes at least one spring member. The at least one spring member assists in the resetting of the clutch means 60 following dispense.

The clutch means 60 is located adjacent the second end of the drive sleeve 30. The clutch means 60 is generally cylindrical and is provided at a first end with a series of circumferentially directed saw teeth 66 (see FIG. 7). Each saw tooth comprises a longitudinally directed surface and an inclined surface. Towards the second end 64 of the clutch means 60 there is located a radially inwardly directed flange 62. The flange 62 of the clutch means 60 is disposed between the shoulder 37 of the drive sleeve 30 and the radially outwardly directed flange 39 of the extension 38. The second

US 9,526,844 B2

5

end of the clutch means **60** is provided with a plurality of dog teeth **65** (FIG. **8**). The clutch **60** is keyed to the drive sleeve **30** by way of splines (not shown) to prevent relative rotation between the clutch **60** and the drive sleeve **30**.

In the illustrated embodiment, the clicker **50** and the clutch **60** each extend approximately half the length of the drive sleeve **30**. However, it will be understood that other arrangements regarding the relative lengths of these parts are possible.

The clicker **50** and the clutch means **60** are normally engaged, that is as shown in FIG. **7**.

A dose dial sleeve **70** is provided outside of the clicker **50** and clutch means **60** and radially inward of the main housing **4**. A helical groove **74** is provided about an outer surface of the dose dial sleeve **70**.

The main housing **4** is provided with a window **44** through which a part of the outer surface of the dose dial sleeve may be seen. The main housing **4** is further provided with a helical rib **46**, adapted to be seated in the helical groove **74** on the outer surface of the dose dial sleeve **70**. The helical rib **46** extends for a single sweep of the inner surface of the main housing **4**. A first stop **100** is provided between the splines **42** and the helical rib **46** (FIG. **15**). A second stop **102**, disposed at an angle of 180° to the first stop **100** is formed by a frame surrounding the window **44** in the main housing **4** (FIG. **16**).

Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown). is provided on the outer surface of the dose dial sleeve **70**. The Window **44** conveniently only allows to be viewed a visual indication of the dose currently dialed.

A second end of the dose dial sleeve **70** is provided with an inwardly directed flange in the form of number of radially extending members **75**. A dose dial grip **76** is disposed about an outer surface of the second end of the dose dial sleeve **70**. An outer diameter of the dose dial grip **76** preferably corresponds to the outer diameter of the main housing **4**. The dose dial grip **76** is secured to the dose dial sleeve **70** to prevent relative movement therebetween. The dose dial grip **76** is provided with a central opening **78**. An annular recess **80** located in the second end of the dose dial grip **76** extends around the opening **78**.

A button **82** of generally 'T' section is provided at a second end of the pen-type injector. A stem **84** of the button **82** may extend through the opening **78** in the dose dial grip **76**, through the inner diameter of the extension **38** of the drive sleeve **30** and into the receiving recess **26** of the piston rod **20**. The stem **84** is retained for limited axial movement in the drive sleeve **30** and against rotation with respect thereto. A head **85** of the button **82** is generally circular. A skirt **86** depends from a periphery of the head **85**. The skirt **86** is adapted to be seated in the annular recess **80** of the dose dial grip **76**.

Operation of the pen-type injector in accordance with the present invention will now be described. In FIGS. **9**, **10** and **11** arrows A, B, C, D, E, F and G represent the respective movements of the button **82**, the dose dial grip **76**, the dose dial sleeve **70**, the drive sleeve **30**, the clutch means **60**, the clicker **50** and the nut **40**.

To dial a dose (FIG. **9**) a user rotates the dose dial grip **76** (arrow A). With the clicker **50** and clutch means **60** engaged, the drive sleeve **30**, the clicker **50**, the clutch means **60** and the dose dial sleeve **70** rotate with the dose dial grip **76**.

Audible and tactile feedback of the dose being dialed is provided by the clicker **50** and the clutch means **60**. Torque is transmitted through the saw teeth **56**, **66** between the clicker **50** and the clutch means **60**. The flexible arm **52**

6

deforms and drags the toothed member **54** over the splines **42** to produce a click. Preferably, the splines **42** are dispose such that each click corresponds to a unit dose.

The helical groove **74** on the dose dial sleeve **70** and the helical groove **38** in the drive sleeve **30** have the same lead. This allows the dose dial sleeve **70** (arrow C) to extend from the main housing **4** and the drive sleeve **30** (arrow D) to climb the piston rod **20** at the same rate. At the limit of travel, a radial stop **104** on the dose dial sleeve **70** engages either the first stop **100** or the second stop **102** provided on the main housing **4** to prevent further movement. Rotation of the piston rod **20** is prevented due to the opposing directions of the overhauled and driven threads on the piston rod **20**.

The nut **40**, keyed to the main housing **4**, is advanced along the intermediate thread **36** by the rotation of the drive sleeve **30** (arrow D). When the final dose dispensed position (FIGS. **4**, **5** and **13**) is reached, a radial stop **106** formed on a second surface of the nut **40** abuts a radial stop **108** on a first surface of the second flange **34** of the drive sleeve **30** preventing both the nut **40** and the drive sleeve **30** from rotating further.

In an alternative embodiment (not shown) a first surface of the nut **40** is provided with a radial stop for abutment with a radial stop provided on a second surface of the first flange **32**. This aids location of the nut **40** at the cartridge full position during assembly of the pen-type injector.

Should a user inadvertently dial beyond the desired dosage, the pen-type injector allows the dosage to be dialed down without dispense of medicinal product from the cartridge (FIG. **10**). The dose dial grip **76** is counter rotated. This causes the system to act in reverse. The flexible arm **52** now acts as a ratchet preventing the clicker from rotating. The torque transmitted through the clutch means **60** causes the saw teeth **56,66** to ride over one another to create the clicks corresponding to dialed dose reduction. Preferably the saw teeth **56,66** are so disposed that the circumferential extent of each saw tooth corresponds to a unit dose.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button **82** (FIG. **11**). This displaces the clutch means **60** axially with respect to the dose dial sleeve **70** causing the dog teeth **65** to disengage. However the clutch means **60** remains keyed in rotation to the drive sleeve **30**. The dose dial sleeve **70** and associated dose dial grip **76** are now free to rotate (guided by the helical rib **46** located in helical groove **74**).

The axial movement deforms the flexible arm **52** of the clicker **50** to ensure the saw teeth **56,66** cannot be overhauled during dispense. This prevents the drive sleeve **30** from rotating with respect to the main housing **4** though it is still free to move axially with respect thereto. This deformation is subsequently used to urge the clicker **50**, and the clutch **60**, back along the drive sleeve **30** to restore the connection between the clutch **60** and the dose dial sleeve **70** when pressure is removed from the button **82**.

The longitudinal axial movement of the drive sleeve **30** causes the piston rod **20** to rotate though the opening **18** in the insert **16**, thereby to advance the piston **10** in the cartridge **8**. Once the dialed dose has been dispensed, the dose dial sleeve **70** is prevented from further rotation by contact of a plurality of members **110** (FIG. **14**) extending from the dose dial grip **76** with a corresponding plurality of stops **112** formed in the main housing **4** (FIGS. **15** and **16**). In the illustrated embodiment, the members **110** extend axially from the dose dial grip **76** and have an inclined end surface. The zero dose position is determined by the abutment of one of the axially extending edges of the members **110** with a corresponding stop **112**.

US 9,526,844 B2

7

The invention claimed is:

1. A drive mechanism for use in a drug delivery device comprising:
a housing comprising an inner surface;
a dose dial sleeve threadedly engaged with the inner surface of the housing through an outer thread having a first lead;
an insert that is rotationally and axially fixed relative to the housing;
a piston rod engaged with the insert, where the piston rod is threaded with a second lead and remains axially fixed relative to the housing during dose setting and moves axially relative to the insert during dose delivery;
a clutch operatively engaged with the dose dial sleeve to allow rotation of the dose dial sleeve during dose setting and dose delivery; and
a drive sleeve that extends about the piston rod and is operatively engaged with the clutch, where the clutch connects the drive sleeve and dose dial sleeve so they rotate together and disconnects the drive sleeve and dose dial sleeve so the dose dial sleeve can rotate relative to the drive sleeve,
wherein during dose delivery the drive sleeve and the piston rod are configured to rotate relative to one another and the drive sleeve is configured to traverse axially towards the distal end.

2. The drive mechanism of claim 1 where the first lead and second lead are different.

3. The drive mechanism of claim 1 where the dose dial sleeve rotates and moves axially relative to the piston rod during dose setting and dose delivery.

4. The drive mechanism of claim 1 where the piston rod has a circular cross-section.

5. The drive mechanism of claim 1 where the clutch provides audible and tactile feedback indicative of unit doses of medicament.

6. The drive mechanism of claim 1 where the clutch provides audible clicks during dose cancelling, where each click is equal to a unit dose of medicament.

7. The drive mechanism of claim 6 where the clutch allows the dose cancelling without dispensing medicament.

8. The drive mechanism of claim 1 further comprising a T-shaped button having a skirt that extends distally from a head portion of the button and is seated in an annular recess of a dose dial grip on a proximal end of the dose dial sleeve.

9. The drive mechanism of claim 8 where the button further comprises a stem extending in an opening in the dose dial grip.

10. The drive mechanism of claim 8 where the button is rotatable relative to the dose dial sleeve.

11. The drive mechanism of claim 8 where axial movement movement of the button caused by distally applied pressure to the head initiates dose delivery by displacing the clutch axially with respect to the dose dial sleeve and drive sleeve.

12. The drive mechanism of claim 1 further comprising a clicker that provides audible clicks during dose setting, where each click is equal to a unit dose of medicament.

13. The drive mechanism of claim 1 where the dose dial sleeve rotates and moves axially during dose setting and dose delivery.

14. The drive mechanism of claim 1 further comprises a nut that tracks each set dose of medicament delivered.

15. The drive mechanism of claim 14 where the nut is threaded, axially slidable and rotationally fixed relative to the housing.

8

16. The drive mechanism of claim 14 where the nut moves axially in a proximal direction relative to the housing and drive sleeve for each dose set and delivered.

17. The drive mechanism of claim 14 where the drive sleeve further comprises a final dose stop.

18. The drive mechanism of claim 17 where the nut further comprises a corresponding final dose stop that engages the final dose stop on drive sleeve.

19. The drive mechanism of claim 18 where engagement of the final dose stop and the corresponding final dose stop prevent rotation of the dose dial sleeve during dose setting.

20. A drug delivery device comprising;
a cartridge holder;
a cap; and
the drive mechanism of claim 1.

21. A drug delivery device comprising:
a housing comprising a dose dispensing end and a first thread;
a dose indicator comprising a second thread that engages with the first thread;
a driving member comprising a third thread;
a sleeve that is (i) disposed between the dose indicator and the driving member and (ii) releasably connected to the dose indicator;
a piston rod comprising either an internal or an external fourth thread that is engaged with the third thread;
a piston rod holder that is rotatably fixed relative to the housing and configured to (i) prevent the piston rod from rotating during dose setting and (ii) permit the piston rod to traverse axially towards the distal end during dose dispensing;
wherein:
the housing is disposed at an outermost position of the drug delivery device;
the dose indicator is disposed between the housing and the sleeve and is configured to (i) rotate and traverse axially away from the dose dispensing end during dose setting and (ii) rotate and traverse axially towards the dose dispensing end during dose dispensing;
the driving member is configured to rotate relative to the piston rod;
the sleeve is rotatably fixed relative to the driving member and configured to traverse axially with the dose indicator; and
the piston rod and the driving member are configured to rotate relative to one another during dose dispensing;
and the piston rod is configured to traverse axially towards the dose dispensing end during dose dispensing.

22. The drug delivery device of claim 21 where the piston rod has a circular cross-section.

23. The drug delivery device of claim 21 further comprising a clutch.

24. The drug delivery device of claim 23 where the clutch provides audible and tactile feedback indicative of unit doses of medicament.

25. The drug delivery device of claim 24 where the clutch provides audible clicks during dose cancelling, where each click is equal to a unit dose of medicament.

26. The drug delivery device of claim 24 where the clutch allows the dose cancelling without dispensing medicament.

27. The drug delivery device of claim 24 further comprising a button seated in an annular recess of a dose dial grip on a proximal end of the dose indicator, where the button is rotatable relative to the dose indicator.

28. The drug delivery device of claim 27 where axial movement movement of the button caused by distally

US 9,526,844 B2

9

applied pressure to the button initiates dose delivery by displacing the clutch axially with respect to the dose indicator and driving member.

29. The drug delivery device of claim 21 further comprising a clicker that provides audible clicks during dose setting, where each click is equal to a unit dose of medicament.

30. The drug delivery device of claim 21 further comprises a nut that tracks each set dose of medicament delivered.

*    *    *    *    *

10

# Exhibit G

US009533105B2

US 9,533,105 B2

(12) **United States Patent**
Veasey et al.

(10) **Patent No.:** **US 9,533,105 B2**
(45) **Date of Patent:** *****Jan. 3, 2017**

(54) **DRIVE MECHANISMS SUITABLE FOR USE IN DRUG DELIVERY DEVICES**

(71) Applicant: **SANOFI-AVENTIS DEUTSCHLAND GMBH**, Frankfurt am Main (DE)

(72) Inventors: **Robert Frederick Veasey**, Warwickshire (GB); **Robert Perkins**, Warwickshire (GB); **David Aubrey Plumptre**, Worcestershire (GB)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 167 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/319,379**

(22) Filed: **Jun. 30, 2014**

(65) **Prior Publication Data**

US 2014/0316345 A1     Oct. 23, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 12/941,702, filed on Nov. 8, 2010, now Pat. No. 9,028,454, which is a
(Continued)

(30) **Foreign Application Priority Data**

Mar. 3, 2003     (GB) .................................. 0304822.0

(51) **Int. Cl.**
**A61M 5/315** (2006.01)
**A61M 5/24** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... **A61M 5/31551** (2013.01); **A61M 5/24** (2013.01); **A61M 5/3157** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC   A61M 5/24; A61M 5/31533; A61M 5/31535; A61M 5/31536; A61M 5/31541; A61M 5/31551; A61M 5/31565; A61M 5/31578
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 533,575 A | 2/1895 | Wilkens | |
| 2,444,570 A | 7/1948 | Lawrence et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3609555 | 9/1987 |
| EP | 295075 | 12/1988 |

(Continued)

OTHER PUBLICATIONS

U.S. Reissue Appl. No. 10/442,855, "Injection Syringe", filed May 21, 2003, including as-filed specification, drawings, abstract, and claims, as well as the reissue declaration and a list of documents as of Mar. 3, 2011.

(Continued)

*Primary Examiner* — Andrew Gilbert
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

A drive mechanism suitable for use in drug delivery devices is disclosed. The drive mechanism may be used with injector-type drug delivery devices, such as those permitting a user to set the delivery dose. The drive mechanism may include a housing, a dose dial sleeve, and a drive sleeve. A clutch is configured to permit rotation of the drive sleeve and the dose dial sleeve with respect to the housing when the dose dial sleeve and drive sleeve are coupled through the clutch. Conversely, when the dose dial sleeve and drive sleeve are in a de-coupled state, rotation of the dose dial sleeve with respect to the housing is permitted and rotation of the drive sleeve with respect to the housing is prevented.

(Continued)



## US 9,533,105 B2

Page 2

In the de-coupled state, axial movement of the drive sleeve transfers force in a longitudinal direction for actuation of a drug delivery device.

**16 Claims, 13 Drawing Sheets**

### Related U.S. Application Data

continuation of application No. 12/320,189, filed on Jan. 21, 2009, now Pat. No. 7,850,662, which is a continuation of application No. 11/520,598, filed on Sep. 14, 2006, now Pat. No. 7,935,088, which is a continuation of application No. 10/790,866, filed on Mar. 3, 2004, now abandoned.

(51) **Int. Cl.**
  *A61M 5/32* (2006.01)
  *A61M 5/31* (2006.01)

(52) **U.S. Cl.**
  CPC .... *A61M 5/31528* (2013.01); *A61M 5/31533* (2013.01); *A61M 5/31535* (2013.01); *A61M 5/31536* (2013.01); *A61M 5/31541* (2013.01); *A61M 5/31546* (2013.01); *A61M 5/31563* (2013.01); *A61M 5/31568* (2013.01); *A61M 5/31585* (2013.01); *A61M 5/31593* (2013.01); *A61M 5/32* (2013.01); *A61M 5/3156* (2013.01); *A61M 5/31565* (2013.01); *A61M 5/31575* (2013.01); *A61M 5/31578* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2005/3126* (2013.01); *A61M 2205/581* (2013.01); *A61M 2205/582* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,717,597 | A | 9/1955 | Hein, Jr. |
| 2,722,931 | A | 11/1955 | May |
| 3,815,785 | A | 6/1974 | Gilmont |
| 4,470,317 | A | 9/1984 | Sabloewski et al. |
| 4,498,904 | A | 2/1985 | Turner et al. |
| 4,568,335 | A | 2/1986 | Updike et al. |
| 4,585,439 | A | 4/1986 | Michel |
| 4,592,745 | A | 6/1986 | Rex et al. |
| 4,833,379 | A | 5/1989 | Kaibel et al. |
| 4,863,072 | A | 9/1989 | Perler |
| 4,865,591 | A | 9/1989 | Sams |
| 4,883,472 | A | 11/1989 | Michel |
| 4,919,596 | A | 4/1990 | Slate et al. |
| 4,936,833 | A | 6/1990 | Sams |
| 4,973,318 | A | 11/1990 | Holm |
| 4,994,033 | A | 2/1991 | Shockey et al. |
| 5,017,190 | A | 5/1991 | Simon et al. |
| 5,030,209 | A | 7/1991 | Wanderer et al. |
| 5,112,317 | A | 5/1992 | Michel |
| 5,207,752 | A | 5/1993 | Sorenson et al. |
| 5,226,895 | A * | 7/1993 | Harris ................... A61J 1/1406 604/208 |
| 5,246,417 | A | 9/1993 | Haak et al. |
| 5,257,987 | A | 11/1993 | Athayde et al. |
| 5,271,527 | A | 12/1993 | Haber et al. |
| 5,279,585 | A | 1/1994 | Balkwill |
| 5,279,586 | A | 1/1994 | Balkwill |
| 5,281,198 | A | 1/1994 | Haber et al. |
| 5,284,480 | A | 2/1994 | Porter et al. |
| 5,304,152 | A | 4/1994 | Sams |
| 5,308,340 | A | 5/1994 | Harris |
| 5,314,412 | A | 5/1994 | Rex |
| 5,318,540 | A | 6/1994 | Athayde et al. |
| 5,320,609 | A | 6/1994 | Haber et al. |

| | | | |
|---|---|---|---|
| 5,328,486 | A | 7/1994 | Woodruff |
| 5,331,954 | A | 7/1994 | Rex et al. |
| 5,370,629 | A | 12/1994 | Michel et al. |
| 5,380,297 | A | 1/1995 | Wadman et al. |
| 5,383,865 | A | 1/1995 | Michel |
| 5,440,976 | A | 8/1995 | Giuliano et al. |
| 5,445,606 | A | 8/1995 | Haak et al. |
| 5,447,150 | A | 9/1995 | Bacon |
| 5,478,316 | A | 12/1995 | Bitdinger et al. |
| 5,480,387 | A | 1/1996 | Gabriel et al. |
| 5,492,534 | A | 2/1996 | Athayde et al. |
| 5,505,704 | A | 4/1996 | Pawelka et al. |
| 5,545,147 | A | 8/1996 | Harris |
| 5,546,932 | A | 8/1996 | Galli |
| 5,547,131 | A | 8/1996 | Brace |
| 5,549,574 | A | 8/1996 | Townsend |
| 5,549,575 | A | 8/1996 | Giambattista |
| 5,582,598 | A * | 12/1996 | Chanoch ........... A61M 5/31551 222/309 |
| 5,584,815 | A | 12/1996 | Pawelka |
| 5,591,136 | A * | 1/1997 | Gabriel ............. A61M 5/31553 604/208 |
| 5,599,314 | A | 2/1997 | Neill |
| 5,611,783 | A | 3/1997 | Mikkelsen |
| 5,626,566 | A | 5/1997 | Peterson et al. |
| 5,645,052 | A | 7/1997 | Kersey |
| 5,674,204 | A | 10/1997 | Chanoch |
| 5,679,111 | A | 10/1997 | Hjertman et al. |
| 5,681,285 | A | 10/1997 | Ford et al. |
| 5,685,864 | A | 11/1997 | Shanely et al. |
| 5,688,251 | A | 11/1997 | Chanoch |
| 5,693,027 | A | 12/1997 | Hansen et al. |
| 5,709,662 | A | 1/1998 | Olive et al. |
| 5,716,990 | A | 2/1998 | Bagshawe et al. |
| 5,725,508 | A | 3/1998 | Chanoch et al. |
| 5,728,074 | A | 3/1998 | Castellano et al. |
| 5,728,075 | A | 3/1998 | Levander |
| 5,743,889 | A | 4/1998 | Sams |
| 5,755,692 | A | 5/1998 | Manicom |
| 5,823,998 | A | 10/1998 | Yamagata |
| 5,827,232 | A | 10/1998 | Chanoch |
| 5,843,036 | A | 12/1998 | Olive et al. |
| 5,882,718 | A | 3/1999 | Pommer et al. |
| 5,898,028 | A | 4/1999 | Jensen et al. |
| 5,921,966 | A | 7/1999 | Bendek et al. |
| 5,928,201 | A | 7/1999 | Poulsen et al. |
| 5,938,642 | A * | 8/1999 | Burroughs ........ A61M 5/31551 604/208 |
| 5,947,934 | A | 9/1999 | Hansen et al. |
| 5,951,530 | A | 9/1999 | Steengaard et al. |
| 5,954,689 | A | 9/1999 | Poulsen |
| 5,957,896 | A | 9/1999 | Bendek et al. |
| 5,961,495 | A | 10/1999 | Walters et al. |
| 5,961,496 | A | 10/1999 | Nielsen et al. |
| 5,980,491 | A | 11/1999 | Hansen |
| 5,984,900 | A | 11/1999 | Mikkelsen |
| 6,001,089 | A | 12/1999 | Burroughs et al. |
| 6,003,736 | A | 12/1999 | Ljunggren |
| 6,004,297 | A * | 12/1999 | Steenfeldt-Jensen A61M 5/31551 604/207 |
| 6,010,485 | A | 1/2000 | Buch-Rasmussen et al. |
| 6,033,376 | A | 3/2000 | Rockley |
| 6,033,377 | A | 3/2000 | Rasmussen et al. |
| 6,048,336 | A | 4/2000 | Gabriel |
| 6,059,755 | A | 5/2000 | Michel |
| 6,074,372 | A | 6/2000 | Hansen |
| 6,083,197 | A | 7/2000 | Umbaugh |
| 6,086,567 | A | 7/2000 | Kirchhofer et al. |
| 6,096,010 | A | 8/2000 | Walters |
| 6,110,149 | A | 8/2000 | Klitgaard et al. |
| 6,129,080 | A | 10/2000 | Pitcher et al. |
| 6,146,361 | A | 11/2000 | DiBiasi et al. |
| 6,193,698 | B1 * | 2/2001 | Kirchhofer ....... A61M 5/31551 604/207 |
| 6,221,046 | B1 | 4/2001 | Burroughs et al. |
| 6,221,053 | B1 * | 4/2001 | Walters ............. A61M 5/31551 604/208 |
| 6,231,540 | B1 | 5/2001 | Smedegaard |
| 6,235,004 | B1 | 5/2001 | Steenfeldt-Jensen et al. |

## US 9,533,105 B2

Page 3

(56)                   **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,248,090 | B1 | 6/2001 | Jensen et al. |
| 6,248,095 | B1 | 6/2001 | Giambattista et al. |
| 6,258,062 | B1 | 7/2001 | Thielen et al. |
| 6,269,340 | B1 | 7/2001 | Ford et al. |
| 6,277,097 | B1 | 8/2001 | Mikkelsen et al. |
| 6,277,098 | B1 | 8/2001 | Klitmose et al. |
| 6,277,099 | B1 * | 8/2001 | Strowe .............. A61M 5/31553 |
| | | | 604/186 |
| 6,277,101 | B1 | 8/2001 | Kirchhofer et al. |
| 6,281,225 | B1 | 8/2001 | Hearst et al. |
| 6,283,941 | B1 | 9/2001 | Schoenfeld et al. |
| 6,287,283 | B1 | 9/2001 | Ljunggreen |
| 6,302,869 | B1 | 10/2001 | Klitgaard |
| 6,312,413 | B1 | 11/2001 | Jensen et al. |
| 6,340,357 | B1 | 1/2002 | Poulsen et al. |
| 6,379,339 | B1 | 4/2002 | Klitgaard et al. |
| 6,383,167 | B2 | 5/2002 | Kirchhofer et al. |
| 6,514,230 | B1 | 2/2003 | Munk et al. |
| 6,547,763 | B2 | 4/2003 | Steenfeldt-Jensen et al. |
| 6,547,764 | B2 | 4/2003 | Larsen et al. |
| 6,562,011 | B1 | 5/2003 | Buch-Rasmussen et al. |
| 6,569,126 | B1 | 5/2003 | Poulsen et al. |
| 6,582,404 | B1 * | 6/2003 | Klitgaard .......... A61M 5/31525 |
| | | | 604/181 |
| 6,605,067 | B1 | 8/2003 | Larsen |
| 6,613,019 | B2 | 9/2003 | Munk |
| 6,663,602 | B2 | 12/2003 | Moller |
| 6,692,472 | B2 | 2/2004 | Hansen et al. |
| 6,716,198 | B2 | 4/2004 | Larsen |
| 6,726,661 | B2 | 4/2004 | Munk et al. |
| 6,770,288 | B2 | 8/2004 | Duirs |
| 6,796,970 | B1 | 9/2004 | Klitmose et al. |
| 6,893,415 | B2 | 5/2005 | Madsen et al. |
| 6,899,698 | B2 | 5/2005 | Sams |
| 6,899,699 | B2 | 5/2005 | Enggaard |
| 6,932,794 | B2 | 8/2005 | Giambattista et al. |
| 6,936,032 | B1 | 8/2005 | Bush, Jr. et al. |
| 6,945,961 | B2 | 9/2005 | Miller et al. |
| 7,008,399 | B2 | 3/2006 | Larsen et al. |
| 7,090,662 | B2 | 8/2006 | Wimpenny et al. |
| 7,094,221 | B2 | 8/2006 | Veasey et al. |
| 7,104,972 | B2 | 9/2006 | Moller et al. |
| 7,133,329 | B2 | 11/2006 | Skyggebiera et al. |
| 7,169,132 | B2 | 1/2007 | Bendek et al. |
| 7,175,055 | B2 | 2/2007 | Hansen et al. |
| 7,195,616 | B2 | 3/2007 | Diller et al. |
| 7,241,278 | B2 | 7/2007 | Moller |
| 7,291,132 | B2 * | 11/2007 | DeRuntz .......... A61M 5/31551 |
| | | | 604/187 |
| 7,316,670 | B2 | 1/2008 | Graf et al. |
| 7,361,161 | B2 | 4/2008 | Bainton |
| 7,553,299 | B2 | 6/2009 | Veasey et al. |
| 7,736,343 | B2 * | 6/2010 | Marshall .......... A61M 5/31525 |
| | | | 604/207 |
| 7,771,400 | B2 | 8/2010 | Nielsen |
| 7,850,662 | B2 * | 12/2010 | Veasey .............. A61M 5/31546 |
| | | | 604/207 |
| 7,905,867 | B2 | 3/2011 | Veasey et al. |
| 7,918,833 | B2 * | 4/2011 | Veasey .............. A61M 5/31546 |
| | | | 604/209 |
| 7,935,088 | B2 * | 5/2011 | Veasey .............. A61M 5/31546 |
| | | | 604/207 |
| 3,021,345 | A1 | 9/2011 | Veasey et al. |
| 8,512,297 | B2 | 8/2013 | Veasey et al. |
| 8,608,709 | B2 | 12/2013 | Moller et al. |
| 8,679,069 | B2 | 3/2014 | Veasey et al. |
| 9,028,454 | B2 * | 5/2015 | Veasey .............. A61M 5/31546 |
| | | | 604/211 |
| 9,233,211 | B2 | 1/2016 | Veasey et al. |
| 2001/0034507 | A1 | 10/2001 | Kirchhofer et al. |
| 2002/0007154 | A1 | 1/2002 | Hansen et al. |
| 2002/0052578 | A1 | 5/2002 | Moller |
| 2002/0077852 | A1 | 6/2002 | Ford et al. |
| 2002/0120235 | A1 | 8/2002 | Enggaard |

| | | | |
|---|---|---|---|
| 2002/0165499 | A1 | 11/2002 | Slate et al. |
| 2003/0039679 | A1 | 2/2003 | Duirs |
| 2003/0050609 | A1 | 3/2003 | Sams |
| 2003/0172924 | A1 | 9/2003 | Staniforth et al. |
| 2004/0059299 | A1 | 3/2004 | Moller |
| 2004/0127858 | A1 * | 7/2004 | Bendek ............. A61M 5/31541 |
| | | | 604/208 |
| 2004/0186431 | A1 | 9/2004 | Graf et al. |
| 2004/0210199 | A1 | 10/2004 | Atterbury et al. |
| 2004/0236282 | A1 | 11/2004 | Braithwaite |
| 2004/0249348 | A1 | 12/2004 | Wimpenny et al. |
| 2004/0260247 | A1 | 12/2004 | Veasey et al. |
| 2004/0267207 | A1 | 12/2004 | Veasey et al. |
| 2004/0267208 | A1 | 12/2004 | Veasey et al. |
| 2005/0004529 | A1 | 1/2005 | Veasey et al. |
| 2005/0019400 | A1 | 1/2005 | Deveney et al. |
| 2005/0033244 | A1 | 2/2005 | Veasey et al. |
| 2005/0055011 | A1 | 3/2005 | Enggaard |
| 2005/0113765 | A1 | 5/2005 | Veasey et al. |
| 2005/0205083 | A1 | 9/2005 | Staniforth et al. |
| 2005/0209570 | A1 | 9/2005 | Moller |
| 2005/0268915 | A1 | 12/2005 | Wassenaar et al. |
| 2006/0206057 | A1 * | 9/2006 | DeRuntz ........... A61M 5/31551 |
| | | | 604/224 |
| 2006/0264839 | A1 | 11/2006 | Veasey et al. |
| 2007/0093761 | A1 | 4/2007 | Veasey |
| 2007/0123829 | A1 | 5/2007 | Atterbury et al. |
| 2007/0233015 | A1 * | 10/2007 | Saiki ................. A61M 5/31551 |
| | | | 604/207 |
| 2007/0244436 | A1 * | 10/2007 | Saiki .................. A61M 5/31511 |
| | | | 604/131 |
| 2009/0275916 | A1 | 11/2009 | Harms et al. |
| 2010/0042054 | A1 | 2/2010 | Elahi et al. |
| 2012/0053528 | A1 | 3/2012 | Bollenbach et al. |
| 2012/0184917 | A1 * | 7/2012 | Bom ....................... A61M 5/24 |
| | | | 604/187 |
| 2016/0045665 | A1 * | 2/2016 | Bayer ................... A61M 5/315 |
| | | | 604/207 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 327910 | 8/1989 |
| EP | 359070 B1 | 3/1990 |
| EP | 450905 | 10/1991 |
| EP | 498737 | 8/1992 |
| EP | 554996 | 8/1993 |
| EP | 594349 | 4/1994 |
| EP | 608343 B1 | 8/1994 |
| EP | 702970 | 3/1996 |
| EP | 0673482 | 4/1998 |
| EP | 879610 | 11/1998 |
| EP | 0937471 | 8/1999 |
| EP | 0937476 | 8/1999 |
| EP | 0937477 A2 | 8/1999 |
| EP | 1250167 B1 | 7/2005 |
| EP | 1294418 | 7/2005 |
| EP | 1570876 A2 | 7/2005 |
| EP | 1855743 B1 | 12/2008 |
| FR | 2583291 | 12/1986 |
| FR | 2767479 | 2/1999 |
| GB | 735443 | 8/1955 |
| GB | 1232899 | 5/1971 |
| GB | 2141799 | 1/1985 |
| JP | 05337179 | 12/1993 |
| JP | 06296691 | 10/1994 |
| RU | 2111019 | 5/1998 |
| WO | 8907463 | 8/1989 |
| WO | 9009202 | 8/1990 |
| WO | 9110460 | 7/1991 |
| WO | 9114467 | 10/1991 |
| WO | 9307922 | 4/1993 |
| WO | 9419034 | 9/1994 |
| WO | 9625965 A1 | 8/1996 |
| WO | 9626754 | 9/1996 |
| WO | 9638190 | 12/1996 |
| WO | 9736626 | 10/1997 |
| WO | 9810813 | 3/1998 |
| WO | 9856436 | 12/1998 |

**US 9,533,105 B2**

Page 4

(56)          **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9857688 | 12/1998 |
| WO | 9916487 | 4/1999 |
| WO | 99/38554 | 8/1999 |
| WO | 9938554 | 8/1999 |
| WO | 0110484 A1 | 2/2001 |
| WO | 0119434 | 3/2001 |
| WO | 0253214 A1 | 7/2002 |
| WO | 02092153 A2 | 11/2002 |
| WO | 03080160 A1 | 10/2003 |
| WO | 2011051366 A2 | 5/2011 |

OTHER PUBLICATIONS

U.S. Reissue Appl. No. 10/960,900, "Injection Syringe", filed Oct. 7, 2004, including as-filed specification, drawings, abstract, and claims, as well as the reissue declaration and a list of documents as of Mar. 3, 2011.

U.S. Reissue Appl. No. 11/121,331, "Injection Syringe", filed Dec. 18, 2006, including as-filed specification, drawings, abstract, and claims, as well as the reissue declaration and a list of documents as of Mar. 3, 2011.

U.S. Reissue Appl. No. 11/640,610, "Injection Syringe", filed May 3, 2005, including as-filed specification, drawings, abstract, and claims, as well as the reissue declaration and a list of documents as of Mar. 3, 2011.

US Office Action mailed Mar. 14, 2006 in U.S. Appl. No. 10/790,866.

US Office Action mailed Dec. 18, 2008 in U.S. Appl. No. 10/960,600.

US Office Action mailed Apr. 17, 2009 in U.S. Appl. No. 11/121,331.

US Office Action mailed Apr. 17, 2009 in U.S. Appl. No. 11/640,610.

