IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS DEUTSCHLAND GMBH, and SANOFI WINTHROP INDUSTRIE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendant. | C.A. No. 16-812-RGA-MPT |

**PROPOSED ORDER**

The Court having considered Plaintiffs' Motion to Extend Expert Report Deadlines (the "Motion"), and good cause under Federal Rule of Civil Procedure 6(b) appearing therefore;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and the Scheduling Order is modified as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Infringement/Invalidity Opening Expert Report | January 16, 2018 | March 16, 2018 |
| Infringement/Invalidity Rebuttal Expert Report | February 13, 2018 | April 14, 2018 |
| Infringement/Invalidity Reply Expert Report | March 13, 2018 | May 14, 2018 |
| Infringement/Invalidity Expert Depositions Cutoff | April 13, 2018 | June 12, 2018 |
| *Daubert* Motions | May 3, 2018 | July 2, 2018 |
| Proposed Pretrial Order | May 15, 2018 by 5:00 p.m. | July 16, 2018 |
| Pretrial Conference | May 18, 2018 at 8:30 a.m. | TBD on a date after July 19, 2019 |
| Trial | May 29, 2018 at 8:30 a.m. | Between July 30, 2018 and the end of September 2018, subject to the Court's availability |

_____
UNITED STATES DISTRICT JUDGE