## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS U.S. LLC, SANOFI-
AVENTIS DEUTSCHLAND GMBH, and
SANOFI WINTHROP INDUSTRIE,

              Plaintiffs,

      v.

MERCK SHARP & DOHME CORP.,

              Defendant.

C.A. No. 16-812-RGA-MPT
**PUBLIC VERSION**
**Filed November 1, 2018**

### JOINT STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis Deutschland GmbH, and Sanofi Winthrop Industrie (collectively, "Sanofi" or "Plaintiffs") initiated this lawsuit against Defendant Merck Sharp & Dohme Corp. ("Merck" or "Defendant");

WHEREAS, Plaintiffs' Original and/or Amended Complaints alleged infringement of U.S. Patent Nos. 7,476,652; 7,713,930; 7,918,833; 8,512,297; 8,556,864; 8,603,044; 8,992,486; 8,679,069; 9,011,391; 9,233,211; 9,526,844; 9,533,105; 9,604,008; 9,457,152; 9,486,587; and 9,592,348 (collectively, "the patents-in-suit"), including under 35 U.S.C. § 271(e)(2), by Defendant's filing New Drug Application ("NDA") No. 208-722 and various amendments thereto;

WHEREAS, Defendant asserted counterclaims for declaratory judgments of invalidity and non-infringement of all patents-in-suit, including under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*;

WHEREAS, prior to trial, Plaintiffs and Defendant dismissed all claims and counterclaims related to the '930 patent, '833 patent, '297 patent, '864 patent, '044 patent, '069 patent, '391 patent, '211 patent, '844 patent, '008 patent, '152 patent, '587 patent, and '348

patent;

WHEREAS, the Parties appeared before this Court from May 29 through June 4, 2018 for trial on Plaintiffs' claims and Defendant's counterclaims concerning certain claims of the '652 patent, '486 patent, and '105 patent;

WHEREAS, this Court has not yet issued a post-trial decision in this matter;

WHEREAS, Defendant has decided not to develop or commercialize any products under NDA 208-722 and did so unilaterally and solely for business reasons, without any incentive, consideration, input from, or prior discussions with, Sanofi;

WHEREAS, Defendant's ███████████████████████████████████
████████████████████████████

WHEREAS, information has been shared publicly concerning Defendant's unilateral decision not to develop or commercialize any products under NDA 208-722 and its filing of a motion to dismiss this action ((*see* D.I. 332, 333); (http://www.yonhapnews.co.kr/bulletin/2018/10/11/0200000000AKR20181011154600017.HTML?input=1195m; https://www.centerforbiosimilars.com/news/merck-terminates-followon-insulin-agreement-with-samsung-bioepis; https://www.biopharmadive.com/news/merck-samsung-bioepis-lantus-biosimilar-sanofi/539557/));

WHEREAS, Defendant ███████████████████████████████████
████████████████████████

WHEREAS, Defendant ███████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████

WHEREAS, on October 12, 2018, Defendant moved to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction (D.I. 333); and

WHEREAS, the Parties wish to resolve Defendant's motion to dismiss without the need for further briefing;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned, the attorneys of record in this case, and subject to approval of the Court, that:

(1)      No party makes any admission with respect to the merits of any claim, counterclaim, or defense in the above-captioned action;

(2)      Information, documents and things previously produced in this action shall remain subject to the Stipulated Protective Order entered in this action;

(3)      All claims, counterclaims, and defenses by and between Plaintiffs and Defendant in this lawsuit are hereby dismissed without prejudice;

(4)      Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims, defenses, and counterclaims dismissed by this Order; and

(5)      This stipulation is without prejudice to any claim, counterclaim, or defense in any other action.

Dated: October 26, 2018                                  Respectfully submitted,


/s/ *Ronald P. Golden, III*                              /s/ *Mary I. Akhimien*


**FISH & RICHARDSON P.C.**                               **CONNOLLY GALLAGHER LLP**

Douglas E. McCann (#3852)                                Arthur G. Connolly, III (#2667)
Martina Tyreus Hufnal (#4771)                            Mary I. Akhimien (#5448)
Kelly Allenspach Del Dotto (#5969)                       The Brandywine Building
Ronald P. Golden, III (#6254)                            1000 West Street, Suite 1400
222 Delaware Avenue, 17th Floor                          Wilmington, DE 19801
P.O. Box 1114                                            (302) 757-7300
Wilmington, DE 19899-1114                                aconnolly@connollygallagher.com
(302) 652-5070                                           makhimien@connollygallagher.com
dmccann@fr.com; hufnal@fr.com;
kad@fr.com; golden@fr.com
                                                         *Of Counsel:*
John S. Goetz
Brian D. Coggio                                          Raymond N. Nimrod
601 Lexington Avenue - 52nd Floor                        Matthew A. Traupman
New York, New York 10022                                 Brian P. Biddinger
(212) 765-5070                                           Gregory D. Bonifield
goetz@fr.com; coggio@fr.com                              John P. Galanek
                                                         **QUINN EMANUEL URQUHART**
Matt Colvin                                              **& SULLIVAN, LLP**
1717 Main Street - Suite 5000                            51 Madison Avenue, 22nd Floor
Dallas, TX 75201                                         New York, NY 10010
(214) 747-5070  / colvin@fr.com                          (212) 849-7000

*Of Counsel:*                                            Amanda K. Antons
                                                         **QUINN EMANUEL URQUHART**
**BOIES SCHILLER FLEXNER LLP**                           **& SULLIVAN, LLP**
D. Michael Underhill                                     191 N Upper Wacker Dr Suite 2700
Patrick M. Lafferty                                      Chicago, IL 60606
Jon R. Knight                                            (312) 705-7400
1401 New York Ave., N.W.
Washington, D.C. 20005                                   *Attorneys for Defendant*
(202) 237-2727
munderhill@bsfllp.com; jknight@bsfllp.com;
plafferty@bsfllp.com

William D. Marsillo
Alex Potter
Kyle W. Roche
333 Main Street
Armonk, NY 10504
(914) 749-8200
wmarsillo@bsfllp.com; kroche@bsfllp.com

Bill Ward
Martin Ellison
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(310) 752-2400
bward@bsfllp.com; mellison@bsfllp.com

*Attorneys for Plaintiffs*


IT IS SO ORDERED.


Dated: _____          _____
                            THE HONORABLE RICHARD G. ANDREWS
                            UNITED STATES DISTRICT JUDGE