* cited by examiner



FIG. 1                    FIG. 2

**U.S. Patent**     Jan. 3, 2017      Sheet 2 of 13        US 9,533,105 B2



FIG. 3          FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

FIG. 10

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



Fig. 17



FIG.18

FIG.19



FIG.20

FIG.21



FIG. 22



FIG.23



FIG. 24

US 9,533,105 B2

**1**

## DRIVE MECHANISMS SUITABLE FOR USE IN DRUG DELIVERY DEVICES

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation application of U.S. patent application Ser. No. 12/941,702, filed Nov. 8, 2010, now U.S. Pat. No. 9,028,454, which is a continuation application of U.S. patent application Ser. No. 12/320,189, filed Jan. 21, 2009, now U.S. Pat. No. 7,850,662, which is a continuation application of U.S. patent application Ser. No. 11/520,598, filed Sep. 14, 2006, now U.S. Pat. No. 7,935, 088, which is a continuation application of U.S. patent application Ser. No. 10/790,866, filed Mar. 3, 2004, abandoned, and claims priority to GB Patent Application No. 0304822.0, filed Mar. 3, 2003, the entire contents of each of which are incorporated herein by reference.

### TECHNICAL FIELD

The present invention relates to drive mechanisms suitable for use in drug delivery devices, in particular pen-type injectors, having dosage setting means, enabling the administration of medicinal products from a multi-dose cartridge. In particular, the present invention relates to such drug delivery devices where a user may set the dose.

### BACKGROUND

Such drug delivery devices have application where regular injection by persons without formal medical training occurs, i.e., patients. This is increasingly common amongst those having diabetes where self-treatment enables such persons to conduct effective management of their diabetes.

These circumstances set a number of requirements for drug delivery devices of this kind. The device must be robust in construction, yet easy to use in terms of the manipulation of the parts, understanding by a user of its operation and the delivery of the required dose of medicament. Dose setting must be easy and unambiguous. In the case of those with diabetes, many users will be physically infirm and may also have impaired vision requiring the drive mechanism to have low dispensing force and an easy to read dose setting display. Where the device is to be disposable rather than reusable, the device should be cheap to manufacture and easy to dispose of (preferably being suitable for recycling). To meet these requirements the number of parts required to assemble the device and the number of material types the device is made from need to be kept to a minimum.

User operated drug delivery devices are well known within the medical field.

In U.S. Pat. No. 5,304,152 a dispensing device is disclosed which has a body length to plunger length ratio of about 1:1 in order to allow the dispensing of relatively large doses. Whilst this device provides many improvements over the prior art the easy correction of a set overdose remains unresolved without either dispensing the set amount of fluid or dismantling the cartridge.

WO 9938554 A2 teaches an injection syringe for apportioning set doses of a medicine from a cartridge wherein a drive mechanism comprising a unidirectional coupling (i.e., a ratchet) is disclosed which allows correction of a set overdose without dispensing the set amount of fluid or requiring the dismantling of the cartridge.

Surprisingly it was found that the drive mechanism according to instant invention without having a unidirec-

**2**

tional coupling provides a valuable technical alternative for drive mechanisms, wherein reduced force is needed to actuate the mechanism. This is achieved by the introduction of a clutch means as defined by instant invention. The drive mechanism according to instant invention further provides the advantage of intuitive and easy to use correction of a set dose.

### SUMMARY

According to a first aspect of the present invention, a drive mechanism for use in a drug delivery device is provided comprising:

a housing having a helical thread;

a dose dial sleeve having a helical thread engaged with the helical thread of the said housing;

a drive sleeve releasibly connected to the said dose dial sleeve;

and a clutch means located between the dose dial sleeve and the drive sleeve;

characterized in that,

a) when the dose dial sleeve and the drive sleeve are coupled, the dose dial sleeve and the drive sleeve are allowed to rotate with respect to the housing; and

b) when the dose dial sleeve and the drive sleeve are de-coupled, rotation of the dose dial sleeve with respect to the housing is allowed, whilst rotation of the drive sleeve with respect to the housing is not allowed, whereby axial movement of the drive sleeve is allowed so that a force is transferred in the longitudinal direction to the proximal end of the drug delivery device.

In a preferred embodiment of the drive mechanism of instant invention the said drive mechanism further comprises a piston rod adapted to operate through the housing and transfer the said force in the said longitudinal direction to the proximal end of the drug delivery device.

In another preferred embodiment of the drive mechanism of instant invention the said dose dial sleeve further comprises a helical thread, which has the same lead as the lead of the helical thread of the said drive sleeve.

In a more specific embodiment of instant invention, the drive mechanism further comprises a nut, which is rotatable with respect to the drive sleeve and axially displaceable but not rotatable with respect to the housing.

The term "drug delivery device" according to instant invention shall mean a single-dose or multi-dose, or reuseable device designed to dispense a selected dose of a medicinal product, preferably multiple selected doses, e.g. insulin, growth hormones, low molecular weight heparins, and their analogues and/or derivatives etc. Said device may be of any shape, e.g. compact or pen-type. Dose delivery may be provided through a mechanical (optionally manual) or electrical drive mechanism or stored energy drive mechanism, such as a spring, etc. Dose selection may be provided through a manual mechanism or electronic mechanism. Additionally, said device may contain components designed to monitor physiological properties such as blood glucose levels, etc. Furthermore, the said device may comprise a needle or may be needle-free. In particular, the term "drug delivery device" shall mean a disposable multi-dose pen-type device having mechanical and manual dose delivery and dose selection mechanisms, which is designed for regular use by persons without formal medical training such as patients. Preferably, the drug delivery device is of the injector-type.

The term "housing" according to instant invention shall preferably mean any exterior housing ("main housing",

US 9,533,105 B2

3

"body", "shell") or interior housin9 ("insert", "inner body") having a helical thread. The housing may be designed to enable the safe, correct, and comfortable handling of the drug delivery device or any of its mechanism. Usually, it is designed to house, fix, protect, guide, and/or engage with any of the inner components of the drug delivery device (e.g., the drive mechanism, cartridge, plunger, piston rod) by limiting the exposure to contaminants, such as liquid, dust, dirt etc. In general, the housing may be unitary or a multipart component of tubular or non-tubular shape. Usually, the exterior housing serves to house a cartridge from which a number of doses of a medicinal product may by dispensed.

In a more specific embodiment of instant invention, the exterior housing is provided with a plurality of maximum dose stops adapted to be abutted by a radial stop provided on the dose dial sleeve. Preferably, at least one of the maximum dose stops comprises a radial stop located between a helical thread and spline means provided at a second end of the housing. Alternatively; at least one of the maximum dose stops comprises a part of a raised window portion provided at a second end of the housing.

The term "engaged" according to instant invention shall particularly mean the interlocking of two or more components of the drive mechanism/drug delivery device, e.g. a spline, thread; or meshed teeth connection, preferably the interlocking of helical threads of components ("threadedly engaged").

The term "helical thread" according to instant invention shall preferably mean a full or part thread, e.g., a cylindrical spiral rib/groove, located on the internal and/or external surface of a component of the drug delivery device, having an essentially triangular or square or rounded section designed to allow continuous free rotational and/or axial movement between components. Optionally, a thread may be further designed to prevent rotational or axial movement of certain components in one direction.

The term "dose dial sleeve" according to instant invention shall mean an essentially tubular component of essentially circular cross-section having either:

a) both an internal and external thread, or

b) an internal thread, or

c) an external thread.

Preferably, the dose dial sleeve according to instant invention comprises a helical thread having a lead, which is similar to, preferably the same as the lead of the helical thread of the drive sleeve. In yet another preferred embodiment the dose dial sleeve is designed to indicate a selected dose of a dispensable product. This may be achieved by use of markings, symbols, numerals, etc., e.g. printed on the external surface of the dose dial sleeve or an odometer, or the like.

In a more specific embodiment of instant invention, the dose dial sleeve is provided with a plurality of radially extending members adapted to abut a corresponding plurality of radial stops provided at a second end of the housing.

The term "lead" according to instant invention shall preferably mean the axial distance a nut would advance in one complete revolution; preferably "lead" shall mean the axial distance through which a component having a helical thread, i.e. dose dial sleeve, drive sleeve, piston rod, etc., of the drive mechanism travels during one rotation. Therefore lead is a function of the pitch of the thread of the relevant component.

The term "pitch" according to instant invention shall preferably mean the distance between consecutive contours on a helical thread, measured parallel to the axis of the helical thread.

4

The term "drive sleeve" according to instant invention shall mean any essentially tubular component of essentially circular cross-section and which is further releasibly connected to the dose dial sleeve. In a preferred embodiment the drive sleeve is further engaged with the piston rod.

In a more particular embodiment of instant invention, the drive sleeve is provided at a first end with first and second flanges with an intermediate helical thread between the first and second flanges, having a nut disposed between the first and second flanges and keyed to the housing by spline means. Optionally, a first radial stop may be provided on a second face of the nut and a second radial stop may be provided on a first face of the second flange.

The term "releasibly connected" according to instant invention shall preferably mean that two components of instant mechanism or device are reversibly joined to each other, which allows coupling and decoupling, e.g. by means of a clutch.

The term "piston rod" according to instant invention shall mean a component adapted to operate through/within the housing, designed to translate axial movement through/ within the drug delivery device, preferably from the drive sleeve to the piston, for the purpose of discharging/dispensing an injectable product. Said piston rod may be flexible or not. It may be a simple rod, a lead-screw, a rack and pinion system, a worm gear system, or the like. The "piston rod" shall further mean a component having a circular or non-circular cross-section. It may be made of any suitable material known by a person skilled in the art.

In a preferred embodiment, the piston rod comprises at least one, more preferably two, external and/or internal helical threads. In another preferred embodiment of the piston rod according to instant invention, a first helical thread is located at a first end and a second helical thread is located at a second end of the said piston rod, whereby the said threads may have the same or, preferably, opposite dispositions. In another preferred embodiment the piston rod of instant invention comprises threads having the same leads at the first and the second end.

In yet another preferred embodiment of instant invention the lead of the first helical thread of the piston rod shall be greater than the lead of the second helical thread. More preferred, the ratio of the leads of the helical threads of the said first and the second helical threads is 1:1, 01 to 1:20, even more preferred 1:1, 1 to 1:10. Preferably, one of the said threads is designed to engage with the drive sleeve.

Alternatively, in another preferred embodiment of the piston rod of instant invention, the piston rod is designed to have attached, optionally by means of a journal bearing, a toothed gear, and wherein said toothed gear is designed to mesh with the threads of the drive sleeve and the teeth of a toothed rack, whereby said toothed rack is fixed to the housing.

The term "first end" according to instant invention shall mean the proximal end. The proximal end of the device or a component of the device shall mean the end, which is closest to the dispensing end of the device.

The term "second end" according to instant invention shall mean the distal end. The distal end of the device or a component of the device shall mean the end, which is furthest away from the dispensing end of the device.

The term "clutch means" according to instant invention shall mean any means, which releasibly connects the dose dial sleeve and the drive sleeve and which is designed to allow rotation of the dose dial sleeve and the drive sleeve with respect to the housing when the dose dial sleeve and the drive sleeve are coupled and, when both are de-coupled,

US 9,533,105 B2

5

allows rotation of the dose dial sleeve with respect to the housing, but does not allow rotation of the drive sleeve with respect to the housing and allows axial movement of the drive sleeve. Preferably, the clutch means releasibly connects the drive sleeve to the housing. Accordingly, the term clutch means is any clutch engaging for the purpose of reversibly locking two components in rotation, e.g., by use of axial forces to engage a set of face teeth (saw teeth, dog teeth, crown teeth) or any other suitable frictional faces.

In a more specific embodiment of instant invention, a second end of the clutch means is provided with a plurality of dog teeth adapted to engage with a second end of the dose dial sleeve.

In an alternative embodiment, the clutch means of instant invention is a locking spring, operable, e.g., by means of a dose dial button, between a first, relaxed position, in which the dose dial sleeve is locked with respect to rotation with the drive sleeve and a second, deformed position, in which the dose dial sleeve is locked with respect to rotation with the housing.

In still another embodiment of instant invention, the drive mechanism further comprises a clicker means, optionally disposed between the clutch means and spline means provided on the housing.

Optionally, the clicker means comprises a sleeve provided at a first end with a helically extending arm, a free end of the atm having a toothed member; and at a second end with a plurality of circumferentially directed saw teeth adapted to engage a corresponding plurality of circumferentially saw teeth provided on the clutch means. Alternatively, the clicker means comprises a sleeve provided at a first end with at least one helically extending arm and at least one spring member, a free end of the arm having a toothed member, and at a second end with a plurality of circumferentially directed saw teeth adapted to engage corresponding plurality of circumferentially directed saw teeth provided on the clutch means.

In still another embodiment of the drive mechanism of the invention, the drive mechanism is provided with a first stop means, preferably in the form of an external flange on the dose dial sleeve, adapted to engage limiting means associated with the housing, preferably in the form of an internal flange in the housing, to limit the maximum dose which can be dialed. In yet another embodiment of the drive mechanism of the invention, the drive mechanism is further provided with a second stop means, preferably in the form of an external flange on the drive sleeve, adapted to engage limiting means, preferably in the form of a limiting nut keyed to the housing and mounted for rotation on an external threaded section of the drive sleeve, to provide an end of life stop.

A second aspect of instant invention provides an assembly for use in a drug delivery device comprising the drive mechanism according to instant invention.

A third aspect of the present invention provides a drug delivery device comprising the drive mechanism or the assembly according to instant invention.

A fourth aspect of the present invention provides a method of assembling a drug delivery device comprising the step of providing a drive mechanism or an assembly according to instant invention.

A fifth aspect of instant invention is the use of a drug delivery device according to instant invention for dispensing a medicinal product preferably dispensing a pharmaceutical formulation (e.g. solution, suspension etc.) comprising an active compound selected from the group consisting of insulin, growth hormone, low molecular weight heparin, their analogues and their derivatives.

6

BRIEF DESCRIPTION OF THE FIGURES

Without any limitation, the instant invention will be explained in greater detail below in connection with a preferred embodiment and with reference to the drawings in which:

FIG. 1 shows a sectional view of a first embodiment of the drug delivery device in accordance with the present invention in a first, cartridge full, position;

FIG. 2 shows a sectional view of the drug delivery device of FIG. 1 in a second, maximum first dose dialed, position;

FIG. 3 shows a sectional view of the drug delivery device of FIG. 1 in a third, maximum first dose dispensed, position;

FIG. 4 shows a sectional view of the drug delivery device of FIG. 1 in a fourth, final dose dialed, position;

FIG. 5 shows a sectional view of the drug delivery device of FIG. 1 in a fifth, final dose dispensed, position;

FIG. 6 shows a cut-away view of a first detail of the drug delivery device of FIG. 1;

FIG. 7 shows a partially cut-away view of a second detail of the drug delivery device of FIG. 1;

FIG. 8 shows a partially cut-away view of a third detail of the drug delivery device of FIG. 1;

FIG. 9 shows the relative movement of parts of the drug delivery device shown in FIG. 1 during dialing up of a dose;

FIG. 10 shows the relative movement of parts of the drug delivery device shown in FIG. 1 during dialing down of a dose;

FIG. 11 shows the relative movement of parts of the drug delivery device shown in FIG. 1 during dispensing of a dose;

FIG. 12 shows a partially cut-away view of the drug delivery device of FIG. 1 in the second, maximum first dose dialed, position;

FIG. 13 shows a partially cut-away view of the drug delivery device of FIG. 1 in the fourth, final dose dialed, position;

FIG. 14 shows a partially cut-away view of the drug delivery device of FIG. 1 in one of the first, third or fifth positions;

FIG. 15 shows a cut-away view of a first part of a main housing of the drug delivery device of FIG. 1; and

FIG. 16 shows a cut-away view of a second part of the main housing of the drug delivery device of FIG. 1;

FIG. 17 shows a sectional view of a second embodiment of the drive mechanism according to instant invention in a first, cartridge full, position.

FIG. 18 shows a sectional side view of a third embodiment of the drug delivery device in accordance with the present invention in a first, cartridge full, position;

FIG. 19 shows a sectional side view of the drug delivery device of FIG. 18 in a second, maximum first dose dialed, position;

FIG. 20 shows a sectional side view of the drug delivery device of FIG. 18 in a third, maximum first dose dispensed, position;

FIG. 21 shows a sectional side view of the drug delivery device of FIG. 18 in a fourth, final dose dialed, position;

FIG. 22 shows a sectional side view of the drug delivery device of FIG. 18 in a fifth final dose dispensed, position;

FIG. 23 shows a fragment of the drug delivery device of FIG. 18 in a larger scale; and

US 9,533,105 B2

7

FIG. **24** shows a further fragment of the drug delivery device of FIG. **18** in a larger scale.

DETAILED DESCRIPTION

Example 1

Referring first to FIGS. **1** to **5**, there is shown a drug delivery device in accordance with the present invention in a number of positions.

The drug delivery device comprises a housing having a first cartridge retaining part **2**, and second main (exterior) housing part **4**. A first end of the cartridge retaining means **2** and a second end of the main housing **4** are secured together by retaining features **6**. In the illustrated embodiment, the cartridge retaining means **2** is secured within the second end of the main housing **4**.

A cartridge **8** from which a number of doses of a medicinal product may be dispensed is provided in the cartridge retaining part **2**. A piston **10** is retained in a first end of the cartridge **8**.

A removable cap **12** is releasably retained over a second end of the cartridge retaining part **2**. In use the removable cap **12** can be replaced by a user with a suitable needle unit (not shown). A replaceable cap **14** is used to cover the cartridge retaining part **2** extending from the main housing **4**. Preferably, the outer dimensions of the replaceable cap **14** are similar or identical to the outer dimensions of the main housing **4** to provide the impression of a unitary whole when the replaceable cap **14** is in position covering the cartridge retaining part **2**.

In the illustrated embodiment, an insert **16** is provided at a first end of the main housing **4**. The insert **16** is secured against rotational or longitudinal motion. The insert **16** is provided with a threaded circular opening **18** extending there through. Alternatively, the insert may be formed integrally with the main housing **4** having the form of a radially inwardly directed flange having an internal thread.

A first thread **19** extends from a first end of a piston rod **20**. The piston rod **20** is of generally circular section. The first end of the piston rod **20** extends through the threaded opening **18** in the insert **16**. A pressure foot **22** is located at the first end of the piston rod **20**. The pressure foot **22** is disposed to abut a second end of the cartridge piston **10**. A second thread **24** extends from a second end of the piston rod **20**. In the illustrated embodiment the second thread **24** comprises a series of part threads rather than a complete thread. The illustrated embodiment is easier to manufacture and helps to reduce the overall force required for a user to actuate the device when dispensing the medicinal product.

The first thread **19** and the second thread **24** are oppositely disposed. The second end of the piston rod **20** is provided with a receiving recess **26**.

A drive sleeve **30** extends about the piston rod **20**. The drive sleeve **30** is generally cylindrical. The drive sleeve **30** is provided at a first end with a first radially extending flange **32**. A second radially extending flange **34** is provided spaced distance along the drive sleeve **30** from the first flange **32**. An intermediate thread **36** is provided on an outer part of the drive sleeve **30** extending between the first flange **32** and the second flange **34**. A helical groove (thread) **38** extends along the internal surface of the drive sleeve **30**. The second thread **24** of the piston rod **20** is adapted to work within the helical groove **38**.

A first end of the first flange **32** is adapted to conform to a second side of the insert **16**.

8

A nut **40** is located between the drive sleeve **30** and the main housing **2**, disposed between the first flange **32** and the second flange **34**. In the illustrated embodiment the nut **40** is a half-nut. This assists in the assembly of the device. The nut **40** has an internal thread matching the intermediate thread **36**. The outer surface of the nut **40** and an internal surface of the main housing **4** are keyed together by splines **42** (FIGS. **10**, **11**, **15** and **16**) to prevent relative rotation between the nut **40** and the main housing **4**, while allowing relative longitudinal movement therebetween.

A shoulder **37** is formed between a second end of the drive sleeve **30** an extension **47** provided at the second end of the drive sleeve **30**. The extension **47** has reduced inner and outer diameters in comparison to the remainder of the drive sleeve **30**. A second end of the extension **47** is provided with a radially outwardly directed flange **39**.

A clicker **50** and a clutch **60** are disposed about the drive sleeve **30**, between the drive sleeve **30** and a dose dial sleeve **70** (described below).

The clicker **50** is located adjacent the second flange **34** of the drive sleeve **30**. The clicker **50** is generally cylindrical and is provided at a first end with a flexible helically, extending arm **52** (FIG. **6**). A free end of the arm **52** is provided with a radially directed toothed member **54**. A second end of the clicker **50** is provided with a series of circumferentially directed saw teeth **56** (FIG. **7**). Each saw tooth comprises a longitudinally directed surface arid an inclined surface.

In an alternative embodiment (not shown) the clicker further includes at least one spring member. The at least one spring member assists in the resetting of the clutch **60** following dispense.

The clutch **60** is located adjacent the second end of the drive sleeve **30**. The clutch **60** is generally cylindrical and is provided at a first end with a series of circumferentially directed saw teeth **66** (FIG. **7**). Each saw tooth comprises a longitudinally directed surface and an inclined surface. Towards the second end **64** of the clutch **60** there is located a radially inwardly directed flange **62**. The flange **62** of the clutch **60** is disposed between the shoulder **37** of the drive sleeve **30** and the radially outwardly directed flange **39** of the extension **38**. The second end of the clutch **60** is provided with a plurality of dog teeth **65** (FIG. **8**). The clutch **60** is keyed to the drive sleeve **30** by way of splines (not shown) to prevent relative rotation between the clutch **60** and the drive sleeve **30**.

In the illustrated embodiment, the clicker **50** and the clutch **60** each extend approximately half the length of the drive sleeve **30**. However, it will be understood that other arrangements regarding the relative lengths of these parts are possible.

The clicker **50** and the clutch **60** are engaged as shown in FIG. **7**.

A dose dial sleeve **70** is provided outside of the clicker **50** and clutch **60** and radially inward of the main housing **4**. A helical groove **74** is provided about an outer surface of the dose dial sleeve **70**.

The main housing **4** is provided with a window **44** through which a part of the outer surface of the dose dial sleeve may be seen. The main housing **4** is further provided with a helical rib (thread) **46**, adapted to be seated in the helical groove (thread) **74** on the outer surface of the dose dial sleeve **70**. The helical rib **46** extends for a single sweep of the inner surface of the main housing **4**. A first stop **100** is provided between the splines **42** and the helical rib **46** (FIG. **15**). A second stop **102**, disposed at an angle of 180° to the

US 9,533,105 B2

9                                                                                        10

first stop **100** is formed by a frame surrounding the window **44** in the main housing **4** (FIG. **16**).

Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown), is provided on the outer surface of the dose dial sleeve **70**. The window **44** conveniently only allows to be viewed a visual indication of the dose currently dialed.

A second end of the dose dial sleeve **70** is provided with an inwardly directed flange in the form of a number of radially extending members **75**. A dose dial grip **76** is disposed about an outer surface of the second end of the dose dial sleeve **70**. An outer diameter of the dose dial grip **76** preferably corresponds to the outer diameter of the main housing **4**. The dose dial grip **76** is secured to the dose dial sleeve **70** to prevent relative movement there between. The dose dial grip **76** is provided with a central opening **78**. An annular recess **80** located in the second end of the dose dial grip **76** extends around the opening **78**.

A button **82** of generally "T" section is provided at a second end of the device. A stem **84** of the button **82** may extend through the opening **78** in the dose dial grip **76**, through the inner diameter of the extension **47** of the drive sleeve **30** and into the receiving recess **26** of the piston rod **20**. The stem **84** is retained for limited axial movement in the drive sleeve **30** and against rotation with respect thereto. A head **85** of the button **82** is generally circular. A skirt **86** depends from a periphery of the head **85**. The skirt **86** is adapted to be seated in the annular recess **80** of the dose dial grip **76**.

Operation of the drug delivery device in accordance with the present invention will now be described. In FIGS. **9**, **10** and **11** arrows A, B, C, D, E, F and G represent the respective movements of the button **82**, the dose dial grip **76**, the dose dial sleeve **70**, the drive sleeve **30**, the clutch **60**, the clicker **50** and the nut **40**.

To dial a dose (FIG. **9**) a user rotates the dose dial grip **76** (arrow B). With the clicker **50** and clutch **60** engaged, the drive sleeve **30**, the clicker **50**, the clutch **60** and the dose dial sleeve **70** rotate with the dose dial grip **76**.

Audible and tactile feedback of the dose being dialed is provided by the clicker **50** and the clutch **60**. Torque is transmitted through the saw teeth **56**, **66** between the clicker **50** and the clutch **60**. The flexible arm **52** deforms and drags the toothed member **54** over the splines **42** to produce a click. Preferably, the splines **42** are disposed such that each click corresponds to a conventional unit dose, or the like.

The helical groove **74** on the dose dial sleeve **70** and the helical groove **38** in the drive sleeve **30** have the same lead. This allows the dose dial sleeve **70** (arrow C) to extend from the main housing **4** and the drive sleeve **30** (arrow D) to climb the piston rod **20** at the same rate. At the limit of travel, a radial stop **104** (FIG. **12**) on the dose dial sleeve **70** engages either the first stop **100** or the second stop **102** provided on the main housing **4** to prevent further movement. Rotation of the piston rod **20** is prevented due to the opposing directions of the overhauled and driven threads on the piston rod **20**.

The nut **40**, keyed to the main housing **4**, is advanced along the intermediate thread **36** by the rotation of the drive sleeve **30** (arrow D). When the final dose dispensed position (FIGS. **4**, **5** and **13**) is reached, a radial stop **106** formed on a second surface of the nut **40** abuts a radial stop **108** on a first surface of the second flange **34** of the drive sleeve **30**, preventing both the nut **40** and the drive sleeve **30** from rotating further.

In an alternative embodiment not shown) a first surface of the nut **40** is provided with a radial stop for abutment with

a radial stop provided on a second surface of the first flange **32**. This aids location of the nut **40** at the cartridge full position during assembly of the drug delivery device.

Should a user inadvertently dial beyond the desired dosage, the drug delivery device allows the dosage to be dialed down without dispense of medicinal product from the cartridge (FIG. **10**). The dose dial grip **76** is counter rotated (arrow **13**). This causes the system to act in reverse. The flexible arm **52** preventing the clicker **50** from rotating. The torque transmitted through the clutch **60** causes the saw teeth **56**, **66** to ride over one another to create the clicks corresponding to dialed dose reduction. Preferably the saw teeth **56**, **66** are so disposed that the circumferential extent of each saw tooth corresponds to a unit dose.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button **82** (FIG. **11**). This displaces the clutch **60** axially with respect to the dose dial sleeve **70** causing the dog teeth **65** to disengage. However the clutch **60** remains keyed in rotation to the drive sleeve **30**. The dose dial sleeve **70** and associated dose dial grip **76** are now free to rotate (guided by the helical rib **46** located in helical groove **74**).

The axial movement deforms the flexible arm **52** of the clicker **50** to ensure the saw teeth **56**, **66** cannot be overhauled during dispense. This prevents the drive sleeve **30** from rotating with respect to the main housing **4** though it is still free to move axially with respect thereto. This deformation is subsequently used to urge the clicker **50**, and the clutch **60**, back along the drive sleeve **30** to restore the connection between the clutch **60** and the dose dial sleeve **70** when pressure is removed from the button **82**

The longitudinal axial movement of the drive sleeve **30** causes the piston rod **20** to rotate though the opening **18** in the insert **16**, thereby to advance the piston **10** in the cartridge **8**. Once the dialed dose has been dispensed, the dose dial sleeve **70** is prevented from further rotation by contact of a plurality of members **110** (FIG. **14**) extending from the dose dial grip **76** with a corresponding plurality of stops **112** formed in the main housing **4** (FIGS. **15** and **16**). In the illustrated embodiment, the members **110** extend axially from the dose dial grip **76** and have an inclined end surface. The zero dose position is determined by the abutment of one of the axially extending edges of the members **110** with a corresponding stop **112**.

Example 2

In another embodiment of the invention (FIG. **17**) there is seen a drive mechanism comprising a second main housing **4'** having a first end and a second end. A cartridge, containing medicinal product, can be mounted to the first end of the second main housing **4'** and retained by any suitable means. The cartridge and its retaining means are not shown in the illustrated embodiment. The cartridge may contain a number of doses of a medicinal product and also typically contains a displaceable piston. Displacement of the piston causes the medicinal product to be expelled from the cartridge via a needle (also not shown).

In the illustrated embodiment, an insert **16'** is provided within the main housing **4'**. The insert **16'** is secured against rotational and axial motion with respect to the second main housing **4'**. The insert **16'** is provided with a threaded circular opening extending there through. Alternatively, the insert may be formed integrally with the second main housing **4'**.

An internal housing **154** is also provided within the second main housing **4'**. The internal housing **154** is secured against rotational and axial motion with respect to the

US 9,533,105 B2

11

second main housing **4'**. The internal housing **154** is provided with a circular opening extending through its length in which a series of longitudinally directed splines are formed. A helical thread **150** extends along the outer cylindrical surface of the internal housing **154**. Alternatively, the internal housing may be formed integrally with the second main housing **4'** and/or with the insert **16'**.

A first thread **19'** extends from a first end of a piston rod **20'**. The piston rod **20'** is of generally circular section. The first end of the piston rod **20'** extends through the threaded opening in the insert **16'** and the first thread **19'** of the piston rod **20'** is engaged with the thread of the insert **16'**. A pressure foot **22'** is located at the first end of the piston rod **20'**. The pressure foot **22'** is disposed to abut a cartridge piston (not shown). A second thread **24'** extends from a second end of the piston rod **20'**. The first thread **19'** and the second thread **24'** are oppositely disposed.

A drive sleeve **30'** extends about the piston rod **20'**. The drive sleeve **30'** is generally cylindrical. The drive sleeve **30'** is provided at a first end with a first radially extending flange **32°**. A second radially extending flange **34'** is provided, spaced a distance along the drive sleeve **30'** from the first flange **32'**. An external helical thread (not shown) is provided on the outer part of the drive sleeve **30'** extending between the first flange **32'** and the second flange **34'**. An internal helical thread extends along the internal surface of the drive sleeve **30'**. The second thread **24'** of the piston rod **20'** is engaged with the internal helical thread of the drive sleeve **30'**.

A nut **40'** is located between the drive sleeve **30'** and the internal housing **154**, disposed between the first flange **32'** and the second flange **34'** of the drive sleeve **30'**. The nut **40'** can be either a 'half-nut' or a 'full-nut'. The nut **40'** has an internal thread that is engaged with the external helical thread of the drive sleeve **30'**. The outer surface of the nut **40'** and an internal surface of the internal housing **154** are keyed together by means of longitudinally directed splines to prevent relative rotation between the nut **40'** and the internal housing **154**, while allowing relative longitudinal movement there between.

A clicker **50'** and a clutch **60'** are disposed about the drive sleeve **30'**, between the drive sleeve **30'** and the internal housing **154**.

The clicker **50'** is located adjacent the second flange **34'** of the drive sleeve **30'**. The clicker **50'** includes at least one spring member (not shown). The clicker **50'** also includes a set of teeth (not shown) having a triangular profile disposed towards the second end of the drive mechanism. When compressed, the at least one spring member of the clicker **50'** applies an axial force between the flange **34'** of the drive sleeve **30'** and the clutch **60'**. The outer surface of the clicker **50'** and an internal surface of the internal housing **154** are keyed together by means of longitudinally directed splines to prevent relative rotation between the clicker **50'** and the internal housing **154**, while allowing relative longitudinal movement there between.

The clutch **60'** is located adjacent the second end of the drive sleeve **30'**. The clutch **60'** is generally cylindrical and is provided at its' first end with a plurality of teeth of triangular profile disposed about the circumference (not shown), that act upon the teeth of the clicker **50'**. Towards the second end of the clutch **60'** there is located a shoulder **158**. The shoulder **158** of the clutch **60'** is disposed between the internal housing **154** and a radially inwardly directed flange of the dose dial grip **76'** (described below). The shoulder **158** of the clutch **60'** is provided with a plurality of dog teeth (not shown) extending in the direction of the

12

second end of the drive mechanism. The clutch **60'** is keyed to the drive sleeve **30'** by way of splines (not shown) to prevent relative rotation between the clutch **60'** and the drive sleeve **30'**.

A dose dial sleeve **70'** is provided outside of the internal housing **154** and radially inward from the second main housing **4'**. A helical thread is provided on an inner surface of the dose dial sleeve **70'**. The helical thread of the dose dial sleeve **70'** is engaged with the helical thread **150** of the internal housing **154**.

The second main housing **4'** is provided with a window (not shown) through which part of the outer surface of the dose dial sleeve **70'** may be viewed. Conveniently, a visual indication of the dose that may be dialed, for example reference numerals (not shown), is provided on the outer surface of the dose dial sleeve **70'**. Conveniently, the window of the second main housing **4'** allows only the dose that is currently dialed to be viewed.

A dose dial grip **76'** is located towards the second end of the drive mechanism. The dose dial grip **76'** is secured against rotational and axial motion within respect to the dose dial sleeve **70'**. The dose dial grip **76'** is provided with a radially inwardly directed flange **160**. The radially inwardly directed flange **160** of the dose dial grip **76'** is provided with a plurality of dog teeth (not shown) extending in the direction of the first end of the drive mechanism to abut the dog teeth of the clutch **60'**. Coupling and decoupling of the dog teeth of the dose dial grip **76'** with the dog teeth of the clutch **60'** provides a releasable clutch between the dose dial grip **76'** and the clutch **60'**.

A button **82'** of generally "T" shaped cross-section is provided at a second end of the drive mechanism. A cylindrical feature of the button **82'** extends towards the first end of the drive mechanism, through an opening in the dose dial grip **76'** and into a recess in the drive sleeve **30'**. The cylindrical feature of the button **82'** is retained for limited axial movement in the drive sleeve **30'** and agah1st rotation with respect thereto. The cylindrical feature of the button **82'** has lugs extending radially (not shown) that abut the second surface of the shoulder **158** of the clutch **60'**. The second end of the button **82'** is generally circular arid has a cylindrical skirt about its' periphery that descends towards the first end of the drive mechanism. The skirt of the button **82'** is located radially inward from the dose dial grip **76'**.

Operation of the drive mechanism in accordance with the present invention will now be described.

To dial a dose, a user rotates the dose dial grip **76'**. The spring member of the clicker **50'** applies an axial force to the clutch **60'** in the direction of the second end of the drive mechanism. The force exerted by the spring member of the clicker **50'** couples the dog teeth of the clutch **60'** to the dog teeth of the dose dial grip **76'** for rotation. As the dose dial grip **76'** is rotated, the associated dose dial sleeve **70'**, the drive sleeve **30'** and the clutch **60'** all rotate in unison.

Audible and tactile feedback of the dose being dialed is provided by the clicker **50'** and the clutch **60'**. As the clutch **60'** is rotated, torque is transmitted from the teeth at the first end of the clutch **60'** and the teeth of the clicker **50'**. The clicker **50'** cannot rotate with respect to the internal housing **154**, so the at least one spring member of the clicker **50'** deforms allowing the teeth of the clutch **60'** to jump over the teeth of the clicker **50'** producing an audible and tactile 'click'. Preferably; the teeth of the clicker **50'** and the teeth of the clutch **60'** are disposed such that each 'click' corresponds to a conventional unit of the medicinal product, or the like.

US 9,533,105 B2

13

The helical thread of the dose dial sleeve **70'** and the internal helical thread of the drive sleeve **30'** have the same lead. This allows the dose dial sleeve **70'** to advance along the thread **150** of the internal housing **154** at the same rate as the drive sleeve **30'** advances along the second thread **24'** of the piston rod **20'**. Rotation of the piston rod **20'** is prevented due to the opposing direction of the first thread **19'** and the second thread **24'** of the piston rod **20'**. The first thread **19'** of the piston rod **20'** is engaged with the thread of the insert **16'** and so the piston rod **20'** does not move with respect to the second main housing **4'** while a dose is dialed.

The nut **40'**, keyed to the internal housing **154**, is advanced along the external thread of the drive sleeve **30'** by the rotation of the drive sleeve **30'**. When a user has dialed a quantity of medicinal product that is equivalent to the deliverable volume of the cartridge, the nut **40'** reaches a position where it abuts the second flange **34'** of the drive sleeve **30'**. A radial stop formed on the second surface of the nut **40'** contacts a radial stop on the first surface of the second flange **34'** of the drive sleeve **30'**, preventing both the nut **40'** and the drive sleeve **30'** from being rotated further.

Should a user inadvertently dial a quantity greater than the desired dosage, the drive mechanism allows the dosage to be corrected without dispense of medicinal product from the cartridge. The dose dial grip **76'** is counter-rotated. This causes the system to act in reverse. The torque transmitted through the clutch **60'** causes the teeth at the first end of the clutch **60'** to ride over the teeth of the clicker **50'** to create the clicks corresponding to the dialed dose reduction.

When the desired dose has been dialed, the user may then dispense this dose by depressing the button **82'** in the direction of the first end of the drive mechanism. The lugs of the button **82'** apply pressure to the second surface of the shoulder **158** of the clutch **60'**, displacing the clutch **60'** axially with respect to the dose dial grip **76**. This causes the dog teeth on the shoulder **158** of the clutch **60'** to disengage from the dog teeth of the dose dial grip **76'**. However, the clutch **60** remains keyed in rotation to the drive sleeve **30'**. The dose dial grip **76'** and associated dose dial sleeve **70'** are now free to rotate (guided by the helical thread **150** of the internal housing **154**).

The axial movement of the clutch **60'** deforms the spring member of the clicker **50'** and couples the teeth at the first end of the clutch **60'** to the teeth of the clicker **50'** preventing relative rotation there between. This prevents the drive sleeve **30'** from rotating with respect to the internal housing **154**, though it is still free to move axially with respect thereto.

Pressure applied to the button **82'** thus causes the dose dial grip **76'** and the associated dose dial sleeve **70'** to rotate into the second main housing **4'**. Under this pressure the clutch **60'**, the clicker **50'** and the drive sleeve **30'** are moved axially in the direction of the first end of the drive mechanism, but they do not rotate. The axial movement of the drive sleeve **30'** causes the piston rod **20'** to rotate though the threaded opening in the insert **16'**, thereby to advance the pressure foot **22°**. This applies force to the piston, causing the medicinal product to be expelled from the cartridge. The selected dose is delivered when the dose dial grip **76'** returns to a position where it abuts the second main housing **4'**.

When pressure is removed from the button **82'**, the deformation of the spring member of the clicker **50'** is used to urge the clutch **60'** back along the drive sleeve **30'** to re-couple the dog teeth on the shoulder **158** of the clutch **60'** with the dog teeth on the dose dial grip **76'**. The drive mechanism is thus reset in preparation to dial a subsequent dose.

14

Example 3

Referring to FIGS. **18** to **22** there may be seen a drug delivery device in accordance with the present invention. The drug delivery device comprises a two-part housing **2"** within which are located a cartridge **4"** containing a medicinal product, means for setting or selecting the dose of medicinal product to be expelled and means for expelling the selected dose of medicinal product. The housing **2"** is generally cylindrical in shape and houses a rack **6"** to be described in more detail below. The cartridge **4"** is located within a first part **8"** of the housing **2"**. The dose setting means and the means for expelling the selected dose of medicinal product are retained, that is held, within a second part **10"** of the housing **2"**. The first part **8"** of the housing **2"** and the second part **10"** of the housing **2"** may be secured together by any suitable means

The cartridge **4"** may be secured in position in the first part **8"** of the housing **2"** by any suitable means. A needle unit may be secured to a first end of the cartridge **4"**. A temporary covering **12"** is shown in this position in the Figures. The cartridge **4"** further comprises a displaceable piston **14"**. Advancing the piston **10"** towards the first end of the cartridge **4"** causes the medicinal product to be expelled from the cartridge **4"** through the needle unit. A cap **16"** is provided to cover the needle unit when the drug delivery device is not in use. The cap **16"** may be releasably secured to the housing **2"** by any suitable means.

The dose setting means and the means for expelling the selected dose of medicinal product will now be described in more detail. The rack **6"** is located within a drive sleeve **18"** located within the housing **2"** and is fixed both axially and rotationally with respect to the housing **2"** by any suitable means. The drive sleeve **18"** comprises an internally threaded portion **20"**, which extends along substantially the entire internal surface of the sleeve. An internal toothed gear **22"** is located within the drive sleeve **18"** and has helical teeth which match the pitch of the internal thread of the drive sleeve **18"**. The internal thread of the drive sleeve **18"** is a multi-start thread with a lead which is the same as the lead of the helical thread of the dose dial sleeve, which will be described later. The drive sleeve **18"** terminates in an externally threaded section **24"** which extends from an end of the sleeve as far as an external circumferential flange **26"** which projects from the drive sleeve **18"**. A limiting nut **28"** is mounted for rotation on the externally threaded section **24"** of the sleeve **14"**. The limiting nut **28"** is keyed to the housing **2"** by means of a plurality of longitudinally extending splines **30"** which extend along the internal surface of the first portion **8"** of the housing **2"**. In the Illustrated embodiment, the limiting nut **28"** is shown as a half-nut, but a full nut could be used.

A piston rod **32"** is provided extending along the length of the rack **6"** and through a hole in the end of the rack **6"**. The piston rod **32"** is generally elongate and, is provided with a pressure foot **34"**. In use the pressure foot **34"** is disposed to abut the cartridge piston **14"**. The toothed gear **22"** is mounted on the end of the piston rod **32"** remote from the pressure foot **34"** in a journal bearing (not shown).

A dose dial sleeve **36"** of generally cylindrical form comprises a first section **38"** of first diameter and a second section **40"** of larger second diameter: The first section is located within the housing **2"**.

The second section **40"** of the dose dial sleeve **36"** is preferably of the same outer diameter as the housing **2"**. The second part **10"** of the housing **2"** comprises an external sleeve portion **42"** surrounding a coaxial internal sleeve

US 9,533,105 B2

15                                                              16

portion **44"**. The external sleeve portion **42"** is closed to the internal sleeve portion **44"** at a circular internal flange portion **46"**. The first section **38"** of the dose dial sleeve **36"** is located within the second part **10"** of the housing **2"**, between the external sleeve portion **42"** and the internal sleeve portion **44"**. An inner surface of the first section **38"** and the outer surface of the internal sleeve portion **44"** are provided with inter engaging features to provide a helical thread **48"** between the internal sleeve portion **44"** of the second part **10"** of the housing **2"** and the dose dial sleeve **36"**. This helical thread **48"** has the same lead as the internal thread of the drive sleeve **18"**, as noted above. Within the helical track, a helical rib provided on the inner surface of the dose dial sleeve **36"** may run. This enables the dose dial sleeve **36"** to rotate about and along the housing **2"**.

The second section **40"** of the dose dial sleeve **36"** is provided with an end wall **50"** adjacent its free end, which defines a central receiving area **52"** between the end wall **50"** and the free end of the dose dial sleeve **36'''**. A through hole **54"** is provided in the end wall **50"**. A dose button **56"** of generally "T" shaped configuration is provided, the head **58"** of which is retained within the receiving area **52"** and the stem **60"** of which is sized to pass through the through hole **54"**. The stem **60"** of the button **56"** is provided with a plurality of fingers **62"** that are deformable to pass through the through hole **54'''** of the end wall **50"** only in the direction away from the free end of the dose dial sleeve **36"**.

The drive sleeve **18"** is closed at its end remote from the externally threaded section **24"** by an apertured end wall **64"** from which a plurality of engagement features **66"** project external to the drive sleeve **18"**.

A substantially U-shaped locking spring **68"** comprising first and second legs **70"**, **72"** joined by a link portion **74"** is provided for longitudinal mounting on the exterior of the drive sleeve **18"**. The link portion **74"** is of a length which is substantially equal to the external diameter of the drive sleeve **18"**. Each of the legs **70"**, **72"** of the locking spring **68"** terminates in a latch portion **76"**, the function of which will be described later.

When the device is assembled, the locking spring **68"** urges the dose button **56"** axially away from the piston rod **32"** and drive sleeve **18"**, towards the inside of the end wall **50"** of the dose dial sleeve **36"**. In this position, the dose button **56"** is locked with respect to rotation with the dose dial sleeve **36"**. The dose button **56"** is also permanently locked with respect to rotation with the drive sleeve **18"**.

An outer surface of the first section of the dose dial sleeve **36"** is provided with graphics **82"**. The graphics are typically a sequence of reference numerals. The housing **2"** is provided with an aperture or window **84"** through which a portion of the graphics, representing a dosage value selected by the user, may be viewed.

The graphics **82"** may be applied to the dose dial sleeve **36"** by any suitable means. The graphics **82"** may be printed directly on the dose dial sleeve **36"** or may be provided in the form of a printed label encircling the dose dial sleeve **36"**. Alternatively the graphics may take the form of a marked sleeve clipped to the dose dial sleeve **36"**. The graphics may be marked in any suitable manner, for example by laser marking.

The external circumferential flange **26"** which projects from the drive sleeve **18"** is provided with a pair of diametrically opposed through apertures **78"** sized to receive the corresponding latch portions **76"** of the locking spring **68"**. A clicker projection **80"** from the outer edge of the flange **26"** is associated with each through aperture **78"**.

In FIG. **18**, the drug delivery device is provided with a filled cartridge **4"**. To operate the drug delivery device a user must first select a dose. To set a dose the dose dial sleeve **36"** is rotated with respect to the housing **2"** until the desired dose value is visible through the window **84"**. The drive sleeve **18"** is linked to the dose dial sleeve **36"** and spirals out at the same rate during dialing. During the dialing of a dose, the locking spring **68** is straight and urges the dose button **56"** axially away from the piston rod **32"** and drive sleeve **18"**, towards the inside of the end wall **50"** of the dose dial sleeve **36"**, thereby providing a clutch mechanism. The drive sleeve **18"** therefore rotates over the toothed gear **22"** that is located inside it. The relative rotation between the drive sleeve. **18"** and the housing **2"** causes an audible confirmation of the dose being dialed by engagement of the two clicker projections **80"** with the splines **30"** which extend along the internal surface of the first portion **8"** of the housing **2"**.

The limiting nut **28"** climbs up the drive sleeve **18"** in proportion to the dose dialed. The position of the limiting nut **28"**, which only moves along the external thread of the drive sleeve **18"** when there is relative rotation between the drive sleeve **18"** and the housing **2"**, corresponds to the amount of medicinal product remaining in the cartridge **4"**.

Once a desired dose has been set (as shown for example in FIG. **19**), to deliver the dose the user depresses the dose button **56"** to urge the button **56"** against the locking spring **68"**. As the dose button **56"** pushes down on the spring **68"**, the clutch between the dose button **56"** and the dose dial sleeve **36"** is disengaged. The axial force applied from the dose button **56"** onto the dose dial sleeve **36"** causes the dose dial sleeve **36"** to spin into the housing **2"** on the helical thread between the dose dial sleeve **36"** and the housing **2"**. The locking spring **68"** deforms and the legs of the spring move axially down the drive sleeve **18"**. The latch portions **76"** of the locking spring **68"** engage in the through apertures **78"** on the external flange **26"** which projects from the drive sleeve **18"** and maintain engagement between the clicker projections **80"** of the flange **26"** with the grooves between the splines **30"**, locking the drive sleeve to the housing **2"** and preventing the drive sleeve **18"** from rotation relative to the housing **2"** during dispensing of the dose. The drive sleeve **18"** is thus prevented from spinning and moves axially in, causing the toothed gear **22"** to rotate against the fixed rack **6"**. The toothed gear **22"**, together with the piston rod **32"** on which it is mounted, move along the rack **6"** a distance corresponding to one half of the distance by which the drive sleeve **18"** moves axially, creating a 2:1 mechanical advantage. This has the two-fold benefit of allowing the display on the dose dial sleeve **36"** to be larger for a given amount of travel of the piston **14"** within the cartridge **4"**, that is for a given amount of medicament to be dispensed and secondly of halving the force required to dispense the dose.

The piston rod **32"** is driven through the drive sleeve **18"** towards the first end of the drug delivery device, thereby to advance the cartridge piston **14"** and expel the desired dose of medicinal product. The piston rod **32"** continues to advance until the drive sleeve **18"** and dose dial sleeve **36"** have returned to their initial positions (FIG. **20**).

It can be seen that the dose selecting means and the dose expelling means extend beyond a second end of the housing **2"** as the dose is selected and are returned within the housing **2"** as the selected dose is expelled.

Further dosages may be delivered as required. FIG. **21** shows an example of a subsequently selected dosage. As noted above, the position of the limiting nut **28"** along the

US 9,533,105 B2

17

external thread of the drive sleeve 18" corresponds to the amount of medicinal product remaining in the cartridge 4"; such that when the nut 28" reaches the external flange 26" and can rotate no further this corresponds to no medicinal product remaining in the cartridge 4". It will be seen that if a user seeks to select a quantity of medical product greater than that remaining in the cartridge 4", this cannot be done since when the nut 28" stops rotating against the drive sleeve 18", the drive sleeve 18" and the housing 2" will become locked together preventing rotation of the drive sleeve 18" and hence the dose dial sleeve 36". This prevents the setting of a larger dose than the amount of medical product remaining within the cartridge 4". FIG. 22 shows a drug delivery device according to the present invention in which the entire medicinal product within the cartridge 4" has been expelled.

The illustrated embodiment of the device according to the invention further comprises a maximum dosage dial end stop. When the dose dial sleeve 36" is dialed fully out, the external flange 26" on the drive sleeve 18" engages the internal flange 46" in the housing 2". It will be seen that if the user tries to dial beyond the maximum dosage, this cannot be done. When the drive sleeve 18" stops rotating against the housing 2", the dose dial sleeve is also prevented from rotating. The reaction between the external flange 44" and the internal flange 86" indicates to the user that the maximum dose has been dialed.

The invention claimed is:

1. A drive mechanism for use in a drug delivery device comprising:
   a housing comprising a window at a distal end of the housing, where the window has a maximum dose stop;
   a dose dial sleeve being rotatable with respect to the housing and having a radial stop extending radially outward from an outer surface of the dose dial sleeve, the radial stop configured to engage the maximum dose stop;
   a drive sleeve;
   and a piston rod engaged with the drive sleeve.

2. The drive mechanism of claim 1, wherein the window has a raised window portion, wherein the maximum dose stop comprises a part of the raised window portion.

3. The drive mechanism of claim 1, wherein the piston rod is threadedly engaged with the drive sleeve.

4. The drive mechanism of claim 1, wherein the dose dial sleeve is threadedly engaged with the housing.

5. The drive mechanism of claim 1, wherein the drive sleeve is releasably connected to the dose dial sleeve.

6. The drive mechanism of claim 1 further comprising a nut threadedly engaged with the drive sleeve between a first flange and a second flange of the drive sleeve, where the nut has a radial stop configured to engage a radial stop of the second flange.

7. The drive mechanism of claim 6, wherein the first flange is a proximal radially extending flange, wherein the second flange is a distal radially extending flange, wherein the nut is threadedly engaged with the drive sleeve between the distal and proximal radially extending flanges, where the

18

nut has a radial stop on a distal face configured to engage a radial stop on a proximal face of the distal radially extending flange.

8. The drive mechanism of claim 7 where the nut is rotationally fixed relative to the housing and configured to move from a cartridge full position to a final dose dispensed position during operation of the drug delivery device.

9. The drive mechanism of claim 8 where the radial stop on the distal face engages the radial stop on the proximal face of the distal radially extending flange when the nut is in the final dose dispensed position.

10. The drive mechanism of claim 8 where a distal face of the proximal radially extending flange has a radial stop configured to engage a radial stop on a proximal face of the nut when the nut is in the cartridge full position.

11. The drive mechanism of claim 7 where the dose dial sleeve, drive sleeve, and nut are prevented from rotating relative to the housing when the nut is in the final dose dispensed position.

12. The drive mechanism of claim 1 further comprising a dose dial grip rotationally fixed to a distal end of the dose dial sleeve.

13. The drive mechanism of claim 12 where the dose dial grip has a stop configured to engage a zero dose stop on the window after a dose is delivered.

14. The drive mechanism of claim 1 where the radial stop on the dose dial sleeve is located at a proximal end of the dose dial sleeve.

15. The drive mechanism of claim 8 further characterized in that during dose setting the drive sleeve rotates and translates distally relative to the piston rod until either the nut reaches the final dose dispensed position or the maximum dose stop on the window engages the radial stop on the dose dial sleeve.

16. A drive mechanism for use in a drug delivery device comprising:
   a housing comprising a window at a distal end of the housing, where the window has a maximum dose stop;
   a dose dial sleeve threaded engaged with the housing and having a radial dose stop configured to engage the maximum dose stop;
   a drive sleeve releasably connected to the dose dial sleeve;
   a nut threadedly engaged with the drive sleeve between distal and proximal radially extending flanges, where the nut has a radial stop on a distal face configured to engage a radial stop on a proximal face of the distal radially extending flange, where the nut is rotationally fixed relative to the housing and configured to move from a cartridge full position to a final dose dispensed position during operation of the drug delivery device,
   wherein during dose setting the drive sleeve and dose dial sleeve rotate and translates distally together relative to the housing until either the nut reaches the final dose dispensed position or the maximum dose stop on the window engages the radial stop on the dose dial sleeve.

* * * * *

# Exhibit H

US009457152B2

(12) **United States Patent**
Raab et al.

(10) **Patent No.:** **US 9,457,152 B2**
(45) **Date of Patent:** ***Oct. 4, 2016**

(54) **DRIVE MECHANISM FOR A MEDICATION DELIVERY DEVICE AND MEDICATION DELIVERY DEVICE**

(71) Applicant: **SANOFI-AVENTIS DEUTSCHLAND GMBH**, Frankfurt am Main (DE)

(72) Inventors: **Steffen Raab**, Frankfurt am Main (DE); **Ulrich Bruggemann**, Frankfurt am Main (DE)

(73) Assignee: **SANOFI-AVENTIS DEUTSCHLAND GMBH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/858,102**

(22) Filed: **Sep. 18, 2015**

(65) **Prior Publication Data**

US 2016/0001008 A1     Jan. 7, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/641,544, filed on Mar. 9, 2015, which is a continuation of application No. 14/459,440, filed on Aug. 14, 2014, which is a continuation of application No. 13/133,884, filed as

(Continued)

(30) **Foreign Application Priority Data**

Dec. 12, 2008     (EP) ..................................... 08021628

(51) **Int. Cl.**
*A61M 5/00* (2006.01)
*A61M 5/315* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ....... *A61M 5/31551* (2013.01); *A61M 5/3148* (2013.01); *A61M 5/3158* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........... A61M 5/315; A61M 5/31501; A61M 5/31533; A61M 5/31525; A61M 5/31528;
A61M 5/31565; A61M 5/3159; A61M 5/31583; A61M 5/31585; A61M 5/31586; A61M 5/31551; A61M 5/31535
USPC ....................................................... 604/208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,718,596 A      6/1929   Smith
2,653,604 A      9/1953   Hein, Jr.
(Continued)

FOREIGN PATENT DOCUMENTS

AU      2009324405 B2    10/2014
CN      101094699 A      12/2007
(Continued)

OTHER PUBLICATIONS

Australian Examination Report for AU App. No. 2009324405, issued May 2, 2014.
(Continued)

*Primary Examiner* — Kevin C Sirmons
*Assistant Examiner* — Bradley G Thomas, Jr.
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

A drive mechanism for a medication delivery device is proposed, the drive mechanism comprising a housing having a proximal end and a distal end, a rotation member which is adapted to be rotated in a first direction with respect to the housing during setting of a dose of a medication and to be rotated in a second direction with respect to the housing during delivery of the dose, the second direction being opposite to the first direction, a piston rod which is adapted to be displaced in a distal direction with respect to the housing for delivering the dose, a drive member which follows rotational movement of the rotation member in the second direction during delivery of the dose, and a stop member which prevents rotational movement of the drive member with respect to the housing in the first direction during setting of the dose, wherein the rotational movement of the drive member in the second direction is converted into movement of the piston rod in the distal direction with respect to the housing. Furthermore, a medication delivery device is provided for.

**15 Claims, 14 Drawing Sheets**



**US 9,457,152 B2**

Page 2

**Related U.S. Application Data**

application No. PCT/EP2009/066742 on Dec. 9, 2009, now Pat. No. 9,089,652, which is a continuation-in-part of application No. 12/333,459, filed on Dec. 12, 2008, now Pat. No. 8,840,591.

(51) **Int. Cl.**

| | |
|---|---|
| *F16H 25/12* | (2006.01) |
| *F16H 25/20* | (2006.01) |
| *F16H 31/00* | (2006.01) |
| *A61M 5/31* | (2006.01) |
| *A61M 5/24* | (2006.01) |

(52) **U.S. Cl.**

CPC ..... *A61M5/31528* (2013.01); *A61M 5/31555* (2013.01); *A61M 5/31581* (2013.01); *A61M 5/31585* (2013.01); *A61M 5/31593* (2013.01); *F16H 25/12* (2013.01); *F16H 25/20* (2013.01); *F16H 31/001* (2013.01); *A61M 5/24* (2013.01); *A61M 5/3156* (2013.01); *A61M 5/3157* (2013.01); *A61M 5/31511* (2013.01); *A61M 5/31515* (2013.01); *A61M 5/31535* (2013.01); *A61M 5/31536* (2013.01); *A61M 5/31541* (2013.01); *A61M 5/31543* (2013.01); *A61M 5/31556* (2013.01); *A61M 5/31558* (2013.01); *A61M 5/31561* (2013.01); *A61M 5/31575* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2005/3152* (2013.01); *A61M 2205/581* (2013.01); *A61M 2205/582* (2013.01); *Y10T 74/18568* (2015.01); *Y10T 74/18696* (2015.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,465,478 A | | 8/1984 | Sabelman et al. |
| 5,582,598 A | * | 12/1996 | Chanoch ........... A61M 5/31551 222/309 |
| 5,827,232 A | | 10/1998 | Chanoch et al. |
| 7,112,187 B2 | | 9/2006 | Karlsson |
| 8,827,232 B2 | | 9/2014 | Crowley |
| 8,840,591 B2 | | 9/2014 | Raab et al. |
| 2002/0052578 A1 | | 5/2002 | Moller |
| 2004/0068236 A1 | | 4/2004 | Moller et al. |
| 2006/0153693 A1 | | 7/2006 | Fiechter et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1681070 | 7/2006 |
| EP | 1681070 A1 | 7/2006 |
| EP | 1923085 | 5/2008 |
| JP | H08-730 A | 1/1996 |
| JP | H08-510392 A | 11/1996 |
| RU | 2214286 | 10/2003 |
| WO | 01/72361 A1 | 10/2001 |
| WO | 03/080160 | 10/2003 |
| WO | 2008/138908 | 11/2008 |
| WO | 2010/066796 A1 | 6/2010 |

OTHER PUBLICATIONS

European Search Report for EP App. No. 08021628, dated Apr. 27, 2009.
European Search Report for EP App. No. 15153930, completed Jul. 6, 2015.
Decision of Grant for RU App. No. 2011128680, dated Jan. 29, 2014.
International Search Report and Written Opinion for Int. App. No. PCT/EP2009/066742, mailed Apr. 6, 2010.
Japanese Office Action for JP App. No. 2011-540078, mailed Nov. 12, 2013.
Russian Office Action for RU App. No. 2011128680, dated Sep. 23, 2013.
Malaysian Examination Report for MY App. No. PI 2011002316, mailed Oct. 15, 2014.
Mexican Office Action for MX App. No. MX/a/2011/005879, dated Feb. 27, 2014.
Chinese Office Action for CN App. No. 200980154662.1, issued Jan. 4, 2013.

* cited by examiner



FIG 1

FIG 2



FIG 3



FIG 4



FIG 5



FIG 6



FIG 7



FIG 8



FIG 9



FIG 10



FIG 11



FIG 12



FIG 13

FIG 14



FIG 15





FIG 16



US 9,457,152 B2

**1**

## DRIVE MECHANISM FOR A MEDICATION DELIVERY DEVICE AND MEDICATION DELIVERY DEVICE

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 14/641,544, filed Mar. 9, 2015, which is a continuation of U.S. patent application Ser. No. 14/459, 440, filed Aug. 14, 2014, which is a continuation of U.S. patent application Ser. No. 13/133,884, now U.S. Pat. No. 9,089,652, filed Dec. 21, 2011, which is a U.S. National Phase Application pursuant to 35 U.S.C. §371 of International Application No. PCT/EP2009/066742, filed Dec. 9, 2009, which is a continuation-in-part of U.S. patent application Ser. No. 12/333,459, filed Dec. 12, 2008, now U.S. Pat. No. 8,840,591. The entire disclosure content of these applications is herewith incorporated by reference into the present application.

### FIELD OF THE INVENTION

The present invention relates to a drive mechanism for a medication delivery device and a medication delivery device incorporating such a drive mechanism.

### BACKGROUND

In a medication delivery device, a piston within a cartridge that contains medication may be displaced with respect to the cartridge in the distal direction by a piston rod which moves in the distal direction with respect to the cartridge. Thereby, a dose of medication can be expelled from the cartridge. A medication delivery device is described in US 2007/0123829 A1, for example.

It is often desirable that the actually delivered dose of medication matches the dose which was previously set for injection by a user or which the device was designed to deliver as close as possible, i.e. dose accuracy should be good.

It is an object to provide for a drive mechanism that facilitates provision of an improved medication delivery device, for example a device with good dose accuracy. Furthermore, an improved medication delivery device should be provided for.

This object may be achieved by a drive mechanism according to the independent claim. Further features, advantages and expediencies are subject matter of the dependent claims.

### SUMMARY

According to one aspect, a drive mechanism for a medication delivery device comprises a housing having a proximal end and a distal end, a rotation member which is adapted to be rotated in a first direction with respect to the housing during setting of a dose of a medication and to be rotated in a second direction with respect to the housing during delivery of the dose, the second direction being opposite to the first direction. Furthermore, the drive mechanism comprises a piston rod which is adapted to be displaced in a distal direction with respect to the housing for delivering the dose, a drive member which follows rotational movement of the rotation member in the second direction during delivery of the dose, and a stop member which prevents rotational movement of the drive member with respect to the housing

**2**

in the first direction during setting of the dose, wherein the rotational movement of the drive member in the second direction is converted into movement of the piston rod in the distal direction with respect to the housing.

Mechanical interaction of stop member and drive member, for example, interlocking, engagement and/or abutment, during rotation of the rotation member in the first direction may prevent rotational movement of the drive member with respect to the housing in the first direction and, in particular, with respect to the stop member during setting of the dose. Thus, rotation of the drive member during dose setting can be avoided. The drive member may be coupled to the piston rod so as to convert its rotational movement in the second direction into distal movement of the piston rod with respect to the housing. The drive member may (also) be coupled to the piston rod so as to convert its rotational movement in the first direction with respect to the housing into proximal movement of the piston rod with respect to the housing. Accordingly, the risk of the piston rod being moved in the proximal direction during dose setting can be reduced by preventing rotational movement of the drive member in the first direction during setting of the dose due to provision of the stop member. Unintentional proximal movement of the piston rod may result in decreased dose accuracy. Consequently, dose accuracy may be improved by preventing (any) rotation of the drive member with respect to the housing during dose setting.

According to a preferred embodiment, the drive member and the rotation member are rotatable around a common rotation axis.

According to another preferred embodiment, the piston rod is displaced in the distal direction with respect to the housing along the rotation axis. The rotation axis may run along the piston rod and, in particular, along a main direction of extent of the piston rod.

According to another preferred embodiment, the piston rod is displaced in the distal direction with respect to the housing transversally with respect to the rotation axis. The rotation axis may, in particular, run transversally, for example perpendicularly, with respect to a displacement axis along which the piston rod is displaced in the distal direction with respect to the housing and, in particular, with respect to the drive member. The displacement axis may run along the piston rod and, in particular, along a main direction of extent of the piston rod.

According to another preferred embodiment, the drive mechanism comprises a dose member. The dose member is preferably movable with respect to the housing during setting and/or delivery of the dose. The dose member may be movable in the proximal direction with respect to the housing for setting the dose. The dose member may be movable in the distal direction with respect to the housing for delivering the set dose. Movement of the dose member with respect to the housing may be converted into rotational movement of the rotation member with respect to the housing. Movement of the dose member for setting the dose may be converted into rotational movement of the rotation member with respect to the housing in the first direction. Movement of the dose member for delivering the set dose may be converted into rotational movement of the rotation member with respect to the housing in the second direction. The dose member may be secured against rotational movement with respect to the housing. The dose member may be splined to the housing, for example. The dose member may be movable with respect to the rotation member. Movement

US 9,457,152 B2

3

of the dose member with respect to the rotation member may be converted into rotational movement of the rotation member.

According to another preferred embodiment, the dose member and the rotation member are engaged, preferably threadedly engaged and/or permanently engaged. Rotational movement of the rotation member may be achieved by the (threaded) engagement which may convert (linear) movement of the dose member into rotational movement of the rotation member with respect to the housing.

According to another preferred embodiment, the dose member and the rotation member are coupled to one another via or (immediately) by a lever. The lever may be pivotally around the rotation axis during movement of the dose member for setting and/or delivery of the dose. The lever may be pivotally around the rotation axis in the first direction during movement of the dose member for setting of the dose. The lever may be pivotally around the rotation axis in the second direction during movement of the dose member for delivering the dose.

According to another preferred embodiment, the drive member, preferably permanently, abuts and/or engages one of or both of stop member and rotation member during (rotational) movement of the rotation member for setting and delivery of the dose. The drive member may be coupled to stop member and/or rotation member during setting and delivery of the dose.

According to another preferred embodiment, the drive member is arranged between stop member and rotation member.

According to another preferred embodiment, the rotation member and the drive member and/or the stop member and the drive member are held in abutment by a force provided by a resilient member, in particular a spring member, during setting and delivery of the dose, in particular during rotational movement of the rotation member in the first direction and in the second direction. Preferably, the rotation member and the stop member are held in abutment with the drive member by the force provided by the spring member during setting and delivery of the dose.

According to another preferred embodiment, the drive member and the rotation member are coupled, preferably permanently, to one another by a (first) uni-directional friction clutch mechanism. This friction clutch mechanism may be configured to permit relative rotational movement between rotation member and drive member during movement of the rotation member for setting of the dose and to prevent relative rotational movement of rotation member and drive member during movement of the rotation member for delivery of the dose.

According to another preferred embodiment, the drive member and the stop member are coupled, preferably permanently, to one another by a (second) uni-directional friction clutch mechanism. This friction clutch mechanism may be configured to prevent relative rotational movement between stop member and drive member during movement of the rotation member for setting of the dose and to permit relative rotational movement of stop member and drive member during movement of the rotation member for delivery of the dose.

According to another preferred embodiment, the stop member is secured against rotational movement with respect to the housing.

According to another preferred embodiment, the stop member is (linearly) displaceable with respect to the housing, preferably without rotating. The stop member may be displaceable along the rotation axis with respect to the

4

housing. The rotation member may be secured against displacement with respect to the housing. Alternatively, the rotation member is displaceable with respect to the housing. Rotation member and stop member may be displaceable with respect to the housing.

Alternatively, the stop member may be secured against rotation and displacement with respect to the housing. The rotation member may be displaceable with respect to the housing, in this case.

According to another preferred embodiment, the spring member abuts the stop member or is integrated in the stop member.

According to another preferred embodiment, the drive member, the stop member, the rotation member and/or the dose member may be formed as or may comprise a sleeve. A rod, for example the piston rod or an axis rod which defines the rotation axis may extend through one of, more of or all of drive sleeve, stop sleeve, rotation sleeve and dose sleeve.

According to another preferred embodiment, the drive member engages the piston rod.

According to another preferred embodiment, the drive member is splined to the piston rod.

According to another preferred embodiment, the rotational movement of the drive member in the second direction is converted into rotational movement of the piston rod with respect to the housing, in particular rotational movement in the same direction and/or by the same angle, and movement of the piston rod with respect to the housing in the distal direction. The piston rod may be threadedly coupled to the housing, in particular threadedly engaged with the housing, for this purpose.

According to another preferred embodiment, the rotational movement of the drive member is converted into pure linear movement of the piston rod in the distal direction. Accordingly, the piston rod may be moved in the distal direction without rotating with respect to the housing. It is particularly suitable for the drive member to comprise (radial) gear teeth for engaging the piston rod, for this purpose.

Another aspect relates to a medication delivery device that comprises a drive mechanism as described above. The device furthermore comprises a cartridge that comprises a plurality of doses of a medication. A piston may be arranged within the cartridge, the piston being displaceable in the distal direction with respect to the cartridge for delivering a dose of medication from the cartridge. The piston rod may be arranged to drive the piston in the distal direction with respect to the cartridge. The cartridge may be attached, permanently or releasably, to the housing.

Features which are described herein above and below in connection with the drive mechanism may also be applied for the corresponding medication delivery device and vice versa.

Further features, refinements and expediencies become apparent from the following description of the exemplary embodiments in connection with the figures.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 schematically shows a partly sectional side view of an exemplary embodiment of a medication delivery device.

FIG. 2 schematically shows a perspective sectional view of a part of a drive mechanism according to a first embodiment with schematically indicated movements of elements thereof during setting of a dose.

US 9,457,152 B2

5

FIG. 3 schematically shows a more detailed side view of a part of FIG. 2.

FIG. 4 schematically shows a perspective sectional view of a part of the drive mechanism according to the first embodiment with indicated movements of elements thereof during delivery of a dose.

FIG. 5 schematically shows a more detailed side view of a part of FIG. 4.

FIG. 6 schematically shows a perspective sectional view of a part of a drive mechanism that is configured in accordance with the first embodiment.

FIG. 7 schematically shows a perspective view of a part of the drive mechanism of FIG. 2 with indicated movements of elements thereof during delivery of a dose.

FIG. 8 schematically shows a perspective view of a part of a drive mechanism that is configured in accordance with the first embodiment.

FIG. 9 schematically shows a perspective view of a part of a drive mechanism that is configured in accordance with the first embodiment.

FIG. 10 schematically shows an oblique sectional view of a drive mechanism according to a second embodiment.

FIG. 11 schematically shows an oblique sectional view of a drive mechanism according to a third embodiment.

FIG. 12 schematically shows an oblique sectional view of a part of the drive mechanism of FIG. 11.

FIG. 13 schematically shows an oblique sectional view of a part of the drive mechanism of FIG. 11.

FIG. 14 schematically shows an oblique sectional view of a part of the drive mechanism of FIG. 11.

FIG. 15 schematically shows an oblique sectional view of a part of the drive mechanism of FIG. 11.

FIG. 16 shows a schematic sectional view of a part of a resettable drive mechanism according to an embodiment in delivery position.

FIG. 17 shows the resettable drive mechanism of FIG. 16 in reset position.

Like elements, elements of the same kind and identically acting elements are provided with the same reference numerals in the figures.

DETAILED DESCRIPTION

Turning now to FIG. 1, a medication delivery device 1 comprises a cartridge unit 2 and a drive unit 3. The cartridge unit 2 comprises a cartridge 4. Medication 5 is retained in the cartridge 4. The medication 5 is preferably liquid medication. The cartridge 4 preferably comprises a plurality of doses of the medication 5. The medication 5 may comprise insulin, heparin, or growth hormones, for example. The cartridge 4 has an outlet 6 at its distal end. Medication 5 can be dispensed from the cartridge through outlet 6. The device 1 may be a pen-type device, in particular a pen-type injector. The device 1 may be a disposable or a reusable device. The device 1 may be a device configured to dispense fixed doses of the medication or variable, preferably user-settable, doses. The device 1 may be a needle-based or a needle free device. The device 1 may be an injection device.

The term "distal end" of the medication delivery device 1 or a component thereof may refer to that end of the device or the component which is closest to the dispensing end of the device 1. The term "proximal end" of the medication delivery device 1 or a component thereof may refer to that end of the device or the component which is furthest away from the dispensing end of the device. In FIG. 1, the distal

6

end of the device 1 was assigned reference numeral 7 and the proximal end of the device was assigned reference numeral 8.

The outlet 6 may be covered by a membrane 9, which protects medication 5 against external influences during storage of the cartridge. For medication delivery, membrane 9 may be opened, e.g. pierced. For example, membrane 9 may be pierced by a needle unit (not explicitly shown). The needle unit may be (releasably) attached to the distal end of the cartridge unit 2. The needle unit may provide for fluid communication from the inside of the cartridge 4 to the outside of the cartridge through outlet 6.

A piston 10 is retained within the cartridge 4. The piston 10 is movable with respect to the cartridge. The piston 10 may seal the medication 5 within the cartridge. The piston 10 expediently seals the interior of the cartridge 4 proximally. Movement of the piston 10 with respect to the cartridge 4 in the distal direction causes medication 5 to be dispensed from the cartridge through outlet 6 during operation of the device.

The cartridge unit 2 furthermore comprises a cartridge retaining member 11. The cartridge 4 is retained within the cartridge retaining member 11. The cartridge retaining member 11 may stabilize the cartridge 4 mechanically. Additionally or alternatively, the cartridge retaining member 11 may be provided with a fixing member (not explicitly shown) for attaching the cartridge unit 2 to the drive unit 3.

The cartridge unit 2 and the drive unit 3 are secured to one another, preferably releasably secured. A cartridge unit 2 which is releasably secured to the drive unit may be detached from the drive unit 3, for example in order to allow for providing for a new cartridge 4, if all of the doses of medication which once were in the cartridge formerly attached to the drive unit 3 have already been dispensed. The cartridge retaining member 11 may be releasably secured to the drive unit 3 via a thread, tier example.

Alternatively, the cartridge retaining member 11 may be dispensed with. It is particularly expedient, in this case, to apply a robust cartridge 4 and to attach the cartridge directly to the drive unit 3.

The drive unit 3 is configured for transferring force, preferably user-exerted force, particularly preferably manually exerted force, to the piston 10 for displacing the piston 10 with respect to the cartridge 4 in the distal direction. A dose of medication may be dispensed from the cartridge in this way. The size of the delivered dose may be determined by the distance by which the piston 10 is displaced with respect to the cartridge 4 in the distal direction.

The drive unit 3 comprises a drive mechanism. The drive mechanism comprises a piston rod 12. The piston rod 12 may be configured for transferring force to the piston 10, thereby displacing the piston in the distal direction with respect to the cartridge 4. A distal end face of the piston rod 12 may be arranged to abut a proximal end face of the piston 10. A bearing member (not explicitly shown) may be arranged to advance the piston 10, preferably to abut the proximal end face of the piston 10. The bearing member may be arranged between piston 10 and piston rod 12. The bearing member may be fixed to the piston rod 12 or a separate member. If the piston rod 12 is configured to be rotated during operation of the device, for example during dose delivery, it is particularly expedient to provide for a bearing member. The bearing member may be displaced together with the (rotating) piston rod with respect to the housing. The piston rod may be rotatable with respect to the bearing member. In this way, the risk that the rotating piston rod drills into the piston and thereby damages the piston is reduced. Accordingly, while the piston rotates and is dis-

US 9,457,152 B2

7

placed with respect to the housing, the bearing member is preferably only displaced, i.e. does not rotate. The piston rod may be bounded by the bearing member.

The drive unit **3** comprises a housing **13** which may be part of the drive mechanism. The piston rod **12** may be retained in the housing. A proximal end side **14** of the cartridge unit **2** may be secured to the drive unit **3** at a distal end side **15** of the housing **13**, for example via a threaded connection. Housing **13**, cartridge **4** and/or cartridge retaining member **11** may have a tubular shape.

The term "housing" shall preferably mean any exterior housing ("main housing", "body", "shell") or interior housing ("insert", "inner body") which may have a unidirectional axial coupling to prevent proximal movement of specific components. The housing may be designed to enable the safe, correct, and comfortable handling of the medication delivery device or any of its mechanism. Usually, it is designed to house, fix, protect, guide, and/or engage with any of the inner components of the medication delivery device (e.g., the drive mechanism, cartridge, piston, piston rod), preferably by limiting the exposure to contaminants, such as liquid, dust, dirt etc. In general, the housing may be unitary or a multipart component of tubular or non-tabular shape.

The term "piston rod" shall preferably mean a component adapted to operate through/within the housing, which may be designed to transfer axial movement through/within the medication delivery device, preferably from the drive member to the piston, for example for the purpose of discharging/dispensing an injectable product. Said piston rod may be flexible or not. It may be a simple rod, a lead-screw, a rack and pinion system, a worm gear system, or the like, "piston rod" shall further mean a component having a circular or non-circular cross-section. It may be made of any suitable material known by a person skilled in the art and may be of unitary or multipart construction.

The drive unit **3** comprises a dose part **16**. The dose part **16** is movable with respect to the housing **13**. The dose part **16** may be movable in the proximal direction with respect to the housing for setting of a dose of the medication **5** which is to be delivered and in the distal direction with respect to the housing for delivery of the set dose. The dose part **16** is preferably connected to the housing **13**. The dose part **16** may be secured against rotational movement with respect to the housing. The dose part **16** may be moved (displaced) between a proximal end position and a distal end position with respect to the housing **13** (not explicitly shown). The distance by which the dose part is displaced with respect to the housing during setting of the dose may determine a size of the dose. The proximal end position and the distal end position may be determined by a respective stop feature which may limit the proximal or distal travel of the dose member with respect to the housing. The device **1** may be a variable dose device, i.e. a device configured for delivering doses of medication of different, preferably user-settable, sizes. Alternatively, the device may be a fixed dose device.

The device **1** may be a manually, in particular non-electrically, driven device. The (user-applied) force which causes the dose part **16** to be moved with respect to the housing **13** in the distal direction may be transferred to the piston rod **12** by the drive mechanism. For this purpose, other elements of the drive mechanism may be provided which are not explicitly shown in FIG. **1**. The drive mechanism is preferably configured to not move the piston rod **12** with respect to the housing **13** when the dose part is moved in the proximal direction with respect to the housing for setting of the dose.

8

Embodiments of a drive mechanism which are suitable to be provided in the medication delivery device **1** as it was described above are described in more detail below.

A first embodiment of a drive mechanism which is suitable for being implemented in the medication delivery device **1** as described above is described in connection with FIGS. **2** to **9**.

The drive mechanism comprises a housing part **17**. The housing part **17** has a proximal end **18** and a distal end **19**. The housing part **17** may be (outer) housing **13** of FIG. **1**, a part thereof or an insert within housing **13**, which insert is preferably secured against rotational and axial movement with respect to housing **13**. The housing part **17** may be an insert sleeve, for example. The insert sleeve may be snap-fitted or glued to housing **13**, for example. The housing part **17** may have a tubular shape. Housing part **17** may comprise outer fixing elements **64**, for example snap-fit elements, for fixing housing part **17** to housing **13** (cf. FIG. **8**).

The piston rod **12** is retained in the housing **13**, preferably within housing part **17**. The piston rod **12** is driven in the distal direction with respect to the housing part **17** during dose delivery.

The drive mechanism furthermore comprises a drive member **20**. Drive member **20** is retained within the housing part **17**. Drive member **20** is configured to transfer force, preferably torque, to the piston rod **12**. The transferred force may cause the piston rod **12** to be displaced in the distal direction with respect to the housing part **17** for dose delivery.

Drive member **20** is rotatable with respect to housing part **17**. The drive member **20** may engage the piston rod **12**. Rotational movement of the drive member, for example rotational movement in a second direction may be converted into distal movement of the piston rod **12** with respect to the housing part **17**. This is explained in more detail below.

The drive mechanism furthermore comprises a rotation member **21**. The rotation member **21** is rotatable with respect to the housing part **17** in a first direction, in particular for setting of a dose of the medication, and in a second direction, in particular for delivering the set dose. The second direction is opposite to the first direction. The first direction may be counter-clockwise and the second direction may be clockwise as seen from the proximal end of the device, for example.

Drive member, rotation member and/or piston rod are preferably configured to be rotatable about a (common) rotation axis. The rotation axis may extend through drive member, rotation member and/or piston rod. The rotation axis may be the main longitudinal axis of the piston rod. The rotation axis may run between the proximal end and the distal end of the housing part **17**.

The rotation member **21** is coupled to the drive member **20** by an uni-directional clutch mechanism, in particular a friction clutch mechanism. This clutch mechanism permits rotational movement of the rotation member **21** with respect to the drive member **20** when the rotation member rotates in the first direction with respect to the housing part **17**. The clutch mechanism prevents rotational movement of the rotation member **21** with respect to the drive member **20**, when the rotation member rotates in the second direction with respect to the housing part **17**. The drive member **20** may thus follow rotational movement of the rotation member **21** in the second direction with respect to the housing part **17**.

The drive member **20** is arranged to abut and/or engage the rotation member and, in particular, engages rotation member **21**. The drive member **20** comprises a toothing **22**

US 9,457,152 B2

9

at one end, e.g. its proximal end. The rotation member comprises a toothing **23** at one end which end faces the drive member **20**, e.g. its distal end. Toothing **22** comprises a plurality of teeth **24**. Toothing **23** comprises a plurality of teeth **25**. Teeth **24** and/or **25** may extend along the rotation axis. Toothings **22** and **23** may be configured to mate with one another.

A respective tooth of teeth **24** and/or teeth **25** may be ramp-shaped, in particular along the azimuthal (angular) direction as seen from the rotation axis. The ramp of the respective tooth is limited (in the angular direction) by a steep end face of that tooth, i.e. a face of the tooth that runs parallel to the rotation axis or includes a smaller angle with the rotation axis when projected on this axis than the ramp when projected on this axis. The steep end face is followed by the ramp of the next tooth.

The teeth **24** may be disposed along the perimeter of that end of the drive member **20** which faces the rotation member **21**. The teeth **25** may be disposed along the perimeter of rotation member **21** at that end which faces the drive member **20**.

When the steep end faces of two teeth abut and the rotation member is rotated further on in the second direction, the steep sides stay in abutment and drive member **20** follows the rotation of rotation member **21**. When the rotation member rotates in the first direction, the ramp of the teeth—which ramps, in particular, run obliquely with respect to the rotation axis—slide along each other and, in consequence, the rotation member **21** may rotate with respect to the drive member **20**.

The drive mechanism furthermore comprises a stop member **26**. The drive member may be arranged between the stop member **26** and the rotation member **21**. The stop member **26** is configured for preventing rotational movement of the drive member **20** in the first direction with respect to the housing part **17** during setting of a dose, i.e., when the rotation member rotates in the first direction. Thus, the rotation member **21** may rotate in the first direction with respect to the housing part **17**, whereas the drive member **20** and the stop member **21** don't rotate.

The stop member **26** is coupled to the drive member **20** by another uni-directional clutch mechanism, in particular a friction clutch mechanism. This clutch mechanism prevents rotational movement of the drive member **20** with respect to the stop member **20** when the rotation member rotates in the first direction with respect to the housing part **17**. The clutch mechanism permits rotational movement of the drive member **20** with respect to the stop member **26**, when the rotation member rotates in the second direction with respect to the housing part **17**.

Thus, the rotation member **21** may rotate with respect to the drive member **20** and the stop member **26** in the first direction during setting of the dose, with rotation of the drive member being prevented by its interaction with the stop member, and rotation member as well as drive member may rotate with respect to the stop member in the second direction during delivery of the dose.

The stop member may be arranged to abut and/or engage the drive member during setting of the dose and, preferably, during delivery of the dose. The stop member **26** has a toothing **27** at one end which faces the drive member, e.g. its proximal end. The teeth may be ramp-shaped with a steep side and a less steep ramp. The teeth may be disposed azimuthally along the perimeter of the stop member.

Drive member **20** has a toothing **28** at one end which faces the stop member, e.g., its distal end. Toothings **22** and **28** of the drive member **20** are oppositely disposed. Toothing **28**

10

may be configured in accordance with toothing **21** of the rotation member. Toothing **22** may be configured in accordance with toothing **27** of the stop member. Toothings **27** and **28**, in particular the steep sides of the teeth, do cooperate, e.g. abut, for preventing rotation of the drive member **20** with respect to the housing part **17** and, in particular, with respect to the stop member **26** in the first direction.

Stop member **26** is preferably secured against rotational movement with respect to the housing part **17**. Stop member **26** may be fixed to the housing or integrated into the housing. Stop member **26** may be fixed against displacement with respect to the housing part **17** or displacement with respect to the housing part **17** may be allowed.

As it is illustrated in the present embodiment, stop member **26** is displaceable with respect to the housing but non-rotatable with respect to the housing part **17**. For that purpose, one or a plurality of, preferably oppositely disposed, guide features, for example guide lugs **29**, are provided in the stop member **26**. The respective guide feature **29** engages a corresponding guide slot **30** which may be provided in the housing, e.g. in housing part **17**. This can be seen in FIGS. **2** to **5**. A guide feature **29** cooperates with a guide slot **30** to prevent rotational movement of the stop member with respect to the housing part **17**, with axial movement of the stop member **26** with respect to the housing being allowed. The axial movement of the stop member **26** may compensate for play between components of the drive mechanism during operation.

From the group comprising drive member **20**, stop member **26** and rotation member **21** one or more members, preferably two members or three members, may be axially displaceable with respect to the housing part **17** and, preferably, with respect to the piston rod **12**. Therein, the drive member and another one of the recited members may be axially displaceable with respect to the housing. The remaining member may be secured against axial displacement or may also be axially displaceable during operation of the drive mechanism for medication delivery. Accordingly, if the drive member and the stop member are axially displaceable, the rotation member may be axially secured or axially displaceable and so on. Play between the components caused by relative (axial) movement of components of the clutch mechanism with respect to the housing can be compensated for in this way. The distance by which the respective components may be axially displaced with respect to the housing may correspond to the (maximum) depth of a tooth of the respective toothing **22** or **28** of the drive member. Alternatively, the distance may be greater than the (maximum) depth of a tooth of the respective toothing.

Furthermore, the drive mechanism comprises a resilient member **31**, preferably a spring member. The resilient member **31** may be biased during medication delivery operation of the drive mechanism. The resilient member may provide for a force that tends to keep the drive member **20** in engagement with the stop member **26** and/or the rotation member **21**. The force may be exerted along the rotation axis. In the situation shown in FIGS. **2** to **5**, this force may be exerted in the proximal direction. The resilient member **31** may be a helical (coil) spring. The resilient member **31** may be a compression spring.

The resilient member **31** may keep the drive member **20** and the stop member **26** in (permanent) mechanical contact, e.g. in abutment, with each other during setting and delivery of a dose of the medication. Alternatively or additionally, the resilient member **31** may keep the drive member **20** and the rotation member **26** in (permanent) mechanical contact,

US 9,457,152 B2

11

preferably abutment, with each other during setting and delivery of a dose of the medication.

The resilient member **31** may be integrated within stop member **26** or a separate component. The resilient member **31** may be arranged on the distal end side of the stop member **26**.

The drive mechanism furthermore comprises a support member **32**. Support member **32** is expediently fixed against axial and rotational movement with respect to the housing part **17** or integrated into housing part **17**. Support member **32** is arranged on that side of the drive member **20** which is remote from the stop member **26**. Support member **32** may be a protrusion, for example a ring-like protrusion. Rotation member **21** may extend through an opening in support member **32**. The support member **32** may provide for a counter force to the force which is exerted by the resilient member **31**. Permanent abutment of the rotation member with the drive member and of the drive member with the stop member during setting and delivery of medication is facilitated in this way.

The rotation member **21** has an (radially) outwardly protruding member **33**, for example a flange portion. The protruding member **33** is expediently provided for abutting support member **32**, in particular the distal end side of support member **32**.

Another support **48** (cf. FIG. **6**) may be provided for providing a counterforce to the force exerted by the resilient member **31**. Support **48** is arranged on that side of the drive member **20** which is remote from the rotation member **21**. Support **48** is arranged on that side of the stop member **26** which is remote from the support member **32**. The support **48** may be arranged to abut the resilient member **31**. The support **48** may be secured against axial and rotational movement with respect to the housing part **17**, with respect to the housing **13** or integrated into the housing **13**, for example into (additional) housing part **40** (cf. FIG. **6**).

The drive mechanism furthermore comprises a dose member **34**. Dose member **34** may be dose part **16** or may be a part of the dose part **16** of FIG. **1**. Dose member **34** is movable with respect to the housing in the proximal direction for setting of a dose and for delivery of the dose. For example, the dose member **34** may be moved in the proximal direction with respect to the housing part **17** during dose setting and in the distal direction with respect to the housing part **17** during dose delivery. The dose member **34** may engage the housing part **17** or, alternatively, another part of housing **13** (not explicitly shown). Dose member **34** is preferably secured against rotational movement with respect to the housing part **17**. The dose member **34** may comprise a guide feature **35**, for example a guide lug or a guide slot, that engages another guide feature, for example a guide slot or a guide lug, respectively, that is provided in the housing part **17** or the housing **13**.

Dose member **34** may be moved in the proximal direction and in the distal direction with respect to rotation member **21**. Dose member **34** is arranged to be couplable and is preferably (permanently) coupled to rotation member **21** such that movement of the dose member, e.g. in the proximal direction with respect to the housing part **17**, for setting a dose of the medication is converted into rotational movement of the rotation member in the first direction and movement of the dose member, e.g. in the proximal direction with respect to the housing part **17**, for delivering the dose is converted into rotational movement of the rotation member **21** in the second direction opposite to the first direction.

The rotation member **21** may be provided with an (outer) thread **36**. Thread **36** may be engaged with one of or a plurality of engagement members **42** of dose member **34**.

12

The respective engagement member may be arranged on the inside of the dose member. The respective engagement member may be a thread or a part of a thread, for example. Thus, dose member **34** and rotation member **21** may be threadedly coupled, in particularly threadedly engaged. The rotation member **21** may be arranged inside the dose member **21**.

The rotation member **21**, the drive member **20**, the stop member **26** and/or the dose member **34** may be or may comprise a respective sleeve. The piston rod **12** may be arranged to be driven and, in particular, may be driven through one of, more of or all of those sleeves. The piston rod **12** may run through one of more of or all of those sleeves.

The drive member **20** and the piston rod **12** are configured for rotational movement of the drive member **20** with respect to the housing being converted into rotational movement of the piston rod with respect to the housing. The drive member **20** may engage the piston rod **12**. The piston rod **12** is displaceable with respect to the drive member **20** along a displacement axis. Presently, the displacement axis runs along the rotation axis. The drive member **20** may be splined to the piston rod **12**, for example.

The piston rod **12** is threadedly coupled to the housing **13**. The piston rod **12** may be provided with an outer thread **49**, for example. The piston rod **12** may extend through and be engaged with a (part) thread in opening **39** which is provided in housing part **40**, for example in support **48** (cf. FIG. **6**). Housing part **40** may be formed integrally with housing part **17**, may be a housing part fixed thereto or may be a housing part secured separately from housing part **17** to housing **13**.

The piston rod **12** comprises an engagement track **37**, preferably two oppositely disposed engagement tracks, on the outside. The (respective) engagement track **37** may interrupt thread **49**. The (respective) engagement track **37** preferably extends along the axis along which the piston rod is displaceable with respect to the housing and, in particular, with respect to the drive member.

Rotational movement of the drive member **20** with respect to the housing may thus be converted into rotational movement of the piston rod **12** with respect to the housing and the rotational movement of the piston rod **12** is, on account of the threaded engagement of the piston rod and the housing (part), converted into movement of the piston rod with respect to the housing in the distal direction.

The dose part **16** (cf. FIG. **1**) may comprise a dose knob **41** (cf. FIG. **8**). Dose knob **41** may be configured to be gripped by a user. Dose knob **41** may be arranged and connected to the dose member **34** at the proximal end. Dose knob and dose member may be unitary.

In the following, operation of the present drive mechanism for delivering medication from the cartridge **4** of FIG. **1** is described.

To set a dose, a user may manually move dose member **34** in the proximal direction (arrow **43**) with respect to the housing part **17** (cf. FIGS. **2**, **3**, **8** and **9**). To do so, the user may grip dose knob **41** and pull it in the proximal direction. Dose member **34** moves proximally also with respect to the rotation member **21**. Proximal movement of the rotation member is prevented by support member **32** which abuts protruding member **33** of rotation member **21**. Consequently, the proximal movement of dose member **34** with respect to the housing part **17** is converted into rotational movement of the rotation member **21** in the first direction (arrow **44**) with respect to the housing part **17**, in particular on account of the threaded engagement of dose member **34**

US 9,457,152 B2

13

and rotation member **21**. Thus, the rotation member **21** rotates in the first direction—counter-clockwise as seen from the proximal end of the rotation member—with respect to the housing. Rotation member **21** also rotates with respect to the drive member **20** and to the stop member **26**. The drive member **20** is prevented from rotating in the first direction by interaction with the stop member **26**, e.g. by interlocking of toothings **27** and **28**. As the piston rod **12** is coupled to the drive member **20** and rotation in the first direction of the drive member would cause the piston rod to travel in the proximal direction, the piston rod **12** is prevented from being driven in the proximal direction by interaction of stop member **26** and drive member **20**. Dose accuracy can be increased in this way.

When the rotation member **21** rotates in the first direction, the ramps of the teeth of toothing **23** of rotation member **21** slide along the ramps of the teeth of toothing **22**. Thus, a tooth of the rotation member may index around the rotation axis until the tooth engages one of the next teeth of toothing **22** of drive member **20**. The teeth of rotation member **21** slide along the ramps of the teeth of drive member **20**. During this movement, drive member **20** and, in particular, stop member **26** are displaced along the rotation axis with respect to piston rod **12** and housing by a distance determined by, preferably equal to, the depth of a tooth of toothing **22**, before a tooth of toothing **23** (totally) disengages that tooth of toothing **22**. Afterwards, the tooth of the rotation member **21** engages the next tooth of toothing **22** and the force provided by resilient member **31** moves drive member **20** and, in particular, stop member **26** back along the rotation axis into the axial start position. An according movement of stop member and drive member in the distal direction and back into the proximal direction is indicated by double arrow **45** in FIGS. **2** and **3**.

A tooth of the rotation member which engages the next tooth of the drive member may cause an audible and/or tactile feedback to the user.

The drive mechanism is suitable for a fixed dose device or a user settable dose device. The size of the fixed dose of medication which is to delivered or the increments in which a user-settable dose may be varied by a user are preferably determined by the distribution of the teeth of the respective toothings in the drive member, rotation member and stop member. The rotation member may be rotated over more than one teeth (dose increment) of the drive member for a user-settable dose device and over one teeth (only) for a fixed dose device. The number of teeth in the drive member **20** over which the rotation member **21** rotates during dose setting determines the size of the dose which is actually delivered. The dose member and the rotation member may be adapted to one another such that the rotation member may rotate only by one tooth for a fixed dose device and by more than one tooth for a variable dose device.

After the dose has been set, the dose part **16** and with it the dose member **34** is moved (pushed) by the user in the distal direction with respect to housing part **17** (arrow **46**; cf. FIGS. **4**, **5**, **8** and **9**). Thus, the dose member **34** is moved in the distal direction with respect to the housing part **17**. The rotation member **21** accordingly rotates in the second direction, which is opposite to the first direction, with respect to the housing (arrow **47**, cf. FIGS. **4** to **9**). Drive member **20** follows rotational movement of the rotation member in the second direction. Rotational movement of the drive member **20** in the second direction is converted into rotational movement of the piston rod **12** in the second direction, which movement, in turn, is converted into movement of the piston rod **12** in the distal direction. Accordingly, the piston

14

**10** of FIG. **1** may be displaced in the distal direction with respect to the cartridge **4** and a dose of medication **5** is dispensed from the cartridge the amount of which corresponds to the previously set dose.

During dose delivery, toothings **22** and **23** interlock and ramps of the teeth of toothing **28** of the drive member **20** slide along ramps of the teeth of toothing **27** of stop member **26**. This movement is similarly as described above for the relative rotational movement of rotation member and drive member with opposite rotation direction. The stop member **26** is thereby displaced in the distal direction with respect to the drive member **20** by a distance corresponding to the depth of a tooth of toothing **27** in stop member **26**. Resilient member **28** forces the stop member **26** back into the axial starting position, when the next tooth of toothing **28** is engaged by the respective tooth of toothing **27** (double arrow **65**).

A tooth of the drive member which engages the next tooth of the stop member may cause an audible and/or tactile feedback to the user.

FIG. **10** schematically shows an oblique sectional view of a second embodiment of a drive mechanism. This drive mechanism essentially corresponds to the one described in conjunction with FIGS. **2** to **9**. In contrast thereto, the stop member **26** is secured against rotational movement and displacement with respect to the housing (**13**, **17**, **40**). Stop member **26** may be integrated in housing part **40** or **17** or an insert thereof. Housing part **40** may be housing **13**, for example. Housing part **17** may be inserted and fixed within housing **13**. Fixing elements **64** may engage corresponding elements in the housing for fixing the housing part **17** to housing part **40**.

In order to compensate for the relative axial displacement between rotation member **21**, drive member **20** and stop member **26**, when the respective parts rotate with respect to one another, the rotation member **21** is movable with respect to the housing. In order to keep stop member **26** and rotation member **21** in, preferably permanent, abutment with drive member **20** during medication delivery operation of the drive mechanism, resilient member **31** exerts a force on the rotation member **21**, preferably on protruding member **33** thereof which presses rotation member and drive member **20** towards stop member **26**. Resilient member **31** may be arranged at that side of the drive member which faces away from the stop member, e.g. its proximal side. Resilient member may abut the proximal face of protruding member **33**. Support member **32** can thus be dispensed with. The distal end face of housing part **17** may act as an abutment surface for the resilient member **31**.

However, when the elements are arranged as shown in FIG. **10**, axial movement of the rotation member, which may occur correspondingly to the axial movement of the stop member in the previous embodiment, may be transferred to the dose part **16** and thereby to the user. This movement of an external part might be irritating for a user.

FIGS. **11** to **15** schematically show a third embodiment of a drive mechanism which is suitable for being provided in the medication delivery device **1** as described in conjunction with FIG. **1**.

The drive mechanism essentially corresponds to the one described in connection with the previous embodiments. In contrast thereto, the drive member **20** and, in particular, the rotation member **21** are rotatable around a rotation axis which runs obliquely with respect to the axis along which the piston rod **12** is displaced (displacement axis). The rotation axis (cf. axis A in FIG. **14**) may run transversally, in

US 9,457,152 B2

15

particular perpendicularly, with respect to the displacement axis and, in particular, with respect to a main direction of extent of the piston rod **12**.

Drive member **20** and rotation member **21** may be retained by an axis member **50**, which may extend through rotation member **21** and drive member **20**. Axis A may run along axis member **50**. Axis member may secure drive member and rotation member against displacement with respect to the housing. Stop member **26** may be integrated into housing **13**. Of course, stop member **26** may also be embodied as a separate element. Axis member **50** may extend through stop member **26**.

Drive member **20** comprises an outer toothing **51**. Teeth of the outer toothing **51** may extend radially away from rotation axis A. Drive member may be a toothed gear sleeve. The piston rod **12** is expediently provided with an outer toothing **52**. The outer toothing **52** of piston rod **12** and the outer toothing **51** of the drive member **20** are arranged to engage one another. The outer toothing **52** of piston rod **12** and the outer toothing **51** of the drive member **20** may be permanently engaged. When the drive member **20** and the rotation member **21** rotate together in the second direction with respect to the housing **13**, the piston rod **12** is also displaced in the distal direction with respect to the housing. The piston rod does not rotate while it is displaced in the distal direction with respect to the housing.

The piston rod **12** may be supported against deviation in the radial direction with respect to the displacement axis, for example by means of housing part **17** through an opening **53** in which the piston rod may extend.

In contrast to the previously described embodiments, the dose member **34** and the rotation member **21** are not threadedly engaged. Rather, rotation member **21** and dose member **34** are connected/coupled to one another via a lever mechanism. The lever mechanism is adapted to convert movement of the dose member **34** with respect to the housing in the proximal direction into rotational movement of the rotation member in the first direction with respect to the housing and movement of the dose member **34** with respect to the housing in the distal direction into rotational movement of the rotation member in the second direction with respect to the housing.

Drive member **20** is prevented to rotate during setting of the dose on account of the stop member **26** preventing rotational movement of the drive member in the first direction.

The lever mechanism may comprise a lever **55**. Lever **55** is preferably secured against rotational movement with respect to rotation member **21** and preferably against (simultaneous) translational movement with respect to rotation member **21**. Preferably, lever **55** is formed unitary with rotation member **21**. Lever **55** is pivotally around the rotation axis in the first direction during dose setting and in the second direction during dose delivery.

Dose member **34** may, preferably at its distal end, comprise an engagement member **54**, e.g. a pin, for engagement with the lever **55**. Engagement member **54** may engage the lever **55**, in particular an opening **56**, preferably an elongate opening **56** within lever **55**.

Stop member **26** prevents rotational movement of the drive member in the first direction during dose setting as described previously.

FIG. **16** shows a schematic sectional view of a part of a resettable drive mechanism according to an embodiment in a delivery state. FIG. **17** shows the resettable drive mechanism of FIG. **16** in a reset state.

16

The drive mechanism may correspond to the one described in conjunction with FIGS. **2** to **9**. However, a reset mechanism for a drive mechanism as it is described in more detail below may also be provided for in the remaining drive mechanisms as described above.

The drive mechanism described in conjunction with FIGS. **15** and **16** is a resettable drive mechanism. For this purpose, the drive mechanism comprises a reset mechanism. The reset mechanism may be switched between a reset position and a delivery position.

In contrast to the drive mechanism described in conjunction with the previous figures, the rotation member **21** is not shown in FIGS. **16** and **17**. However, a rotation member may nevertheless be provided. FIGS. **16** and **17** only show a half of a section through the drive mechanism. The additional cut was made along piston rod **12**.

As shown in FIG. **16**, in the delivery state, drive member **20** and stop member **26** are engaged with one another such that rotational movement of the drive member **20** with respect to housing **13** in the first direction is prevented and rotation of the drive member **20** in the second direction, opposite to the first direction, is allowed. Toothings **27** and **28** may be provided for this purpose as described further above. Resilient member **31** exerts a force acting in axial direction on stop member **26**, said force tending to keep the stop member and the drive member engaged. Resilient member **31** may be arranged to keep stop member in engagement and, in particular, in abutment with drive member **20** in the delivery state. The (biased) resilient member **31** may be supported by and, preferably, bear against bearing member **57**. Bearing member may be support **48** of FIG. **6**, for example. Bearing member **57** is expediently secured against rotational movement and displacement with respect to housing **13**.

Rotation of the drive member **20** in the second direction may cause the piston rod **12** to be displaced in the distal direction with respect to housing **13**. The piston rod **13** may rotate and translate in the distal direction with respect to the housing for dose delivery as described in conjunction with FIGS. **2** to **10**. Alternatively, the piston rod may be moved in the distal direction with pure translatory movement (not explicitly shown, cf. a drive mechanism according to FIGS. **11** to **15**). The drive member **20** may engage the piston rod **12**. The drive member **20** may be splined to the piston rod **12**. Preferably, there is no relative rotational movement possible between piston rod **12** and drive member **20**. Also, the drive member **20** preferably cannot be rotated in the first direction on account of the (permanent) interlocking of the drive member **20** and the stop member **26** when the reset mechanism is in the delivery state.

Thus, when the drive mechanism is in the delivery state, movement of the piston rod **12** in the proximal direction with respect to housing **13** to a starting position is prevented, because the stop member **26** prevents rotation of the drive member **20** in the first direction and the drive member has to be rotated in the first direction, if the piston rod **12** was to be moved in the proximal direction with respect to the housing **13** into the starting position.

However, after a cartridge **4** has been emptied, i.e. after a distal end position of the piston **10** and, in particular, of the piston rod **12** has been reached, the piston rod has to be moved in the proximal direction back into a proximal starting position in order to allow the drive mechanism to be reused. Expediently, the drive mechanism is configured to be switchable from the delivery state to a reset state. In the reset state, the piston rod **12** may be moved in the proximal

US 9,457,152 B2

17

direction with respect to the housing, for example by a user screwing and/or pushing the piston rod 12 in the proximal direction.

The drive mechanism comprises a clutch member 58. Clutch member 58 is movable with respect to housing 13, preferably displaceable with respect to the housing, between a delivery position D and a reset position R. The clutch member 58 may be moved back and forth between the delivery position and the reset position. The reset position may be arranged in the distal direction as seen from the delivery position.

The clutch member 58 may be a sleeve. Piston rod 12 may extend through clutch member.

In the delivery position, drive member 20 and stop member 26 are engaged, in the reset position, drive member 20 and stop member 26 are disengaged (cf. the encircled region 59 in FIG. 17). Thus, when the clutch member 58 is in the reset position, the drive member may be rotated in the first direction with respect to the housing 13 without the stop member 26 preventing the rotation. Consequently, the piston rod 12 may be moved in the proximal direction, e.g. by rotation with respect to the housing and on account of a threaded engagement to the housing, due to the drive member 20 and the stop member 26 being disengaged.

The clutch member 58 may comprise a protrusion 61. Protrusion 61 may protrude radially and preferably inwardly from a base portion 66 of the clutch member 58. The base portion may extend in the axial direction. Protrusion 61 may be arranged to move the drive member 20 and the stop member 26 out of engagement when the clutch member is moved towards reset position R. Protrusion 61 may be provided at or near the proximal end of the clutch member 58. A distal end face of protrusion 61 of clutch member 58 may be arranged to couple to and preferably to abut a proximal face of stop member 26.

The reset mechanism furthermore comprises a clutch resilient member 60, for example a clutch spring member, like a coil spring and/or a compression spring, for example.

The clutch member 58 may extend along drive member 20, stop member 26, resilient member 31, bearing member 57 and/or clutch resilient member 60. The clutch member 58 may be rigid. The clutch member 58 may have a constant length.

Clutch resilient member 60 may be biased when the clutch member 58 is in the delivery position. Biased clutch resilient member may exert a force on the clutch member that tends to move the clutch member in the reset position. Clutch resilient member 60 may bear on bearing member 57, in particular on a distal face thereof.

Clutch member 58 may comprise a (additional) protrusion 62. Protrusion 62 may protrude radially and preferably inwardly from the base portion 66 of the clutch member 58. Protrusion 62 may be arranged in the region of the distal end of the clutch member 58. Protrusion. 62 may be arranged to be abuttable by and is preferably abutted by clutch resilient member 60. Clutch resilient member 60 may be supported by and, in particular, bear on a proximal face of protrusion 62.

The clutch resilient member 60 is arranged to exert a three on the clutch member 58 which force tends to move the clutch member 58 in the reset position R. When the drive mechanism is in the delivery state, this force is counteracted by a clutch stop member 63. Accordingly, in the delivery state, clutch member 58 may be held in the delivery position by the clutch stop member 63.

In the delivery state, clutch stop member 63 is preferably secured against displacement with respect to the housing 13.

18

Clutch stop member 63 may be arranged to abut clutch member 58. A proximal end face of the clutch stop member 63 may abut a distal end face of the clutch member 58 in the delivery state.

For resetting the device, the clutch stop member 63 may be moved, for example removed, so as to allow the clutch member to move into the reset position. Thereupon, biased clutch resilient member 60 which exerts the force, which is no longer compensated by clutch stop member, on clutch member 58. The force automatically tends to move clutch member 58 in the reset position R. The clutch member 58 may abut stop member 26. Stop member 26 may tend to follow movement of the clutch member towards the reset position R.

In order to get into reset position the force exerted by the resilient member 31 on the stop member 26, which force tends to hold drive member 20 and stop member 26 in engagement, has to be overcome. Thus, the force moving the clutch member 58 towards the reset position 58 has to be greater than the force exerted by the resilient member 31. The force for moving and, in particular, holding the clutch member 58 in reset position R may be provided for by clutch resilient member 60. It is expedient for the resilient member 31 and the clutch resilient member 60 to be embodied as a spring member, respectively. Clutch resilient member 60, in this case, preferably has a spring strength greater than the one of resilient member 31 in order to overcome the force exerted by resilient member 31.

The clutch stop member 63 is expediently formed in the cartridge unit, for example, by the cartridge 4 or the cartridge retaining member 11. Thus, if the cartridge unit is detached from the housing 13 for replacing an empty cartridge, the clutch member 58 is moved, preferably automatically, towards and into the reset position and preferably held in the reset position.

The distance by which the clutch member 58 moves with respect to the housing 13 when moving from delivery position into reset position is preferably chosen to be great enough to disengage toothings 27 and 28.

The clutch member 58 is expediently secured to the drive mechanism in order to avoid the clutch member falling out of the housing. For this purpose, the clutch member may abut a proximal face of the stop member 26.

As shown in FIG. 17, when the clutch member 58 is in reset position R, the drive mechanism is in the reset state and the piston rod 12 may be moved in the proximal direction with respect to the housing from a distal end position back into a proximal starting position. When a new cartridge 4 is attached to the housing 13, after the piston rod 12 was moved back into starting position, clutch member 58 may be moved into the distal direction back into delivery position together with the cartridge 4 and, if present, the cartridge retaining member 11, thereby moving drive member 20 and stop member 26 again into engagement.

Accordingly, the medication delivery device may be reused. As an element of the cartridge unit like cartridge 4 or cartridge retaining member 11 may serve as the clutch stop member 63, the reset mechanism may automatically and, in particular (purely) mechanically, decouple stop member 26 and drive member 20, when the cartridge unit 2 is detached from the drive unit 3 (cf. FIG. 1). Thus, the only action required by a user is to move, e.g. screw and/or push, the piston rod 12 back into the starting position before a new cartridge unit 2 may be attached to the drive unit 3. The drive mechanism is thus easily reusable.

The reset mechanism described herein above may be implemented easily and requires only a small amount of

US 9,457,152 B2

19

additional parts such as compared to the corresponding non-resettable drive mechanism. In particular, such as compared to the first embodiment, only two additional parts—clutch member and clutch resilient member—are required for the automatic reset mechanism.

As the reset mechanism may be an automatic one, no external action is required for disengaging stop member and drive member. Thus, the clutch member may be retained in the housing and, in particular, inaccessible from the outside.

Of course, the reset mechanism may be implemented as a manual, non-automatic mechanism. It is expedient, in this case, to configure the movement of the clutch member to be externally actuable.

In contrast to the situation depicted in FIGS. **16** and **17**, the clutch member **58** may be (partly) arranged outside of the housing. The housing may be provided with one or more openings through which the clutch member may extend from the outside to the inside of the housing. This is particularly expedient for a non-automatic reset mechanism.

With the (resettable) drive mechanisms described herein above a good dose accuracy may be achieved. The drive mechanisms are particularly suitable for dispensing doses of the medication from and including 1 IU up to and including 30 IU, (preferably from and including 3 IU up to and including 20 IU. Also, doses of 30 IU or more or 1 IU or less may be dispensed by means of the described drive mechanisms. However, doses of from and including 1 IU up to and including 30 IU are particularly suitable. For example, if a device described in conjunction with FIGS. **1** to **10**, in which the piston rod rotates during displacement, was to be designed for doses less than 1 IU, the thread of the piston rod should have a low pitch and/or the number of teeth of the respective toothing of drive member and rotation member should be increased. Of course, the production costs may increase on account of the finer segmentation of the toothings and the lower pitch thread. In order to provide for a device configured to deliver doses greater than 30 IU, e.g. 50 IU or greater, the thread in the piston rod should have a higher pitch. Consequently, small deviations from a predetermined course of the thread result in major absolute deviations from the desired dose. Thus, the risk of a reduction in dose accuracy may be increased. In addition, the risk of self-locking of a threaded engagement may be increased.

A diameter of the (outer) housing of the medication delivery device may be less than or equal to 20 mm, preferably less than or equal to 16 mm, particularly preferably less than or equal to 14 mm.

A first aspect of the invention provides a drive mechanism for a medication delivery device (**1**), comprising:

a housing (**13**, **17**, **40**) having a proximal end and a distal end,

a rotation member (**21**) which is adapted to be rotated in a first direction with respect to the housing during setting of a dose of a medication (**5**) and to be rotated in a second direction with respect to the housing during delivery of the dose, the second direction being opposite to the first direction,

a piston rod (**12**) which is adapted to be displaced in a distal direction with respect to the housing for delivering the dose,

a drive member (**20**) which follows rotational movement of the rotation member in the second direction during delivery of the dose, and

a stop member (**26**) which prevents rotational movement of the drive member with respect to the housing in the first direction during setting of the dose, wherein the rotational movement of the drive member in the second

20

direction is converted into movement of the piston rod in the distal direction with respect to the housing.

A second aspect provides a drive mechanism according to the first aspect, wherein the drive mechanism comprises a dose member (**16**, **34**, **41**) which is moveable with respect to the housing (**13**, **17**, **40**) during setting and delivery of the dose, and wherein movement of the dose member with respect to the housing is converted into rotational movement of the rotation member with respect to the housing.

A third aspect provides a drive mechanism according to the second aspect, wherein the dose member (**16**, **34**, **41**) is secured against rotational movement with respect to the housing (**13**, **17**, **40**).

A fourth aspect provides a drive mechanism according to any one of the first through third aspects, wherein the drive member (**20**) and the rotation member (**21**) are rotatable about a common rotation axis.

A fifth aspect provides a drive mechanism according to the fourth aspect, wherein the piston rod (**12**) is displaced in the distal direction with respect to the housing (**13**, **17**, **40**) along the rotation axis.

A sixth aspect provides a drive mechanism according to the fourth aspect, wherein the piston rod (**12**) is displaced in the distal direction with respect to the housing (**13**, **17**, **40**) transversally with respect to the rotation axis.

A seventh aspect provides a drive mechanism according to any one of the second through sixth aspects, wherein the dose member (**16**, **34**, **41**) and the rotation member (**21**) are threadedly engaged.

An eighth aspect provides a drive mechanism according to any of the second through sixth aspects, wherein the dose member (**16**, **34**, **41**) and the rotation member (**21**) are coupled to one another by a lever (**55**), the lever being pivotally around the rotation axis during movement of the dose member for setting and delivery of the dose.

A ninth aspect provides a drive mechanism according to any one of the first through eighth aspects, wherein the drive member (**20**) abuts stop member (**26**) and rotation member (**21**) during movement of the rotation member for setting and delivery of the dose.

A tenth aspect provides a drive mechanism according to any one of the first through ninth aspects, wherein the rotation member (**21**) and the stop member (**26**) are held in abutment with the drive member (**20**) by a force provided by a spring member (**31**) during setting and delivery of the dose.

An eleventh aspect provides a drive mechanism according to any one of the first through tenth aspects, wherein the drive member (**20**) and the rotation member (**21**) are coupled to one another by a first uni-directional friction clutch mechanism, which is configured to permit relative rotational movement between rotation member and drive member during rotation of the rotation member in the first direction for setting of the dose and to prevent relative rotational movement of rotation member and drive member during rotation of the rotation member in the second direction for delivery of the dose.

A twelfth aspect provides a drive mechanism according to any one of the first through eleventh aspects, wherein the drive member (**20**) and the stop member (**26**) are coupled to one another by a second unidirectional friction clutch mechanism, which is configured to prevent relative rotational movement between stop member and drive member during rotation of the rotation member (**21**) in the first direction for setting of the dose and to permit relative

US 9,457,152 B2

21

rotational movement of stop member and drive member during rotation of the rotation member in the second direction for delivery of the dose.

A thirteenth aspect provides a drive mechanism according to any one of the first through twelfth aspects, wherein the stop member (26) is secured against rotational movement with respect to the housing (13, 17, 40).

A fourteenth aspect provides a drive mechanism according to any one of the first through thirteenth aspects, wherein the stop member (26) is moveable in an axial direction with respect to the housing (13, 17, 40).

A fifteenth aspect provides a medication delivery device (1) comprising the drive mechanism according to any one of the first through fourteenth aspects, and a cartridge (4), the cartridge holding a plurality of doses of the medication (5).

Of course, the invention is not restricted by the embodiments described above.

The invention claimed is:

1. A drive mechanism for a medication delivery device, comprising:

a housing having a proximal end and a distal end,

a rotation member which is adapted to be rotated in a first direction with respect to the housing during setting of a dose of a medication and to be rotated in a second direction with respect to the housing during delivery of the dose, the second direction being opposite to the first direction,

a piston rod which is adapted to be displaced in a distal direction with respect to the housing for delivering the dose,

a drive member which follows rotational movement of the rotation member in the second direction during delivery of the dose, and

a stop member which prevents rotational movement of the drive member with respect to the housing in the first direction during setting of the dose,

wherein the rotational movement of the drive member in the second direction is converted into movement of the piston rod in the distal direction with respect to the housing,

wherein the drive member abuts the rotation member during movement of the rotation member for setting and delivery of the dose.

2. The drive mechanism of claim 1, wherein the drive member and the rotation member are rotatable about a common rotation axis.

3. The drive mechanism of claim 2, wherein the piston rod is displaced in the distal direction with respect to the housing along the rotation axis.

4. The drive mechanism of claim 1, wherein the drive mechanism comprises a dose member which is moveable

22

with respect to the housing during setting and delivery of the dose and wherein the dose member and the rotation member are permanently engaged.

5. The drive mechanism of claim 1, wherein the drive member and the rotation member are coupled to one another by a clutch mechanism, which is configured to permit relative rotational movement between the rotation member and the drive member during rotation of the rotation member for setting of the dose and to prevent relative rotational movement of the rotation member and the drive member during rotation of the rotation member for delivery of the dose.

6. The drive mechanism of claim 1, wherein the drive member is arranged between the stop member and the rotation member.

7. The drive mechanism of claim 1, wherein the rotational movement of the drive member is converted into pure linear movement of the piston rod in the distal direction, wherein the piston rod is moved into the distal direction without rotating with respect to the housing.

8. The drive mechanism of claim 1, wherein at least one of the drive member, the stop member, the rotation member and a dose member is formed as a sleeve.

9. The drive mechanism of claim 1, wherein the drive member comprises a toothing and the rotation member comprises a toothing, the toothing of the drive member and the toothing of the rotation member being configured to mate with one another.

10. The drive mechanism of claim 1, wherein the rotation member rotates in the first direction with respect to the housing during setting of the dose, whereas the drive member and the stop member don't rotate.

11. The drive mechanism of claim 10, wherein during setting of the dose rotation of the drive member is prevented by its interaction with the stop member.

12. The drive mechanism of claim 1, wherein the stop member has a toothing being disposed azimuthally along a perimeter of the stop member.

13. The drive mechanism of claim 1, wherein a resilient member is arranged on a distal end side of the stop member.

14. The drive mechanism of claim 1, wherein the rotation member is provided with an outer thread.

15. A medication delivery device comprising the drive mechanism of claim 1 and a cartridge, the cartridge holding a plurality of doses of the medication.

*    *    *    *    *

# Exhibit I

US009486587B2

## (12) United States Patent
### Strehl et al.

(10) Patent No.: **US 9,486,587 B2**
(45) Date of Patent: **Nov. 8, 2016**

(54) **ASSEMBLY FOR A DRUG DELIVERY DEVICE AND DRUG DELIVERY DEVICE**

(71) Applicant: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

(72) Inventors: **Michael Strehl**, Pfremid (DE); **Udo Leuschner**, Regensburg (DE); **Norbert Besenhardt**, Teublitz (DE)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/887,736**

(22) Filed: **Oct. 20, 2015**

(65) **Prior Publication Data**

US 2016/0038683 A1    Feb. 11, 2016

### Related U.S. Application Data

(63) Continuation of application No. 13/375,441, filed as application No. PCT/EP2010/057633 on Jun. 1, 2010.

(60) Provisional application No. 61/239,557, filed on Sep. 3, 2009.

(30) **Foreign Application Priority Data**

Jun. 2, 2009    (EP) ..................................... 09007297

(51) **Int. Cl.**
| | |
|---|---|
| *A61M 5/315* | (2006.01) |
| *A61M 5/24* | (2006.01) |
| *A61M 5/31* | (2006.01) |

(52) **U.S. Cl.**
CPC ....... *A61M 5/31536* (2013.01); *A61M 5/3155* (2013.01); *A61M 5/31511* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .................... A61M 5/31511; A61M 5/31536; A61M 5/31541; A61M 5/31551; A61M 5/31555; A61M 5/31556; A61M 5/31561;

A61M 5/31586; A61M 2005/3104; A61M 2005/2403; A61M 2005/2407; A61M 2005/3154
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,304,152 A | 4/1994 | Sams | |
| 5,674,204 A | 10/1997 | Chanoch | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101227942 A | 7/2008 | |
| EP | 1304129 A2 | 4/2003 | |

(Continued)

OTHER PUBLICATIONS

Extended European Search Report issued in European Patent Application No. 09007297.6 dated Dec. 11, 2009.
(Continued)

*Primary Examiner* — Laura Bouchelle
*Assistant Examiner* — Justin L Zamory
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

An assembly for a drug delivery device comprising a housing, a dose member which is displaceable in the proximal direction with respect to the housing for setting of a dose of a drug, a clutch member which is displaced in the proximal direction with respect to the housing when setting the dose, and a stop member configured to define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, with the clutch member, when in the clutch stop position, being prevented from further displacement in the proximal direction with respect to the housing, wherein the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position, thereby preventing further displacement of the dose member in the proximal direction with respect to the housing during setting of the dose.

**23 Claims, 8 Drawing Sheets**



US 9,486,587 B2

Page 2

(52) **U.S. Cl.**
CPC ..... *A61M5/31541* (2013.01); *A61M 5/31551* (2013.01); *A61M 5/24* (2013.01); *A61M 5/3158* (2013.01); *A61M 5/31556* (2013.01); *A61M 5/31561* (2013.01); *A61M 5/31586* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2005/2488* (2013.01); *A61M 2005/3104* (2013.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,221,046 B1 | 4/2001 | Burroughs et al. | |
| 6,235,004 B1 | 5/2001 | Steenfeldt-Jensen et al. | |
| 6,582,404 B1 | 6/2003 | Klitgaard et al. | |
| 7,169,132 B2 | 1/2007 | Bendek et al. | |
| 7,241,278 B2 | 7/2007 | Møller | |
| 8,491,538 B2 | 7/2013 | Kohlbrenner et al. | |
| 8,920,383 B2 | 12/2014 | Enggaard et al. | |
| 9,089,652 B2 | 7/2015 | Nzike et al. | |
| 2003/0050609 A1 | 3/2003 | Sams | |
| 2004/0127858 A1 | 7/2004 | Bendek et al. | |
| 2004/0210199 A1 | 10/2004 | Atterbury et al. | |
| 2004/0260247 A1* | 12/2004 | Veasey .............. A61M 5/31551 604/207 |
| 2004/0267207 A1 | 12/2004 | Veasey et al. | |
| 2005/0033244 A1 | 2/2005 | Veasey et al. | |
| 2008/0234634 A1 | 9/2008 | Eiland et al. | |
| 2009/0054851 A1 | 2/2009 | Radmer et al. | |
| 2009/0275916 A1* | 11/2009 | Harms ................... A61M 5/24 604/506 |
| 2010/0152672 A1 | 6/2010 | Raab | |
| 2014/0194830 A1 | 7/2014 | Nzike et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2006501036 A | 1/2006 |
| JP | 2008529690 A | 8/2008 |
| JP | 2009502273 A | 1/2009 |
| JP | 2009502274 A | 1/2009 |
| JP | 2010503433 A | 2/2010 |
| JP | 2012511358 A | 5/2012 |
| WO | 0172361 A1 | 10/2001 |
| WO | WO 01/72361 | 10/2001 |
| WO | 02092153 A2 | 11/2002 |
| WO | 2007017052 A1 | 2/2007 |
| WO | 2007017053 A1 | 2/2007 |
| WO | WO 2007/017053 | 2/2007 |
| WO | 2008031235 A1 | 3/2008 |
| WO | 2008031238 A1 | 3/2008 |
| WO | WO 2010/139691 | 12/2010 |

OTHER PUBLICATIONS

Form PCT/ISA/220, Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Aug. 18, 2010.
English Translation of Notification of Notification of Reasons for Refusal issued in Japanese Patent Application No. 2012-513599 dated Mar. 31, 2014.
Patent Examination Report No. 1 issued in Australian Patent Application No. 2010255777 dated Apr. 11, 2014.
Advice of Delivery in European Patent Application No. 10723101.1 sent to Samson & Partner dated Oct. 16, 2015.
Advice of Delivery sent o Samson & Partner dated Sep. 29, 2015.
Advice of Delivery sent to Keil & Schaafhausen dated Sep. 26, 2015.
Advice of Delivery in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 26, 2015.
Annex to the Communication-Opposition-issued in European Patent No. 10723101.1 dated Sep. 22, 2015.
Information concerning oral proceeding issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Sep. 22, 2015.

Information concerning oral proceeding issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 22, 2015.
Preparation for Oral Proceedings issued in European Patent Application No. 10723101.1 dated Sep. 22, 2015.
Summons to attend oral proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 22, 2015.
Summons to attend oral proceedings issued in European Patent Application No. 10723101,1 sent to Samson & Partner dated Sep. 22, 2015.
Brief communication regarding opposition proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Aug. 24, 2015.
Brief communication regarding opposition proceedings issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Aug. 20, 2015.
Keil & Schaafhausen Request for Interpreters during oral proceedings dated Aug. 20, 2015.
Samson & Partner Request for Interpreters during oral proceedings dated Aug. 20, 2015.
Brief communication-opposition proceedings sent to Samson & Partner dated Aug. 12, 2015.
Brief Communication of Opposition proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Aug. 12, 2015.
Brief Communication of Opposition proceeding issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Apr. 17, 2015.
Communicationof Amended Entries issued in European Patent Application No, 10723101,1 sent to Samson & Partner dated Apr. 17, 2015.
Request for Change of Opponents Representative sent by Samspon & Partner dated Apr. 2, 2015.
Amended Claims with Annotations dated Dec. 10, 2014.
Brief Communication-Opposition Proceeding issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Oct. 10, 2014.
Claims dated Dec. 10, 2014.
Reply of the Patent Proprietor to the Notice(s) of Opposition sent by Keil & Schaafhausen dated Dec. 10, 2014.
Amended Claims with Annotations dated Dec. 9, 2014.
Claims dated Dec. 9, 2014.
Reply of the Patent Proprietor to the Notice(s) of Opposition sent by Keil & Schaafhausen dated Dec. 9, 2014.
Brief Communication Opposition Proceeding issued in European Patent Application No. 10723101.1 dated Oct. 10, 2014.
Grant of Extension of Time limit issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Oct. 10, 2014.
Request for Extension of Time limit sent by Keil & Schaahausen dated Oct. 6, 2014.
Brief Communication Opposition Proceedings issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Jun. 24, 2014.
Communication of Amended Entries Concerning the Representative sent to Keil & Schaafhausen dated Jun. 24, 2014.
General Authorization sent to Keil & Schaafhausen dated Jun. 18, 2014.
Request for Change of Applicant's Representative sent by Keil & Schaafhausen dated Jun. 18, 2014.
Communication of Notice of Opposition and Request to file Observations sent to Sanofi-Aventis Deutschland GmbH dated Jun. 30, 2014.
Notice of further opposition to opponent(s) sent to Samson & Partner dated Jun. 3, 2014.
Communication of a Notice of Opposition and First Information to Patent Proprietor sent to Sanofi-Aventis Deutschland Gmbh dated May 7, 2014.
Letter regarding the Opposition Procedure (no time limi sent by Samson and Partner dated Apr. 24, 2014.
Notice of Opposition dated Apr. 24, 2014.

**US 9,486,587 B2**

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Payment of Fees and Exepnses from Samson & Partner dated Apr. 24, 2014.
Client Database System (CDS)—Clean up, amended applicant details dated Feb. 3, 2014.
Transmission of the Certificate for a European Patent sent to Sanofi-Aventis Deutschland GmbH dated Jul. 26, 2013.
Decision to Grant a European patent sent to Sanofi-Aventis Deutschland GmbH dated Jun. 27, 2013.
Communication regarding the forthcoming Grant sent to Sanofi-Aven is Deutschland GmbH dated May 14, 2013.
Filing of the Translations of he Claims sent by Sanofi-Averts Deutschland GmbH dated Mar. 5, 2013.
French translation of the claims dated May 3, 2013.
German translation of the claims dated May 3, 2015.
Bibliographic data of the European Patent Application No. 10723101.1 dated Jan. 7, 2013.
Communication about Intention to grant a European patent sent to Sanofi-Aventis Deutschland GmbH dated Jan. 7, 2013.
Intention to Grant (Signatures) dated Jan. 7, 2013.
Text intended for Grant dated Jan. 7, 2013.
Notification on Forthcoming Publication of Bibliographic Data sent to Sanofi-Aventis Deutshcland GmbH dated Mar. 14, 2012.
Communication regarding Comments on written opinion/amendment of Application/payment of claims fee sent to Sanofi-Aventis Deutschland GmbH dated Jan. 17, 2012.
The International Preliminary Report on Patentability dated Dec. 27, 2011.
Acknowledgement of Receipt for European Patent Application No. 10723101.1 dated Dec. 6, 2011.
Request for Entry into the European Phase dated Dec. 6, 2011.
Information on Entry into the European Phase sent to Sanofi-Aventis Deutschland GmbH dated Oct. 14, 2011.
Certified priority document of European Patent Application No. 09007297.6 dated Dec. 31, 2010.
Certified priority document of U.S. Appl. No. 61/239,557 dated Dec. 31, 2010.
International Search Report issued in International Patent Application No. PCT/EP2010/057633 dated Dec. 9, 2010.
Notification Concerning Transmittal of International Preliminary Report on Patentability, dated Dec. 15, 2011 (5 pages).

* cited by examiner

**U.S. Patent**    Nov. 8, 2016    Sheet 1 of 8    **US 9,486,587 B2**



FIG 1

U.S. Patent    Nov. 8, 2016    Sheet 2 of 8    US 9,486,587 B2

FIG 2



FIG 3



FIG 4



FIG 5



FIG 6





FIG 7

U.S. Patent

Nov. 8, 2016

Sheet 6 of 8

US 9,486,587 B2

FIG 8



U.S. Patent    Nov. 8, 2016    Sheet 7 of 8    US 9,486,587 B2

FIG 9





FIG 10

US 9,486,587 B2

1

## ASSEMBLY FOR A DRUG DELIVERY DEVICE AND DRUG DELIVERY DEVICE

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 13/375,441 filed Oct. 25, 2011 which is a U.S. National Phase Application pursuant to 35 U.S.C. §371 of International Application No. PCT/EP2010/057633 filed Jun. 1, 2010, which claims priority to U.S. Provisional Patent Application No. 61/239,557 filed Sep. 3, 2009, which claims priority to European Patent Application No. 09007297.6 filed Jun. 2, 2009. The entire disclosure contents of these applications are herewith incorporated by reference into the present application.

The present disclosure relates to an assembly for a drug delivery device and a drug delivery device.

Drug delivery devices may be used for self-administration of a drug contained in the device by a patient. For this purpose, the user may set a dose of drug to be delivered and deliver the dose subsequently. As the amount of drug present in the device may be limited, it may occur that the user sets a desired dose which exceeds the actually available amount of drug in the device. Accordingly, if the user administers this set dose, the user might be of the wrong opinion that the desired amount was administered.

It is an object of the present disclosure to provide for an assembly that facilitates provision of an improved drug delivery device and a drug delivery device comprising such an assembly.

This object is achieved by an assembly according to the independent claim. Advantageous embodiments and refinements may be the subject matter of dependent claims.

According to one aspect, an assembly for a drug delivery device comprises a housing having a proximal end and a distal end, a dose member which is displaceable in the proximal direction with respect to the housing for setting of a dose of a drug, a clutch member which is displaced in the proximal direction with respect to the housing when setting the dose and a stop member configured to define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, with the clutch member, when in the clutch stop position, being prevented from further displacement in the proximal direction with respect to the housing. Preferably, the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position, thereby, in particular during mechanical cooperation, preventing further displacement of the dose member in the proximal direction with respect to the housing, in particular during setting of the dose.

A drug delivery device expediently comprises an assembly as described above. The drug delivery device may comprise a cartridge containing a drug. The cartridge may have a proximal end and a distal end. A piston may be retained within the cartridge. The piston may close the cartridge proximally. The piston is preferably displaceable in the distal direction with respect to the cartridge for dispensing a dose of the drug from the cartridge. The assembly is preferably an end stop assembly. The end stop assembly may prevent setting of a desired dose of the drug, which desired dose would exceed the amount of drug which is currently available in the cartridge for delivery. The position of the stop member with respect to the distal end of the cartridge may be indicative of the amount of drug currently available in the cartridge. As one or more doses of the drug are

2

dispensed from the cartridge, the stop member may successively be displaced towards the distal end of the cartridge, thereby indicating that less drug is left in the cartridge.

As the drug delivery device preferably comprises an assembly as described above, features which are described in connection with the drug delivery device may also apply for the assembly and vice versa.

Accordingly, by means of the assembly, setting of a dose of the drug which exceeds the actually available amount of drug may be prevented on account of the clutch member mechanically cooperating with the dose member, for example by engagement. Thereby, the risk of administering an amount of drug which is less than the set dose is reduced. During mechanical cooperation, an engagement member of the clutch member may engage an engagement feature of the dose member.

The term "drug", as used herein, means a pharmaceutical formulation containing at least one pharmaceutically active compound,

wherein in one embodiment the pharmaceutically active compound has a molecular weight up to 1500 Da and/or is a peptide, a proteine, a polysaccharide, a vaccine, a DNA, a RNA, a antibody, an enzyme, an antibody, a hormone or an oligonucleotide, or a mixture of the above-mentioned pharmaceutically active compound,

wherein in a further embodiment the pharmaceutically active compound is useful for the treatment and/or prophylaxis of diabetes mellitus or complications associated with diabetes mellitus such as diabetic retinopathy, thromboembolism disorders such as deep vein or pulmonary thromboembolism, acute coronary syndrome (ACS), angina, myocardial infarction, cancer, macular degeneration, inflammation, hay fever, atherosclerosis and/or rheumatoid arthritis,

wherein in a further embodiment the pharmaceutically active compound comprises at least one peptide for the treatment and/or prophylaxis of diabetes mellitus or complications associated with diabetes mellitus such as diabetic retinopathy,

wherein in a further embodiment the pharmaceutically active compound comprises at least one human insulin or a human insulin analogue or derivative, glucagon-like peptide (GLP-1) or an analogue or derivative thereof, or exedin-3 or exedin-4 or an analogue or derivative of exedin-3 or exedin-4.

Insulin analogues are for example Gly(A21), Arg(B31), Arg(B32) human insulin; Lys(B3), Glu(B29) human insulin; Lys(B28), Pro(B29) human insulin; Asp(B28) human insulin; human insulin, wherein proline in position B28 is replaced by Asp, Lys, Leu, Val or Ala and wherein in position B29 Lys may be replaced by Pro; Ala(B26) human insulin; Des(B28-B30) human insulin; Des(B27) human insulin and Des(B30) human insulin.

Insulin derivates are for example B29-N-myristoyl-des(B30) human insulin; B29-N-palmitoyl-des(B30) human insulin; B29-N-myristoyl human insulin; B29-N-palmitoyl human insulin; B28-N-myristoyl LysB28ProB29 human insulin; B28-N-palmitoyl-LysB28ProB29 human insulin; B30-N-myristoyl-ThrB29LysB30 human insulin; B30-N-palmitoyl-ThrB29LysB30 human insulin; B29-N-(N-palmitoyl-Y-glutamyl)-des(B30) human insulin; B29-N-(N-lithocholyl-Y-glutamyl)-des(B30) human insulin; B29-N-(ω-carboxyheptadecanoyl)-des(B30) human insulin and B29-N-(ω-carboxyheptadecanoyl) human insulin.

Exendin-4 for example means Exendin-4(1-39), a peptide of the sequence H-His-Gly-Glu-Gly-Thr-Phe-Thr-Ser-Asp-

US 9,486,587 B2

3

Leu-Ser-Lys-Gln-Met-Glu-Glu-Glu-Ala-Val-Arg-Leu-Phe-Ile-Glu-Trp-Leu-Lys-Asn-Gly-Gly-    Pro-Ser-Ser-Gly-Ala-Pro-Pro-Pro-Ser-NH2.

Exendin-4 derivatives are for example selected from the following list of compounds:

H-(Lys)4-des Pro36, des Pro37 Exendin-4(1-39)-NH2,

H-(Lys)5-des Pro36, des Pro37 Exendin-4(1-39)-NH2,

des Pro36 [Asp28] Exendin-4(1-39),

des Pro36 [IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14, IsoAsp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, IsoAsp28] Exendin-4(1-39); or

des Pro36 [Asp28] Exendin-4(1-39),

des Pro36 [IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14, IsoAsp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, IsoAsp28] Exendin-4(1-39),

wherein the group -Lys6-NH2 may be bound to the C-terminus of the Exendin-4 derivative;

or an Exendin-4 derivative of the sequence

H-(Lys)6-des Pro36 [Asp28] Exendin-4(1-39)-Lys6-NH2,

des Asp28 Pro36, Pro37, Pro38Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro38 [Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39)-Lys6-NH2,

H-des Asp28 Pro36, Pro37, Pro38 [Trp(O2)25] Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36 [Met(O)14, Asp28] Exendin-4(1-39)-Lys6-NH2,

des Met(O)14 Asp28 Pro36, Pro37, Pro38 Exendin-4(1-39)-NH2,

H-(Lys)6-desPro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

4

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5 des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Lys6-des Pro36 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-Lys6-NH2,

H-des Asp28 Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25] Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(S1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2;

or a pharmaceutically acceptable salt or solvate of any one of the afore-mentioned Exedin-4 derivative.

Hormones are for example hypophysis hormones or hypothalamus hormones or regulatory active peptides and their antagonists as listed in Rote Liste, ed. 2008, Chapter 50, such as Gonadotropine (Follitropin, Lutropin, Choriongonadotropin, Menotropin), Somatropine (Somatropin), Desmopressin, Terlipressin, Gonadorelin, Triptorelin, Leuprorelin, Buserelin, Nafarelin, Goserelin.

A polysaccharide is for example a glucosaminoglycane, a hyaluronic acid, a heparin, a low molecular weight heparin or an ultra low molecular weight heparin or a derivative thereof, or a sulphated, e.g. a poly-sulphated form of the above-mentioned polysaccharides, and/or a pharmaceutically acceptable salt thereof. An example of a pharmaceutically acceptable salt of a poly-sulphated low molecular weight heparin is enoxaparin sodium.

Pharmaceutically acceptable salts are for example acid addition salts and basic salts. Acid addition salts are e.g. HCl or HBr salts. Basic salts are e.g. salts having a cation selected from alkali or alkaline, e.g. Na+, or K+, or Ca2+, or an ammonium ion N+(R1)(R2)(R3)(R4), wherein R1 to R4 independently of each other mean: hydrogen, an optionally substituted C1-C6-alkyl group, an optionally substituted C2-C6-alkenyl group, an optionally substituted C6-C10-aryl group, or an optionally substituted C6-C10-heteroaryl group. Further examples of pharmaceutically acceptable salts are described in "Remington's Pharmaceutical Sciences" 17. ed. Alfonso R. Gennaro (Ed.), Mark Publishing Company, Easton, Pa., U.S.A., 1985 and in Encyclopedia of Pharmaceutical Technology.

Pharmaceutically acceptable solvates are for example hydrates.

In a preferred embodiment, the assembly comprises a clutch spring member. The clutch spring member may be configured for and, in particular, arranged to prevent the dose member from cooperating mechanically with the clutch member. The clutch spring member may prevent the dose member from cooperating mechanically with the clutch member when the clutch member is out of the clutch stop position. The clutch spring member may bias the dose member and the clutch member away from one another. In particular, the clutch spring member may keep engagement feature and engagement member at a predetermined distance with respect to each other when the clutch member is out of the clutch stop position.

In another preferred embodiment, the dose member is rotated in a first direction with respect to the housing for setting of the dose of the drug and, in particular, displaced in the proximal direction when rotating in the first direction.

US 9,486,587 B2

5

The dose member may be threadedly connected to the housing, such as threadedly engaged with the housing or an insert thereof, for this purpose. Rotation of the dose member in the first direction with respect to the housing may be prevented or stopped when the dose member and the clutch member cooperate mechanically.

The dose member may be displaced in the distal direction with respect to the housing when delivering the dose and, in particular, rotate in a second direction, opposite to the first direction when delivering the dose.

In another preferred embodiment, the clutch member is secured against rotation with respect to the housing. The clutch member may be rotationally locked with respect to the housing. During mechanical cooperation of the dose member and the clutch member, rotational movement of the dose member with respect to the clutch member in the first direction is prevented. Rotational movement of the dose member with respect to the clutch member in the second direction opposite to the first direction is expediently allowed. A uni-directional friction clutch mechanism, which permits relative rotational movement between dose member and clutch member in one direction only, may be formed between clutch member and dose member during mechanical cooperation when the clutch member is in the clutch stop position. When the clutch member is out of the clutch stop position, the dose member may rotate with respect to the clutch member in the first direction and in the second direction.

The clutch member may follow displacement of the dose member in the proximal direction with respect to the housing during setting of the dose. The clutch member may follow displacement of the dose member in the distal direction with respect to the housing during delivery of the dose.

In another preferred embodiment, the stop member is displaced in the distal direction with respect to the housing when delivering the dose of the drug. Thereby, the clutch stop position is preferably displaced in the distal direction. The clutch stop position may, in particular, be displaced towards the clutch member. Thereby, the distance between clutch member and clutch stop position may be reduced. As the position of the stop member with respect to the distal end of the housing and/or of the cartridge may be indicative of the amount of drug currently available in the cartridge, setting of a dose that exceeds the available amount is prevented, because, before a dose exceeding the actually available amount could be set, the clutch member has already moved into the clutch stop position and mechanically cooperates with the dose member to prevent further proximal displacement of the dose member. Further proximal displacement of the dose member, however, would be necessary for increasing the size of the dose.

During dose setting, dose member and clutch member may be displaced in the proximal direction from a distal initial position to a proximal end position. The proximal end position may correspond to the size of the set dose. A maximum proximal end position may correspond to the maximum dose which may be set to be delivered by the device. Of course, the maximum dose is expediently smaller than the amount of drug initially provided for in the still unused drug delivery device.

During dose delivery, the stop member may be successively driven in the distal direction and, eventually, reach a position which is between the distal initial position and the maximum proximal end position of the clutch member.

6

When a subsequent dose is set, the clutch member may be stopped in the stop position, for example by abutting the stop member during setting of the dose, thereby preventing setting of an excessive dose which could not be delivered.

The clutch member may be connected to the dose member. A connection member may be provided for connecting the clutch member to the dose member. The connection member may be provided with one or more guide features that may be configured and arranged to prevent rotational movement of the connection member with respect to the housing. The connection member may be rotationally locked to the clutch member. Thus, the clutch member cannot rotate with respect to the connection member.

In another preferred embodiment, the assembly comprises a piston rod. The piston rod may be configured to be displaced in the distal direction with respect to the housing for delivering the dose. The clutch stop position may be displaced in the distal direction with respect to the housing together with the piston rod. In particular, the stop member may be integrated in or connected to the piston rod. The stop member may be firmly connected to the piston rod. The piston rod may rotate and be displaced in the distal direction with respect to the housing. The piston rod may be threadedly connected to the housing or an insert thereof, for this purpose.

The stop member and/or the piston rod is preferably secured against displacement in the proximal direction during setting and/or delivery of the dose.

The stop member may be a protrusion of the piston rod. In particular, the stop member may be provided for by means of the distal end of a, preferably protruding, drive thread of the piston rod. The drive thread may determine the rotation angle, by which the piston rod is rotated with respect to the housing when it is driven by a drive member. The piston rod may comprise a displacement thread. The displacement thread is preferably different from the drive thread. For example, the drive thread may be a male thread and the displacement thread may be a female thread. Drive thread and displacement thread may have different leads. The displacement thread is expediently provided for determining the displacement of the piston rod with respect to the housing in the distal direction. The displacement thread may be arranged further away from a proximal end of the piston rod than the drive thread. The drive thread may be arranged further away from a distal end of the piston rod than the displacement thread.

In a further preferred embodiment, the assembly comprises a dose dial member. The dose dial member may be rotatable in the first direction and/or displaceable in the proximal direction with respect to the housing for setting of the dose. The dose member may follow rotational movement of the dose dial member and movement of the dose dial member in the proximal direction with respect to the housing during setting of the dose. The dose dial member may be splined to the dose member during setting of the dose.

Further features, expediencies and advantageous refinements become apparent from the following description of the exemplary embodiment in connection with the figures.

FIG. **1** shows an exemplary embodiment of a drug delivery device on the basis of a partly sectional view.

FIG. **2** shows an exploded view of parts of the drug delivery device.

FIG. **3** shows an oblique view of an embodiment of a clutch member.

FIG. **4** shows an oblique view of an embodiment of a dose member.

US 9,486,587 B2

7

FIG. **5** shows an oblique sectional view of the clutch member connected to the dose member.

FIG. **6** shows an exploded view of parts of the drug delivery device.

FIG. **7** shows an exploded view of parts of the drug delivery device.

FIG. **8** shows an oblique sectional view of the assembled drug delivery device in a dose set position.

FIG. **9** shows a sectional view of a part of the assembled drug delivery device during dose setting.

FIG. **10** shows a sectional view of a part of the assembled drug delivery device during dose setting.

Like elements, elements of the same kind and identically acting elements may be provided with the same reference numerals in the figures.

Turning now to FIG. **1**, a drug delivery device **1** comprises a cartridge unit **2** and a drive unit **3**. The cartridge unit **2** comprises a cartridge **4**. A drug **5** is retained in the cartridge **4**. The drug **5** is preferably a liquid drug. The cartridge **4** preferably comprises a plurality of doses of the drug **5**. The drug **5** may comprise insulin, such as a short-acting or a long-acting insulin, heparin, or growth hormones, for example. The cartridge **4** has an outlet **6** at its distal end. Drug **5** may be dispensed from the cartridge through outlet **6**. The device **1** may be a pen-type device, in particular a pen-type injector. The device **1** may be a disposable or a reusable device. The device **1** may be a device configured to dispense fixed doses of the drug or variable, preferably user-settable, doses. The device **1** may be a needle-based or a needle free device. The device **1** may be an injection device.

The term "distal end" of the drug delivery device **1** or a component thereof may refer to that end of the device or the component which is closest to the dispensing end of the device **1**. The term "proximal end" of the drug delivery device **1** or a component thereof may refer to that end of the device or the component which is furthest away from the dispensing end of the device. In FIG. **1**, the distal end of the device **1** was assigned reference numeral **7** and the proximal end of the device was assigned reference numeral **8**.

The outlet **6** may be covered by a membrane **9**, which may protect the drug **5** against external influences during storage of the cartridge. The membrane **9** is expediently impermeable for the drug. For drug delivery, membrane **9** may be penetrated, e.g. pierced. For example, membrane **9** may be pierced by a needle unit (not explicitly shown). The needle unit may be (releasably) attached, e.g. screwed, to the distal end of the cartridge unit **2**. The needle unit may provide for fluid communication from the inside of the cartridge **4** to the outside of the cartridge through outlet **6**.

A piston **10** is retained within the cartridge **4**. The piston **10** is movable with respect to the cartridge. The piston **10** may seal the drug **5** within the cartridge. The piston **10** expediently seals the interior of the cartridge **4** proximally. Movement of the piston **10** with respect to the cartridge **4** in the distal direction causes drug **5** to be dispensed from the cartridge through outlet **6** during operation of the device.

The cartridge unit **2** furthermore comprises a cartridge retaining member **11**. The cartridge **4** is retained within cartridge retaining member **11**. The cartridge retaining member **11** may stabilize the cartridge **4** mechanically. Additionally or alternatively, the cartridge retaining member **11** may be provided with a fixing member (not explicitly shown) for attaching the cartridge unit **2** to the drive unit **3**.

The cartridge unit **2** and the drive unit **3** are secured to one another, preferably releasably secured. A cartridge unit **2** which is releasably secured to the drive unit may be

8

detached from the drive unit **3**, for example in order to allow for providing for a new cartridge **4**, if all of the doses of drug which once were in the cartridge formerly attached to the drive unit **3** have already been dispensed. The cartridge retaining member **11** may be releasably secured to the drive unit **3** via a thread, for example.

Alternatively, the cartridge retaining member **11** may be dispensed with. It is particularly expedient, in this case, to apply a robust cartridge **4** and to attach the cartridge directly to the drive unit **3**.

The drive unit **3** is configured for transferring force, preferably user-exerted force, particularly preferably manually exerted force, to the piston **10** for displacing the piston **10** with respect to the cartridge **4** in the distal direction. A dose of drug may be dispensed from the cartridge in this way. The size of the delivered dose may be determined by the distance by which the piston **10** is displaced with respect to the cartridge **4** in the distal direction during dose delivery.

The drive unit **3** comprises a drive mechanism. The drive mechanism comprises a piston rod **12**. The piston rod **12** may be configured for transferring force to the piston **10**, thereby displacing the piston in the distal direction with respect to the cartridge **4**. A distal end face of the piston rod **12** may be arranged to abut a proximal end face of the piston **10**. Alternatively, a bearing member (not explicitly shown) may be arranged to advance the piston **10**, preferably to abut the proximal end face of the piston **10**. The bearing member may be arranged between piston **10** and piston rod **12**. The bearing member may be fixed to the piston rod **12** or may be a separate member. If the piston rod **12** is configured to be rotated during operation of the device, for example during dose delivery, it is particularly expedient to provide for a bearing member. The bearing member may be axially displaced together with the (rotating) piston rod **12** with respect to the cartridge **4**. The piston rod **12** may be rotatable with respect to the bearing member. In this way, the risk that the rotating piston rod **12** drills into the piston **10** and thereby damages the piston is reduced. Accordingly, while the piston rod **12** rotates and is displaced with respect to the housing, the bearing member is preferably only displaced axially, i.e. does not rotate. The piston rod **12** may be bounded by the bearing member.

The drive unit **3** comprises a housing **13** which may be part of the drive mechanism and/or house parts of the drive mechanism. The piston rod **12** may be retained in the housing **13**. A proximal end side **14** of the cartridge unit **2** may be secured to the drive unit **3** at a distal end side **15** of the housing **13**, for example via a threaded connection. Housing **13**, cartridge **4** and/or cartridge retaining member **11** may have a tubular shape.

The term "housing" shall preferably mean any exterior housing ("main housing", "body", "shell") or interior housing ("insert", "inner body") which may have a unidirectional axial coupling to prevent proximal movement of specific components. The housing may be designed to enable the safe, correct, and comfortable handling of the drug delivery device or any of its mechanism. Usually, it is designed to house, fix, protect, guide, and/or engage with any of the inner components of the drug delivery device (e.g., the drive mechanism, cartridge, piston, piston rod), preferably by limiting the exposure to contaminants, such as liquid, dust, dirt etc. In general, the housing may be unitary or a multipart component of tubular or non-tubular shape.

The term "piston rod" shall preferably mean a component adapted to operate through/within the housing, which may be designed to transfer axial movement through/within the drug delivery device, preferably from the drive member to

US 9,486,587 B2

9

the piston, for example for the purpose of discharging/dispensing an injectable product. Said piston rod may be flexible or not. It may be a simple rod, a lead-screw, a rack and pinion system, a worm gear system, or the like. "piston rod" shall further mean a component having a circular or non-circular cross-section. It may be made of any suitable material known to a person skilled in the art and may be of unitary or multipart construction.

The drive unit 3 comprises a dose part 16. The dose part 16 is movable with respect to the housing 13. The dose part 16 may be movable in the proximal direction with respect to the housing 13 for setting of a dose of the drug 5 which is to be delivered and, in particular, in the distal direction with respect to the housing for delivering the set dose. The dose part 16 is preferably connected to the housing 13. The dose part 16 may be moved (displaced) between a proximal end position and a distal end position with respect to the housing 13 (not explicitly shown). The distance by which the dose part 16 is displaced with respect to the housing 13 during setting of the dose may determine a size of the dose. The (maximum) proximal end position and the distal end position of the dose part 16 may be determined by a respective stop feature which may limit the proximal or distal travel of the dose part with respect to the housing 13. The device 1 may be a variable dose device, i.e. a device configured for delivering doses of the drug of different, preferably user-settable, sizes. Alternatively, the device may be a fixed dose device.

The device 1 may be a manually, in particular non-electrically, driven device. The (user-applied) force which causes the dose part 16 to be moved with respect to the housing 13 in the distal direction may be transferred to the piston rod 12 by the drive mechanism. For this purpose, other elements of the drive mechanism may be provided which are not explicitly shown in FIG. 1. The drive mechanism is preferably configured not to move the piston rod 12 with respect to the housing 13 when the dose part is moved in the proximal direction with respect to the housing for setting of the dose.

Several doses of the drug 5 may be dispensed from the cartridge 4. As the piston 10 successively advances towards the distal end of the cartridge 4, the amount of drug remaining in the cartridge 4, which is still available for dose delivery, is reduced. Accordingly, the situation may arise that a user sets a desired dose of the drug 5 which he intends to (self-)administer, but the amount of drug still left in the cartridge is not sufficient for delivering the desired dose. Thus, if a user is allowed to set a dose that exceeds the amount of drug left in the cartridge, the risk of administering a wrong dose of the drug, e.g. a dose which is less than the desired dose, is increased. Of course, administration of a wrong dose may have fatal, for example lethal, consequences for the user. Thus, it is desirable to provide for an end stop mechanism, for example a safety mechanism, which prevents setting of a dose of a drug which dose exceeds the actually available amount of drug 5 in the cartridge.

An embodiment of an end stop mechanism or end stop assembly, which is suitable for preventing setting of a dose of the drug 5 which exceeds the amount of drug available in the cartridge for dispense is described in conjunction with FIGS. 2 to 10 which also relate to a drug delivery device 1. The drug delivery device 1 illustrated therein may largely correspond to the device described in conjunction with FIG. 1, with the drive mechanism and, of course, the end stop mechanism being shown in more detail.

10

In the exploded view of FIG. 2, housing 13 is shown with its distal end 15 and its proximal end 17. Housing 13 is preferably configured to retain further elements of the drug delivery device.

An insert member 18 is configured to be retained within housing 13. Insert member 18 may be secured against axial and rotational movement with respect to the housing 13. On an outer surface, insert member 18 may be provided with one or more fixing elements 19, for example snap-fit elements. Fixing elements 19 may be configured to engage corresponding inner fixing means in the housing (not explicitly shown). Fixing elements 19 may protrude radially from insert member 18. The insert member 18 is provided with one or more (outer) guide members 20, which may extend axially. Guide members 20 may be provided for allowing for inserting the insert member 18 in and/or securing it to the housing 13 (only) in a predetermined orientation. Guide members 20 may engage corresponding guide features in the housing 13 when insert member 18 is inserted in the housing 13 (not explicitly shown in FIG. 2). The insert member 18 may be an insert sleeve, for example. The insert member 18 may comprise a (inner) thread 21. Thread 21 may be a helical thread. One or more (inner) guide tracks 22 may be provided by the insert member 18, in particular on an inner surface thereof. Guide tracks 22 may interrupt thread 21. Guide tracks 22 may extend axially. Instead of providing for a separate insert member 18 as illustrated, thread 21 and/or guide tracks 22 may be provided for in the housing 13.

The drug delivery device 1 comprises a dose member 23. Dose member 23 is configured to be displaced in the proximal direction with respect to the housing 13 during setting of the dose of the drug 5 and/or in the distal direction with respect to the housing during delivery of the dose. Dose member 23 is provided with a (outer) thread 24. Thread 24 may be arranged in the distal end section of the dose member 23. Thread 24 may be arranged to engage thread 22 of the insert member 18. Dose member 23 may be a sleeve, for example. Dose member 23 may rotate in a first direction with respect to the housing during setting of the dose, thereby, in particular, being displaced in the proximal direction with respect to the housing on account of the threaded engagement to the insert member 18. During dose delivery, dose member 23 may rotate in a second direction opposite to the first direction with respect to the housing 13, thereby, in particular, being displaced in the distal direction with respect to the housing. Dose member 23 may be displaced in the proximal direction during dose setting from a distal initial position to a proximal end position and during dose delivery in the distal direction from the proximal end position back into the initial position.

The dose member 23 comprises one or more (outer) guide members 25, e.g. guide ribs. Guide members 25 may extend axially. Guide members 25 may be arranged in the proximal section of the dose member 23 as seen from thread 24. Guide members 25 may be configured to engage corresponding guide slots in a dose dial member (not explicitly shown in FIG. 2, see guide slots 50 in FIG. 7, for example). The dose member 23 and the dose dial member may be splined to one another when the device is assembled. Thus, relative rotational movement between dose member 23 and dose dial member is prevented. Relative axial movement between dose member 23 and dose dial member is allowed.

Additionally, the piston rod 12 is shown in FIG. 2. The piston rod 12 is provided with two different threads, displacement thread 26 and drive thread 27. Drive thread 27 may be arranged further away from the distal end of piston rod 12 than displacement thread 26. Drive thread 27 may be

US 9,486,587 B2

11

arranged in the proximal end section of the piston rod **12**. Displacement thread **26** may be arranged in the distal end section of the piston rod **12**. Displacement thread **26** may determine the axial displacement of the piston rod **12** when the piston rod **12** rotates and is axially displaced with respect to the housing. The drive thread may, for example due to interaction with a drive member (not explicitly shown in FIG. **2**) determine the rotation angle by which the piston rod **12** is rotated. Displacement thread and drive thread may have a different hand and/or different leads. Drive thread **27** may be a double-thread. Drive thread **27** and/or displacement thread **26** may be a helical thread. Drive thread **27** preferably protrudes further in the radial direction from piston rod **12** than displacement thread **26**.

Furthermore, the drug delivery device **1** comprises a clutch member **28**. The clutch member **28** is configured to be connected to the dose member **23**. The clutch member may be connected to the dose member **23** for following movement of the dose member in the proximal direction with respect to the housing during setting of the dose and/or in the distal direction with respect to the housing during delivery of the dose. The dose member **23** may rotate with respect to the clutch member **28** and, in particular, with respect to the housing **13**. The clutch member **28** is secured against (any) rotational movement with respect to the housing **13**. Axial movement of clutch member **28** with respect to the housing is allowed. Clutch member **28** may be a sleeve, for example. The clutch member has an opening **29**. Opening **29** may be a central opening. Opening **29** is configured for the piston rod **12** to pass through opening **29** when piston rod **12** is displaced in the distal direction for delivering the dose. Piston rod **12** is preferably configured for being secured against movement in the proximal direction during setting of the dose and/or during delivery of the dose. Accordingly, the position of a particular point on the piston rod with respect to the distal end of the cartridge may be indicative for the amount of drug available in the cartridge for delivery.

The device further comprises a stop member **30**. The clutch member **28** may be arranged to mechanically cooperate with, for example to abut, stop member **30**. Stop member **30** may define a clutch stop position for proximal displacement of the clutch member **28** with respect to the housing and/or with respect to the piston rod **12**. Stop member **30** may be connected to or integrated in the piston rod **12**. The position of the stop member **30** with respect to the distal end of the cartridge **4** may be indicative of the amount of drug available in the cartridge for dispense. Stop member **30** may be configured to abut a proximal face of the clutch member **28**. Stop member **30** may be formed by means of drive thread **26**, in particular a distal end thereof.

Opening **29** is expediently configured to permit relative axial and/or rotational movement of the piston rod **12** with respect to the clutch member **28** until clutch member **28** and stop member **30** may cooperate mechanically. Opening **29** extends through the clutch member **28** from its proximal end to its distal end. Clutch member **28** comprises a main body portion **31**, e.g. a tubular portion. Clutch member **28** comprises a flange portion **32**. Flange portion **32** protrudes radially from the main body portion **31**. Flange portion **32** may be arranged at the proximal end section of main body portion **31**. A proximal face of flange portion **32** may be configured for abutting stop member **30**, in particular a distal end face thereof.

The drug delivery device may comprise a connection member **33**. The connection member **33** may be provided for connecting the clutch member to the dose member **23**. The clutch member **28** may be firmly connected to the dose

12

member **23** by means of connection member **33**. The connection member **33** has a main body portion **34**, e.g. a tubular portion. The main body portion **34** may be adapted to be received within dose member **33**. Connection member **33** may have a (central) opening **35**. Piston rod **12** may travel through opening **35**. The connection member may further comprise one or more (outer) guide features **36**. Guide features **36** may be configured for engaging guide tracks **22** of insert member **18**. Relative rotational movement between connection member **33** and housing **13** may be prevented in this way. Guide features **36** may be guide pins, for example. Guide features may protrude radially from connection member **33**. Guide features **36** may be disposed about the perimeter of connection member **33**. Connection member **33** may have a flange portion **37**. Guide features **36** may protrude from the flange portion **37**.

A proximal surface of connection member **33** may be arranged to abut a distal surface of dose member **23**. Connection member **33** may comprise one or more (inner) connection features **38**, for example snap features. Connection features **38** may protrude radially inwardly within opening **35** of connection member **33**. Connection features **38** are expediently configured to engage one or more fixing members **39** provided in clutch member **28**. Fixing members **39** are expediently provided in the main body portion **31** of the clutch member **28**. Fixing members **39** may be snap slots, for example. When connection member **33** is connected to clutch member **28**, relative rotational movement between connection member and clutch member is prevented. However, a proximal and a distal end stop, for example formed by a distal end surface and a proximal end surface of the fixing members **39** may limit relative axial movement between connection member **33** and clutch member **28**. Dose member **23** may rotate in both directions with respect to clutch member and connection member when dose member **23** is not mechanically cooperating with clutch member **28** as it was described below and is further described below.

FIG. **3** shows the clutch member **28** in more detail. Clutch member **28** has an engagement member **40**. Engagement member **40** is configured to engage an engagement feature **41** of the dose member **23** (see the more detailed illustration of dose member **23** in FIG. **4**). Engagement member **40** and/or engagement feature **41** may be a toothing comprising a plurality of teeth, preferably saw-teeth. The respective toothing may be disposed about the perimeter of engagement feature **41** or engagement member **40**, respectively. The teeth of the respective toothing may be oriented axially. The teeth of engagement member **40** are disposed along the perimeter of the clutch member **28**, in particular along the flange portion **32** thereof. Engagement member **40** may be arranged on a distal surface of the clutch member **28**, in particular on a distal surface of flange portion **32**. The dose member **23** may comprise a flange portion **42**. Flange portion **42** may protrude radially inwardly from the dose member **23**. Flange portion **42** and/or engagement feature **41** may be arranged in the distal end section of dose member **23** and/or in the threaded section of the dose member, i.e. that section in which thread **24** is arranged. Flange portion **42** may be arranged in the distal (end) section of dose member **23**. Teeth of the toothing of the engagement feature **41** may be configured to mate teeth of the toothing of engagement member **40**. Thereby, dose member **23** and clutch member **28** may mechanically cooperate with one another.

When in mechanical cooperation (mechanical interaction), in particular, when engagement feature **41** and engagement member **40** are in engagement, relative rotational

US 9,486,587 B2

13

movement between dose member **23** and clutch member **28** is permitted only in one direction, preferably the second direction, i.e. the one in which the dose member rotates during dose delivery. Rotation of the dose member in the first direction which is necessary for setting of a dose is prevented on account of the engagement of dose member **23** and clutch member **28** and, in particular, on account of the clutch member **28** being secured against rotational movement with respect to the housing **13**. For example, rotation of the dose member **23** in the first direction may be prevented by the steep sides of the respective teeth abutting. Rotational movement of the dose member **23** with respect to the clutch member **28** in the second direction may be allowed due to the beveled sides of the teeth sliding along each other. Accordingly, during mechanical cooperation, a uni-directional friction clutch mechanism may be formed between clutch member **28** and dose member **23** by mechanical cooperation of engagement feature **41** and engagement member **40**.

As shown in FIG. **5**, the clutch member **28** is retained within and connected to dose member **23**. Connection member **33** is (firmly) connected to clutch member **28**, in particular by the connection features **38** engaging fixing members **39**.

The main body portion **31** of the clutch member **28** may extend from the proximal side of the opening defined by flange portion **42** to the distal side thereof. The connection member **33** may be connected to the clutch member **28** via the main body portion **31** on the distal side of flange portion **32**. The engagement member **40** and the engagement feature **41** face each other. Flange portion **42** and flange portion **32** overlap.

The engagement member **40** and the engagement feature **41** are biased away from one another to keep the dose member **23** and the clutch member **28** out of interaction. For this purpose, a clutch spring member **43** is provided for (cf. FIG. **5**). Clutch spring member **43** may be a (helical) coil spring, for example. Clutch spring member **43** may be a pressure spring. Accordingly, during normal operation, i.e. when clutch member **28** is out of the clutch stop position, relative rotational movement in both directions is permitted, because the dose member **23** and the clutch member **28** do not mechanically cooperate with one another on account of the clutch spring member **43** preventing mechanical cooperation by keeping engagement member **40** at a predetermined distance from engagement feature **41**. Clutch spring member **43** may bear on the clutch member **28**, preferably on flange portion **32**. Preferably, clutch spring member **43** is arranged within a notch **44**, which may be provided for in clutch member **28** to receive an end of clutch spring member **32**. Notch **44** may be provided in flange portion **32**. Notch **44** may be formed between main body portion **31** and engagement member **40** (see FIG. **3**, for example).

For connecting the clutch member **28** to the dose member **23**, at first, the clutch spring member **43** is placed on clutch member **28**, in particular in notch **44**. Afterwards, clutch member **28** with clutch spring member **43** is introduced into dose member **23** until clutch spring member abuts flange portion **42** of dose member **23**, in particular radially inwardly besides engagement feature **41**. Afterwards, connection member **33** is firmly, and preferably permanently, joined to clutch member **28**. Flange portion **42** of dose member **23** is arranged and, in particular, retained between clutch member **28** and connection member **33**.

FIG. **6** shows the dose member **23** and the connection member **33** as depicted in FIG. **5** with the (three) guide features **36** being oriented to engage the (three) guide tracks

14

**22** of the insert member **18**. A window **45** is provided in housing **13**. Through window **45**, information about a set dose, which may be provided for on a dose dial member (not explicitly shown in FIG. **6**) may be made visible from outside of the housing.

FIG. **7** shows an exploded view of further parts of the drug delivery device **1**. The drug delivery device **1** comprises a drive member **46**. Drive member **46** may be a sleeve. Drive member **46** comprises a (internal) thread **47**. Thread **47** may be a helical thread. Thread **47** may be adapted to cooperate with, in particular to abut, drive thread **27** of piston rod **12**, preferably for putting piston rod **12** in rotation.

The drug delivery device comprises a dose dial member **48**. Dose dial member **48** may be a sleeve. The dose dial member **48** has a (outer) thread **49**. Thread **49** may be a helical thread. Thread **49** may determine the axial displacement of the dose dial member **48** in the proximal direction with respect to the housing **13** during setting of the dose and/or in the distal direction during delivery of the dose. Thread **49** preferably has a higher lead than thread **24**. Accordingly, when rotated by the same angle in the same direction, dose member **23** is axially displaced by a distance which is smaller than the distance by which the dose dial member **48** is axially displaced. The outer surface of dose dial member **48** may be provided with indication elements, for example numerals. The numerals may indicate the size of the dose which is set by a user for delivery. In particular, the indication element rotated under window **45** may indicate the size of the dose which is dispensed when the currently set dose is delivered. The dose dial member **48** may comprise one or more (inner) guide slots **50**. Dose member **23** may be splined to the dose dial member **48**, for example by the respective guide member **25** engaging a corresponding guide slot **50**. Guide slots **50** expediently extend axially.

The dose part **16** comprises a dose dial part **51**. The dose part **16** comprises a dose button part **52**. The dose dial part **51** may be rotated with respect to the housing **13** and, in particular, with respect to dose button part **52** for setting of a dose. Dose dial member **48** follows rotation of the dose dial part **51** during dose setting. The amount of rotation, e.g. the turns made, determines the size of the dose and/or the distance by which the dose dial member **48** is displaced in the proximal direction with respect to the housing **13**.

The drug delivery device **1** comprises a coupling unit **53**. Coupling unit **53** couples drive member **46** and dose dial member **48** such that drive member **46** follows rotation of the dose dial member **48** during setting of the dose. When the dose button part **52** is depressed for dose delivery, i.e. after the dose has been set, drive member **46** and dose dial member **48** are decoupled. The decoupling may be achieved by dose button part **52** interacting with coupling unit **53** when being depressed in the distal direction with respect to dose dial part **51**. Accordingly, during dose delivery, dose dial member **48** rotates in the second direction and is displaced in the distal direction with respect to the housing. Drive member is displaced in the distal direction with respect to the housing without rotating. Thereby, thread **47** engages and/or abuts drive thread **27** of piston rod **12**. Consequently, piston rod **12** rotates and is displaced in the distal direction with respect to the housing **13** on account of displacement thread **26**. A similar drive mechanism is described in WO 2004/078239 A1, the disclosure content of which is incorporated herein by reference for all purposes. The (proximal section of the) dose member **23** may be arranged between drive member **46** and dose dial member **48**.

US 9,486,587 B2

**15**

FIG. **8** shows the drug delivery device **1** in assembled condition. As shown in FIG. **8**, the cartridge **4** is covered by a cap **54**, which may be removably attached to the device **1** and detached from the device for operation of the drug delivery device **1**. The piston rod **12**, in particular its displacement thread **26**, is engaged with an opening **55**, in particular a threaded and/or circular opening, which is provided in the housing **13**. Accordingly, rotation of piston rod **12** results an axial displacement of the piston rod with respect to the housing **13**. A bearing member **56** which may be connected to piston rod **12** is arranged between piston **10** and piston rod **12**. The contact surface of piston rod **12** to piston **10** is increased by the bearing member. The piston rod **12** may be adapted to rotate with respect to bearing member **56**. Thread **49** of dose dial member **48** engages an (inner) thread **57** of the housing **13** or an insert thereof.

In the situation shown in FIG. **8**, a dose of drug **5** to be dispensed has been set by rotating dose dial member **48** in the first direction and displacing the dose dial member in the proximal direction with respect to the housing **13**. When the dose dial member **48** is rotated, dose member **23**, which is splined to dose dial member **48**, follows this rotational movement. On account of the different threads **24** and **49**, dose member **23** is displaced with respect to the housing **13** in the proximal direction by a distance which differs from the one the dose dial member is displaced. Preferably, dose member **23** is displaced in the proximal direction by a smaller distance than dose dial member **48**. Clutch member **28** and connection member **33** follow displacement of the dose member **23** in the proximal direction. Clutch spring member **43** prevents clutch member **28** and dose member **23** from cooperating when stop member **30** is not abutting clutch member **28**. Thus, during setting of the dose, dose dial member **48** and dose member **28** rotate in the first direction and are displaced in the proximal direction for setting a dose of the drug **5** (see FIG. **9** and the arrows therein which indicate these movements). During dose setting, dose member **23**, clutch member **28** and connection member **33** are displaced in the proximal direction with respect to the housing **13** and, in particular, with respect to the piston rod **12**. Piston rod **12** remains stationary during dose setting, i.e. at a fixed axial position. Piston rod **12** does not rotate during dose setting. The clutch member **28** is displaced from a distal initial position to a proximal end position during dose setting with respect to the housing **13**. The proximal end position is determined by the size of the set dose. A maximum proximal end position may be determined by a maximum dose which may be set, e.g. by an end stop which limits rotation of the dose dial member **48** in the first direction with respect to the housing.

After the dose has been set, the dose button part **52** may be depressed and the dose may be dispensed. During delivery of the dose, piston rod **12** and, of course, the stop member **30** are displaced in the distal direction with respect to the housing **13**. During dose delivery, clutch member **28**, connection member **33** and dose member **23** are moved back into the distal initial position. Once the stop member **30** is arranged between the distal initial position of the clutch member **28** and the maximum proximal end position of the clutch member **28**, the clutch member **28** may abut the stop member **30** during setting of the dose (see FIG. **10**). If clutch member **28** and stop member **30** are in abutment, further rotation of the dose member **23** in the first direction moves engagement member **40** and engagement feature **41** in engagement against the force of clutch spring member **43**. When in engagement, further rotation of the dose member **23** with respect to the clutch member **28** and thus also with

**16**

respect to the housing **13** in the first direction is prevented on account of the clutch member **28** being secured against rotation with respect to the housing. Consequently, dose dial member **48** is prevented from rotation with respect to the housing **13**. Thus, further rotation of the dose dial member **48** in the first direction (the dose setting direction) which is necessary for increasing the size of the dose is prevented. As the position of the stop member **30** with respect to the distal end of the cartridge **4** is indicative of the amount of drug **5** remaining in the cartridge, setting of a desired dose of drug which exceeds the actually available amount of drug is prevented. However, as rotation of the dose member **23** and, in particular, the dose dial member **48** in the second direction with respect to the housing **13** (the dose delivery direction) is still allowed, the set dose, i.e. the amount which was available in the cartridge, may be dispensed and is not wasted.

The scope of protection of the invention is not limited to the examples given hereinabove. The invention is embodied in each novel characteristic and each combination of characteristics, which particularly includes every combination of any features which are stated in the claims, even if this feature or this combination of features is not explicitly stated in the claims or in the examples.

REFERENCE NUMERALS

**1** drug delivery device
**2** cartridge unit
**3** drive unit
**4** cartridge
**5** drug
**6** outlet
**7** distal end of the device
**8** proximal end of the device
**9** membrane
**10** piston
**11** cartridge retaining member
**12** piston rod
**13** housing
**14** proximal end of cartridge unit
**15** distal end of housing
**16** dose part
**17** proximal end of housing
**18** insert member
**19** fixing member
**20** guide member
**21** thread
**22** guide track
**23** dose member
**24** thread
**25** guide member
**26** displacement thread
**27** drive thread
**28** clutch member
**29** opening
**30** stop member
**31** main body portion
**32** flange portion
**33** connection member
**34** main body portion
**35** opening
**36** guide feature
**37** flange portion
**38** connection feature
**39** fixing member
**40** engagement member

US 9,486,587 B2

17

41 engagement feature
42 flange portion
43 clutch spring member
44 notch
45 window
46 drive member
47 thread
48 dose dial member
49 thread
50 guide slot
51 dose dial part
52 dose button part
53 coupling unit
54 cap
55 opening
56 bearing member
57 thread

The invention claimed is:

1. An assembly for a drug delivery device, comprising:
a housing having a proximal end and a distal end;
a dose member which is displaceable in the proximal direction with respect to the housing for setting of a dose of a drug;
a clutch member which is displaced in the proximal direction with respect to the housing when setting the dose; and
a stop member configured to define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, with the clutch member, when in the clutch stop position, being prevented from further displacement in the proximal direction with respect to the housing,
wherein the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position, thereby preventing further displacement of the dose member in the proximal direction with respect to the housing during setting of the dose,
wherein the dose member is threadedly connected to the housing,
wherein the dose member is rotated in a first direction with respect to the housing and displaced in the proximal direction with respect to the housing for setting of the dose, and
wherein the clutch member does not rotate with respect to the housing during setting of the dose.

2. An assembly according to claim 1,
wherein rotation of the dose member in the first direction with respect to the housing for setting of the dose is prevented or stopped when the dose member and the clutch member cooperate mechanically.

3. An assembly according to claim 1,
wherein, during mechanical cooperation of the dose member and the clutch member, rotational movement of the dose member with respect to the clutch member in the first direction is prevented, whereas rotational movement of the dose member with respect to the clutch member in a second direction opposite to the first direction is allowed.

4. An assembly according claim 1,
wherein the clutch member follows displacement of the dose member in the proximal direction with respect to the housing during setting of the dose.

18

5. An assembly according to claim 1,
wherein the clutch member is connected to the dose member.

6. An assembly according to claim 1,
which comprises a piston rod configured to be displaced in the distal direction with respect to the housing for delivering the dose.

7. An assembly according to claim 6,
wherein the stop member is integrated in or connected to the piston rod.

8. A drug delivery device, comprising an assembly according to claim 1 and a cartridge containing the drug.

9. A drug delivery device according to claim 8, wherein the cartridge has a proximal end and a distal end, a piston is retained within the cartridge, the piston being displaceable in the distal direction with respect to the cartridge for dispensing a dose of the drug from the cartridge.

10. An assembly according to claim 1,
wherein the clutch member comprises a main body portion and a flange portion that protrudes radially from the main body portion.

11. An assembly according to claim 10,
wherein the flange portion is arranged at an end section of the main body portion of the clutch member.

12. An assembly according to claim 11,
wherein a face of the flange portion is configured for abutting the stop member.

13. The assembly according to claim 6,
wherein the piston rod comprises a thread.

14. The assembly according to claim 6,
wherein the piston rod comprises a circular cross section.

15. The assembly according to claim 1,
wherein the dose member comprises an outer thread.

16. The assembly according to claim 1,
wherein the stop member comprises a thread.

17. The assembly according to claim 1,
wherein the clutch member further comprises an engagement member configured to engage an engagement feature of the dose member.

18. The assembly according to claim 17,
wherein the engagement member of the clutch member comprises a plurality of teeth.

19. The assembly according to claim 18,
wherein the plurality of teeth of the clutch member are disposed about a perimeter of the engagement member.

20. The assembly according to claim 19,
wherein the plurality of teeth of the clutch member are disposed about a flange portion of the perimeter of the engagement member.

21. The assembly according to claim 17,
wherein the dose member further comprises a flange portion.

22. The assembly according to claim 21,
wherein the flange portion of the dose member protrudes radially inwardly from the dose member.

23. The assembly according to claim 22,
wherein the engagement feature of the dose member comprise a plurality of teeth, the plurality of teeth are arranged on the flange portion of the dose member.

* * * * *

# Exhibit J

US009592348B2

(12) **United States Patent**
Strehl et al.

(10) **Patent No.:** **US 9,592,348 B2**
(45) **Date of Patent:** **Mar. 14, 2017**

(54) **ASSEMBLY FOR A DRUG DELIVERY DEVICE AND DRUG DELIVERY DEVICE**

(71) Applicant: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

(72) Inventors: **Michael Strehl**, Pfremid (DE); **Udo Leuschner**, Regensburg (DE); **Norbert Besenhardt**, Teublitz (DE)

(73) Assignee: **Sanofi-Aventis Deutschland GmbH**, Frankfurt am Main (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/139,025**

(22) Filed: **Apr. 26, 2016**

(65) **Prior Publication Data**

US 2016/0235921 A1 Aug. 18, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/887,736, filed on Oct. 20, 2015, now Pat. No. 9,486,587, which is a
(Continued)

(30) **Foreign Application Priority Data**

Jun. 2, 2009 (EP) .................................... 09007297

(51) **Int. Cl.**
A61M 5/315 (2006.01)
A61M 5/24 (2006.01)
A61M 5/31 (2006.01)

(52) **U.S. Cl.**
CPC ...... **A61M 5/31536** (2013.01); **A61M 5/3155** (2013.01); **A61M 5/31511** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... A61M 5/31511; A61M 5/31536; A61M 5/31541; A61M 5/31551; A61M 5/31555;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 533,575 A | 2/1895 | Wilkens |
|---|---|---|
| 5,226,895 A | 7/1993 | Harris |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 101227942 | 7/2008 |
|---|---|---|
| DE | 20023819 | 7/2006 |

(Continued)

OTHER PUBLICATIONS

Bibliographic data of the European Patent Application No. 10723101.1 dated Jan. 7, 2013.
(Continued)

*Primary Examiner* — Laura Bouchelle
*Assistant Examiner* — Justin L Zamory
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

An assembly for a drug delivery device, and a drug delivery device, are proposed with a housing having proximal and distal ends. A dose member is displaceable proximally with respect to the housing for setting of a dose of a drug. A clutch member is displaceable proximally with respect to the housing when setting the dose. A stop member is configured to define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, the clutch member, when in the clutch stop position, is prevented from further displacement proximally with respect to the housing, and the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position, thereby preventing further displacement of the dose member proximally with respect to the housing during setting of the dose.

**30 Claims, 8 Drawing Sheets**



## US 9,592,348 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/375,441, filed as application No. PCT/EP2010/057633 on Jun. 1, 2010.

(60) Provisional application No. 61/239,557, filed on Sep. 3, 2009.

(52) **U.S. Cl.**
CPC .... *A61M 5/31541* (2013.01); *A61M 5/31551* (2013.01); *A61M 5/24* (2013.01); *A61M 5/3158* (2013.01); *A61M 5/31556* (2013.01); *A61M 5/31561* (2013.01); *A61M 5/31586* (2013.01); *A61M 2005/2407* (2013.01); *A61M 2005/2488* (2013.01); *A61M 2005/3104* (2013.01)

(58) **Field of Classification Search**
CPC .......... A61M 5/31556; A61M 5/31561; A61M 5/31586; A61M 2005/3104; A61M 2005/2403; A61M 2005/2407; A61M 2005/3154
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,279,586 A | 1/1994 | Balkwill | |
| 5,304,152 A | 4/1994 | Sams | |
| 5,320,609 A | 6/1994 | Haber | |
| 5,383,865 A | 1/1995 | Michel | |
| 5,480,387 A | 1/1996 | Gabriel | |
| 5,505,704 A | 4/1996 | Pawelka | |
| 5,582,598 A | 12/1996 | Chanoch | |
| 5,626,566 A | 5/1997 | Petersen | |
| 5,674,204 A | 10/1997 | Chanoch | |
| 5,688,251 A | 11/1997 | Chanoch | |
| 5,921,966 A | 7/1999 | Bendek | |
| 5,961,495 A | 10/1999 | Walters | |
| 6,004,297 A | 12/1999 | Steenfeldt-Jensen et al. | |
| 6,193,698 B1 | 2/2001 | Kirchhofer | |
| 6,221,046 B1 | 4/2001 | Burroughs | |
| 6,235,004 B1 | 5/2001 | Steenfeldt-Jensen et al. | |
| 6,248,095 B1 | 6/2001 | Giambattista | |
| 6,582,404 B1 | 6/2003 | Klitgaard | |
| 6,899,698 B2 | 5/2005 | Sams | |
| 6,936,032 B1 | 8/2005 | Bush | |
| 7,169,132 B2 | 1/2007 | Bendek et al. | |
| 7,241,278 B2 | 7/2007 | Møller | |
| 8,491,538 B2 | 7/2013 | Kohlbrenner et al. | |
| 8,920,383 B2 | 12/2014 | Enggaard et al. | |
| 9,089,652 B2 | 7/2015 | Nzike et al. | |
| 2002/0052578 A1 | 5/2002 | Moller | |
| 2002/0120235 A1 | 8/2002 | Enggaard | |
| 2003/0050609 A1 | 3/2003 | Sams | |
| 2004/0059299 A1 | 3/2004 | Moller | |
| 2004/0127858 A1 | 7/2004 | Bendek et al. | |
| 2004/0210199 A1 | 10/2004 | Atterbury et al. | |
| 2004/0260247 A1 | 12/2004 | Veasey et al. | |
| 2004/0267207 A1 | 12/2004 | Veasey et al. | |
| 2005/0033244 A1 | 2/2005 | Veasey et al. | |
| 2005/0113765 A1 | 5/2005 | Veasey | |
| 2006/0153693 A1 | 7/2006 | Fiechter | |
| 2007/0016142 A1 | 1/2007 | Burren | |
| 2008/0234634 A1 | 9/2008 | Eiland et al. | |
| 2009/0054851 A1 | 2/2009 | Radmer et al. | |
| 2009/0275916 A1 * | 11/2009 | Harms .................... | A61M 5/24 604/506 |
| 2010/0152672 A1 | 6/2010 | Raab | |
| 2014/0194830 A1 | 7/2014 | Nzike et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 102005023823 | 11/2006 |
| EP | 0937476 | 2/1998 |
| EP | 0937471 | 2/1999 |
| EP | 1304129 | 4/2003 |
| GB | 0304823.8 | 3/2003 |
| GB | 03024822 | 3/2003 |
| JP | 2006501026 | 1/2006 |
| JP | 2008529690 | 8/2008 |
| JP | 2009502273 | 1/2009 |
| JP | 2009502274 | 1/2009 |
| JP | 2010503433 | 2/2010 |
| JP | 2012511358 | 5/2012 |
| KR | 10-2007-0048750 | 9/2007 |
| TW | 200507897 | 3/2005 |
| WO | 9938554 | 8/1999 |
| WO | 0110484 | 2/2001 |
| WO | 0172361 | 10/2001 |
| WO | 02092153 | 11/2002 |
| WO | 2004078239 | 9/2004 |
| WO | 2006024461 | 3/2006 |
| WO | 2007017052 | 2/2007 |
| WO | 2007017053 | 2/2007 |
| WO | 2008031235 | 3/2008 |
| WO | 2008031238 | 3/2008 |
| WO | 2010139691 | 12/2010 |

### OTHER PUBLICATIONS

Communication about Intention to grant a European patent sent to Sanofi-Aventis Deutschland GmbH dated Jan. 7, 2013.
Intention to Grant (Signatures) dated Jan. 7, 2013.
Text intended for Grant dated Jan. 7, 2013.
Notification on Forthcoming Publication of Bibliographic Data sent to Sanofi-Aventis Deutschland GmbH dated Mar. 14, 2012.
Communication regarding Comments on Written Opinion/Amendment of Application/Payment of claims fee sent to Sanofi-Aventis Deutschland GmbH dated Jan. 17, 2012.
The International Preliminary Report on Patentability dated Dec. 27, 2011.
Acknowledgement of Receipt for European Patent Application No. 10723101.1 dated Dec. 6, 2011.
Request for Entry into the European Phase dated Dec. 6, 2011.
Information on Entry int o the European Phase sent to Sanofi-Aventis Deutschland GmbH dated Oct. 14, 2011.
Certified priority document of European Patent Application No. 09007297.6 dated Dec. 31, 2010.
Certified priority document of U.S. Appl. No. 61/239,557 dated Dec. 31, 2010.
International Search Report issued in International Patent Application No. PCT/EP2010/057633 dated Dec. 9, 2010.
Notification Concerning Transmittal of International Preliminary Report on Patentability, dated Dec. 15, 2011 (5 pages).
Extended European Search Report issued in European Patent Application No. 09007297.6 dated Dec. 11, 2009.
Form PCT/ISA/220, Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Aug. 18, 2010.
English Translation of Notification of Reasons for Refusal issued in Japanese Patent Application No. 2012-513599 dated Mar. 31, 2014.
Patent Examination Report No. 1 issued in Australian Patent Application No. 2010255770 dated Apr. 11, 2014.
Advise of Delivery in European Patent Application No. 10723101.1 sent to Samson & Partner dated Oct. 16, 2015.
Advise of Delivery sent to Samson & Partner dated Sep. 29, 2015.
Advise of Delivery sent to Keil & Schaafhausen dated Sep. 26, 2015.
Advise of Delivery in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 26, 2015.
Annex to the Communication-Opposition-issued in European Patent No. 10723101.1 dated Sep. 22, 2015.
Information concerning oral proceeding issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Sep. 22, 2015.
Information concerning oral proceeding issued in European patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 22, 2015.

## US 9,592,348 B2

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Preparation for Oral Proceedings issued in European Patent Application No. 10723101.1 dated Sep. 22, 2015.
Summons to attend oral proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Sep. 22, 2015.
Summons to attend oral proceedings issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Sep. 22, 2015.
Brief communication regarding opposition proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Aug. 24, 2015.
Brief communication regarding opposition proceedings issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Aug. 20, 2015.
Keil & Schaafhausen Request for Interpreters during oral proceedings dated Aug. 20, 2015.
Samson & Partner Request for Interpreters during oral proceedings dated Aug. 20, 2015.
Brief communication-opposition proceedings sent to Samson & Partner dated Aug. 12, 2015.
Brief Communication of Opposition proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Aug. 12, 2015.
Brief Communication of Opposition proceedings issued in European Patent Application No. 10723101.1 sent to Keil & Schaafhausen dated Apr. 17, 2015.
Communication of Amended Entries issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Apr. 17, 2015.
Request for Change of Opponents Representative sent by Samson & Partner dated Apr. 2, 2015.
Amended Claims with Annotations dated Dec. 10, 2014.
Brief Communication-Opposition Proceeding issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Oct. 10, 2014.
Claims dated Dec. 10, 2014.
Reply of the Patent Proprietor to the Notice(s) of Opposition sent by Keil & Schaafhausen dated Dec. 10, 2014.
Amended Claims with Annotations dated Dec. 9, 2014.
Claims dated Dec. 9, 2014.

Reply of the Patent Proprietor to the Notice(s) of Opposition sent by Keil & Schaafhausen dated Dec. 9, 2014.
Brief Communication Opposition Proceeding issued in European Patent Application No. 10723101.1 dated Oct. 10, 2014.
Grant of Extension of Time Limit issued in European Patent Application No. 10723101.1 dated Oct. 10, 2014.
Request for Extension of Time Limit sent by Keil & Schaafhausen dated Oct. 6, 2014.
Brief Communication Opposition Proceedings issued in European Patent Application No. 10723101.1 sent to Samson & Partner dated Jun. 24, 2014.
Communication of Amended Entries Concerning the Representative sent to Keil & Schaafhausen dated Jun. 24, 2014.
General Authorization sent to Keil & Schaafhausen dated Jun. 18, 2014.
Request for Change of Applicant's Representative sent by Keil & Schaafhausen dated Jun. 18, 2014.
Communication of Notice of Opposition and Request to file Observations sent to Sanofi-Aventis Deutschland GmbH dated Jun. 30, 2014.
Notice of further opposition to opponent(s) sent to Samson & Partner dated Jun. 3, 2014.
Communication of a Notice of Opposition and First Information to Patent Proprietor sent to Sanofi-Aventis Deutschland GmbH dated May 7, 2014.
Letter regarding the Opposition Procedure (no time limit) sent by Samson & Partner dated Apr. 24, 2014.
Notice of Opposition dated Apr. 24, 2014.
Payment of Fees and Expenses from Samson & Partner dated Apr. 24, 2014.
Client Database System (CDS)—Clean up, amended applicant details dated Feb. 3, 2014.
Transmission of the Certificate for a European Patent sent to Sanofi-Aventis Deutschland GmbH dated Jul. 26, 2013.
Decision to Grant a European patent sent to Sanofi-Aventis Deutschland GmbH dated Jun. 27, 2013.
Communication regarding the forthcoming Grant sent to Sanofi-Aventis Deutschland GmbH dated May 14, 2013.
Filing of the Translations of the Claims sent by Sanofi-Aventis Deutschland GmbH dated Mar. 5, 2013.
French translation of the claims dated May 3, 2013.
German translation of the claims dated May 3, 2015.

* cited by examiner

**U.S. Patent**      Mar. 14, 2017      Sheet 1 of 8      US 9,592,348 B2



FIG 1

FIG 2



FIG 3



FIG 4



FIG 5



FIG 6





FIG 7

U.S. Patent

Mar. 14, 2017

Sheet 6 of 8

US 9,592,348 B2

FIG 8





FIG 9



FIG 10

US 9,592,348 B2

**1**

## ASSEMBLY FOR A DRUG DELIVERY DEVICE AND DRUG DELIVERY DEVICE

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation application of U.S. patent application Ser. No. 14/887,736, filed Oct. 20, 2015 which is also a continuation application of U.S. patent application Ser. No. 13/375,441, filed Oct. 25, 2011, which is a 371 of International Patent Application No. PCT/EP2010/057633, filed Jun. 1, 2010 which claims the benefit of European Patent Application No 09007297.6, filed Jun. 2, 2009 and U.S. Provisional Patent Application No. 61/239, 557, filed Sep. 3, 2009 the entire contents of which are incorporated entirely herein by reference.

The present disclosure relates to an assembly for a drug delivery device and a drug delivery device.

Drug delivery devices may be used for self-administration of a drug contained in the device by a patient. For this purpose, the user may set a dose of drug to be delivered and deliver the dose subsequently. As the amount of drug present in the device may be limited, it may occur that the user sets a desired dose which exceeds the actually available amount of drug in the device. Accordingly, if the user administers this set dose, the user might be of the wrong opinion that the desired amount was administered.

It is an object of the present disclosure to provide for an assembly that facilitates provision of an improved drug delivery device and a drug delivery device comprising such an assembly.

This object is achieved by an assembly according to the independent claim. Advantageous embodiments and refinements may be the subject matter of dependent claims.

According to one aspect, an assembly for a drug delivery device comprises a housing having a proximal end and a distal end, a dose member which is displaceable in the proximal direction with respect to the housing for setting of a dose of a drug, a clutch member which is displaced in the proximal direction with respect to the housing when setting the dose and a stop member configured to define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, with the clutch member, when in the clutch stop position, being prevented from further displacement in the proximal direction with respect to the housing. Preferably, the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position, thereby, in particular during mechanical cooperation, preventing further displacement of the dose member in the proximal direction with respect to the housing, in particular during setting of the dose.

A drug delivery device expediently comprises an assembly as described above. The drug delivery device may comprise a cartridge containing a drug. The cartridge may have a proximal end and a distal end. A piston may be retained within the cartridge. The piston may close the cartridge proximally. The piston is preferably displaceable in the distal direction with respect to the cartridge for dispensing a dose of the drug from the cartridge. The assembly is preferably an end stop assembly. The end stop assembly may prevent setting of a desired dose of the drug, which desired dose would exceed the amount of drug which is currently available in the cartridge for delivery. The position of the stop member with respect to the distal end of the cartridge may be indicative of the amount of drug currently available in the cartridge. As one or more doses of the drug are

**2**

dispensed from the cartridge, the stop member may successively be displaced towards the distal end of the cartridge, thereby indicating that less drug is left in the cartridge.

As the drug delivery device preferably comprises an assembly as described above, features which are described in connection with the drug delivery device may also apply for the assembly and vice versa.

Accordingly, by means of the assembly, setting of a dose of the drug which exceeds the actually available amount of drug may be prevented on account of the clutch member mechanically cooperating with the dose member, for example by engagement. Thereby, the risk of administering an amount of drug which is less than the set dose is reduced. During mechanical cooperation, an engagement member of the clutch member may engage an engagement feature of the dose member.

The term "drug", as used herein, means a pharmaceutical formulation containing at least one pharmaceutically active compound, wherein in one embodiment the pharmaceutically active compound has a molecular weight up to 1500 Da and/or is a peptide, a proteine, a polysaccharide, a vaccine, a DNA, a RNA, a antibody, an enzyme, an antibody, a hormone or an oligonucleotide, or a mixture of the above-mentioned pharmaceutically active compound,

wherein in a further embodiment the pharmaceutically active compound is useful for the treatment and/or prophylaxis of diabetes mellitus or complications associated with diabetes mellitus such as diabetic retinopathy, thromboembolism disorders such as deep vein or pulmonary thromboembolism, acute coronary syndrome (ACS), angina, myocardial infarction, cancer, macular degeneration, inflammation, hay fever, atherosclerosis and/or rheumatoid arthritis,

wherein in a further embodiment the pharmaceutically active compound comprises at least one peptide for the treatment and/or prophylaxis of diabetes mellitus or complications associated with diabetes mellitus such as diabetic retinopathy,

wherein in a further embodiment the pharmaceutically active compound comprises at least one human insulin or a human insulin analogue or derivative, glucagon-like peptide (GLP-1) or an analogue or derivative thereof, or exedin-3 or exedin-4 or an analogue or derivative of exedin-3 or exedin-4.

Insulin analogues are for example Gly(A21), Arg(B31), Arg(B32) human insulin; Lys(B3), Glu(B29) human insulin; Lys(B28), Pro(B29) human insulin; Asp(B28) human insulin; human insulin, wherein proline in position B28 is replaced by Asp, Lys, Leu, Val or Ala and wherein in position B29 Lys may be replaced by Pro; Ala(B26) human insulin; Des(B28-B30) human insulin; Des(B27) human insulin and Des(B30) human insulin.

Insulin derivates are for example B29-N-myristoyl-des (B30) human insulin; B29-N-palmitoyl-des(B30) human insulin; B29-N-myristoyl human insulin; B29-N-palmitoyl human insulin; B28-N-myristoyl LysB28ProB29 human insulin; B28-N-palmitoyl-LysB28ProB29 human insulin; B30-N-myristoyl-ThrB29LysB30 human insulin; B30-N-palmitoyl-ThrB29LysB30 human insulin; B29-N-(N-palmitoyl-Y-glutamyl)-des(B30) human insulin; B29-N-(N-lithocholyl-Y-glutamyl)-des(B30) human insulin; B29-N-($\omega$-carboxyheptadecanoyl)-des(B30) human insulin and B29-N-($\omega$-carboxyheptadecanoyl) human insulin.

Exendin-4 for example means Exendin-4(1-39), a peptide of the sequence H-His-Gly-Glu-Gly-Thr-Phe-Thr-Ser-Asp-

US 9,592,348 B2

**3**

Leu-Ser-Lys-Gln-Met-Glu-Glu-Glu-Ala-Val-Arg-Leu-Phe-Ile-Glu-Trp-Leu-Lys-Asn-Gly-Gly-Pro-Ser-Ser-Gly-Ala-Pro-Pro-Pro-Ser-NH2.

Exendin-4 derivatives are for example selected from the following list of compounds:

H-(Lys)4-des Pro36, des Pro37 Exendin-4(1-39)-NH2,

H-(Lys)5-des Pro36, des Pro37 Exendin-4(1-39)-NH2,

des Pro36 [Asp28] Exendin-4(1-39),

des Pro36 [IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14, IsoAsp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, IsoAsp28] Exendin-4 (1-39); or

des Pro36 [Asp28] Exendin-4(1-39),

des Pro36 [IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14, IsoAsp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Trp(O2)25, IsoAsp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, Asp28] Exendin-4(1-39),

des Pro36 [Met(O)14 Trp(O2)25, IsoAsp28] Exendin-4 (1-39),

wherein the group -Lys6-NH2 may be bound to the C-terminus of the Exendin-4 derivative;

or an Exendin-4 derivative of the sequence

H-(Lys)6-des Pro36 [Asp28] Exendin-4(1-39)-Lys6-NH2,

des Asp28 Pro36, Pro37, Pro38Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro38 [Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36 [Trp(O2)25, Asp28] Exendin-4(1-39)-Lys6-NH2,

H-des Asp28 Pro36, Pro37, Pro38 [Trp(O2)25] Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4 (1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36 [Met(O)14, Asp28] Exendin-4(1-39)-Lys6-NH2,

des Met(O)14 Asp28 Pro36, Pro37, Pro38 Exendin-4(1-39)-NH2,

H-(Lys)6-desPro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4 (1-39)-(Lys)6-NH2,

**4**

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Asn-(Glu)5 des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-Lys6-des Pro36 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-Lys6-NH2,

H-des Asp28 Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25] Exendin-4(1-39)-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Asp28] Exendin-4(1-39)-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Trp (O2)25, Asp28] Exendin-4(1-39)-NH2,

des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2,

H-(Lys)6-des Pro36, Pro37, Pro38 [Met(O)14, Trp(O2) 25, Asp28] Exendin-4(S1-39)-(Lys)6-NH2,

H-Asn-(Glu)5-des Pro36, Pro37, Pro38 [Met(O)14, Trp (O2)25, Asp28] Exendin-4(1-39)-(Lys)6-NH2;

or a pharmaceutically acceptable salt or solvate of any one of the afore-mentioned Exedin-4 derivative.

Hormones are for example hypophysis hormones or hypothalamus hormones or regulatory active peptides and their antagonists as listed in Rote Liste, ed. 2008, Chapter 50, such as Gonadotropine (Follitropin, Lutropin, Choriongonadotropin, Menotropin), Somatropine (Somatropin), Desmopressin, Terlipressin, Gonadorelin, Triptorelin, Leuprorelin, Buserelin, Nafarelin, Goserelin.

A polysaccharide is for example a glucosaminoglycane, a hyaluronic acid, a heparin, a low molecular weight heparin or an ultra low molecular weight heparin or a derivative thereof, or a sulphated, e.g. a poly-sulphated form of the above-mentioned polysaccharides, and/or a pharmaceutically acceptable salt thereof. An example of a pharmaceutically acceptable salt of a poly-sulphated low molecular weight heparin is enoxaparin sodium.

Pharmaceutically acceptable salts are for example acid addition salts and basic salts. Acid addition salts are e.g. HCl or HBr salts. Basic salts are e.g. salts having a cation selected from alkali or alkaline, e.g. Na+, or K+, or Ca2+, or an ammonium ion N+(R1)(R2)(R3)(R4), wherein R1 to R4 independently of each other mean: hydrogen, an optionally substituted C1-C6-alkyl group, an optionally substituted C2-C6-alkenyl group, an optionally substituted C6-C10-aryl group, or an optionally substituted C6-C10-heteroaryl group. Further examples of pharmaceutically acceptable salts are described in "Remington's Pharmaceutical Sciences" 17. ed. Alfonso R. Gennaro (Ed.), Mark Publishing Company, Easton, Pa., U.S.A., 1985 and in Encyclopedia of Pharmaceutical Technology.

Pharmaceutically acceptable solvates are for example hydrates.

In a preferred embodiment, the assembly comprises a clutch spring member. The clutch spring member may be configured for and, in particular, arranged to prevent the dose member from cooperating mechanically with the clutch member. The clutch spring member may prevent the dose member from cooperating mechanically with the clutch member when the clutch member is out of the clutch stop position. The clutch spring member may bias the dose member and the clutch member away from one another. In particular, the clutch spring member may keep engagement feature and engagement member at a predetermined distance with respect to each other when the clutch member is out of the clutch stop position.

In another preferred embodiment, the dose member is rotated in a first direction with respect to the housing for setting of the dose of the drug and, in particular, displaced

US 9,592,348 B2

5

in the proximal direction when rotating in the first direction. The dose member may be threadedly connected to the housing, such as threadedly engaged with the housing or an insert thereof, for this purpose. Rotation of the dose member in the first direction with respect to the housing may be prevented or stopped when the dose member and the clutch member cooperate mechanically.

The dose member may be displaced in the distal direction with respect to the housing when delivering the dose and, in particular, rotate in a second direction, opposite to the first direction when delivering the dose.

In another preferred embodiment, the clutch member is secured against rotation with respect to the housing. The clutch member may be rotationally locked with respect to the housing. During mechanical cooperation of the dose member and the clutch member, rotational movement of the dose member with respect to the clutch member in the first direction is prevented. Rotational movement of the dose member with respect to the clutch member in the second direction opposite to the first direction is expediently allowed. A uni-directional friction clutch mechanism, which permits relative rotational movement between dose member and clutch member in one direction only, may be formed between clutch member and dose member during mechanical cooperation when the clutch member is in the clutch stop position. When the clutch member is out of the clutch stop position, the dose member may rotate with respect to the clutch member in the first direction and in the second direction.

The clutch member may follow displacement of the dose member in the proximal direction with respect to the housing during setting of the dose. The clutch member may follow displacement of the dose member in the distal direction with respect to the housing during delivery of the dose.

In another preferred embodiment, the stop member is displaced in the distal direction with respect to the housing when delivering the dose of the drug. Thereby, the clutch stop position is preferably displaced in the distal direction. The clutch stop position may, in particular, be displaced towards the clutch member. Thereby, the distance between clutch member and clutch stop position may be reduced. As the position of the stop member with respect to the distal end of the housing and/or of the cartridge may be indicative of the amount of drug currently available in the cartridge, setting of a dose that exceeds the available amount is prevented, because, before a dose exceeding the actually available amount could be set, the clutch member has already moved into the clutch stop position and mechanically cooperates with the dose member to prevent further proximal displacement of the dose member. Further proximal displacement of the dose member, however, would be necessary for increasing the size of the dose.

During dose setting, dose member and clutch member may be displaced in the proximal direction from a distal initial position to a proximal end position. The proximal end position may correspond to the size of the set dose. A maximum proximal end position may correspond to the maximum dose which may be set to be delivered by the device. Of course, the maximum dose is expediently smaller than the amount of drug initially provided for in the still unused drug delivery device.

During dose delivery, the stop member may be successively driven in the distal direction and, eventually, reach a position which is between the distal initial position and the maximum proximal end position of the clutch member. When a subsequent dose is set, the clutch member may be

6

stopped in the stop position, for example by abutting the stop member during setting of the dose, thereby preventing setting of an excessive dose which could not be delivered.

The clutch member may be connected to the dose member. A connection member may be provided for connecting the clutch member to the dose member. The connection member may be provided with one or more guide features that may be configured and arranged to prevent rotational movement of the connection member with respect to the housing. The connection member may be rotationally locked to the clutch member. Thus, the clutch member cannot rotate with respect to the connection member.

In another preferred embodiment, the assembly comprises a piston rod. The piston rod may be configured to be displaced in the distal direction with respect to the housing for delivering the dose. The clutch stop position may be displaced in the distal direction with respect to the housing together with the piston rod. In particular, the stop member may be integrated in or connected to the piston rod. The stop member may be firmly connected to the piston rod. The piston rod may rotate and be displaced in the distal direction with respect to the housing. The piston rod may be threadedly connected to the housing or an insert thereof, for this purpose.

The stop member and/or the piston rod is preferably secured against displacement in the proximal direction during setting and/or delivery of the dose.

The stop member may be a protrusion of the piston rod. In particular, the stop member may be provided for by means of the distal end of a, preferably protruding, drive thread of the piston rod. The drive thread may determine the rotation angle, by which the piston rod is rotated with respect to the housing when it is driven by a drive member. The piston rod may comprise a displacement thread. The displacement thread is preferably different from the drive thread. For example, the drive thread may be a male thread and the displacement thread may be a female thread. Drive thread and displacement thread may have different leads. The displacement thread is expediently provided for determining the displacement of the piston rod with respect to the housing in the distal direction. The displacement thread may be arranged further away from a proximal end of the piston rod than the drive thread. The drive thread may be arranged further away from a distal end of the piston rod than the displacement thread.

In a further preferred embodiment, the assembly comprises a dose dial member. The dose dial member may be rotatable in the first direction and/or displaceable in the proximal direction with respect to the housing for setting of the dose. The dose member may follow rotational movement of the dose dial member and movement of the dose dial member in the proximal direction with respect to the housing during setting of the dose. The dose dial member may be splined to the dose member during setting of the dose.

Further features, expediencies and advantageous refinements become apparent from the following description of the exemplary embodiment in connection with the figures.

FIG. 1 shows an exemplary embodiment of a drug delivery device on the basis of a partly sectional view.

FIG. 2 shows an exploded view of parts of the drug delivery device.

FIG. 3 shows an oblique view of an embodiment of a clutch member.

FIG. 4 shows an oblique view of an embodiment of a dose member.

FIG. 5 shows an oblique sectional view of the clutch member connected to the dose member.

US 9,592,348 B2

7

FIG. **6** shows an exploded view of parts of the drug delivery device.

FIG. **7** shows an exploded view of parts of the drug delivery device.

FIG. **8** shows an oblique sectional view of the assembled drug delivery device in a dose set position.

FIG. **9** shows a sectional view of a part of the assembled drug delivery device during dose setting.

FIG. **10** shows a sectional view of a part of the assembled drug delivery device during dose setting.

Like elements, elements of the same kind and identically acting elements may be provided with the same reference numerals in the figures.

Turning now to FIG. **1**, a drug delivery device **1** comprises a cartridge unit **2** and a drive unit **3**. The cartridge unit **2** comprises a cartridge **4**. A drug **5** is retained in the cartridge **4**. The drug **5** is preferably a liquid drug. The cartridge **4** preferably comprises a plurality of doses of the drug **5**. The drug **5** may comprise insulin, such as a short-acting or a long-acting insulin, heparin, or growth hormones, for example. The cartridge **4** has an outlet **6** at its distal end. Drug **5** may be dispensed from the cartridge through outlet **6**. The device **1** may be a pen-type device, in particular a pen-type injector. The device **1** may be a disposable or a reusable device. The device **1** may be a device configured to dispense fixed doses of the drug or variable, preferably user-settable, doses. The device **1** may be a needle-based or a needle free device. The device **1** may be an injection device.

The term "distal end" of the drug delivery device **1** or a component thereof may refer to that end of the device or the component which is closest to the dispensing end of the device **1**. The term "proximal end" of the drug delivery device **1** or a component thereof may refer to that end of the device or the component which is furthest away from the dispensing end of the device. In FIG. **1**, the distal end of the device **1** was assigned reference numeral **7** and the proximal end of the device was assigned reference numeral **8**.

The outlet **6** may be covered by a membrane **9**, which may protect the drug **5** against external influences during storage of the cartridge. The membrane **9** is expediently impermeable for the drug. For drug delivery, membrane **9** may be penetrated, e.g. pierced. For example, membrane **9** may be pierced by a needle unit (not explicitly shown). The needle unit may be (releasably) attached, e.g. screwed, to the distal end of the cartridge unit **2**. The needle unit may provide for fluid communication from the inside of the cartridge **4** to the outside of the cartridge through outlet **6**.

A piston **10** is retained within the cartridge **4**. The piston **10** is movable with respect to the cartridge. The piston **10** may seal the drug **5** within the cartridge. The piston **10** expediently seals the interior of the cartridge **4** proximally. Movement of the piston **10** with respect to the cartridge **4** in the distal direction causes drug **5** to be dispensed from the cartridge through outlet **6** during operation of the device.

The cartridge unit **2** furthermore comprises a cartridge retaining member **11**. The cartridge **4** is retained within the cartridge retaining member **11**. The cartridge retaining member **11** may stabilize the cartridge **4** mechanically. Additionally or alternatively, the cartridge retaining member **11** may be provided with a fixing member (not explicitly shown) for attaching the cartridge unit **2** to the drive unit **3**.

The cartridge unit **2** and the drive unit **3** are secured to one another, preferably releasably secured. A cartridge unit **2** which is releasably secured to the drive unit may be detached from the drive unit **3**, for example in order to allow for providing for a new cartridge **4**, if all of the doses of drug

8

which once were in the cartridge formerly attached to the drive unit **3** have already been dispensed. The cartridge retaining member **11** may be releasably secured to the drive unit **3** via a thread, for example.

Alternatively, the cartridge retaining member **11** may be dispensed with. It is particularly expedient, in this case, to apply a robust cartridge **4** and to attach the cartridge directly to the drive unit **3**.

The drive unit **3** is configured for transferring force, preferably user-exerted force, particularly preferably manually exerted force, to the piston **10** for displacing the piston **10** with respect to the cartridge **4** in the distal direction. A dose of drug may be dispensed from the cartridge in this way. The size of the delivered dose may be determined by the distance by which the piston **10** is displaced with respect to the cartridge **4** in the distal direction during dose delivery.

The drive unit **3** comprises a drive mechanism. The drive mechanism comprises a piston rod **12**. The piston rod **12** may be configured for transferring force to the piston **10**, thereby displacing the piston in the distal direction with respect to the cartridge **4**. A distal end face of the piston rod **12** may be arranged to abut a proximal end face of the piston **10**. Alternatively, a bearing member (not explicitly shown) may be arranged to advance the piston **10**, preferably to abut the proximal end face of the piston **10**. The bearing member may be arranged between piston **10** and piston rod **12**. The bearing member may be fixed to the piston rod **12** or may be a separate member. If the piston rod **12** is configured to be rotated during operation of the device, for example during dose delivery, it is particularly expedient to provide for a bearing member. The bearing member may be axially displaced together with the (rotating) piston rod **12** with respect to the cartridge **4**. The piston rod **12** may be rotatable with respect to the bearing member. In this way, the risk that the rotating piston rod **12** drills into the piston **10** and thereby damages the piston is reduced. Accordingly, while the piston rod **12** rotates and is displaced with respect to the housing, the bearing member is preferably only displaced axially, i.e. does not rotate. The piston rod **12** may be bounded by the bearing member.

The drive unit **3** comprises a housing **13** which may be part of the drive mechanism and/or house parts of the drive mechanism. The piston rod **12** may be retained in the housing **13**. A proximal end side **14** of the cartridge unit **2** may be secured to the drive unit **3** at a distal end side **15** of the housing **13**, for example via a threaded connection. Housing **13**, cartridge **4** and/or cartridge retaining member **11** may have a tubular shape.

The term "housing" shall preferably mean any exterior housing ("main housing", "body", "shell") or interior housing ("insert", "inner body") which may have a unidirectional axial coupling to prevent proximal movement of specific components. The housing may be designed to enable the safe, correct, and comfortable handling of the drug delivery device or any of its mechanism. Usually, it is designed to house, fix, protect, guide, and/or engage with any of the inner components of the drug delivery device (e.g., the drive mechanism, cartridge, piston, piston rod), preferably by limiting the exposure to contaminants, such as liquid, dust, dirt etc. In general, the housing may be unitary or a multipart component of tubular or non-tubular shape.

The term "piston rod" shall preferably mean a component adapted to operate through/within the housing, which may be designed to transfer axial movement through/within the drug delivery device, preferably from the drive member to the piston, for example for the purpose of discharging/dispensing an injectable product. Said piston rod may be

US 9,592,348 B2

9

flexible or not. It may be a simple rod, a lead-screw, a rack and pinion system, a worm gear system, or the like. "piston rod" shall further mean a component having a circular or non-circular cross-section. It may be made of any suitable material known to a person skilled in the art and may be of unitary or multipart construction.

The drive unit 3 comprises a dose part 16. The dose part 16 is movable with respect to the housing 13. The dose part 16 may be movable in the proximal direction with respect to the housing 13 for setting of a dose of the drug 5 which is to be delivered and, in particular, in the distal direction with respect to the housing for delivering the set dose. The dose part 16 is preferably connected to the housing 13. The dose part 16 may be moved (displaced) between a proximal end position and a distal end position with respect to the housing 13 (not explicitly shown). The distance by which the dose part 16 is displaced with respect to the housing 13 during setting of the dose may determine a size of the dose. The (maximum) proximal end position and the distal end position of the dose part 16 may be determined by a respective stop feature which may limit the proximal or distal travel of the dose part with respect to the housing 13. The device 1 may be a variable dose device, i.e. a device configured for delivering doses of the drug of different, preferably user-settable, sizes. Alternatively, the device may be a fixed dose device.

The device 1 may be a manually, in particular non-electrically, driven device. The (user-applied) force which causes the dose part 16 to be moved with respect to the housing 13 in the distal direction may be transferred to the piston rod 12 by the drive mechanism. For this purpose, other elements of the drive mechanism may be provided which are not explicitly shown in FIG. 1. The drive mechanism is preferably configured not to move the piston rod 12 with respect to the housing 13 when the dose part is moved in the proximal direction with respect to the housing for setting of the dose.

Several doses of the drug 5 may be dispensed from the cartridge 4. As the piston 10 successively advances towards the distal end of the cartridge 4, the amount of drug remaining in the cartridge 4, which is still available for dose delivery, is reduced. Accordingly, the situation may arise that a user sets a desired dose of the drug 5 which he intends to (self-) administer, but the amount of drug still left in the cartridge is not sufficient for delivering the desired dose. Thus, if a user is allowed to set a dose that exceeds the amount of drug left in the cartridge, the risk of administering a wrong dose of the drug, e.g. a dose which is less than the desired dose, is increased. Of course, administration of a wrong dose may have fatal, for example lethal, consequences for the user. Thus, it is desirable to provide for an end stop mechanism, for example a safety mechanism, which prevents setting of a dose of a drug which dose exceeds the actually available amount of drug 5 in the cartridge.

An embodiment of an end stop mechanism or end stop assembly, which is suitable for preventing setting of a dose of the drug 5 which exceeds the amount of drug available in the cartridge for dispense is described in conjunction with FIGS. 2 to 10 which also relate to a drug delivery device 1. The drug delivery device 1 illustrated therein may largely correspond to the device described in conjunction with FIG. 1, with the drive mechanism and, of course, the end stop mechanism being shown in more detail.

10

In the exploded view of FIG. 2, housing 13 is shown with its distal end 15 and its proximal end 17. Housing 13 is preferably configured to retain further elements of the drug delivery device.

An insert member 18 is configured to be retained within housing 13. Insert member 18 may be secured against axial and rotational movement with respect to the housing 13. On an outer surface, insert member 18 may be provided with one or more fixing elements 19, for example snap-fit elements. Fixing elements 19 may be configured to engage corresponding inner fixing means in the housing (not explicitly shown). Fixing elements 19 may protrude radially from insert member 18. The insert member 18 is provided with one or more (outer) guide members 20, which may extend axially. Guide members 20 may be provided for allowing for inserting the insert member 18 in and/or securing it to the housing 13 (only) in a predetermined orientation. Guide members 20 may engage corresponding guide features in the housing 13 when insert member 18 is inserted in the housing 13 (not explicitly shown in FIG. 2). The insert member 18 may be an insert sleeve, for example. The insert member 18 may comprise a (inner) thread 21. Thread 21 may be a helical thread. One or more (inner) guide tracks 22 may be provided by the insert member 18, in particular on an inner surface thereof. Guide tracks 22 may interrupt thread 21. Guide tracks 22 may extend axially. Instead of providing for a separate insert member 18 as illustrated, thread 21 and/or guide tracks 22 may be provided for in the housing 13.

The drug delivery device 1 comprises a dose member 23. Dose member 23 is configured to be displaced in the proximal direction with respect to the housing 13 during setting of the dose of the drug 5 and/or in the distal direction with respect to the housing during delivery of the dose. Dose member 23 is provided with a (outer) thread 24. Thread 24 may be arranged in the distal end section of the dose member 23. Thread 24 may be arranged to engage thread 22 of the insert member 18. Dose member 23 may be a sleeve, for example. Dose member 23 may rotate in a first direction with respect to the housing during setting of the dose, thereby, in particular, being displaced in the proximal direction with respect to the housing on account of the threaded engagement to the insert member 18. During dose delivery, dose member 23 may rotate in a second direction opposite to the first direction with respect to the housing 13, thereby, in particular, being displaced in the distal direction with respect to the housing. Dose member 23 may be displaced in the proximal direction during dose setting from a distal initial position to a proximal end position and during dose delivery in the distal direction from the proximal end position back into the initial position.

The dose member 23 comprises one or more (outer) guide members 25, e.g. guide ribs. Guide members 25 may extend axially. Guide members 25 may be arranged in the proximal section of the dose member 23 as seen from thread 24. Guide members 25 may be configured to engage corresponding guide slots in a dose dial member (not explicitly shown in FIG. 2, see guide slots 50 in FIG. 7, for example). The dose member 23 and the dose dial member may be splined to one another when the device is assembled. Thus, relative rotational movement between dose member 23 and dose dial member is prevented. Relative axial movement between dose member 23 and dose dial member is allowed.

Additionally, the piston rod 12 is shown in FIG. 2. The piston rod 12 is provided with two different threads, displacement thread 26 and drive thread 27. Drive thread 27 may be arranged further away from the distal end of piston rod 12 than displacement thread 26. Drive thread 27 may be

US 9,592,348 B2

11

arranged in the proximal end section of the piston rod **12**. Displacement thread **26** may be arranged in the distal end section of the piston rod **12**. Displacement thread **26** may determine the axial displacement of the piston rod **12** when the piston rod **12** rotates and is axially displaced with respect to the housing. The drive thread may, for example due to interaction with a drive member (not explicitly shown in FIG. **2**) determine the rotation angle by which the piston rod **12** is rotated. Displacement thread and drive thread may have a different hand and/or different leads. Drive thread **27** may be a double-thread. Drive thread **27** and/or displacement thread **26** may be a helical thread. Drive thread **27** preferably protrudes further in the radial direction from piston rod **12** than displacement thread **26**.

Furthermore, the drug delivery device **1** comprises a clutch member **28**. The clutch member **28** is configured to be connected to the dose member **23**. The clutch member may be connected to the dose member **23** for following movement of the dose member in the proximal direction with respect to the housing during setting of the dose and/or in the distal direction with respect to the housing during delivery of the dose. The dose member **23** may rotate with respect to the clutch member **28** and, in particular, with respect to the housing **13**. The clutch member **28** is secured against (any) rotational movement with respect to the housing **13**. Axial movement of clutch member **28** with respect to the housing is allowed. Clutch member **28** may be a sleeve, for example. The clutch member has an opening **29**. Opening **29** may be a central opening. Opening **29** is configured for the piston rod **12** to pass through opening **29** when piston rod **12** is displaced in the distal direction for delivering the dose. Piston rod **12** is preferably configured for being secured against movement in the proximal direction during setting of the dose and/or during delivery of the dose. Accordingly, the position of a particular point on the piston rod with respect to the distal end of the cartridge may be indicative for the amount of drug available in the cartridge for delivery.

The device further comprises a stop member **30**. The clutch member **28** may be arranged to mechanically cooperate with, for example to abut, stop member **30**. Stop member **30** may define a clutch stop position for proximal displacement of the clutch member **28** with respect to the housing and/or with respect to the piston rod **12**. Stop member **30** may be connected to or integrated in the piston rod **12**. The position of the stop member **30** with respect to the distal end of the cartridge **4** may be indicative of the amount of drug available in the cartridge for dispense. Stop member **30** may be configured to abut a proximal face of the clutch member **28**. Stop member **30** may be formed by means of drive thread **26**, in particular a distal end thereof.

Opening **29** is expediently configured to permit relative axial and/or rotational movement of the piston rod **12** with respect to the clutch member **28** until clutch member **28** and stop member **30** may cooperate mechanically. Opening **29** extends through the clutch member **28** from its proximal end to its distal end. Clutch member **28** comprises a main body portion **31**, e.g. a tubular portion. Clutch member **28** comprises a flange portion **32**. Flange portion **32** protrudes radially from the main body portion **31**. Flange portion **32** may be arranged at the proximal end section of main body portion **31**. A proximal face of flange portion **32** may be configured for abutting stop member **30**, in particular a distal end face thereof.

The drug delivery device may comprise a connection member **33**. The connection member **33** may be provided for connecting the clutch member to the dose member **23**. The clutch member **28** may be firmly connected to the dose

12

member **23** by means of connection member **33**. The connection member **33** has a main body portion **34**, e.g. a tubular portion. The main body portion **34** may be adapted to be received within dose member **33**. Connection member **33** may have a (central) opening **35**. Piston rod **12** may travel through opening **35**. The connection member may further comprise one or more (outer) guide features **36**. Guide features **36** may be configured for engaging guide tracks **22** of insert member **18**. Relative rotational movement between connection member **33** and housing **13** may be prevented in this way. Guide features **36** may be guide pins, for example. Guide features may protrude radially from connection member **33**. Guide features **36** may be disposed about the perimeter of connection member **33**. Connection member **33** may have a flange portion **37**. Guide features **36** may protrude from the flange portion **37**.

A proximal surface of connection member **33** may be arranged to abut a distal surface of dose member **23**. Connection member **33** may comprise one or more (inner) connection features **38**, for example snap features. Connection features **38** may protrude radially inwardly within opening **35** of connection member **33**. Connection features **38** are expediently configured to engage one or more fixing members **39** provided in clutch member **28**. Fixing members **39** are expediently provided in the main body portion **31** of the clutch member **28**. Fixing members **39** may be snap slots, for example. When connection member **33** is connected to clutch member **28**, relative rotational movement between connection member and clutch member is prevented. However, a proximal and a distal end stop, for example formed by a distal end surface and a proximal end surface of the fixing members **39** may limit relative axial movement between connection member **33** and clutch member **28**. Dose member **23** may rotate in both directions with respect to clutch member and connection member when dose member **23** is not mechanically cooperating with clutch member **28** as it was described below and is further described below.

FIG. **3** shows the clutch member **28** in more detail. Clutch member **28** has an engagement member **40**. Engagement member **40** is configured to engage an engagement feature **41** of the dose member **23** (see the more detailed illustration of dose member **23** in FIG. **4**). Engagement member **40** and/or engagement feature **41** may be a toothing comprising a plurality of teeth, preferably saw-teeth.

The respective toothing may be disposed about the perimeter of engagement feature **41** or engagement member **40**, respectively. The teeth of the respective toothing may be oriented axially. The teeth of engagement member **40** are disposed along the perimeter of the clutch member **28**, in particular along the flange portion **32** thereof. Engagement member **40** may be arranged on a distal surface of the clutch member **28**, in particular on a distal surface of flange portion **32**. The dose member **23** may comprise a flange portion **42**. Flange portion **42** may protrude radially inwardly from the dose member **23**. Flange portion **42** and/or engagement feature **41** may be arranged in the distal end section of dose member **23** and/or in the threaded section of the dose member, i.e. that section in which thread **24** is arranged. Flange portion **42** may be arranged in the distal (end) section of dose member **23**. Teeth of the toothing of the engagement feature **41** may be configured to mate teeth of the toothing of engagement member **40**. Thereby, dose member **23** and clutch member **28** may mechanically cooperate with one another.

When in mechanical cooperation (mechanical interaction), in particular, when engagement feature **41** and engage-

US 9,592,348 B2

13

ment member **40** are in engagement, relative rotational movement between dose member **23** and clutch member **28** is permitted only in one direction, preferably the second direction, i.e. the one in which the dose member rotates during dose delivery. Rotation of the dose member in the first direction which is necessary for setting of a dose is prevented on account of the engagement of dose member **23** and clutch member **28** and, in particular, on account of the clutch member **28** being secured against rotational movement with respect to the housing **13**. For example, rotation of the dose member **23** in the first direction may be prevented by the steep sides of the respective teeth abutting. Rotational movement of the dose member **23** with respect to the clutch member **28** in the second direction may be allowed due to the beveled sides of the teeth sliding along each other. Accordingly, during mechanical cooperation, a uni-directional friction clutch mechanism may be formed between clutch member **28** and dose member **23** by mechanical cooperation of engagement feature **41** and engagement member **40**.

As shown in FIG. **5**, the clutch member **28** is retained within and connected to dose member **23**. Connection member **33** is (firmly) connected to clutch member **28**, in particular by the connection features **38** engaging fixing members **39**.

The main body portion **31** of the clutch member **28** may extend from the proximal side of the opening defined by flange portion **42** to the distal side thereof. The connection member **33** may be connected to the clutch member **28** via the main body portion **31** on the distal side of flange portion **32**. The engagement member **40** and the engagement feature **41** face each other. Flange portion **42** and flange portion **32** overlap.

The engagement member **40** and the engagement feature **41** are biased away from one another to keep the dose member **23** and the clutch member **28** out of interaction. For this purpose, a clutch spring member **43** is provided for (cf. FIG. **5**). Clutch spring member **43** may be a (helical) coil spring, for example. Clutch spring member **43** may be a pressure spring. Accordingly, during normal operation, i.e. when clutch member **28** is out of the clutch stop position, relative rotational movement in both directions is permitted, because the dose member **23** and the clutch member **28** do not mechanically cooperate with one another on account of the clutch spring member **43** preventing mechanical cooperation by keeping engagement member **40** at a predetermined distance from engagement feature **41**. Clutch spring member **43** may bear on the clutch member **28**, preferably on flange portion **32**. Preferably, clutch spring member **43** is arranged within a notch **44**, which may be provided for in clutch member **28** to receive an end of clutch spring member **32**. Notch **44** may be provided in flange portion **32**. Notch **44** may be formed between main body portion **31** and engagement member **40** (see FIG. **3**, for example).

For connecting the clutch member **28** to the dose member **23**, at first, the clutch spring member **43** is placed on clutch member **28**, in particular in notch **44**. Afterwards, clutch member **28** with clutch spring member **43** is introduced into dose member **23** until clutch spring member abuts flange portion **42** of dose member **23**, in particular radially inwardly besides engagement feature **41**. Afterwards, connection member **33** is firmly, and preferably permanently, joined to clutch member **28**. Flange portion **42** of dose member **23** is arranged and, in particular, retained between clutch member **28** and connection member **33**.

FIG. **6** shows the dose member **23** and the connection member **33** as depicted in FIG. **5** with the (three) guide

14

features **36** being oriented to engage the (three) guide tracks **22** of the insert member **18**. A window **45** is provided in housing **13**. Through window **45**, information about a set dose, which may be provided for on a dose dial member (not explicitly shown in FIG. **6**) may be made visible from outside of the housing.

FIG. **7** shows an exploded view of further parts of the drug delivery device **1**. The drug delivery device **1** comprises a drive member **46**. Drive member **46** may be a sleeve. Drive member **46** comprises a (internal) thread **47**. Thread **47** may be a helical thread. Thread **47** may be adapted to cooperate with, in particular to abut, drive thread **27** of piston rod **12**, preferably for putting piston rod **12** in rotation.

The drug delivery device comprises a dose dial member **48**. Dose dial member **48** may be a sleeve. The dose dial member **48** has a (outer) thread **49**. Thread **49** may be a helical thread. Thread **49** may determine the axial displacement of the dose dial member **48** in the proximal direction with respect to the housing **13** during setting of the dose and/or in the distal direction during delivery of the dose. Thread **49** preferably has a higher lead than thread **24**. Accordingly, when rotated by the same angle in the same direction, dose member **23** is axially displaced by a distance which is smaller than the distance by which the dose dial member **48** is axially displaced. The outer surface of dose dial member **48** may be provided with indication elements, for example numerals. The numerals may indicate the size of the dose which is set by a user for delivery. In particular, the indication element rotated under window **45** may indicate the size of the dose which is dispensed when the currently set dose is delivered. The dose dial member **48** may comprise one or more (inner) guide slots **50**. Dose member **23** may be splined to the dose dial member **48**, for example by the respective guide member **25** engaging a corresponding guide slot **50**. Guide slots **50** expediently extend axially.

The dose part **16** comprises a dose dial part **51**. The dose part **16** comprises a dose button part **52**. The dose dial part **51** may be rotated with respect to the housing **13** and, in particular, with respect to dose button part **52** for setting of a dose. Dose dial member **48** follows rotation of the dose dial part **51** during dose setting. The amount of rotation, e.g. the turns made, determines the size of the dose and/or the distance by which the dose dial member **48** is displaced in the proximal direction with respect to the housing **13**.

The drug delivery device **1** comprises a coupling unit **53**. Coupling unit **53** couples drive member **46** and dose dial member **48** such that drive member **46** follows rotation of the dose dial member **48** during setting of the dose. When the dose button part **52** is depressed for dose delivery, i.e. after the dose has been set, drive member **46** and dose dial member **48** are decoupled. The decoupling may be achieved by dose button part **52** interacting with coupling unit **53** when being depressed in the distal direction with respect to dose dial part **51**. Accordingly, during dose delivery, dose dial member **48** rotates in the second direction and is displaced in the distal direction with respect to the housing. Drive member is displaced in the distal direction with respect to the housing without rotating. Thereby, thread **47** engages and/or abuts drive thread **27** of piston rod **12**. Consequently, piston rod **12** rotates and is displaced in the distal direction with respect to the housing **13** on account of displacement thread **26**. A similar drive mechanism is described in WO 2004/078239 A1, the disclosure content of which is incorporated herein by reference for all purposes. The (proximal section of the) dose member **23** may be arranged between drive member **46** and dose dial member **48**.

US 9,592,348 B2

15

FIG. **8** shows the drug delivery device **1** in assembled condition. As shown in FIG. **8**, the cartridge **4** is covered by a cap **54**, which may be removably attached to the device **1** and detached from the device for operation of the drug delivery device **1**. The piston rod **12**, in particular its displacement thread **26**, is engaged with an opening **55**, in particular a threaded and/or circular opening, which is provided in the housing **13**. Accordingly, rotation of piston rod **12** results an axial displacement of the piston rod with respect to the housing **13**. A bearing member **56** which may be connected to piston rod **12** is arranged between piston **10** and piston rod **12**. The contact surface of piston rod **12** to piston **10** is increased by the bearing member. The piston rod **12** may be adapted to rotate with respect to bearing member **56**. Thread **49** of dose dial member **48** engages an (inner) thread **57** of the housing **13** or an insert thereof.

In the situation shown in FIG. **8**, a dose of drug **5** to be dispensed has been set by rotating dose dial member **48** in the first direction and displacing the dose dial member in the proximal direction with respect to the housing **13**. When the dose dial member **48** is rotated, dose member **23**, which is splined to dose dial member **48**, follows this rotational movement. On account of the different threads **24** and **49**, dose member **23** is displaced with respect to the housing **13** in the proximal direction by a distance which differs from the one the dose dial member is displaced. Preferably, dose member **23** is displaced in the proximal direction by a smaller distance than dose dial member **48**. Clutch member **28** and connection member **33** follow displacement of the dose member **23** in the proximal direction. Clutch spring member **43** prevents clutch member **28** and dose member **23** from cooperating when stop member **30** is not abutting clutch member **28**. Thus, during setting of the dose, dose dial member **48** and dose member **28** rotate in the first direction and are displaced in the proximal direction for setting a dose of the drug **5** (see FIG. **9** and the arrows therein which indicate these movements). During dose setting, dose member **23**, clutch member **28** and connection member **33** are displaced in the proximal direction with respect to the housing **13** and, in particular, with respect to the piston rod **12**. Piston rod **12** remains stationary during dose setting, i.e. at a fixed axial position. Piston rod **12** does not rotate during dose setting. The clutch member **28** is displaced from a distal initial position to a proximal end position during dose setting with respect to the housing **13**. The proximal end position is determined by the size of the set dose. A maximum proximal end position may be determined by a maximum dose which may be set, e.g. by an end stop which limits rotation of the dose dial member **48** in the first direction with respect to the housing.

After the dose has been set, the dose button part **52** may be depressed and the dose may be dispensed. During delivery of the dose, piston rod **12** and, of course, the stop member **30** are displaced in the distal direction with respect to the housing **13**. During dose delivery, clutch member **28**, connection member **33** and dose member **23** are moved back into the distal initial position. Once the stop member **30** is arranged between the distal initial position of the clutch member **28** and the maximum proximal end position of the clutch member **28**, the clutch member **28** may abut the stop member **30** during setting of the dose (see FIG. **10**). If clutch member **28** and stop member **30** are in abutment, further rotation of the dose member **23** in the first direction moves engagement member **40** and engagement feature **41** in engagement against the force of clutch spring member **43**. When in engagement, further rotation of the dose member **23** with respect to the clutch member **28** and thus also with

16

respect to the housing **13** in the first direction is prevented on account of the clutch member **28** being secured against rotation with respect to the housing. Consequently, dose dial member **48** is prevented from rotation with respect to the housing **13**. Thus, further rotation of the dose dial member **48** in the first direction (the dose setting direction) which is necessary for increasing the size of the dose is prevented. As the position of the stop member **30** with respect to the distal end of the cartridge **4** is indicative of the amount of drug **5** remaining in the cartridge, setting of a desired dose of drug which exceeds the actually available amount of drug is prevented. However, as rotation of the dose member **23** and, in particular, the dose dial member **48** in the second direction with respect to the housing **13** (the dose delivery direction) is still allowed, the set dose, i.e. the amount which was available in the cartridge, may be dispensed and is not wasted.

The scope of protection of the invention is not limited to the examples given hereinabove. The invention is embodied in each novel characteristic and each combination of characteristics, which particularly includes every combination of any features which are stated in the claims, even if this feature or this combination of features is not explicitly stated in the claims or in the examples.

REFERENCE NUMERALS

**1** drug delivery device
**2** cartridge unit
**3** drive unit
**4** cartridge
**5** drug
**6** outlet
**7** distal end of the device
**8** proximal end of the device
**9** membrane
**10** piston
**11** cartridge retaining member
**12** piston rod
**13** housing
**14** proximal end of cartridge unit
**15** distal end of housing
**16** dose part
**17** proximal end of housing
**18** insert member
**19** fixing member
**20** guide member
**21** thread
**22** guide track
**23** dose member
**24** thread
**25** guide member
**26** displacement thread
**27** drive thread
**28** clutch member
**29** opening
**30** stop member
**31** main body portion
**32** flange portion
**33** connection member
**34** main body portion
**35** opening
**36** guide feature
**37** flange portion
**38** connection feature
**39** fixing member
**40** engagement member

US 9,592,348 B2

17

41 engagement feature
42 flange portion
43 clutch spring member
44 notch
45 window
46 drive member
47 thread
48 dose dial member
49 thread
50 guide slot
51 dose dial part
52 dose button part
53 coupling unit
54 cap
55 opening
56 bearing member
57 thread

The invention claimed is:

1. An assembly for a drug delivery device, comprising:
a housing having a proximal end and a distal end;
a dose member which is displaceable in the proximal direction with respect to the housing for setting of a dose of a drug;
a clutch member which is displaced in the proximal direction with respect to the housing and does not rotate with respect to the housing when setting the dose; and
a stop member configured to (i) abut the clutch member and (ii) define a clutch stop position for the proximal displacement of the clutch member with respect to the housing, with the clutch member,
when in the clutch stop position, being prevented from further displacement in the proximal direction with respect to the housing,
wherein
the clutch member and the dose member are configured to mechanically cooperate with one another when the clutch member is in the clutch stop position,
thereby preventing further displacement of the dose member in the proximal direction with respect to the housing during setting of the dose.

2. An assembly according to claim 1,
wherein the dose member is threadedly connected to the housing, and
wherein the dose member is rotated in a first direction with respect to the housing and displaced in the proximal direction with respect to the housing for setting of the dose.

3. An assembly according to claim 1,
wherein rotation of the dose member in the first direction with respect to the housing for setting of the dose is prevented or stopped when the dose member and the clutch member cooperate mechanically.

4. An assembly according to claim 1,
wherein, during mechanical cooperation of the dose member and the clutch member,
rotational movement of the dose member with respect to the clutch member in the first direction is prevented,
whereas rotational movement of the dose member with respect to the clutch member in a second direction opposite to the first direction is allowed.

5. An assembly according claim 1,
wherein the clutch member follows displacement of the dose member in the proximal direction with respect to the housing during setting of the dose.

6. An assembly according to claim 1,
wherein the clutch member is connected to the dose member.

18

7. An assembly according to claim 1,
further comprising a piston rod that is configured to be displaced in the distal direction with respect to the housing for delivering the dose.

8. An assembly according to claim 7,
wherein the stop member is integrated in or connected to the piston rod.

9. A drug delivery device, comprising an assembly according to claim 1 and a cartridge containing the drug.

10. A drug delivery device according to claim 9,
wherein the cartridge has a proximal end and a distal end,
a piston is retained within the cartridge,
the piston being displaceable in the distal direction with respect to the cartridge for dispensing a dose of the drug from the cartridge.

11. An assembly according to claim 7,
wherein the piston rod comprises a bearing member.

12. An assembly according to claim 11,
wherein the piston rod comprises a unitary piston rod.

13. An assembly according to claim 7,
wherein the piston rod comprises a circular cross section.

14. An assembly according to claim 1, further comprising:
an insert member configured to be retained within the housing.

15. An assembly according to claim 14,
wherein the insert member is secured against axial movement with respect to the housing.

16. An assembly according to claim 14,
wherein the insert member is secured against rotational movement with respect to the housing.

17. An assembly according to claim 14,
wherein the insert member comprises one or more fixing elements.

18. An assembly according to claim 17,
wherein the one or more fixing elements comprise a snap-fit element.

19. An assembly according to claim 17,
wherein the one or more fixing elements engage corresponding inner fixing elements in the housing.

20. An assembly according to claim 17,
wherein the one or more fixing elements protrude axially from the insert member.

21. An assembly according to claim 14,
wherein the insert member is provided with one or more guide members.

22. An assembly according to claim 21,
wherein the one or more guide members comprises an outer guide member.

23. An assembly according to claim 21,
wherein the one or more guide members extend axially.

24. An assembly according to claim 21,
wherein the one or more guide members are provided for allowing for inserting the insert member in the housing in a predetermined orientation.

25. An assembly according to claim 21,
wherein the one or more guide members engage guide features in the housing when the insert member is inserted in the housing.

26. An assembly according to claim 14,
wherein the insert member comprises an insert sleeve.

27. An assembly according to claim 14,
wherein the insert member comprises a guide track.

28. An assembly according to claim 27,
wherein the guide track comprises an inner guide track.

29. An assembly according to claim 27,
wherein the guide track is provided along an inner surface of the insert member.

US 9,592,348 B2

19

20

**30**. An assembly according to claim **1**, wherein the dose member is provided with a thread at a distal end section of the dose member.

* * * * *